# EXHIBIT F



# Life Partners, Inc.
P.O. Box 20034
Waco, Texas 76702
Phone: (817) 751-7797   Fax: (817) 751-1025

November 16, 1992

Redacted

RE:     Primerica Life Insurance Co. - Policy #

Dear Brian:

Attached hereto is a copy of the Beneficiary Designation and Absolute Assignment for the above policy which has been acknowledged by Primeria Life Insurance Company. Also enclosed is the Offer Verification Form for Redacted    You should already have a copy of the Funds Transfer Agreement and Funds Transfer Instructions is being sent to you today.

We have now reviewed all documentation concerning this purchase and we are comfortable that all documentation is in order.

If all required documentation in your possession is executed and in order, you are authorized to transfer funds and proceed with the purchase of the policy. The funds should be disbursed as follows:

|  | Gross Funding: | $205,000.00 |
|---|---|---|
| 1. | Proceeds to | 156,615.00 |
| 2. | Redacted | 1,000.00 |
| 4. | Life Partners, Inc. | 46,500.00 |
| 5. | Retained In Escrow | 885.00 |

Please wire the check for $46,500.00 to LPI separately today. Also wire the money for         to the following instructions:

    Fire Monkee, Inc.
    c/o Western Bank


    Phone #
    ABA #
    Account #


Sincerely,

/s/ Brian D. Pardo

Brian D. Pardo
President

BDP/esp

QuestysCMx



Redacted

P.O. Box 20034 • Waco, Texas 76702 • (254) 751-7797 • FAX: (254) 751-1025

February 15, 2002

Redacted

**RE:**
      **METROPOLITAN Life Insurance Co.**
      **Policy No.**

Ladies and Gentlemen:

Attached hereto is a copy of the Transfer of Ownership and Beneficiary Designation for the above-referenced policy which have been acknowledged by the above-named insurance company. You should already have a copy of the Funds Transfer Agreement in your files from

We have now reviewed all documentation concerning this purchase and we are comfortable that all documentation is in order.

If all required documentation in your possession is executed and in order, you are authorized to transfer funds and proceed with the purchase of the policy. The funds should be disbursed as follows:

| | | |
|---|---|---:|
| **Gross Funding:** | $ | 42,000.00 |
| 1. Proceeds to | $ | 11,900.00 |
| 2. Redacted | $ | 500.00 |
| 3. Life Partners, Inc. | $ | 26,172.80 |
| 4. Retained in Escrow | $ | 3,427.20* |

*This amount is retained for 3 years' premium payments.

QuestysCMx

Escrow Dept.-Sterling Trust Co 
                    -METROPOLITAN Life
February 15, 2002
PAGE 2

Please wire funds from your escrow account in the amount of $11,900.00 to
        per the following instructions:

    BANK OF AMERICA

    ABA #

    FOR CREDIT TO:

    Account #

Also, please wire the $26,172.80 to LPI today.

Sincerely,

*[signature]*

Deborah Carr
Funding Coordinator



Redacted

P.O. Box 20034 • Waco, Texas 76702 • (254) 751-7797 • FAX: (254) 751-1025

Redacted

**RE:**
  LIFE INS. CO. OF NORTH AMERICA Life Insurance Co.
  Policy No.

Ladies and Gentlemen:

Attached hereto is a copy of the Transfer of Ownership and Beneficiary Designation for the above-referenced policy which have been acknowledged by the above-named insurance company. You should already have a copy of the Funds Transfer Agreement in your files from

We have now reviewed all documentation concerning this purchase and we are comfortable that all documentation is in order.

If all required documentation in your possession is executed and in order, you are authorized to transfer funds and proceed with the purchase of the policy. The funds should be disbursed as follows:

|   |   |   |
|---|---|---|
| Gross Funding: | $ | 23,650.00 |
| 1. Proceeds to | $ | 5,160.00 |
| 2. Redacted | $ | 750.00 |
| 3. Life Partners, Inc. | $ | 14,273.00 |
| 4. Retained in Escrow | $ | 3,467.00* |

*This amount is retained for 5 years' premium payments.

Please send a Sterling Check for $5,160.00 to        via overnight courier at the
following address:
              GEMINI DIGITAL IMAGING
              ATTN:

Also, please wire the $14,273.00 to LPI today.

QuestysCMx

Redacted

Escrow Dept.-Sterling Trust Co
　　　　　　　-LIFE INS. CO. OF NORTH AMERICA Life
April 16, 2003
PAGE 2

Sincerely,

*[signature: Linda Habenicht]*

Linda Habenicht
Funding Coordinator



Redacted

P.O. Box 20034 • Waco, Texas 76702 • (254) 751-7797 • FAX: (254) 751-1025

February 19, 2004
Redacted

**RE:**   AMERICAN GENERAL ASSURANCE Life Insurance Co.
Policy No.

Ladies and Gentlemen:

Attached hereto is a copy of the Transfer of Ownership and Beneficiary Designation for the above-referenced policy which have been acknowledged by the above-named insurance company. You should already have a copy of the Funds Transfer Agreement in your files from

We have now reviewed all documentation concerning this purchase and we are comfortable that all documentation is in order.

If all required documentation in your possession is executed and in order, you are authorized to transfer funds and proceed with the purchase of the policy. The funds should be disbursed as follows:

|  | |
|---|---|
| Gross Funding: | $ 44,000.00 |
| 1. Proceeds to Redacted | $ 12,000.00 |
| 2. | $ 750.00 |
| 3. Life Partners, Inc. | $ 30,843.04 |
| 4. Retained in Escrow | $ 406.96 |

*This amount is retained for 2 years' premium payments..

Please wire funds from your escrow account in the amount of $12,000.00 to          per the following instructions:

   WACHOVIA

   CHARLOTTE, NC
   ABA #

   FOR FINAL CREDIT TO:

   Account #

Escrow Dept.-Sterling Trust Co
-AMERICAN GENERAL ASSURANCE Life
February 19, 2004
PAGE 2

Also, please wire the $30,843.04 to LPI today.

Sincerely,

*[signature: Linda Habenicht]*

Linda Habenicht
Funding Coordinator

Redacted



**Life Partners Inc.**

P.O. Box 20034 • Waco, Texas 76702 • (254) 751-7797 • Fax: (254) 751-1025

March 09, 2005

Redacted

**RE:** insured
   **Aetna Life Ins Co**
   **Policy No.**
   **InsuredID:**

Ladies and Gentlemen:

Attached hereto is a copy of the Transfer of Ownership and Beneficiary Designation for the above-referenced policy which have been acknowledged by the above-named insurance company. You should already have an executed copy of the Viatical Settlement Escrow Agreement in your files.

We have now reviewed all documentation concerning this purchase and we are comfortable that all documentation is in order.

If all required documentation in your possession is executed and in order, you are authorized to transfer funds and proceed with the purchase of the policy. The funds should be disbursed as follows:

| | |
|---|---|
| Gross Funding: | **$170,000.00** |
| 1. Proceeds to Seller(s) | $67,500.00 |
| 2. Redacted | $750.00 |
| 3. Life Partners, Inc. | $86,195.00 |
| 4. Retained in Escrow | $15,555.00 |

Please disburse funds from your escrow account in the amount of $67,500.00 to the Seller(s) per the attached instructions.

Also, please wire the $86,195.00 to LPI today.

Sincerely,

*Linda Habenicht*

Linda Habenicht
Funding Coordinator

Questys