# EXHIBIT H

# PROMISSORY NOTE

| | |
|---|---|
| Maker: | Redacted **Viatical Trust**, by its Trustee, Brian D. Pardo |
| Maker's Mailing Address: | P.O. Box 20034, Waco, Texas 76702 |
| Payee and Note Holder: | Provident Trust Group, LLC<br>Custodian for the benefit of the Redacted |
| Payee's Mailing Address: | Mailing: Redacted |
| Principal Amount: | $10,700.00 |

Terms of Repayment: One payment of **$18,854.62** due within seven days of the receipt by the Colace VIATICAL TRUST or its agent, of death benefit proceeds paid under life insurance policy number Redacted issued by the **MetLife Investors USA Insurance Company** on the life of Redacted (hereafter referred to as "the Policy").

Other Terms and Conditions: The payment of this Promissory Note is secured by a **0.9400%** interest in the Policy. Recourse on this Promissory Note shall be solely to the Policy. The Trustee as Maker shall have no personal liability for non-payment of this indebtedness. If this note is placed in an attorney's hands for collection or collected by a suit or through a bankruptcy, probate, or any other court, either before or after maturity, then there shall be paid to the holder of this note reasonable attorney's fees incurred by said holder in enforcing the terms of this Promissory Note. Failure to pay this Promissory Note when due shall authorize the holder to declare as immediately due and payable the amount due in full and to exercise any and all rights and remedies provided by the Business & Commerce Code of the State of Texas as well as all other rights and remedies either at law or in equity possessed by the holder of this note. The Maker of this Promissory Note severally waives demand, presentment, notice of dishonor, diligence in collection, and notice of protest, and agrees to all extensions and partial payments before or after maturity, without prejudice to the holder.

Dated: November 03, 2011

MAKER: _____

By: _____
Redacted Viatical Trust by its
Trustee, Brian D. Pardo