# EXHIBIT I



## Life Partners®
"Life Partners" is a registered service mark of Life Partners, Inc.
### Confidential Case History

CONFIDENTIAL DOCUMENT FOR USE BY LIFE PARTNERS' LICENSEE AND CLIENTS ONLY

THIS DOCUMENT CONTAINS MEDICAL INFORMATION THAT IS CONFIDENTIAL THE DISSEMINATION OF WHICH IS NECESSARY TO AFFECT THE LIFE SETTLEMENT OF THE POLICY PRESENTED. ANY FURTHER DISSEMINATION OR USE OF THIS INFORMATION IS PROHIBITED UNDER TEXAS LAW.

| | | | |
|---|---|---|---|
| CODE: | Redacted - Redacted | POLICY NO.: | Redacted |
| INSURANCE CO.: | Transamerica Life Insurance Company | RATING: | A+ g |
| POLICY TYPE: | Individual Universal Life | POLICY ISSUED: | 5/17/2005 |
| FACE AMOUNT: | $7,500,000.00 | ACQUISITION AMT: | $4,500,000.00 |
| TOTAL AMOUNT ESCROWED FOR PREMIUMS: | | $1,587,500.00   for 48 months* | Premiums: See page 2 |

*NOTE: Premiums have been escrowed for 48 months / 4.00 years. However, this policy should remain profitable to the year shown on the following page assuming estimated premiums are paid as shown. You will begin to receive premium notices after the premium escrow has been exhausted. Clients should consider future liquidity needs for this purchase and expect to pay premium payments in the future. Life expectancy estimates provided are for general information purposes only and have no bearing on the ultimate return on the purchase of this policy.

Dr. Cassidy Life Expectancy Opinion:[1]    48  Months    LE Date: 10/20/2008

## SUMMARY OF MEDICAL HISTORY

THE INSURED IS AN 81-YEAR-OLD MALE WHO HAS A HISTORY OF GASTROESOPHAGEAL REFLUX DISEASE, ALLERGIC RHINITIS, BASAL CELL SKIN CANCERS, HYPOTHYROIDISM, A HISTORY OF BELL'S PALSEY, AND A HISTORY OF SHINGLES WITH POSTHERPETIC NEURALGIA. THE INSURED'S MOTHER DIED AT AGE 88 AND HIS FATHER DIED AT AGE 76. AS OF OCTOBER 2008, HE WAS BEING TREATED WITH SYNTHROID, PEPCID, VIAGRA, AND SUPPLEMENTS.

LPI'S REVIEWING PHYSICIAN ESTIMATES LE AT 2 TO 4 YEARS.

FURTHER INFO ON LAST PAGE

(Policy Type Classification as defined by Texas Department of Insurance Regulations)