# EXHIBIT K

*Prepared for H. Thomas Moran, Chapter 11 Trustee of Life Partners Holdings, Inc.*

**LPHI, LPI, LPI FS CONSOLIDATED BUDGET - SUMMARY**
**13 Week Cash Flow**
*May 19, 2015*

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ended: | 5/22/2015 | 5/29/2015 | 6/5/2015 | 6/12/2015 | 6/19/2015 | 6/26/2015 | 7/3/2015 | 7/10/2015 | 7/17/2015 | 7/24/2015 | 7/31/2015 | 8/7/2015 | 8/14/2015 |
| **Anticipated Cash Receipts** | | | | | | | | | | | | | |
| Disposition of antiquities at cost (a) | - | - | - | - | - | - | - | - | - | - | 247,000 | - | - |
| Sales or loan proceeds for buildings and hangar, net of July lease back for buildings | - | - | - | - | - | - | 1,400,000 | - | - | - | - | - | - |
| Servicing fee collection (b) | 205,600 | 205,600 | 205,600 | 205,600 | 205,600 | 205,600 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Total Anticipated Cash Receipts** | **205,600** | **205,600** | **205,600** | **205,600** | **205,600** | **205,600** | **1,410,000** | **10,000** | **10,000** | **10,000** | **257,000** | **10,000** | **10,000** |
| **Cash Disbursements** | | | | | | | | | | | | | |
| *Operating* | | | | | | | | | | | | | |
| Payroll Including Taxes & Benefits | 102,553 | - | 102,553 | - | 102,553 | - | 102,553 | - | 102,553 | - | 102,553 | - | 102,553 |
| Other Operating Expenses (c) | - | 154,500 | - | - | - | 154,500 | - | - | - | - | 154,500 | - | - |
| **Subtotal Operating** | **102,553** | **154,500** | **102,553** | **-** | **102,553** | **154,500** | **102,553** | **-** | **102,553** | **-** | **257,053** | **-** | **102,553** |
| *Policy Maintenance* | | | | | | | | | | | | | |
| Est. premiums due on fractional positions held by LPI, Texas AG Stlmt, and BK polici | - | 31,750 | - | - | - | 31,750 | - | - | - | - | 31,750 | - | - |
| **Subtotal Policy Maintenance** | **-** | **31,750** | **-** | **-** | **-** | **31,750** | **-** | **-** | **-** | **-** | **31,750** | **-** | **-** |
| *Bankruptcy Related* | | | | | | | | | | | | | |
| Professional Fees | - | - | - | - | - | - | 2,698,143 | - | - | - | 1,048,772 | - | - |
| US Trustee's Office Quarterly Fee | - | - | - | - | - | - | - | 10,400 | - | - | - | - | - |
| **Subtotal Bankruptcy Related** | **-** | **-** | **-** | **-** | **-** | **-** | **2,698,143** | **10,400** | **-** | **-** | **1,048,772** | **-** | **-** |
| **Total Cash Disbursements** | **102,553** | **186,250** | **102,553** | **-** | **102,553** | **186,250** | **2,800,695** | **10,400** | **102,553** | **-** | **1,337,575** | **-** | **102,553** |
| **Net Cash Flow** | **103,048** | **19,350** | **103,048** | **205,600** | **103,048** | **19,350** | **(1,390,695)** | **(400)** | **(92,553)** | **10,000** | **(1,080,575)** | **10,000** | **(92,553)** |
| Beginning Cash | 2,089,327 | 2,192,375 | 2,211,725 | 2,314,772 | 2,520,372 | 2,623,420 | 2,642,770 | 1,252,074 | 1,251,674 | 1,159,122 | 1,169,122 | 88,547 | 98,547 |
| Receipts | 205,600 | 205,600 | 205,600 | 205,600 | 205,600 | 205,600 | 1,410,000 | 10,000 | 10,000 | 10,000 | 257,000 | 10,000 | 10,000 |
| Disbursements | (102,553) | (186,250) | (102,553) | - | (102,553) | (186,250) | (2,800,695) | (10,400) | (102,553) | - | (1,337,575) | - | (102,553) |
| **Ending Cash** | **2,192,375** | **2,211,725** | **2,314,772** | **2,520,372** | **2,623,420** | **2,642,770** | **1,252,074** | **1,251,674** | **1,159,122** | **1,169,122** | **88,547** | **98,547** | **5,995** |

(a) Antiquities (archeological, fossils) under research for highest value method of sale. $832k book value. Cash receipts in week 11 reflect firm offer in hand to buy select pieces.
(b) Assumes 90% of remaining balance of new April billings plus $10,000 per week collections of unpaid amounts from September billings will be collected over next 6 weeks. For the last 7 weeks of forecast, assumes $10,000 per week of past due billings (September and April) are collected.
(c) Includes insurance, contract labor, postage, supplies, licenses, telephone, utilities and other operating expenses.