

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 27, 2017**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LIFE PARTNERS HOLDINGS, INC., *et al*., | § | Case No. 15-40289-rfn-11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

### ORDER DENYING MOTION TO DISQUALIFY THE
### LAW FIRM OF GOODMAN & NEKVASIL, P.A.

[Relates to Dkt. No. 3728]

Upon consideration of the Motion to Disqualify the Law Firm of Goodman & Nekvasil, P.A. ("Motion") (Dkt. No. 3728), it is hereby

ORDERED that the Motion is denied.

### END OF ORDER ###

Stephen Krosschell
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, FL  33762
Phone: 727-524-8486
Email: gnmain@gnfirm.com