IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> **LIFE PARTNERS HOLDINGS, INC.,** § <br> *et. al.* § <br> § <br>     **Reorganized Debtors.** § | **CASE NO. 15-40289-rfn11** <br><br> **JOINTLY ADMINISTERED** <br> **(Chapter 11)** |

## NOTICE OF HEARING AND FILING OF APPLICATION FOR COMPENSATION

| Applicant: | **Bridgepoint Consulting LLC** |
|---|---|
| Authorized to Provide Professional Services to: | H. Thomas Moran II, Chapter 11 Trustee for LPHI and Subsidiary Debtors |
| Date of Retention: | Retention Order Entered on August 4, 2015, *nunc pro tunc* to June 2, 2015 |
| Period for which compensation is sought: | December 10, 2016 – March 16, 2017 |
| Amount of compensation sought in the Application: | $43,746.88 |
| Amount of expenses sought in the Application: | $591.81 |

**PLEASE TAKE NOTICE** that on April 27, 2017, Bridgepoint Consulting LLC ("Bridgepoint" or "BPT") filed its *Supplemental Application of Bridgepoint Consulting LLC for Allowance of Fees and Expenses Related to the Chapter 11 Trustee's First and Final Application for Compensation* (the "Application") with the United States Bankruptcy Court for the Northern District of Texas (Fort Worth Division), 501 West 10th Street, Fort Worth, Texas 76102 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be filed with the Clerk of the Bankruptcy Court and be served upon Bridgepoint with copies to:

(i) the Chapter 11 Trustee, H. Thomas Moran II, 521 West Wilshire Blvd., Ste. 200, Oklahoma City, Oklahoma 73116; (ii) the above-captioned reorganized debtors (the "Debtors"), Life Partners Holdings, Inc., & Subsidiaries, 204 Woodhew Drive, Waco, TX 76712; (iii) counsel to the Chapter 11 Trustee, Thompson & Knight LLP, One Arts Plaza, 1722 Routh Street, Suite 1500, Dallas, Texas 75201(Attn: David M. Bennett, Richard Roper, Katharine Battaia Clark); (iv) the Office of the United States Trustee, Earle Cabell Federal Building, 1100 Commerce, Room 976, Dallas, Texas 75242 (Attn: Elizabeth A. Ziegler); (v) the Creditors' Trust Trustee, Alan M. Jacobs, AMJ Advisors LLC, 999 Central Avenue, Suite 208, Woodmere, New York 11598; and (vi) the Position Holder Trustee, Eduardo S. Espinosa, Dykema Cox Smith, 1717 Main St., Suite 4200, Dallas, Texas 75201, **so as to be received on or before May 22, 2017 (the "Objection Deadline").**

**PLEASE TAKE FURTHER NOTICE** that a hearing has been set on the Application for **May 30, 2017, at 9:30 a.m., prevailing Central Time**, in the United States Bankruptcy Court for the Northern District of Texas (Fort Worth Division), 501 West 10th Street, Fort Worth, Texas 76102. If no objections are received by the Objection Deadline, T&K may file a Certificate of No Objection. The Court, in its discretion, may approve such uncontested Application without the need for a hearing.

Dated:  April 27, 2017.

Respectfully submitted,

**Bridgepoint Consulting, LLC**

By: */s/ Dawn Ragan*

Dawn Ragan

**FINANCIAL ADVISOR FOR CHAPTER 11
TRUSTEE H. THOMAS MORAN II**

### CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that on April 27, 2017, I directed a copy of the foregoing application to be served electronically through ECF on the U.S. Trustee, counsel for the Position Holder Trustee, and counsel for the Creditors' Trustee. I further certify that the foregoing was served on all parties entitled to service via the Court's Electronic Filing System ("ECF") at the time of electronic filing.

                                        */s/ Dawn Ragan*

                                        Dawn Ragan