B 2100A (Form 2100A) (12/15)

**FILED**
NOV 29 2022
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## UNITED STATES BANKRUPTCY COURT
Northern District of Texas

In Re: Life Partner Holdings Inc.                                Case No. 15-40289

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2),Fed. R. Bankr. P., of the transfer, other than for security, of the claim reference in this evidence and notice.

| Cranehill Capital LLC | Evan R. Gage |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Cranehill Capital LLC
PO Box 25505
Dallas, Texas 75225

Court Claim # (if known):
Amount of Claim:
Date Claim Filed:

Phone: (214) 373-1221
Last Four Digits of the Acct #: 4132

Phone: (941) 993-3525
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of the Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Gregory Muller_         Date: 11/28/22
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Cranehill Capital LLC  
5206 McKinney Ave Suite 204 Dallas Texas 75205  
PO Box 25505 Dallas Texas 75225

214.373.1221 office  
214.373.3399 fax  
admin@cranehill.com

## ASSIGNMENT AGREEMENT

This Assignment Agreement (the "Agreement") is entered into as of the last date below (the "Effective Date") by and between Cranehill Capital LLC, (the "Cranehill") with an address at 5206 McKinney Ave Suite 204, Dallas, TX 75205 and Evan R. Gage, (the "Client"), with an address of 3801 Quantum Blvd Apt 106, Boynton Beach FL 33426.

1. Client is/was a creditor in the case (15-40289) as filed in the US Bankruptcy Court - Northern District of Texas (the "Case"). As a creditor in the Case, Client was entitled to distribution of funds from the assets of the Bankruptcy Estate in the approximate amount of $16,456.47 (the "Funds"). Remittance to Client was not successful and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds are now subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Client does not want to incur the time and expense of collecting the Funds themselves, does hereby assign, and convey to the Cranehill, for good and valuable consideration, all of Client's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. Assets Assigned: The assets herein assigned to Cranehill are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Client by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. Consideration: The consideration herein given by Cranehill to Client shall be ███████, which sum shall be remitted to Client. A check will be issue to the Client for the above stated amount within seven (7) days of receipt of this Agreement and a copy of the creditor's drivers license, which is required by the US Bankruptcy Court.

5. This assignment shall be deemed an absolute and unconditional assignment of funds for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Client represents and warrants to Cranehill that no payment or other distribution has been received by or on behalf of Client in full or partial satisfaction of the assigned rights; that Client has not previously sold or assigned the rights, in whole or in part, to any party.

7. Power of Attorney: To the extent necessary under applicable law, the Client does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Client's obligation(s) under this Agreement, Cranehill as its attorney-in-fact.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Client: Evan R. Gage  
Signature: *Evan Gage*  11-27-22  
Printed Name: Evan Gage    11-27-22  
Date: 11-27-22  
Phone: 941-993-3525  
Email: evan.r.gage@gmail.com

Cranehill Capital LLC  
*Gregory Mull*  
Gregory Mull, Manager  
Date: November 26, 2022

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Evan R. Gage ("Client"), hereby, assigns, conveys and transfers over and unto Cranehill Capital LLC ("Cranehill"), any and all of right, title and interest in and to the below referenced funds/claim(s). The Assigned funds/claim(s):

Debtor: Life Partner Holdings Inc.
Court: United States Bankruptcy Court - Northern District of Texas
Case Number: 15-40289
Chapter: 11
Claim:

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the 27th of November, 2022.

Evan R. Gage

*/s/ Evan Gage/*

Subscribed and Sworn before me this 27 day of November, 2022.

Notary Public: Ronnie Persad

My Commission Expires: 1-30-2025

RONNIE PERSAD
MY COMMISSION # HH 085344
EXPIRES: January 30, 2025
Bonded Thru Notary Public Underwriters

## SCHEDULE OF AMOUNTS FOR DEPOSIT INTO THE REGISTRY OF THE COURT

|     | Investor Name | Amount (USD) |
| --- | --- | --- |
| 116 | Estate Of Myron Melvin, Jr. | 2,641.73 |
| 117 | Estate Of Robert Alvarez | 1,363.50 |
| 118 | Estrella C. Prado | 7,751.20 |
| 119 | Eva Vagner Inter Vivos Trust | 2,750.14 |
| 120 | Evan Arthur Birkby | 11,946.68 |
| 121 | Evan R. Gage | 16,456.47 |
| 122 | Family Trust Of Valeria L Jordan | 5,988.13 |
| 123 | Federico Fernandez B & Ladis P Rodriguez Baute | 473.28 |
| 124 | Fenton L. L. Bowers | 5,284.95 |
| 125 | Fernando Rodriguez | 11,146.67 |
| 126 | FIME (USA) International LTD | 12,242.99 |
| 127 | FISERV fka Pensco Trust Company FBO Mary E Propst Acct: 031037996650 | 1,404.85 |
| 128 | Flint Immel | 24,363.65 |
| 129 | Flint Immel | 1,099.54 |
| 130 | Floyd R. Hendrick, III | 4,276.68 |
| 131 | For the Cause, LTD | 48,776.15 |
| 132 | Francis D. Calli | 1,128.53 |
| 133 | Frank J Bargers | 5,223.46 |
| 134 | Frank Or Doris Cote | 1,214.81 |
| 135 | Frederick A. Roberts | 32,580.42 |
| 136 | Gary D. & Melody A. Lawrence | 3,437.89 |
| 137 | Gary Gandy | 56,258.04 |
| 138 | Gary Mehlberg | 7,047.81 |
| 139 | Gary S. Cassill | 2,094.10 |
| 140 | George C. Gallinari | 15,182.31 |
| 141 | George E. Hyde Family Revocable Trust | 4,165.91 |
| 142 | Gerald A Bridwell | 1,245.66 |
| 143 | Gilbert Oswald | 1,625.74 |
| 144 | Glenn A. Liberatore | 0.15 |
| 145 | Gloria Elena Giraldo Isaza | 4,794.74 |
| 146 | Gloria Mighell | 39,444.19 |
| 147 | Grace K. Kim | 2,673.65 |
| 148 | Grant Carrabba | 13,647.84 |
| 149 | Gregory S. Ashlock | 15,929.41 |
| 150 | Guilford G. Gurk | 1,639.46 |
| 151 | Halfhill Family Trust | 1,502.98 |
| 152 | Harlan L. Willis | 29,170.39 |
| 153 | Harold & Jamie L. Norman | 1,120.11 |
| 154 | Harriet B Bothof & Ruth Gregg | 2,434.54 |

**EXHIBIT 1** to PHT's Final Report, Request for Discharge, and Motion to Deposit Funds Into the Registry of the Court

Page 4 of 13