

# NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Dana Hargrove for herself and as surviving spouse to Addis W. Hargrove ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Life Partners Holdings, Inc.
Court: United States Bankruptcy Court - Northern District of Texas
Case Number: 4:15-bk-40289
Chapter: 11
Original Creditor: Addis W. & Dana Hargrove

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Friday, December 09, 2022.


Dana Hargrove

*Dana Hargrove*
Signature



# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Feb 27 2021

**STATE OF TEXAS — CERTIFICATE OF DEATH**

**STATE FILE NUMBER:** 142-21-039832

1. **LEGAL NAME OF DECEASED** (Include AKA's, if any) (First, Middle, Last): ADDIS WAYNE HARGROVE
2. **DATE OF DEATH - ACTUAL OR PRESUMED** (mm-dd-yyyy): FEBRUARY 17, 2021
3. **SEX:** MALE
4. **DATE OF BIRTH** (mm-dd-yyyy): [redacted] 1941
5. **AGE-Last Birthday** (Years): 79
6. **BIRTHPLACE** (City & State or Foreign Country): DAINGERFIELD, TX
7. **SOCIAL SECURITY NUMBER:** [redacted]1330
8. **MARITAL STATUS AT TIME OF DEATH:** ☒ Married
9. **SURVIVING SPOUSE'S NAME** (If spouse, give name prior to first marriage): DANA EDWARDS
10a. **RESIDENCE STREET ADDRESS:** 2613 WILD IVY CT
10c. **CITY OR TOWN:** MANSFIELD
10d. **COUNTY:** TARRANT
10e. **STATE:** TEXAS
10f. **ZIP CODE:** 76063
10g. **INSIDE CITY LIMITS?** ☒ Yes
11. **FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE:** D.W. HARGROVE
12. **MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE:** MARY ELIZABETH FOMBY
13. **PLACE OF DEATH:** IF DEATH OCCURRED IN A HOSPITAL: ☒ Inpatient
14. **COUNTY OF DEATH:** DALLAS
15. **CITY/TOWN, ZIP:** DALLAS, 75203
16. **FACILITY NAME:** METHODIST DALLAS MEDICAL CENTER
17. **INFORMANT'S NAME & RELATIONSHIP TO DECEASED:** DAVID HARGROVE - SON
18. **MAILING ADDRESS OF INFORMANT:** 2600 GREENBRIAR DR, MANSFIELD, TX 76063
19. **METHOD OF DISPOSITION:** ☒ Cremation
20. **SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR:** CHRISTIE K. MOORE, BY ELECTRONIC SIGNATURE - 112216
22. **PLACE OF DISPOSITION:** ALPHA CREMATION SERVICE
23. **LOCATION** (City/Town, and State): GRAND PRAIRIE, TX
24. **NAME OF FUNERAL FACILITY:** MANSFIELD FUNERAL HOME
25. **COMPLETE ADDRESS OF FUNERAL FACILITY:** 1556 HERITAGE PARKWAY, MANSFIELD, TX 76063
26. **CERTIFIER:** ☒ Certifying physician
27. **SIGNATURE OF CERTIFIER:** AMIT MANN, BY ELECTRONIC SIGNATURE
28. **DATE CERTIFIED:** FEBRUARY 22, 2021
29. **LICENSE NUMBER:** M9480
30. **TIME OF DEATH:** 10:53 PM
31. **PRINTED NAME, ADDRESS OF CERTIFIER:** AMIT MANN, 221 W. COLORADO BLVD, PAV. II, SUITE 525, DALLAS, TX 75208
32. **TITLE OF CERTIFIER:** MD
33. **PART 1. CHAIN OF EVENTS:**
   a. **IMMEDIATE CAUSE:** NONTRAUMATIC INTRACEREBRAL HEMORRHAGE OF BASAL GANGLIA — Approximate interval Onset to death: UNKNOWN
**PART 2. SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH:** HYPERTENSION, DIABETES MELLITUS, RESPIRATORY FAILURE
34. **WAS AN AUTOPSY PERFORMED?** ☒ No
36. **MANNER OF DEATH:** ☒ Natural
37. **DID TOBACCO USE CONTRIBUTE TO DEATH?** ☒ No

EDR NUMBER: 0000444465179

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

**ISSUED** Mar 08 2021

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE