



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 16, 2022**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 15-40289-mxm11 |
| **LIFE PARTNERS HOLDINGS, INC.,** | § | |
| *et. al.* | § | JOINTLY ADMINISTERED |
| | § | (Chapter 11) |
| **Reorganized Debtors.** | § | |
| | § | |

### ORDER TO DEPOSIT UNCLAIMED FUNDS,
### APPROVING POSITION HOLDER TRUST'S FINAL REPORT,
### AND GRANTING REQUEST FOR DISCHARGE

**[Relates to Docket No. 4626]**

CAME ON FOR CONSIDERATION, the *Position Holder Trust's Final Report with Request for (i) Discharge, and (ii) Authority to Deposit Funds* [Dkt. No. 4626] (the "Final Report"), filed by the Life Partners Position Holder Trust (the "PHT"), on behalf of the Reorganized Debtors[1], by and through Michael J. Quilling, in his capacity as the Trustee of the

---

[1] As that term is defined within the Final Report. Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms within the Final Report, or otherwise, the Plan Documents.

PHT (the "Trustee"); and this Court having considered the Final Report and the record before it, finds and concludes[2] that: (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) the Final Report constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2), as to which this Court may enter a final order consistent with Article III of the United States Constitution; (iii) venue of this proceeding and the Final Report in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) notice of the Final Report and opportunity for a hearing thereon has been appropriate and adequate under the particular circumstances, and no other notice need be provided; and (v) good cause exists to approve the Final Report, grant the relief requested therein, and enter this Order (this "Order"). Based upon the foregoing, and after due deliberation, it is **HEREBY**:

**ORDERED, ADJUDGED, AND DECREED** that the Final Report is **APPROVED** on a final basis for all purposes; and it is further

**ORDERED** that, pursuant to the Court's General Order 2016-03 and the Court's procedures with the respect to unclaimed funds, the Trustee is authorized and directed to deposit the Unclaimed Funds with the Court, and the Clerk's Office is hereby ordered and directed to accept such funds for deposit; it is further

**ORDERED, ADJUDGED, AND DECREED** that the Trustee, the Original Trustee, the Trust Board, and each of the members of the Trust Board (whether current or former), are hereby **DISCHARGED** of and from any and all duties of administration of the PHT and all liabilities relating thereto, automatically upon entry of this Order. For clarity, this discharge applies specifically, but without limitation, to preclude any responsibility on the part of the Trustee, the

---

[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. *See* Fed. R. Bankr. P. 7052.

Original Trustee, and the Trust Board or its members for, or arising out of, any debt, expense, or liability incurred by the PHT or arising from the administration of the Plan Documents, the PHT, or the IRA Partnership; it is further,

**ORDERED, ADJUDGED, AND DECREED** that, pursuant to 11 U.S.C. § 350 and Federal Rule of Bankruptcy Procedure 3022, effective as of entry of this Order, this Lead Case is hereby **CLOSED**, and the Clerk's Office is hereby ordered and directed to re-close the Lead Case promptly; it is further

**ORDERED** that any and all United States Trustee fees due and owing for the Lead Case shall be paid when due following entry of this Order; it is further

**ORDERED** that the Trustee is authorized to take all actions necessary to effectuate this Order; it is further

**ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order; and it is further

**ORDERED** that notwithstanding the closing of the Lead Case, the Trustee is authorized to file a *Notice to Deposit Unclaimed Funds*, and this Court shall and hereby does retain exclusive jurisdiction to the fullest extent permitted under the Plan, Confirmation Order, and/or applicable law, including specifically and expressly to enforce or interpret its own orders pertaining to the Bankruptcy Cases.

# # # **END OF ORDER** # # #