BTXN 127 (rev. 1/14)

**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

JAN 11 2023

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: LIFE PARTNERS HOLDING, INC., §
ET.AL.                              §    Case No.: 15-40289-mxm11
                                    §
           Debtor(s)                §
                                    §    JOINTLY ADMINISTERED
                                    §
                                         (Chapter 11)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __xx__ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | FLINT IMMEL |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (*If Claimant is an individual, skip to Question No. 3*) | RANDALL ANDERSON Administrator of the FLINT IMMEL ESTATE |
| 3. | Current Mailing Address | 1706 Santa Fe Dr. WEATHERFORD TX 76086 |
| 4. | Telephone Number | 817-599-5522 office  817 613 7378 cell |
| 5. | SS# (*last 4 digits only*) or EIN # | 5213 |
| 6. | Amount Being Claimed | Exhibit 1  Line 128  $24,363.65 |

I, **RANDALL ANDERSON, CPA**, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 12/22/22          _____          N/A
                       Claimant Signature              Co-Claimant Signature

Subscribed and Sworn to Before Me this 22ND day of DECEMBER 2022.

_____
Notary Public
In and for the State of TEXAS
My commission expires 03/10/2024

LINDSEY RIFFE
Notary Public, State of Texas
Comm. Expires 03-10-2024
Notary ID 130575885

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 12/27/2022

Claimant's Signature

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
# VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES – VITAL STATISTICS
Feb 02 2022

**STATE OF TEXAS — CERTIFICATE OF DEATH**
STATE FILE NUMBER: 142-22-017369

1. LEGAL NAME OF DECEASED: FLINT IMMEL
2. DATE OF DEATH: JANUARY 28, 2022
3. SEX: MALE
4. DATE OF BIRTH: NOVEMBER 21, 1934
5. AGE-Last Birthday: 87
6. BIRTHPLACE: FREDERICKSBURG, TX
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: Never Married
9. SURVIVING SPOUSE'S NAME: —
10a. RESIDENCE STREET ADDRESS: 3400 N. HWY 281
10c. CITY OR TOWN: MINERAL WELLS
10d. COUNTY: PALO PINTO
10e. STATE: TEXAS
10f. ZIP CODE: 76067
10g. INSIDE CITY LIMITS?: No
11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: THOMAS AUGUST IMMEL
12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: WYOMA EVANS
13. PLACE OF DEATH: Decedent's Home
14. COUNTY OF DEATH: PALO PINTO
15. CITY/TOWN, ZIP: MINERAL WELLS, 76067
16. FACILITY NAME: 3400 N. HWY 281
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: SONYA IMMEL TORRES – NIECE
18. MAILING ADDRESS OF INFORMANT: 268 FLOYDS LANE, FREDERICKSBURG, TX 78624
19. METHOD OF DISPOSITION: Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: SHAUN M. DANZ, BY ELECTRONIC SIGNATURE - 12160
21. Unknown
22. PLACE OF DISPOSITION: GRIMES CREMATORY
23. LOCATION: KERRVILLE, TX
24. NAME OF FUNERAL FACILITY: SCHAETTER FUNERAL HOME, INC – FREDERICKSBURG
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 301 E. SAN ANTONIO ST, FREDERICKSBURG, TX 78624
26. CERTIFIER: Certifying physician
27. SIGNATURE OF CERTIFIER: MARSHALL MORRISON, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: FEBRUARY 1, 2022
29. LICENSE NUMBER: G5405
30. TIME OF DEATH: 10:11 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: MARSHALL MORRISON, 137-A INDUSTRIAL AVE, AZLE, TX 76020
32. TITLE OF CERTIFIER: MD

33. CAUSE OF DEATH:
   a. IMMEDIATE CAUSE: ISCHEMIC CARDIOMYOPATHY — 3 YEARS
   b. ATHEROSCLEROTIC CORONARY ARTERY DISEASE — 10 YEARS

PART 2. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: MYOCARDIAL INFARCTION
34. WAS AN AUTOPSY PERFORMED?: No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?: —

36. MANNER OF DEATH: Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH?: Unknown
38. IF FEMALE: —
39. IF TRANSPORTATION INJURY: —

40a. DATE OF INJURY: —
40b. TIME OF INJURY: —
40c. INJURY AT WORK?: —
40d. PLACE OF INJURY: —
40e. LOCATION: —
40f. COUNTY OF INJURY: —
41. DESCRIBE HOW INJURY OCCURRED: —

42a. REGISTRAR FILE NO.: —
42b. DATE RECEIVED BY LOCAL REGISTRAR: —
42c. REGISTRAR: —

EDR NUMBER: 000044445283535

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED: Feb 09 2022

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



COPY

# CAUSE NO. P09617

| | |
|---|---|
| ESTATE OF | IN COUNTY COURT |
| FLINT IMMEL | OF |
| DECEASED | PALO PINTO COUNTY, TEXAS |

## AGREED ORDER APPOINTING TEMPORARY ADMINISTRATOR PENDING CONTEST

On this day came to be heard the Application for Appointment of a Temporary Administrator filed by Kyle Immel, and the Court, after considering the applications, finds that FLINT IMMEL is deceased; that this Court has jurisdiction and venue over Decedent's estate; that there is an heirship dispute between Kyle Immel and TimbreLee Timmons; that the interest of this Estate requires the immediate appointment of a personal representative; that RANDALL H. ANDERSON, 1706 Santa Fe Drive, Weatherford, TX 76086 is not disqualified by law from serving as Temporary Administrator and should be appointed Temporary Administrator and receive Letters of Temporary Administration.

