UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:　　　　　　　　　　　　　　　　§
Life Partners Holdings, Inc.　　　　　§　Case No.:
　　　　　　　　　　　　　　　　　　　§　15-40289
　　　　　　　　　　　Debtor(s)　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§

FILED
FEB 0 9 2023
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __X__ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Gloria Mighell |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (*If Claimant is an individual, skip to Question No. 3*) | |
| 3. | Current Mailing Address | 89903 Manion Dr Warrenton OR 97146 |
| 4. | Telephone Number | (503) 891-6106 |
| 5. | SS# *(last 4 digits only)* or EIN # | 1169 |
| 6. | Amount Being Claimed | $39,444.19 |

I, Gloria Mighell _____, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 1.28.2023　　Gloria Grimson Mighell
　　　　　　　　　Claimant Signature　　　　　　　Co-Claimant Signature

Subscribed and Sworn to Before Me this 28th day of January

Toni Wallace
Notary Public
In and for the State of Oregon
My commission expires January 28, 2024

OFFICIAL STAMP
LORI WALLACE
NOTARY PUBLIC - OREGON
COMMISSION NO. 995480
MY COMMISSION EXPIRES JANUARY 28, 2024

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 1/28/2023

2/8/23 D.W.

*Gloria Grimson Mighell*
Claimant's Signature



| Court / TXNB | | | | |
|---|---|---|---|---|
| Creditors 1 1 | | | | |
| Court | Case | Creditor Name | Debtor Name | Amount |
| TXNB | 15-40289 | Gloria Michell | Life Partners Holdings, Inc. | $39,444.19 |


Return to Sender





### DYNASTY
ASSET RECOVERY SERVICES

## LIMITED POWER OF ATTORNEY
## USED ONLY TO COLLECT FUNDS FROM THE BELOW REFERENCED CASE

I, Gloria Mighell, hereby appoint Dana Williams on behalf of Dynasty Asset Recovery Services LLC whose current address is 3755 N Josey Ln #117220, Carrollton, Texas 75011, as my true and lawful attorney for me and in my name and stead, and for my use and benefit to claim funds held for me by US Bankruptcy Court, N.D. Texas, giving and granting unto my said attorney in fact full authority and power to do and perform any and all other acts necessary or incident to the performance and execution of the powers herein expressly granted with power to do and perform all acts authorized hereby; as fully to all intents and purposes as the Grantor might or could do if personally present.

This Limited Power of Attorney will cease twelve (12) months from date hereof.

IN WITNESS WHEREOF, I have signed this __28th__ day of __January__, 20__23__, and I direct that photographic copies of this document be made, which shall have the same force and effect as an original.

_Gloria Grimson Mighell_
**Client**

_89903 Marion Warrenton_
_Oregon 97246_
**Current Address**

_____
**Client**

_____
**Current Address**

SUBSCRIBED AND SWORN TO BEFORE ME this __28th__ day of __January__, 20__23__

County of __Clatsop__

State of __Oregon__

_Lori Wallace_
**Notary Public**

Date of Commission Expires:
_January 28, 2024_

OFFICIAL STAMP
LORI WALLACE
NOTARY PUBLIC - OREGON
COMMISSION NO. 995480
MY COMMISSION EXPIRES JANUARY 28, 2024



# AFFIDAVIT OF
## PHOTO IDENTIFICATION AUTHENTICITY

I, Dana Williams, Managing Member of Dynasty Asset Recovery Services LLC, hereby certify that the below proof of identification is a true and accurate duplicate of the original.



Date: 9/21/22

Dana Williams, Managing Member
Dynasty Asset Recovery Services LLC

**Mailing Address:**
3755 N Josey Lane #117220
Carrollton, Texas 75011

**Physical Address:**
1930 E Hebron Pkwy #360
Carrollton, Texas 75007

**Phone:**
(469) 702-1976

On 21 Sept. 2022 before me, Dana Williams, personally appeared, personally known to me to be the person whose name is subscribed to be within the instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal this 21st day of September 20 22 in the County of Denton, State of Texas.

Signature of Notary Public

Date Commission Expires: 12-01-2025



KATHERINE L. ISAACKS
Notary Public
STATE OF TEXAS
NOTARY ID # 12809955-3
My Comm. Expires 12-01-2025