IT IS ORDERED that **RANDALL H. ANDERSON** is appointed as **TEMPORARY ADMINISTRATOR PENDING CONTEST OF THE ESTATE OF FLINT IMMEL, DECEASED** and that after a bond in the sum of $ 10,000.00 payable and conditioned as required by law is given and filed, and upon the taking and filing of the Oath of Temporary Administrator Pending Contest required by law by **RANDALL H. ANDERSON**, the Clerk of the Court shall issue Letters of Temporary Administration to **RANDALL H. ANDERSON**, Temporary Administrator Pending Contest of the Estate of **FLINT IMMEL**, Deceased, and that no appraiser is appointed.

**RANDALL H. ANDERSON** shall file an inventory within 90 days of his appointment.

IT IS FURTHER ORDERED that **RANDALL H. ANDERSON**, Temporary Administrator Pending Contest of the Estate of **FLINT IMMEL**, Deceased, shall have the power and authority of a permanent administrator with respect to claims against the Estate. Additionally, the Temporary Administrator Pending Contest shall have the following powers:

a) to preserve and protect the real and personal property of the Decedent's estate;

b) to secure Decedent's real property, including changing locks and security codes and accounts;

c) to obtain appraisals of Decedent's real and personal property;

d) to renew and extend any Certificates of Deposit belonging to Decedent;

e) to secure Decedent's personal property, including but not limited to all personal property, including animals, located in the residence or in the control and custody of third parties;

f) to collect, receive and deposit all money, accounts (including bank accounts), accounts receivable, rent, claims, and causes of action owing to Decedent, held by the estate, or subject to administration of the estate;

g) to open estate bank accounts as necessary;

h) to collect and take possession of all vehicles owned by the Decedent;

i) to file all necessary federal and state tax returns due by the Decedent and the Decedent's estate and to pay all taxes due;

j) to take possession of all papers, books, documents, instruments, files, records, accounts, canceled checks, receipts, bank statements, medical records, and all other matters in writing of every kind which are reasonably necessary in his judgment for the proper performance of his duties and to carry out the orders of the Court;

k) to employ third parties to effectuate the above matters;

l) to take possession of the Decedent's computer, phone(s), tablet(s), and all electronic devices, files, or media, and to search and image all storage data;

m) to accept service and represent Decedent's interest in any lawsuit or claim by or against Decedent, including settlement of any suit, subject to approval by the Court;

n) to take possession of or manage any employee benefits related to Decedent's employment;

o) to obtain and receive any of Decedent's medical or financial information; and

p) to make such disbursements of estate funds as are authorized under applicable law and the orders of this Court.

IT IS FURTHER ORDERED that the appointment of the Temporary Administrator Pending Contest shall continue until the contest is terminated and a permanent executor or administrator is appointed.

Signed this ___ day of _September_, 2022.

_Judge Presiding_

Agreed,

*[signature]*

Law Office of Robert A. Ray
Attorneys at Law for Kyle Immel
8430 Linden St.
Linden, Texas 76226
Phone:　214-660-5700
Fax:　　855-660-5700
Bar Card No.: 16606350
Robert@TexasInheritance.Com

Agreed,

*[signature]*

Robert J. Glasgow
Attorney for TimbreLee Timmons
State Bar No. 08001000
Glasgow Isham & Glasgow
505 North Graham Street
Stephenville, Texas 76401

- CAUSE NO. P09617　　　　　　　　　　　　　　　　　　　　　　　　　Page 5 of 5

FILED
at 10:45 o'clock A M
SEP 1 2 2022
Janette K. Dreer
Clerk of the County Court
Palo Pinto County, Texas
By: A. Figueroa, Deputy

CAUSE NO. P09617

*FILED 12:38 P.M.*
*OCT 26 2022*
*Clerk of the County Court, Palo Pinto County, Texas*
*By _____ Deputy*

| ESTATE OF | IN COUNTY COURT |
|---|---|
| FLINT IMMEL | OF |
| DECEASED | PALO PINTO COUNTY, TEXAS |

## OATH

I do solemnly swear that I will well and truly perform the duties of Temporary Administrator of the Estate of Flint Immel, Deceased, in accordance with the law, and with the order of the court appointing me such administrator.

*/s/ Randall H. Anderson*

Randall H. Anderson

SUBSCRIBED AND SWORN TO BEFORE ME by RANDALL ANDERSON this the 26TH day of OCTOBER, 2022, to certify which witness my hand and seal of office.

*/s/ Notary*

Notary Public

- CAUSE NO. P09617 -    Page 1 of 1