

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 8, 2023**

*Mark X. Mullin*
**United States Bankruptcy Judge**

---

BTXN 163 (rev. 05/16)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Life Partners Holdings, Inc. | § | Case No.:   15−40289−mxm11 |
| | § | Chapter No.:   11 |
| Debtor(s) | § | |

## ORDER AUTHORIZING PAYMENT OF UNCLAIMED FUNDS

At Fort Worth , Texas, in said District, came on to be considered the Application For Payment Of Unclaimed Funds by:

| | |
|---|---|
| NAME: | Suzanne Groff Lierz |
| MAILING ADDRESS: | 4317 W. Audubon Pl.<br>Boise, ID 83705 |

Claimant, for payment of unclaimed funds in the amount of $6,987.61.

It appearing to the Court that the said claimant is entitled to receive payment in the amount stated above, and

that said funds are now on deposit in the United States Treasury, and

that notice of the Application was given to the United States Attorney, and

that no objection to the Application has been filed, it is

ORDERED that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re:

Life Partners Holdings, Inc.

Debtor

Case No. 15-40289-mxm

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 53 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + Suzanne Groff Lierz, 4317 W. Audubon Pl., Boise, ID 83705-3851 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | Joseph Barkate |
| | | Richard D. DePaolo |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison Jayne Maynard | |
| | on behalf of Respondent Interactive Brokers LLC allison.maynard@wilsonelser.com deidra.cobb@wilsonelser.com;Cynthia.terrell@wilsonelser.com |
| Allison Jayne Maynard | |
| | on behalf of Respondent Vanguard Marketing Corporation allison.maynard@wilsonelser.com deidra.cobb@wilsonelser.com;Cynthia.terrell@wilsonelser.com |
| Allison L. Carr | |
| | on behalf of Creditor Scott and Pamela Jacobs acarr@bernsteinlaw.com |
| Alyssa M. Pazandak | |

District/off: 0539-4 | User: admin | Page 2 of 53
Date Rcvd: Feb 08, 2023 | Form ID: pdf012 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Plaintiff Life Partners Creditors Trust apazandak@munsch.com |
| Alyssa M. Pazandak | on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust apazandak@munsch.com |
| Alyssa M. Pazandak | on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust apazandak@munsch.com |
| Alyssa M. Pazandak | on behalf of Plaintiff Alan M. Jacobs apazandak@munsch.com |
| Alyssa M. Pazandak | on behalf of Plaintiff Life Partners Creditors' Trust apazandak@munsch.com |
| Alyssa M. Pazandak | on behalf of Plaintiff Alan M. Jacobs   As Trustee For The Creditors' Trust apazandak@munsch.com |
| Alyssa M. Pazandak | on behalf of Plaintiff Alan M. Jacobs apazandak@munsch.com |
| Alyssa M. Pazandak | on behalf of Plaintiff Alan M. Jacobs   As Trustee For The Creditors Trust apazandak@munsch.com |
| Angelia B. Lee | on behalf of Creditor CHARLENE R. BRASHER angelia@cthglawfirm.com |
| Angus E. McSwain | on behalf of Interested Party Purchase Escrow Services  LLC mcswain@thetexasfirm.com, bullion@thetexasfirm.com |
| Angus E. McSwain | on behalf of Creditor Advance Trust & Life Escrow Services  LTA mcswain@thetexasfirm.com, bullion@thetexasfirm.com |
| Angus E. McSwain | on behalf of Interested Party Advanced Life Settlement Portfolio 2011-1  LLC mcswain@thetexasfirm.com, bullion@thetexasfirm.com |
| Annapoorni Rohini Sankaran | on behalf of Creditor Red Lion Square Holdings  LLC anna.sankaran@hklaw.com, diana.miranda@hklaw.com;julia.warren@hklaw.com |
| Areya Holder | on behalf of Attorney Areya Holder Aurzada areya@holderlawpc.com  holderlaw@jubileebk.net |
| Areya Holder | on behalf of Attorney Areya Holder areya@holderlawpc.com  holderlaw@jubileebk.net |
| Areya Holder | on behalf of Creditor Grace Joines areya@holderlawpc.com  holderlaw@jubileebk.net |
| Barbara L. Yong | on behalf of Defendant Joel F. Woods blyong@gct.law  tstephenson@gct.law |
| Barbara L. Yong | on behalf of Defendant John D. Jones blyong@gct.law  tstephenson@gct.law |
| Barbara L. Yong | on behalf of Defendant Jack M. Pausman blyong@gct.law  tstephenson@gct.law |
| Barbara L. Yong | on behalf of Defendant Mark J. Smith blyong@gct.law  tstephenson@gct.law |
| Bart N. Pruitt | on behalf of Intervenor-Plaintiff Howard Terry Hines bpruitt@pruittlawfirm.net  rpruitt@pruittlawfirm.net |
| Bart N. Pruitt | on behalf of Intervenor-Plaintiff Steven Glenn Hines bpruitt@pruittlawfirm.net  rpruitt@pruittlawfirm.net |
| Behrooz P. Vida | on behalf of Interested Party Daniel Skogens filings@vidalawfirm.com bkfilings@yahoo.com;TheVidaLawFirmPLLC@jubileebk.net;legalprokirstin@gmail.com |
| Berry D. Spears | on behalf of Creditor Transparency Alliance LLC bspears@lockelord.com  jmendoza@kbkllp.com |
| Berry D. Spears | on behalf of Creditor BroadRiver Asset Management  L.P. bspears@lockelord.com, jmendoza@kbkllp.com |
| Brent C. Perry | on behalf of Creditor Evergreen Lifeplan Fund LP bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com |
| Brent C. Perry | on behalf of Creditor Evergreen II Lifeplan fund LP bperry@burfordperry.com |

lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Creditor Pillar II Life Settlement Fund  LP bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Defendant Dean Vagnozzi bperry@burfordperry.com  lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Creditor Pillar Life Settlement Fund I  LP bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Plaintiff Pillar Life Settlement Fund 4  LP bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Creditor Pillar 4 Life Settlement Fund  LP bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Creditor Evergreen III Lifeplan Fund LLC bperry@burfordperry.com
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Creditor Pillar Life Settlement Fund II  LP bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Defendant Vagnozzi Properties  Inc. bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Defendant Pillar I LS Fund  LLC bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Defendant Linda Robinson bperry@burfordperry.com  lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Defendant Happy Endings Dog Rescue bperry@burfordperry.com
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Defendant John Gissas bperry@burfordperry.com  lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Plaintiff Pillar Life Settlement Fund I  L.P. bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Creditor Pillar 3 Life Settlement Fund  LP bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Intervenor Brian D. Pardo bperry@burfordperry.com  lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Defendant ABetterFinancialPlan.com  LLC bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Defendant A Better Financial Plan  LLC bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Intervenor-Plaintiff Brian D. Pardo  as Trustee for the IRA Funded Life Trusts bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Plaintiff Black Diamond Lifeplan Fund  LP bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Plaintiff Evergreen III Lifeplan Fund  LLC bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Plaintiff Evergreen II Lifeplan Fund  LP bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

District/off: 0539-4                                      User: admin                                      Page 4 of 53
Date Rcvd: Feb 08, 2023                                  Form ID: pdf012                              Total Noticed: 1

|  |  |
|---|---|
| | on behalf of Plaintiff Pillar Life Settlement Fund 5 LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com |
| Brent C. Perry | on behalf of Defendant Brian Pardo bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com |
| Brent C. Perry | on behalf of Interested Party Brian Pardo bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com |
| Brent C. Perry | on behalf of Plaintiff Pillar Life Settlement Fund II LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com |
| Brent C. Perry | on behalf of Creditor Pillar 5 Life Settlement Fund LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com |
| Brent C. Perry | on behalf of Creditor Black Diamond Lifeplan Fund LP bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com |
| Brent C. Perry | on behalf of Plaintiff Pillar Life Settlement Fund 3 LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com |
| Brent C. Perry | on behalf of Defendant Michael Gissas bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com |
| Brent C. Perry | on behalf of Plaintiff Evergreen Lifeplan Fund LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com |
| Brett Field | on behalf of Creditor Cathryn W Kolker brett@strombergstock.com sarah@strombergstock.com;kedrin@strombergstock.com |
| Brett Field | on behalf of Creditor James M Kolker brett@strombergstock.com sarah@strombergstock.com;kedrin@strombergstock.com |
| Brian A. Raynor | on behalf of Creditor Transparency Alliance LLC braynor@lockelord.com |
| Brian K. Asberry | on behalf of Creditor Nellie Beckley basberry@nnlaw.com |
| Brian Patrick Shaw | on behalf of Defendant Christine Smith bshaw@ccsb.com mkountz@ccsb.com,wmartinez@ccsb.com |
| Brian Patrick Shaw | on behalf of Defendant Craig Wear Financial Group LLC bshaw@ccsb.com, mkountz@ccsb.com,wmartinez@ccsb.com |
| Brian Patrick Shaw | on behalf of Defendant Gregory Ricks bshaw@ccsb.com mkountz@ccsb.com,wmartinez@ccsb.com |
| Bryan A. Wood | on behalf of Accountant MMS Advisors LLC bwood@bermantabacco.com, bmccarthy@bermantabacco.com |
| Bryan L. Elwood | on behalf of Interested Party Advanced Life Settlement Portfolio 2011-1 LLC elwoodb@gtlaw.com |
| Bryan L. Elwood | on behalf of Interested Party Advanced Life Settlement Portfolio 2013-3 LLC elwoodb@gtlaw.com |
| Bryan L. Elwood | on behalf of Interested Party Advanced Life Settlement Portfolio 2012-2 LLC elwoodb@gtlaw.com |
| C. Michael Moore | on behalf of Interested Party Thomas E. Stern mike.moore@dlapiper.com Jessica.turpen@dlapiper.com |
| C. Michael Moore | on behalf of Interested Party optionsXpress Inc. mike.moore@dlapiper.com, Jessica.turpen@dlapiper.com |
| Caleb Bransford Bulls | on behalf of Plaintiff Word of God Fellowship Inc. d/b/a Daystar Television Network caleb.bulls@kellyhart.com, Melissa.matej@kellyhart.com |
| Charlene C. Koonce | on behalf of Defendant Abio Financial Group Inc. charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | on behalf of Defendant Keith West charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | |

on behalf of Defendant Alliance Affiliated Equities Corporation charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant Sheryl Hanson charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant SMR LS Fund II  LLC charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant New Asset Advisors  LLC charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant James T. Payton charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant Mark McKay charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant Gregory Rains Harper charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant Resale and Valuation Services  LLC charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant Business Legacy  Inc. charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant Spectrum Advisors  Inc. charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant Douglas Hart Cassel charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant Ray Hughes charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant Ella Oliver charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant Curtis M. Cole charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant New Asset Alternatives  LLC charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant Legacy Planning Group  Inc. charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant Victor Johnson charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant SMR LS Fund  LLC charlene.koonce@solidcounsel.com

Charles Alfred Mackenzie

on behalf of Attorney Charles Alfred Mackenzie courtfilings@texas-appeals.com

Charles Alfred Mackenzie

on behalf of Debtor Life Partners Holdings  Inc. courtfilings@texas-appeals.com

Charles R. Chesnutt, Sr.

on behalf of Intervenor-Plaintiff Betty J Nickels pleadings@chapter7-11.com

Charles R. Chesnutt, Sr.

on behalf of Counter-Claimant R. E. Branch M.D. pleadings@chapter7-11.com

Charles R. Chesnutt, Sr.

on behalf of Cross-Claimant Betty J Nickels pleadings@chapter7-11.com

Charles R. Chesnutt, Sr.

on behalf of Defendant RE Branch pleadings@chapter7-11.com

Christine L. Stetson

on behalf of Creditor Clay Amuny cstetson@bernsenlaw.com  cwestmoreland@bernsenlaw.com

Christine L. Stetson

on behalf of Intervenor-Plaintiff Clay Amuny cstetson@bernsenlaw.com  cwestmoreland@bernsenlaw.com

Christopher H. Trickey

on behalf of Creditor John Richard Matheny ctrickey@gdhm.com  mhenderson@gdhm.com;bcumings@gdhm.com

Christopher J. Akin

on behalf of Accountant MMS Advisors  LLC cakin@lynnllp.com, cbaker@lynnllp.com

District/off: 0539-4 · · · · · · · · · · · · · · · · · · · · User: admin · · · · · · · · · · · · · · · · · · · · · Page 6 of 53
Date Rcvd: Feb 08, 2023 · · · · · · · · · · · · · · · · · Form ID: pdf012 · · · · · · · · · · · · · · · · · Total Noticed: 1

Christopher J. Akin
                    on behalf of Attorney Bryan A. Wood cakin@lynnllp.com  cbaker@lynnllp.com

Christopher J. Moser
                    on behalf of Defendant Matheson Services  LLC cmoser@qslwm.com, cprice@qslwm.com

Christopher S. Murphy
                    on behalf of Interested Party Texas Department of Insurance bk-cmurphy@oag.texas.gov  sherri.simpson@oag.texas.gov

Clay M. Taylor
                    on behalf of Interested Party PJC Investments  LLC clay.taylor@bondsellis.com, krista.hillman@bondsellis.com

Clayton D. Ketter
                    on behalf of Jointly Administered Party/Debtor Life Partners  Inc. cdketter@phillipsmurrah.com,
                    mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clayton D. Ketter
                    on behalf of Jointly Administered Party/Debtor LPI Financial Services  Inc. cdketter@phillipsmurrah.com,
                    mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clayton D. Ketter
                    on behalf of Plaintiff Life Partners  Inc. cdketter@phillipsmurrah.com,
                    mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clayton D. Ketter
                    on behalf of Plaintiff LPI Financial Services  Inc. cdketter@phillipsmurrah.com,
                    mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clayton D. Ketter
                    on behalf of Trustee H. Thomas Moran  II cdketter@phillipsmurrah.com,
                    mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clayton D. Ketter
                    on behalf of Debtor Life Partners Holdings  Inc. cdketter@phillipsmurrah.com,
                    mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clifford Franklin McMaster
                    on behalf of Creditor Suzanne Hawk cfmcmaster@sbcglobal.net

Clyde A. Pine, Jr.
                    on behalf of Creditor Raymond P. Ramirez pine@mgmsg.com

Clyde A. Pine, Jr.
                    on behalf of Creditor Kenneth Schillinger pine@mgmsg.com

Conrad Daniel Hester
                    on behalf of Counter-Defendant Thompson & Knight LLP conrad.hester@tklaw.com
                    Melanie.baley@tklaw.com,polly.bates@tklaw.com

Conrad Daniel Hester
                    on behalf of Counter-Defendant David M. Bennett conrad.hester@tklaw.com  Melanie.baley@tklaw.com,polly.bates@tklaw.com

Courtney Jane Hull
                    on behalf of Creditor Texas Comptroller of Public Accounts bk-chull@oag.texas.gov  sherri.simpson@oag.texas.gov

Cynthia A. Spencer
                    on behalf of Creditor Juan Flores cyndy@irby-spencer.com

D. Wade Cloud, Jr.
                    on behalf of Creditor Blake Y. Stock wcloud@hhdulaw.com

Daniel C Durand, III
                    on behalf of Defendant A Roger O. Whitley Group  Inc. durand@durandlaw.com, bankruptcy@durandlaw.com

Daniel C Durand, III
                    on behalf of Defendant Ken Marko durand@durandlaw.com  bankruptcy@durandlaw.com

Daniel C Durand, III
                    on behalf of Defendant Select Capital Corporation durand@durandlaw.com  bankruptcy@durandlaw.com

David D. Ritter
                    on behalf of Creditor Philip M. Garner dritter@ritterspencer.com

David D. Ritter
                    on behalf of Creditor Certain IRA Investors dritter@ritterspencer.com

David D. Ritter
                    on behalf of Interested Party Ad Hoc Committee of Fractional Insurance Beneficiaries of Life Partners  Inc.
                    dritter@ritterspencer.com

David D. Ritter
                    on behalf of Interested Party Amicus Parties Holding Fractional Beneficiary Interests dritter@ritterspencer.com

District/off: 0539-4      User: admin      Page 7 of 53

Date Rcvd: Feb 08, 2023      Form ID: pdf012      Total Noticed: 1

David D. Ritter
on behalf of Interested Party Janet Arnold dritter@ritterspencer.com

David D. Ritter
on behalf of Interested Party mp Ad Hoc Committee of Direct Fractional Interest Owners of Life Settlement Policies dritter@ritterspencer.com

David D. Ritter
on behalf of Interested Party Ad Hoc Committee of Direct Fractional Interest Owners of Life Settlement Policies dritter@ritterspencer.com

David D. Ritter
on behalf of Interested Party Michael Arnold dritter@ritterspencer.com

David Frederick Morris
on behalf of Defendant Roger Lane dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant Thomas Montgomery dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant First Up  Inc. dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant Gary Brosseit dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant James Cleary dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant Steve Chambers dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant G. Brossert dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant Randal Wallis dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant James Sundelius dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant Windfall Development  Inc. dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant Ronald H. Willis dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant Retirement Rescue  LLC dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant R Squared  Inc. dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant Abundant Income  LLC dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant Guy Smith dfmorris48@verizon.net

David L. Campbell
on behalf of Creditor The Bobbye Cozette Coleman Rev Liv Trust dcampbell@uplawtx.com

David L. Swanson
on behalf of Interested Party Stallings Family Limited Partnership  L.P. dswanson@lockelord.com, ppateman@lockelord.com

David Lawrence Staab
on behalf of Defendant Coastal Equities  Inc. david.staab@haynesboone.com

David M Bennett
on behalf of Plaintiff H Thomas Moran  II david.bennett@hklaw.com, gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust david.bennett@hklaw.com, gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Counter-Defendant H. Thomas Moran II david.bennett@hklaw.com, gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Interested Party Michael LaMothe david.bennett@hklaw.com, gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

District/off: 0539-4                       User: admin                              Page 8 of 53
Date Rcvd: Feb 08, 2023                   Form ID: pdf012                        Total Noticed: 1

David M Bennett

on behalf of Plaintiff Alan M. Jacobs  As Trustee For The Creditors Trust david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Defendant Life Partners  Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Defendant Life Partners Holdings  Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Successor Trustee Life Partners Creditors' Trust david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Jointly Administered Party/Debtor Life Partners  Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Consolidated debtor Life Partners Financial Services  Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Trustee H. Thomas Moran  II david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Plaintiff Somerset Partners Strategic Assets  Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Debtor LPI Financial Services  Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Plaintiff Life Partners Creditors Trust david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Trustee H. Thomas Moran II david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Debtor Life Partners  Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Jointly Administered Party/Debtor LPI Financial Services  Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Plaintiff Life Partners Creditors' Trust david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Plaintiff David Whitmire david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Plaintiff Stephen Eccles david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David R. Clouston

on behalf of Defendant Petra World Wide  Inc. dclouston@sessions-law.biz,
jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

David R. Clouston

on behalf of Defendant Irish East India Co. dclouston@sessions-law.biz
jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

David R. Clouston

on behalf of Defendant Alpha & Omega Global Risk Management  LP dclouston@sessions-law.biz,
jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

David R. Clouston

on behalf of Defendant AO Global  LLC dclouston@sessions-law.biz,
jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

David R. Clouston

on behalf of Interested Party Chris Y. Rhodes dclouston@sessions.legal
jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

District/off: 0539-4                          User: admin                                  Page 9 of 53
Date Rcvd: Feb 08, 2023                        Form ID: pdf012                            Total Noticed: 1

David R. Clouston
 on behalf of Defendant Russell Hagan dclouston@sessions-law.biz
 jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

Dax Daniel Voss
 on behalf of Creditor Paul Durham dvoss@lubbocklawfirm.com  clusk@lubbocklawfirm.com;jfrost@lubbocklawfirm.com

Deborah J. Penner
 on behalf of Defendant Jane Louise Cansino deborahpenner@att.net  deborahpenner@yahoo.com

Dena L Mathis
 on behalf of Defendant Robin Rock  Ltd. dena@mathislegal.com, diana@mathislegal.com

Dena L Mathis
 on behalf of Defendant Shamrock Life Settlement  Inc. dena@mathislegal.com, diana@mathislegal.com

Dena L Mathis
 on behalf of Creditor Shamrock Life Settlement  Inc. dena@mathislegal.com, diana@mathislegal.com

Dena L Mathis
 on behalf of Defendant Alexandra Agencies Limited dena@mathislegal.com  diana@mathislegal.com

Dena L Mathis
 on behalf of Creditor Carteya Limited dena@mathislegal.com  diana@mathislegal.com

Dena L Mathis
 on behalf of Creditor Robin Rock Limited dena@mathislegal.com  diana@mathislegal.com

Dena L Mathis
 on behalf of Creditor Alexandra Agencies Limited dena@mathislegal.com  diana@mathislegal.com

Dena L Mathis
 on behalf of Defendant Carteya Limited dena@mathislegal.com  diana@mathislegal.com

Dennis L. Roossien
 on behalf of Plaintiff Alan M. Jacobs  As Trustee For The Creditors' Trust droossien@munsch.com

Dennis L. Roossien
 on behalf of Plaintiff Life Partners Creditors Trust droossien@munsch.com

Dennis L. Roossien
 on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust droossien@munsch.com

Dennis L. Roossien
 on behalf of Plaintiff Life Partners Creditors' Trust droossien@munsch.com

Dennis L. Roossien
 on behalf of Interested Party Life Partners Position Holder Trust droossien@munsch.com

Dennis L. Roossien
 on behalf of Plaintiff Life Partners  Inc. droossien@munsch.com

Dennis L. Roossien
 on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust droossien@munsch.com

Dennis L. Roossien
 on behalf of Trustee Alan M. Jacobs droossien@munsch.com

Dennis L. Roossien
 on behalf of Creditor Official Committee of Unsecured Creditors droossien@munsch.com

Dennis L. Roossien
 on behalf of Plaintiff Alan M. Jacobs   As Trustee For The Creditors Trust droossien@munsch.com

Devon D. Sharp
 on behalf of Plaintiff Life Partners Creditors' Trust dsharp@munsch.com  sblackstock@munsch.com

Devon D. Sharp
 on behalf of Plaintiff Alan M. Jacobs   As Trustee For The Creditors' Trust dsharp@munsch.com, sblackstock@munsch.com

Diane W. Sanders
 on behalf of Creditor McLennan County austin.bankruptcy@publicans.com

Donna K. Webb
 on behalf of Creditor Internal Revenue Service - IRS donna.webb@usdoj.gov
 brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

Donna Kaye Rashti
 on behalf of Creditor Estate of Bonell Rashti  Deceased donna@rashtiandmitchell.com, dkrm@aol.com

Doug D. Skierski
 on behalf of Defendant Infinity Asset Management  LLC dskierski@Skiamc.com

Doug D. Skierski

   on behalf of Defendant Eagle One Investments  LLC fbo Infinity Asset Management, LLC dskierski@Skiamc.com

Douglas A. Daniels

   on behalf of Creditor Betty Slaughter doug.daniels@dtlawyers.com

Drew Austin Lagow

   on behalf of Defendant Middleton & Associates drew@rkcglaw.com

Drew Austin Lagow

   on behalf of Defendant Bailey Financial drew@rkcglaw.com

Drew Austin Lagow

   on behalf of Defendant Dennis Lagow drew@rkcglaw.com

E. Rhett Buck

   on behalf of Intervenor-Plaintiff Dolores K Crowe erhettbuck@aol.com

E. Rhett Buck

   on behalf of Intervenor-Plaintiff Prentiss G Crowe erhettbuck@aol.com

Edward A. Clarkson, III

   on behalf of Creditor Official Committee of Unsecured Creditors edwardclarkson@huntonAK.com

Edward A. Clarkson, III

   on behalf of Trustee Alan M. Jacobs edwardclarkson@huntonAK.com

Edward Michael Ratliff

   on behalf of Creditor Janet L Earnest consumer.law@hotmail.com

Elizabeth Ziegler Young

   on behalf of U.S. Trustee United States Trustee elizabeth.a.young@usdoj.gov

Eric J. Taube

   on behalf of Creditor Penumbra Capital Fund 2012 LLC eric.taube@wallerlaw.com
   sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Eric J. Taube

   on behalf of Plaintiff KLI Investments  LP eric.taube@wallerlaw.com,
   sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Eric J. Taube

   on behalf of Creditor Penumbra Capital Life Settlement Fund MMXA LLC eric.taube@wallerlaw.com
   sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Eric J. Taube

   on behalf of Creditor PJC Investments  LLC eric.taube@wallerlaw.com,
   sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Eric J. Taube

   on behalf of Plaintiff Penumbr4 LLC eric.taube@wallerlaw.com  sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Eric J. Taube

   on behalf of Plaintiff Penumbra Fund III LLC eric.taube@wallerlaw.com
   sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Eric J. Taube

   on behalf of Creditor KLI Investments  LLC eric.taube@wallerlaw.com,
   sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Eric J. Taube

   on behalf of Plaintiff Penumbra Capital Life Settlement Fund-MMXA LLC eric.taube@wallerlaw.com
   sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Eric J. Taube

   on behalf of Creditor Penumbra Fund III LLC eric.taube@wallerlaw.com
   sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Eric J. Taube

   on behalf of Creditor KLI Investments  LP eric.taube@wallerlaw.com,
   sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Eric J. Taube

   on behalf of Creditor Penumbr4 LLC eric.taube@wallerlaw.com  sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Eric J. Taube

   on behalf of Plaintiff Penumbra Capital Fund-2012 LLC eric.taube@wallerlaw.com
   sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Erin Marie Schmidt

   on behalf of Defendant United States Trustee ustpregion06.da.ecf@usdoj.gov  erin.schmidt2@usdoj.gov

Erin Marie Schmidt

District/off: 0539-4 | User: admin | Page 11 of 53
Date Rcvd: Feb 08, 2023 | Form ID: pdf012 | Total Noticed: 1

on behalf of U.S. Trustee United States Trustee ustpregion06.da.ecf@usdoj.gov  erin.schmidt2@usdoj.gov

F. Leighton Durham, III

on behalf of Defendant ACHIM Reinhart DBA Lifeset TBB ldurham@dpslawgroup.com
klassiter@dpslawgroup.com;rpainter@painterfirm.com

Fareed Kaisani

on behalf of Trustee Alan M. Jacobs fkaisani@pcrfirm.com  lmarczak@pcrfirm.com

Fareed I. Kaisani

on behalf of Plaintiff Life Partners Creditors' Trust fareed.kaisani@bakerbotts.com  lmarczak@pcrfirm.com

Fareed I. Kaisani

on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust fareed.kaisani@bakerbotts.com,
lmarczak@pcrfirm.com

Fareed I. Kaisani

on behalf of Plaintiff Alan M. Jacobs  as Trustee of the Life Partners Creditors' Trust fareed.kaisani@bakerbotts.com,
lmarczak@pcrfirm.com

Forshey & Prostok LLP

jrf@forsheyprostok.com

Franklin L. Broyles

on behalf of Intervenor-Plaintiff James C. Neel Family Trust frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin L. Broyles

on behalf of Intervenor-Plaintiff Patricia L. Cundick frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin L. Broyles

on behalf of Intervenor-Plaintiff Jay C. Wittwer frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin L. Broyles

on behalf of Intervenor-Plaintiff George and Katherine King Living Trust frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin L. Broyles

on behalf of Creditor Paul S. Worrell frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin L. Broyles

on behalf of Intervenor-Plaintiff Brandee Lee Price frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin L. Broyles

on behalf of Intervenor-Plaintiff Ronald P. Cundick frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin L. Broyles

on behalf of Intervenor-Plaintiff Howard S. and Tresa D. Fish Family Trust frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin L. Broyles

on behalf of Intervenor-Plaintiff Austin Trust frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin Scott Flow

on behalf of Creditor Goligowski Family Trust fsflow@flowlaw.com  flf7694@flowlaw.com

Franklin Scott Flow

on behalf of Creditor Daphna W. Fuller fsflow@flowlaw.com  flf7694@flowlaw.com

Fred R. Norton, Jr.

on behalf of Creditor Barbara A. Wilson phred@nortonandwood.com

Frederick E. Walker

on behalf of Intervenor-Plaintiff John R. Matheny fredwalkerlaw@yahoo.com  ecfcourtmail@yahoo.com

G. Kevin Buchanan

on behalf of Debtor Life Partners Holdings  Inc. courtfilings@kevinbuchananlaw.com

G. Kevin Buchanan

on behalf of Spec. Counsel Kevin Buchanan & Associates courtfilings@kevinbuchananlaw.com

Gary R Sorden

on behalf of Defendant MDH Interests  LLC gsorden@coleschotz.com, ahickey@coleschotz.com

George David Gordon

on behalf of Defendant John C. Covey Sr. gdgordon@bgdlaw.net

George David Gordon

on behalf of Defendant Gregg M. Cune gdgordon@bgdlaw.net

George Donald McDonald

on behalf of Defendant GO Financial Services  Inc. Mcdonaldgeo@aol.com

George H. Barber

on behalf of Creditor Transparency Alliance LLC gbarber@bradley.com
sbyrd@bradley.com;gbarberbradley@ecf.courtdrive.com;george-barber-8068@ecf.pacerpro.com

Gerrit M. Pronske
on behalf of Debtor Life Partners Holdings Inc. gpronske@spencerfane.com,
jkathman@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

Gilbert Craig Hubble
on behalf of Intervenor-Plaintiff Clifford T Emerick gcraighubble@gmail.com leloni36@gmail.com

Greggory D. Lundberg
on behalf of Intervenor-Plaintiff Don L Lundberg glundberg@gdllawyer.com tschwartz@gdllawyer.com

Gregory A. Lowry
on behalf of Attorney Locke Lord LLP greglowry33@gmail.com

Gregory A. Lowry
on behalf of Intervenor-Plaintiff The Muerto Fund LLC glowry@lockelord.com

Gregory A. Lowry
on behalf of Intervenor-Plaintiff Stallings Family Limited Partnership L.P. glowry@lockelord.com

Gregory A. Lowry
on behalf of Interested Party Stallings Family Limited Partnership L.P. greglowry33@gmail.com

Gregory Wayne Mitchell
on behalf of Defendant David Watlington greg@mitchellps.com ecfnotices@mitchellps.com

H. Jefferson LeForce
on behalf of Creditor Pillar II Life Settlement Fund LP jleforce@leforcelaw.com

H. Jefferson LeForce
on behalf of Creditor Evergreen II Lifeplan fund LP jleforce@leforcelaw.com

H. Jefferson LeForce
on behalf of Creditor Evergreen III Lifeplan Fund LLC jleforce@leforcelaw.com

H. Jefferson LeForce
on behalf of Creditor Pillar 3 Life Settlement Fund LP jleforce@leforcelaw.com

H. Jefferson LeForce
on behalf of Creditor Pillar 4 Life Settlement Fund LP jleforce@leforcelaw.com

H. Jefferson LeForce
on behalf of Creditor Evergreen Lifeplan Fund LP jleforce@leforcelaw.com

H. Jefferson LeForce
on behalf of Creditor Black Diamond Lifeplan Fund LP jleforce@leforcelaw.com

H. Jefferson LeForce
on behalf of Creditor Pillar Life Settlement Fund I LP jleforce@leforcelaw.com

H. Jefferson LeForce
on behalf of Creditor Pillar 5 Life Settlement Fund LP jleforce@leforcelaw.com

Harmony A. Mappes
on behalf of Defendant Infinity Asset Management LLC harmony.mappes@faegrebd.com

Harmony A. Mappes
on behalf of Defendant Eagle One Investments LLC fbo Infinity Asset Management, LLC harmony.mappes@faegrebd.com

Heather Berkowitz
on behalf of Creditor ASM Capital V L.P. dwolfe@asmcapital.com

Heather Berkowitz
on behalf of Creditor Sparta Group MA LLC Series 20 dwolfe@asmcapital.com

Heather Berkowitz
on behalf of Creditor ASM SPV L.P. dwolfe@asmcapital.com

Heather Berkowitz
on behalf of Creditor ASM Insolve L.P. dwolfe@asmcapital.com

Howard Marc Spector
on behalf of Defendant Price L. Johnson P.C. hspector@spectorcox.com,
sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com

Hunter Brandon Jones
on behalf of Attorney Shannon Gracey Ratliff & Miller brandon@bondsellis.com joyce.rehill@bondsellis.com

Hunter Brandon Jones
on behalf of Creditor Louise G. Lasater Family Trust brandon@bondsellis.com joyce.rehill@bondsellis.com

I. Richard Levy
on behalf of Creditor Earnest Eugene Stocker levy@bgvllp.com

I. Richard Levy

on behalf of Creditor Mary Ann Stocker levy@bgvllp.com

J. Casey Roy

on behalf of Interested Party Texas Department of Insurance casey.roy@oag.texas.gov

J. Casey Roy

on behalf of Interested Party Texas Department of Banking casey.roy@oag.texas.gov

J. David Dickson

on behalf of Interested Party Purchase Escrow Services  LLC dickson@thetexasfirm.com,
perez@thetexasfirm.com;day@thetexasfirm.com;harrison@thetexasfirm.com;pattillo@thetexasfirm.com

J. David Dickson

on behalf of Creditor Advance Trust & Life Escrow Services  LTA dickson@thetexasfirm.com,
perez@thetexasfirm.com;day@thetexasfirm.com;harrison@thetexasfirm.com;pattillo@thetexasfirm.com

J. Machir Stull

on behalf of Jointly Administered Party/Debtor LPI Financial Services  Inc. mstull@jw.com,
lwilliams@jw.com;kgradney@jw.com;dtrevino@jw.com

J. Machir Stull

on behalf of Creditor Certain IRA Investors mstull@jw.com  lwilliams@jw.com;kgradney@jw.com;dtrevino@jw.com

J. Matthew Goodin

on behalf of Creditor Transparency Alliance LLC jmgoodin@lockelord.com

J. Michael Sutherland

on behalf of Defendant Fred Dewald msutherland@ccsb.com  lsparks@ccsb.com

J. Michael Sutherland

on behalf of Defendant Harold Rafuse msutherland@ccsb.com  lsparks@ccsb.com

J. Michael Sutherland

on behalf of Defendant Tad Ballantyne msutherland@ccsb.com  lsparks@ccsb.com

J. Robert Forshey

on behalf of Attorney Forshey & Prostok LLP bforshey@forsheyprostok.com
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com

J. Seth Moore

on behalf of Creditor Robert J. Martinez smoore@condontobin.com  jsteele@condontobin.com

J. Seth Moore

on behalf of Creditor RT & PY Myles Revocable Living Trust smoore@condontobin.com  jsteele@condontobin.com

Jack Balderson, Jr.

on behalf of Creditor Second Ad Hoc Committee of Fractional Interest Investors in Life Settlement Policies
jack@baldersonlaw.com

Jack Nicholas Fuerst

on behalf of Defendant James Billington jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant David M. Compton Inc. jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant John Young jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Charter Insurance Brokerage  Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Gregory Dailey jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Brazos Life Settlement Fund jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Advance Level Solutions  LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Frank Benischeck jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Growth Partners Intl D-B-A Growth Partners Ins. Agency  LLC jfuerst@sbcglobal.net,
fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Alvin L. Lee jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Michael Lloyd jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

District/off: 0539-4                        User: admin                        Page 14 of 53
Date Rcvd: Feb 08, 2023                     Form ID: pdf012                     Total Noticed: 1

Jack Nicholas Fuerst

on behalf of Defendant Joshua Peck jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant John J. Eisz jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Jackie Lankton jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant William Mausen jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Steve Feeken jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Kevin Kraemer jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Inspired Alternative Investments jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Lana Borbas jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant WWWF Fund  LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Norman Lorentz jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Robert D. Phillips jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Bruce C. Sandelin jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Much Financial Services jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Fei Havenor jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant The Arbitrage Advisory Group  Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant United Senior Advisors Group jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Thomas Quinn jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Annui Corp Services  Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Lanning Financial Inc. jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Worth Financial Group  Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Chartwell Asset Management  Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Garry Madaline jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Paula Izzard Properties  LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Randy Martens jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Harry J. Wilson Insurancecenter Inc. jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant CPF Health Benefits Insurance Agency  Inc. jfuerst@sbcglobal.net,
fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Attorney Jack N Fuerst jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

District/off: 0539-4                                User: admin                                Page 15 of 53
Date Rcvd: Feb 08, 2023                          Form ID: pdf012                          Total Noticed: 1

on behalf of Defendant Ronald Coleman jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Sandra Knoy jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Jay Heimburger jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Disciplined Advisor Network  Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Entrepreneur Choice Fund II  LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Nicholas Munds jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Lois M. Abbott jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Crimson Fund-1  LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Joseph Borino jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant William G. Ball jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant BAAPLIFE2-2014  LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant John Compton Jr. jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Wesley Davidson jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Charter Financial Group  LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Smith & Ballard jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Golden Eagle Fund 16  LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant BAAPLIFE1-2013 LLC jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant American Money Group  Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Fanny W. Chan jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Creditor Jack N Fuerst jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Jim W. Bell jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Pillar I LS Fund  LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Stonebridge Capital  LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Dan OBrien jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant JBH Securities jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Cody Biggs jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Scott Scholz jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Ronnie Knoy jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

District/off: 0539-4                                    User: admin                                    Page 16 of 53
Date Rcvd: Feb 08, 2023                                Form ID: pdf012                               Total Noticed: 1

Jack Nicholas Fuerst

on behalf of Defendant Harvey Stein jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Thomas R. Wilson jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant IFC Safe Holdings LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Charles Clarkson jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

James Craig Orr, Jr.

on behalf of Interested Party McDermott Plaintiffs jim@hop-law.com jessie@hop-law.com

James Craig Orr, Jr.

on behalf of Interested Party MDL Plaintiffs jim@hop-law.com jessie@hop-law.com

James Craig Orr, Jr.

on behalf of Creditor John Willingham MDL Group jim@hop-law.com jessie@hop-law.com

James Jay Lee

on behalf of Interested Party Life Partners Position Holder Trust jimlee@velaw.com

James Jay Lee

on behalf of Plaintiff Life Partners Position Holder Trust jimlee@velaw.com

James L. Schutza

on behalf of Creditor Tedder Family Trust jschutza@sbcglobal.net jschutza@att.net

James L. Schutza

on behalf of Interested Party 111 Farm and Ranch L.P. jschutza@sbcglobal.net, jschutza@att.net

James M. McGee

on behalf of Plaintiff Life Partners Creditors' Trust jmcgee@munsch.com lgarrett@munsch.com

James M. McGee

on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors Trust jmcgee@munsch.com, lgarrett@munsch.com

James M. McGee

on behalf of Creditor Life Partners Creditors' Trust jmcgee@munsch.com lgarrett@munsch.com

James M. McGee

on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors' Trust jmcgee@munsch.com, lgarrett@munsch.com

James M. McGee

on behalf of Trustee Alan M. Jacobs jmcgee@munsch.com lgarrett@munsch.com

James M. McGee

on behalf of Plaintiff Life Partners Creditors Trust jmcgee@munsch.com lgarrett@munsch.com

James M. McGee

on behalf of Plaintiff Alan M. Jacobs jmcgee@munsch.com lgarrett@munsch.com

James M. McGee

on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust jmcgee@munsch.com, lgarrett@munsch.com

James M. McGee

on behalf of Plaintiff Alan M. Jacobs jmcgee@munsch.com lgarrett@munsch.com

James M. McGee

on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust jmcgee@munsch.com, lgarrett@munsch.com

James Sanford Brouner

on behalf of Creditor D.W. Skelton jbrouner@haywardfirm.com

Jarold Lee Apple

on behalf of Intervenor-Plaintiff Elmer Terrell Hodges bapple@2027law.com

Jarold Lee Apple

on behalf of Interested Party E. Terrell Hodges bapple@2027law.com

Jason Alexander Enright

on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust jenright@munsch.com

Jason Alexander Enright

on behalf of Plaintiff Life Partners Creditors' Trust jenright@munsch.com

Jason Alexander Enright

on behalf of Plaintiff Alan M. Jacobs jenright@munsch.com

District/off: 0539-4 | User: admin | Page 17 of 53
Date Rcvd: Feb 08, 2023 | Form ID: pdf012 | Total Noticed: 1

Jason Michael Katz
on behalf of Creditor AMY HIETT jkatz@ccsb.com wmartinez@ccsb.com,talvarado@ccsb.com

Jason Michael Katz
on behalf of Creditor AMY HIETT  AS EXECUTOR OF THE ESTATE OF JAMES E. NAILLING jkatz@ccsb.com, wmartinez@ccsb.com,talvarado@ccsb.com

Jason Mitchell Little
on behalf of Defendant Mark McKay mitch.little@solidcounsel.com

Jason Mitchell Little
on behalf of Defendant Ella Oliver mitch.little@solidcounsel.com

Jason Patrick Kathman
on behalf of Debtor Life Partners Holdings  Inc. jkathman@spencerfane.com, gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

Jason S. Brookner
on behalf of Interested Party Vida Capital  Inc. jbrookner@grayreed.com, lwebb@grayreed.com;acarson@grayreed.com

Jason T. Rodriguez
on behalf of Creditor Certain Shareholders of Life Partners Holdings  Inc. jrodriguez@higierallen.com, cfincher@higierallen.com

Jason T. Rodriguez
on behalf of Attorney Aguirre Law  APC jrodriguez@higierallen.com, cfincher@higierallen.com

Jason T. Rodriguez
on behalf of Attorney Local counsel for Gary Aguirre as Counsel for certain Shareholders jrodriguez@higierallen.com cfincher@higierallen.com

Jay Ong
on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Creditor Official Committee of Unsecured Creditors jong@munsch.com amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Debtor Life Partners Holdings  Inc. jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Other Professional Lewis & Ellis  Inc. and D3G Capital Management, LLC jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Trustee H. Thomas Moran  II jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Trustee Alan M. Jacobs jong@munsch.com  amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Interested Party The Governing Trust Board of the Life Partners Position Holder Trust and the Life Partners Creditors' Trust jong@munsch.com  amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jeff P. Prostok
on behalf of Debtor Life Partners Holdings  Inc. jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

Jeffrey A. Baruh
on behalf of Defendant Donald Bergis jbaruh@ahklaw.com  delston@ahklaw.com

Jeffrey A. Baruh
on behalf of Defendant Jared M. Elson jbaruh@ahklaw.com  delston@ahklaw.com

Jeffrey B. Mead
on behalf of Creditor Transparency Alliance LLC jmead@lockelord.com  srobinson@lockelord.com

Jeffrey D. Sternklar
on behalf of Interested Party John S Ferris jeffrey@sternklarlaw.com

Jeffrey D. Sternklar
on behalf of Interested Party Janet Arnold jeffrey@sternklarlaw.com

Jeffrey D. Sternklar
on behalf of Interested Party Langston Law Firm LPI Settlement  LLP jeffrey@sternklarlaw.com

Jeffrey D. Sternklar
on behalf of Interested Party Michael Arnold jeffrey@sternklarlaw.com

Jeffrey D. Sternklar
on behalf of Interested Party Steve South jeffrey@sternklarlaw.com

Jeffrey D. Sternklar
on behalf of Interested Party Christine Duncan jeffrey@sternklarlaw.com

Jeffrey R. Erler
on behalf of Creditor Certain IRA Investors jerler@erlerpc.com  gmgtemp@ghetrial.com

Jeffrey R. Erler
on behalf of Interested Party Amicus Parties Holding Fractional Beneficiary Interests jerler@erlerpc.com  gmgtemp@ghetrial.com

Jeffrey R. Erler
on behalf of Interested Party Ad Hoc Committee of Fractional Insurance Beneficiaries of Life Partners  Inc. jerler@erlerpc.com, gmgtemp@ghetrial.com

Jeffrey R. Erler
on behalf of Interested Party Janet Arnold jerler@erlerpc.com  gmgtemp@ghetrial.com

Jeffrey R. Erler
on behalf of Creditor Philip M. Garner jerler@erlerpc.com  gmgtemp@ghetrial.com

Jeffrey R. Erler
on behalf of Interested Party Michael Arnold jerler@erlerpc.com  gmgtemp@ghetrial.com

Jeffrey Raymond McCombs
on behalf of Interested Party Sharon Ames cabmandu@sbcglobal.net

Jeffrey Raymond McCombs
on behalf of Intervenor-Plaintiff Sharon Ames cabmandu@sbcglobal.net

Jennifer Rudenick Ecklund
on behalf of Plaintiff Life Partners Creditors' Trust jecklund@thompsoncoburn.com  lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Successor Trustee Life Partners Creditors' Trust jecklund@thompsoncoburn.com  lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Defendant Life Partners  Inc. jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Plaintiff H Thomas Moran  II jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Counter-Defendant Asset Services Group  LLC jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Consolidated debtor Life Partners Financial Services  Inc. jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Plaintiff Alan M. Jacobs jecklund@thompsoncoburn.com  lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Plaintiff Alan M. Jacobs   As Trustee For The Creditors' Trust jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Trustee H. Thomas Moran II jecklund@thompsoncoburn.com  lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Plaintiff Alan M. Jacobs   As Trustee For The Creditors Trust jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Plaintiff Life Partners Creditors Trust jecklund@thompsoncoburn.com  lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Debtor Life Partners Holdings  Inc. jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jenny C. Parks
on behalf of Creditor Patricia K. Gibson jennycparksattorney@gmail.com

Jesse R. Castillo
on behalf of Creditor Mary Alice Medina jcastillo@casnlaw.com

Jesse R. Castillo
on behalf of Attorney Jesse R. Castillo jcastillo@casnlaw.com

Jesse R. Castillo
on behalf of Creditor Helio Medina jcastillo@casnlaw.com

District/off: 0539-4                                    User: admin                                    Page 19 of 53
Date Rcvd: Feb 08, 2023                                 Form ID: pdf012                                 Total Noticed: 1

John A. Hixson
> on behalf of Intervenor-Plaintiff Connie Allen Kratzer maria@hixsonstringham.com
> hlfnotices@gmail.com,lee@hixsonstringham.com,hixsonbkr@hotmail.com

John A. Hixson
> on behalf of Intervenor-Plaintiff Alice Ann Farrell maria@hixsonstringham.com
> hlfnotices@gmail.com,lee@hixsonstringham.com,hixsonbkr@hotmail.com

John A. Hixson
> on behalf of Intervenor-Plaintiff James McAlister maria@hixsonstringham.com
> hlfnotices@gmail.com,lee@hixsonstringham.com,hixsonbkr@hotmail.com

John A. Hixson
> on behalf of Intervenor-Plaintiff Thomas L. Kratzer maria@hixsonstringham.com
> hlfnotices@gmail.com,lee@hixsonstringham.com,hixsonbkr@hotmail.com

John A. Leonard
> on behalf of Creditor Judy Mitchell lenbiz@rlklaw.net  lenlaw@rlklaw.net

John A. Leonard
> on behalf of Creditor James R. Mitchell lenbiz@rlklaw.net  lenlaw@rlklaw.net

John A. Woodcock
> on behalf of Creditor Kenneth M. Nelson jwoodcock@bernsteinshur.com
> mlibby@bernsteinshur.com;rlearned@bernsteinshur.com

John Albert Basinger
> on behalf of Defendant Lincoln National Life Insurance Company jbasinger@saul.com

John C. Leininger
> on behalf of Interested Party Langston Law Firm LPI Settlement  LLP jcl@os.law, cpoteete@os.law

John C. Leininger
> on behalf of Interested Party Janet Arnold jcl@os.law  cpoteete@os.law

John C. Leininger
> on behalf of Plaintiff Steve South jcl@sbbolaw.com  cpoteete@os.law

John C. Leininger
> on behalf of Plaintiff Philip M. Garner jcl@sbbolaw.com  cpoteete@os.law

John C. Leininger
> on behalf of Plaintiff Christine Duncan jcl@sbbolaw.com  cpoteete@os.law

John C. Leininger
> on behalf of Plaintiff Michael Arnold jcl@sbbolaw.com  cpoteete@os.law

John C. Leininger
> on behalf of Interested Party Amicus Parties Holding Fractional Beneficiary Interests jcl@os.law  cpoteete@os.law

John C. Leininger
> on behalf of Creditor Philip M. Garner jcl@os.law  cpoteete@os.law

John C. Leininger
> on behalf of Plaintiff John S Ferris jcl@sbbolaw.com  cpoteete@os.law

John C. Leininger
> on behalf of Plaintiff John S. Ferris jcl@sbbolaw.com  cpoteete@os.law

John C. Leininger
> on behalf of Plaintiff Steve South  as Trustee for and on behalf of The South Living Trust jcl@sbbolaw.com, cpoteete@os.law

John C. Leininger
> on behalf of Plaintiff Janet Arnold jcl@sbbolaw.com  cpoteete@os.law

John C. Leininger
> on behalf of Creditor Certain IRA Investors jcl@os.law  cpoteete@os.law

John C. Leininger
> on behalf of Interested Party Ad Hoc Committee of Fractional Insurance Beneficiaries of Life Partners  Inc. jcl@os.law,
> cpoteete@os.law

John C. Leininger
> on behalf of Interested Party Langston Law Firm jcl@os.law  cpoteete@os.law

John C. Leininger
> on behalf of Interested Party Michael Arnold jcl@os.law  cpoteete@os.law

John C. Leininger
> on behalf of Interested Party Philip Garner jcl@os.law  cpoteete@os.law

John D. Fraser
> on behalf of Creditor NDivision  Inc. jfraser@fbfk.law, sbednarski@fbfk.law

District/off: 0539-4                                  User: admin                                  Page 20 of 53
Date Rcvd: Feb 08, 2023                              Form ID: pdf012                              Total Noticed: 1

John J. Kane
    on behalf of Defendant DeWitt & Dunn  LLC jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

John J. Kane
    on behalf of Defendant Lakeside Equity Partners  Inc. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

John J. Kane
    on behalf of Creditor Baron Aldrine jkane@krcl.com  ecf@krcl.com;jkane@ecf.courtdrive.com

John L. Green
    on behalf of Creditor Caryn Ayers jlgreen488@aol.com

John M. Saltarelli
    on behalf of Defendant Joe Martinez jmsaltarelli@rmemail.com  stsimpson@rmemail.com

John M. Saltarelli
    on behalf of Defendant Don Wilson jmsaltarelli@rmemail.com  stsimpson@rmemail.com

John M. Saltarelli
    on behalf of Counter-Claimant Don Wilson jmsaltarelli@rmemail.com  stsimpson@rmemail.com

John M. Saltarelli
    on behalf of Defendant Ray Hughes jmsaltarelli@rmemail.com  stsimpson@rmemail.com

John M. Saltarelli
    on behalf of Defendant Kevin Jones jmsaltarelli@rmemail.com  stsimpson@rmemail.com

John M. Saltarelli
    on behalf of Counter-Claimant Kevin Jones jmsaltarelli@rmemail.com  stsimpson@rmemail.com

John M. Saltarelli
    on behalf of Counter-Claimant Robert H. Watlington jmsaltarelli@rmemail.com  stsimpson@rmemail.com

John M. Saltarelli
    on behalf of Defendant Vernon Bell jmsaltarelli@rmemail.com  stsimpson@rmemail.com

John M. Saltarelli
    on behalf of Counter-Claimant Vernon Bell jmsaltarelli@rmemail.com  stsimpson@rmemail.com

John M. Saltarelli
    on behalf of Defendant William V. Mozek  Jr. jmsaltarelli@rmemail.com, stsimpson@rmemail.com

John M. Saltarelli
    on behalf of Defendant Robert H. Watlington jmsaltarelli@rmemail.com  stsimpson@rmemail.com

John M. Saltarelli
    on behalf of Counter-Claimant William V. Mozek  Jr. jmsaltarelli@rmemail.com, stsimpson@rmemail.com

John P. Lewis, Jr.
    on behalf of Intervenor-Plaintiff Aaron T. Bartel jplewis@haywardfirm.com  mholmes@haywardfirm.com

John P. Lewis, Jr.
    on behalf of Creditor James K Beeson jplewis@haywardfirm.com  mholmes@haywardfirm.com

John P. Lewis, Jr.
    on behalf of Intervenor-Plaintiff James K Beeson jplewis@haywardfirm.com  mholmes@haywardfirm.com

John P. Lewis, Jr.
    on behalf of Creditor Wanda L. Beeson jplewis@haywardfirm.com  mholmes@haywardfirm.com

John P. Lewis, Jr.
    on behalf of Intervenor-Plaintiff Francis E Zehr jplewis@haywardfirm.com  mholmes@haywardfirm.com

John P. Lewis, Jr.
    on behalf of Intervenor-Plaintiff Donna S. Baker jplewis@haywardfirm.com  mholmes@haywardfirm.com

John P. Lewis, Jr.
    on behalf of Intervenor-Plaintiff Kathryn L Anderson jplewis@haywardfirm.com  mholmes@haywardfirm.com

John P. Lewis, Jr.
    on behalf of Intervenor-Plaintiff Wanda L. Beeson jplewis@haywardfirm.com  mholmes@haywardfirm.com

John P. Lewis, Jr.
    on behalf of Creditor Loofburrow Family Revocable Living Trust jplewis@haywardfirm.com  mholmes@haywardfirm.com

John Thomas Boyd, Jr.
    on behalf of Intervenor-Plaintiff Hector Robert Garcia tboyd@amaonline.com

John Thomas Boyd, Jr.
    on behalf of Intervenor-Plaintiff Thelma Roberta McFall tboyd@amaonline.com

John Thomas Boyd, Jr.
    on behalf of Intervenor-Plaintiff Jack D. Vaughn tboyd@amaonline.com

John Thomas Boyd, Jr.
    on behalf of Creditor Thelma Roberta McFall IRA tboyd@amaonline.com

John Thomas Boyd, Jr.
    on behalf of Intervenor-Plaintiff Charlotte Polvado tboyd@amaonline.com

John Thomas Boyd, Jr.
    on behalf of Creditor Charlotte Polvado tboyd@amaonline.com

Jonathan Covin
    on behalf of Creditor John Gissas jonathan.covin@wickphillips.com  brenda.ramirez@wickphillips.com

Jonathan Alexander Gitlin
    on behalf of Creditor Mary Frances Gardner jgitlin@patellegal.com
jonathan@jgtxlaw.com,jonathan.gitlin@gmail.com,ksantiago@patellegal.com,khill@patellegal.com

Joseph Acosta
    on behalf of Interested Party Jeraldine E Rasco acosta.joseph@dorsey.com

Joseph E. Sarachek
    on behalf of Creditor LPAQ  LLC. sarachekesq@gmail.com

Joseph F Postnikoff
    on behalf of Creditor Etta Dean Musgrave JPostnikoff@romclaw.com  mwilson@romclaw.com

Joseph F Postnikoff
    on behalf of Creditor Gary T Moulder JPostnikoff@romclaw.com  mwilson@romclaw.com

Joseph F Postnikoff
    on behalf of Creditor Individual Fractional Interest and IRA Note Holders JPostnikoff@romclaw.com  mwilson@romclaw.com

Joseph F Postnikoff
    on behalf of Attorney Goodrich Postnikoff & Associates  LLP JPostnikoff@romclaw.com, mwilson@romclaw.com

Joseph J. Wielebinski, Jr.
    on behalf of Creditor Official Committee of Unsecured Creditors jwielebinski@munsch.com  bmcdearmon@winstead.com

Joseph J. Wielebinski, Jr.
    on behalf of Attorney Creditors Committee jwielebinski@munsch.com  bmcdearmon@winstead.com

Joseph M. Coleman
    on behalf of Creditor LMS Enterprise  Inc. Pension Plan/Profit Sharing jcoleman@krcl.com,
ecf@krcl.com;jcoleman@ecf.courtdrive.com

Joseph M. Coleman
    on behalf of Creditor My Bee  Inc. Pension Plan/Profit Sharing Plan jcoleman@krcl.com,
ecf@krcl.com;jcoleman@ecf.courtdrive.com

Josephine Garrett
    on behalf of Attorney Josephine Garrett PC filing@jgarrettlaw.com

Josephine Garrett
    on behalf of Creditor Deborah Yandle filing@jgarrettlaw.com

Josephine Garrett
    on behalf of Interested Party Durand Gilbert filing@jgarrettlaw.com

Josephine Garrett
    on behalf of Creditor Susan M. McKee filing@jgarrettlaw.com

Josephine Garrett
    on behalf of Creditor Brandon Koonsman filing@jgarrettlaw.com

Josephine Garrett
    on behalf of Creditor Rocky Canyon Investments  LP filing@jgarrettlaw.com

Joshua A. Scerbo
    on behalf of Plaintiff Shea Ostreicher jscerbo@cll-law.com

Joshua A. Scerbo
    on behalf of Creditor Shea Ostreicher jscerbo@cll-law.com

Joshua Lee Shepherd
    on behalf of Plaintiff Michael J. Quilling jshepherd@qslwm.com  dcruz@qslwm.com

Joshua Lee Shepherd
    on behalf of Interested Party Life Partners Position Holder Trust jshepherd@qslwm.com  dcruz@qslwm.com

Joshua Lee Shepherd
    on behalf of Trustee Michael J. Quilling jshepherd@qslwm.com  dcruz@qslwm.com

Joshua Lee Shepherd
    on behalf of Counter-Defendant Michael J. Quilling jshepherd@qslwm.com  dcruz@qslwm.com

Joshua P. Searcy
on behalf of Intervenor-Plaintiff Wade Johnson jpsearcy@gmail.com  ecf@searcyfirm.com

Joshua P. Searcy
on behalf of Creditor MJL Thomas Investments  LLC jpsearcy@gmail.com, ecf@searcyfirm.com

Joshua P. Searcy
on behalf of Intervenor-Plaintiff MJL Thomas Investments  LLC jpsearcy@gmail.com, ecf@searcyfirm.com

Joyce W. Lindauer
on behalf of Creditor Bob Shearn joyce@joycelindauer.com  dian@joycelindauer.com;12113@notices.nextchapterbk.com

Joyce W. Lindauer
on behalf of Creditor Betty Ockwood joyce@joycelindauer.com  dian@joycelindauer.com;12113@notices.nextchapterbk.com

Julian Preston Vasek
on behalf of Intervenor-Plaintiff First Viatical Settlements Fund  Ltd. jvasek@haywardfirm.com

Julian Preston Vasek
on behalf of Creditor First Viatical Settlement Fund  Ltd. jvasek@munsch.com

Julian Preston Vasek
on behalf of Trustee Alan M. Jacobs jvasek@munsch.com

Julie Johnston-Ahlen
on behalf of Creditor Transparency Alliance LLC jja@novackmacey.com

Kalju Nekvasil
on behalf of Creditor Aaron M. Scott gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Faye D. Lipham gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Alford R. DeShields gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor James K. Newton gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Songul Atay gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Bob J. Nick gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Mary R. McEvers gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Ronald L. Lipham gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Sylvia Ringmacher gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Patricia J. Miers gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor James J. Kramer gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Robert E. Little gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Paul G. Ringmacher gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Frances A. Nick gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Cie Ann Scott gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Travis G Dunaway gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Stanley Dennis gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Jenny L. DeShields gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Richard T. McEvers gnmain@gnfirm.com

District/off: 0539-4                                    User: admin                                    Page 23 of 53
Date Rcvd: Feb 08, 2023                              Form ID: pdf012                              Total Noticed: 1

Kalju Nekvasil
on behalf of Creditor Timothy Parker gnmain@gnfirm.com

Katharine Battaia Clark
on behalf of Trustee H. Thomas Moran  II kclark@thompsoncoburn.com,
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark
on behalf of Jointly Administered Party/Debtor Life Partners  Inc. kclark@thompsoncoburn.com,
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark
on behalf of Trustee H. Thomas Moran II kclark@thompsoncoburn.com
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark
on behalf of Jointly Administered Party/Debtor LPI Financial Services  Inc. kclark@thompsoncoburn.com,
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark
on behalf of Debtor Life Partners Holdings  Inc. kclark@thompsoncoburn.com,
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark
on behalf of Debtor LPI Financial Services  Inc. kclark@thompsoncoburn.com,
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark
on behalf of Attorney Thompson & Knight LLP kclark@thompsoncoburn.com
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark
on behalf of Consolidated debtor Life Partners Financial Services  Inc. kclark@thompsoncoburn.com,
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark
on behalf of Debtor Life Partners  Inc. kclark@thompsoncoburn.com,
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark
on behalf of Defendant Life Partners  Inc. kclark@thompsoncoburn.com,
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katherine T. Hopkins
on behalf of Defendant Clayton Pitts d/b/a Pitts-TRC katherine.thomas@kellyhart.com

Katherine T. Hopkins
on behalf of Defendant Rusty Kelley d/b/a Blackridge katherine.thomas@kellyhart.com

Katherine T. Hopkins
on behalf of Defendant Blackridge katherine.thomas@kellyhart.com

Keith L. Langston
on behalf of Interested Party Janet Arnold klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Creditor Certain IRA Investors klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Interested Party Ad Hoc Committee of Fractional Insurance Beneficiaries of Life Partners  Inc.
klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Plaintiff Philip M. Garner klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Interested Party John S Ferris klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Interested Party Christine Duncan klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Interested Party Michael Arnold klangston@langston-lawfirm.com

District/off: 0539-4                          User: admin                              Page 24 of 53
Date Rcvd: Feb 08, 2023                       Form ID: pdf012                          Total Noticed: 1

Keith L. Langston
on behalf of Creditor Philip M. Garner klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Interested Party Amicus Parties Holding Fractional Beneficiary Interests klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Interested Party Philip Garner klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Interested Party Steve South klangston@langston-lawfirm.com

Kelly J. Curnutt
on behalf of Defendant Faye Bagby kcurnutt@curnutthafer.com  dschmidt@curnutthafer.com

Kelly M. Crawford
on behalf of Defendant Mark McKay kelly.crawford@solidcounsel.com

Kelly M. Crawford
on behalf of Defendant Ella Oliver kelly.crawford@solidcounsel.com

Kevin S. Wiley, Jr.
on behalf of Interested Party John P Zaccaria kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Interested Party Amicus Parties Holding Fractional Beneficiary Interests kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Interested Party Kenneth J McGovern kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Creditor John Thompson kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Creditor Curtis McIntyre kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Interested Party Clint Blackmon kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Creditor Philip M. Garner kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Debtor Life Partners  Inc. kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Debtor Life Partners Holdings  Inc. kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Interested Party Michael Arnold kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Creditor Certain IRA Investors kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Interested Party Janet Arnold kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Interested Party Ad Hoc Committee of Fractional Insurance Beneficiaries of Life Partners  Inc.
kevinwiley@lkswjr.com

Kevin S. Wiley, Sr
on behalf of Jointly Administered Party/Debtor LPI Financial Services  Inc. kevin.wileysr@tx.rr.com

Kevin S. Wiley, Sr
on behalf of Plaintiff Word of God Fellowship  Inc. d/b/a Daystar Television Network kevin.wileysr@tx.rr.com

Kevin S. Wiley, Sr
on behalf of Interested Party Amicus Parties Holding Fractional Beneficiary Interests kevin.wileysr@tx.rr.com

Kevin S. Wiley, Sr
on behalf of Debtor Life Partners Holdings  Inc. kevin.wileysr@tx.rr.com

Kurt S. Elieson
on behalf of Intervenor-Plaintiff Dwayne Lee & Deborah Jo Hopson IRA kurte@carplawfirm.com

Kurt S. Elieson
on behalf of Intervenor-Plaintiff Deborah Jo Hopson kurte@carplawfirm.com

Kurt S. Elieson
on behalf of Intervenor-Plaintiff Gudrun Jeffries kurte@carplawfirm.com

Kurt S. Elieson

District/off: 0539-4                          User: admin                          Page 25 of 53
Date Rcvd: Feb 08, 2023                    Form ID: pdf012                    Total Noticed: 1

on behalf of Intervenor-Plaintiff Marvin Jeffries IRA kurte@carplawfirm.com

Kurt S. Elieson

on behalf of Intervenor-Plaintiff Gudrun Jeffries IRA kurte@carplawfirm.com

Kurt S. Elieson

on behalf of Intervenor-Plaintiff Michael L Schwarz IRA kurte@carplawfirm.com

Larry Alan Levick

on behalf of Defendant Jim Malanowski levick@singerlevick.com  scotton@singerlevick.com;tguillory@singerlevick.com

Larry Alan Levick

on behalf of Creditor Alexandra Agencies Limited levick@singerlevick.com
scotton@singerlevick.com;tguillory@singerlevick.com

Larry Alan Levick

on behalf of Creditor Shamrock Life Settlement  Inc. levick@singerlevick.com,
scotton@singerlevick.com;tguillory@singerlevick.com

Larry Alan Levick

on behalf of Creditor Carteya Limited levick@singerlevick.com  scotton@singerlevick.com;tguillory@singerlevick.com

Larry Alan Levick

on behalf of Creditor Robin Rock Limited levick@singerlevick.com  scotton@singerlevick.com;tguillory@singerlevick.com

Laura Marie Fontaine

on behalf of Creditor Certain IRA Investors laura@hedrickkring.com
Mckenzie@HedrickKring.com;Robbyn@HedrickKring.com;Diane@HedrickKring.com

Laurie A Spindler

on behalf of Creditor McLennan County Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Tarrant County Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Lawrence Chek

on behalf of Creditor Lawrence Chek lchek@pamlaw.com  mislas@pamlaw.com

Lawrence G. Paladin

on behalf of Creditor Joseph Stefanelli lpaladin@paladinlawoffices.com

Lee Gordon

on behalf of Creditor City of Waco  Waco ISD lee.gordon@mvbalaw.com,
bankruptcy@mvbalaw.com;tleday@ecf.courtdrive.com;jparsons@mvbalaw.com;kalexander@mvbalaw.com;pbowers@mvbalaw.com;ceudy@mvbalaw.com

Linda S. LaRue

on behalf of Trustee Michael J. Quilling llarue@qslwm.com  jadams@qslwm.com

Linda S. LaRue

on behalf of Plaintiff Michael J. Quilling llarue@qslwm.com  jadams@qslwm.com

Linda S. LaRue

on behalf of Defendant Michael J. Quilling llarue@qslwm.com  jadams@qslwm.com

Lisa L. Lambert

on behalf of U.S. Trustee United States Trustee lisa.l.lambert@usdoj.gov

M. Jermaine Watson

on behalf of Attorney M. J. Watson & Associates  P.C. jwatson@canteyhanger.com,
nstarr@canteyhanger.com;kapsey@canteyhanger.com

Mackenzie Simpson Wallace

on behalf of Defendant Life Partners  Inc. Mackenzie.Wallace@tklaw.com

Mackenzie Simpson Wallace

on behalf of Consolidated debtor Life Partners Financial Services  Inc. Mackenzie.Wallace@tklaw.com

Mackenzie Simpson Wallace

on behalf of Trustee H. Thomas Moran II Mackenzie.Wallace@tklaw.com

Mark Frels

on behalf of Interested Party E. Terrell Hodges mfrels@2027law.com

Mark Stromberg

on behalf of Defendant Scott Unclebach mark@strombergstock.com  sarah@strombergstock.com;sfishman@strombergstock.com

Mark Stromberg

on behalf of Plaintiff Life Partners Creditors Trust mark@strombergstock.com
sarah@strombergstock.com;sfishman@strombergstock.com

District/off: 0539-4                          User: admin                              Page 26 of 53
Date Rcvd: Feb 08, 2023                       Form ID: pdf012                           Total Noticed: 1

Mark Stromberg
    on behalf of Defendant Richard J. Branchuad mark@strombergstock.com
sarah@strombergstock.com;sfishman@strombergstock.com

Mark Stromberg
    on behalf of Defendant Mitchell Edland mark@strombergstock.com  sarah@strombergstock.com;sfishman@strombergstock.com

Mark Stromberg
    on behalf of Defendant Lois M. Abbott mark@strombergstock.com  sarah@strombergstock.com;sfishman@strombergstock.com

Mark Stromberg
    on behalf of Defendant Growth Partners Intl D-B-A Growth Partners Ins. Agency  LLC mark@strombergstock.com,
sarah@strombergstock.com;sfishman@strombergstock.com

Mark Stromberg
    on behalf of Plaintiff Alan M. Jacobs   As Trustee For The Creditors Trust mark@strombergstock.com,
sarah@strombergstock.com;sfishman@strombergstock.com

Mark Stromberg
    on behalf of Defendant Jackie Lankton mark@strombergstock.com  sarah@strombergstock.com;sfishman@strombergstock.com

Mark A. Weisbart
    on behalf of Creditor D.W. Skelton mweisbart@haywardfirm.com  ecf.alert+Weisbart@titlexi.com;tsimmons@haywardfirm.com

Mark B. Collins
    on behalf of Intervenor-Plaintiff Brian D. Pardo  as Trustee for the IRA Funded Life Trusts mark@mbcollinslaw.com

Mark B. French
    on behalf of Creditor Lometa Kennon marksndecf@markfrenchlaw.com
ndbcyfilings@markfrenchlaw.com;marksndbcyecf@gmail.com

Mark B. French
    on behalf of Creditor Elmer Parsons marksndecf@markfrenchlaw.com
ndbcyfilings@markfrenchlaw.com;marksndbcyecf@gmail.com

Mark B. French
    on behalf of Creditor Don Kennon marksndecf@markfrenchlaw.com
ndbcyfilings@markfrenchlaw.com;marksndbcyecf@gmail.com

Mark B. French
    on behalf of Creditor Joseph T Dooley marksndecf@markfrenchlaw.com
ndbcyfilings@markfrenchlaw.com;marksndbcyecf@gmail.com

Mark B. French
    on behalf of Creditor Marcus Fuller marksndecf@markfrenchlaw.com
ndbcyfilings@markfrenchlaw.com;marksndbcyecf@gmail.com

Mark C. Taylor
    on behalf of Creditor Penumbra Capital Life Settlement Fund MMXA LLC mark.taylor@wallerlaw.com
tammy.greenblum@wallerlaw.com

Mark C. Taylor
    on behalf of Creditor PJC Investments  LLC mark.taylor@wallerlaw.com, tammy.greenblum@wallerlaw.com

Mark C. Taylor
    on behalf of Creditor KLI Investments  LP mark.taylor@wallerlaw.com, tammy.greenblum@wallerlaw.com

Mark C. Taylor
    on behalf of Plaintiff Penumbr4 LLC mark.taylor@wallerlaw.com  tammy.greenblum@wallerlaw.com

Mark C. Taylor
    on behalf of Plaintiff KLI Investments  LP mark.taylor@wallerlaw.com, tammy.greenblum@wallerlaw.com

Mark C. Taylor
    on behalf of Plaintiff Penumbra Fund III LLC mark.taylor@wallerlaw.com  tammy.greenblum@wallerlaw.com

Mark C. Taylor
    on behalf of Plaintiff Penumbra Capital Fund-2012 LLC mark.taylor@wallerlaw.com  tammy.greenblum@wallerlaw.com

Mark C. Taylor
    on behalf of Creditor Penumbra Capital Fund 2012 LLC mark.taylor@wallerlaw.com  tammy.greenblum@wallerlaw.com

Mark C. Taylor
    on behalf of Plaintiff Penumbra Capital Life Settlement Fund-MMXA LLC mark.taylor@wallerlaw.com
tammy.greenblum@wallerlaw.com

Mark C. Taylor
    on behalf of Creditor Penumbra Fund III LLC mark.taylor@wallerlaw.com  tammy.greenblum@wallerlaw.com

Mark C. Taylor
    on behalf of Creditor Penumbr4 LLC mark.taylor@wallerlaw.com  tammy.greenblum@wallerlaw.com

Mark Edward Andrews

on behalf of Creditor Peter Abboud mandrews@dykema.com

Mark H Ralston

on behalf of Creditor Roland and Constance Windecker Revocable Trust mralston@fishmanjackson.com
sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com

Mark Joseph Petrocchi

on behalf of Creditor Griffith Jay & Michel, LLP mpetrocchi@lawgjm.com,
mkidd@lawgjm.com;mpetrocchi@yahoo.com;acamarena@lawgjm.com

Mark K. OBriant

on behalf of Intervenor-Plaintiff Mark OBriant obriantlaw@aol.com

Mark K. OBriant

on behalf of Intervenor-Plaintiff Robert Vacendak obriantlaw@aol.com

Mark K. OBriant

on behalf of Creditor Kelly Vacendak obriantlaw@aol.com

Mark K. OBriant

on behalf of Creditor OBriant Mark obriantlaw@aol.com

Mark K. OBriant

on behalf of Intervenor-Plaintiff Kelly Vacendak obriantlaw@aol.com

Mark K. OBriant

on behalf of Creditor Robert Vacendak obriantlaw@aol.com

Mark K. OBriant

on behalf of Creditor Mark OBriant obriantlaw@aol.com

Mark W. Stout

on behalf of Creditor Scott and Pamela Jacobs ms@livepad.com

Mark W. Stout

on behalf of Intervenor-Plaintiff Scott and Pamela Jacobs ms@livepad.com

Matthew David Anderson

on behalf of Intervenor-Plaintiff N. Rae Kimbrew manderson@sgpllc.law  jscanlan@sgpllc.law

Matthew David Anderson

on behalf of Intervenor-Plaintiff Kimbrew Robert A. manderson@sgpllc.law, jscanlan@sgpllc.law

Matthew David Anderson

on behalf of Creditor Robert A and N. Rae Kimbrew manderson@sgpllc.law  jscanlan@sgpllc.law

Matthew Thomas Taplett

on behalf of Creditor Philip R Wood mtaplett@popehardwicke.com

Matthew Thomas Taplett

on behalf of Creditor Nicholas Martin Living Trust and Nicholas Martin Jr. Family, LLC mtaplett@popehardwicke.com

Mazin A. Sbaiti

on behalf of Intervenor-Plaintiff William S. Fry Mazin@StecklerLaw.com
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Melanie Pearce Goolsby

on behalf of Debtor Life Partners Holdings Inc. mgoolsby@pgkpc.com,
gpronske@pgkpc.com;jkathman@pgkpc.com;lvargas@pgkpc.com;admin@pgkpc.com

Melanie Pearce Goolsby

on behalf of Attorney Pronske Goolsby & Kathman P.C. mgoolsby@pgkpc.com,
gpronske@pgkpc.com;jkathman@pgkpc.com;lvargas@pgkpc.com;admin@pgkpc.com

Melvin R. McVay, Jr.

on behalf of Spec. Counsel Phillips Murrah P.C. mrmcvay@phillipsmurrah.com  rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.

on behalf of Plaintiff LPI Financial Services Inc. mrmcvay@phillipsmurrah.com, rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.

on behalf of Jointly Administered Party/Debtor Life Partners Inc. mrmcvay@phillipsmurrah.com,
rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.

on behalf of Debtor Life Partners Holdings Inc. mrmcvay@phillipsmurrah.com, rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.

on behalf of Trustee H. Thomas Moran II mrmcvay@phillipsmurrah.com, rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.

on behalf of Plaintiff Life Partners Inc. mrmcvay@phillipsmurrah.com, rktownsend@phillipsmurrah.com

District/off: 0539-4                    User: admin                    Page 28 of 53
Date Rcvd: Feb 08, 2023                 Form ID: pdf012                 Total Noticed: 1

Melvin R. McVay, Jr.
> on behalf of Jointly Administered Party/Debtor LPI Financial Services  Inc. mrmcvay@phillipsmurrah.com,
> rktownsend@phillipsmurrah.com

Meritt Crosby
> on behalf of Defendant Heritage Financial and Insurance Services  Inc. mcrosby@qmclaw.com

Meritt Crosby
> on behalf of Interested Party Jerod Mcleish mcrosby@qmclaw.com

Michael A. McConnell
> on behalf of Creditor Advance Trust & Life Escrow Services  LTA michael.mcconnell@khh.com

Michael A. McConnell
> on behalf of Interested Party Purchase Escrow Services  LLC michael.mcconnell@khh.com

Michael D. Anderson
> on behalf of Plaintiff Word of God Fellowship  Inc. d/b/a Daystar Television Network michael.anderson@kellyhart.com,
> melissa.matej@kellyhart.com

Michael D. Warner
> on behalf of Interested Party Sun Life Assurance Company of Canada mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D. Warner
> on behalf of Defendant Kansas Institute for Money Management N/K/A AE Market Initiatives  LLC mwarner@pszjlaw.com,
> klabrada@pszjlaw.com

Michael D. Warner
> on behalf of Creditor Kansas Institute for Money Management N-K-A AE Market Initiatives  LLC mwarner@pszjlaw.com,
> klabrada@pszjlaw.com

Michael E. Gazette
> on behalf of Creditor Brent Hooser megazette@suddenlinkmail.com

Michael E. Gazette
> on behalf of Creditor Jon Lloyd megazette@suddenlinkmail.com

Michael Isaac Schneider
> on behalf of Defendant Life Partners  Inc. Michael.schneider@shearman.com,
> Courtalert@shearman.com;managing-attorney-5081@ecf.pacerpro.com;manattyoffice@shearman.com

Michael J. Quilling
> on behalf of Interested Party Life Partners Position Holder Trust mquilling@qslwm.com
> jadams@qslwm.com;cmorris@qslwm.com;cdeville@qslwm.com

Michael V. Blumenthal
> on behalf of Defendant Life Partners  Inc. michael.blumenthal@tklaw.com

Morris D. Weiss
> on behalf of Creditor KLI Investments  LLC morris.weiss@wallerlaw.com,
> sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Nancy Ribaudo
> on behalf of Defendant Clayton Pitts d/b/a Pitts-TRC nancy.ribaudo@khh.com  melissa.mota@kellyhart.com

Neal Ralph Jacobson
> on behalf of Creditor U.S. Securities and Exchange Commission jacobsonN@sec.gov

Nicole Leigh Williams
> on behalf of Trustee H. Thomas Moran  II nwilliams@thompsoncoburn.com,
> linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
> e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams
> on behalf of Plaintiff Life Partners Creditors Trust nwilliams@thompsoncoburn.com
> linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
> e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams
> on behalf of Jointly Administered Party/Debtor Life Partners  Inc. nwilliams@thompsoncoburn.com,
> linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
> e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams
> on behalf of Defendant Life Partners  Inc nwilliams@thompsoncoburn.com,
> linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
> e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams
> on behalf of Defendant Life Partners  Inc. nwilliams@thompsoncoburn.com,
> linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
> e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

District/off: 0539-4                                    User: admin                                    Page 29 of 53
Date Rcvd: Feb 08, 2023                              Form ID: pdf012                              Total Noticed: 1

Nicole Leigh Williams

on behalf of Plaintiff Alan M. Jacobs nwilliams@thompsoncoburn.com
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Defendant Life Partners Holdings  Inc. nwilliams@thompsoncoburn.com,
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Successor Trustee Alan M. Jacobs nwilliams@thompsoncoburn.com
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Successor Trustee Life Partners Creditors' Trust nwilliams@thompsoncoburn.com
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust nwilliams@thompsoncoburn.com,
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Creditor Life Partners Creditors' Trust nwilliams@thompsoncoburn.com
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Plaintiff Life Partners Creditors' Trust nwilliams@thompsoncoburn.com
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Jointly Administered Party/Debtor LPI Financial Services  Inc. nwilliams@thompsoncoburn.com,
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Plaintiff Alan M. Jacobs  As Trustee For The Creditors Trust nwilliams@thompsoncoburn.com,
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Noreen Cabrera

on behalf of Defendant Mark J. Smith nonogrant@yahoo.com  alay@kdvlaw.com;mbanasiuk@kdvlaw.com

Noreen Cabrera

on behalf of Defendant Joel F. Woods nonogrant@yahoo.com  alay@kdvlaw.com;mbanasiuk@kdvlaw.com

Noreen Cabrera

on behalf of Defendant Jack M. Pausman nonogrant@yahoo.com  alay@kdvlaw.com;mbanasiuk@kdvlaw.com

Noreen Cabrera

on behalf of Defendant John D. Jones nonogrant@yahoo.com  alay@kdvlaw.com;mbanasiuk@kdvlaw.com

Patric J. Kelly

on behalf of Interested Party Jared M. Elson pjkelly@ahklaw.com

Patric J. Kelly

on behalf of Interested Party Don B. Bergis pjkelly@ahklaw.com

Patric J. Kelly

on behalf of Interested Party Regent Wealth Management pjkelly@ahklaw.com

Patrick David West

on behalf of Intervenor-Plaintiff Leonard Johnson bankruptcyattorney@sbcglobal.net
ecf@pdwlfpc.com;ecf1@pdwlfpc.com;ecf2@pdwlfpc.com;ecf3@pdwlfpc.com;ecf4@pdwlfpc.com

Patrick T. Mulry

on behalf of Defendant Life Settlement Investment Group patrick.mulry@griffithdavison.com  pat@mulrylaw.com

Patrick T. Mulry

on behalf of Defendant Joe Martinez patrick.mulry@griffithdavison.com  pat@mulrylaw.com

Patrick T. Mulry

on behalf of Interested Party Joe Martinez patrick.mulry@griffithdavison.com  pat@mulrylaw.com

Paul F. Corcoran

on behalf of Creditor Hill & Knowlton pcorcoran@dglaw.com

Paul F. Corcoran

on behalf of Creditor Blanc & Otus pcorcoran@dglaw.com

Paul Joseph Vitanza

on behalf of Intervenor-Plaintiff The Miles Foundation Inc. pvitanza@bgsfirm.com, bpeck@bgsfirm.com

Paul Joseph Vitanza

on behalf of Interested Party The Miles Foundation Inc. pvitanza@bgsfirm.com, bpeck@bgsfirm.com

Peter C. DApice

on behalf of Creditor Donald A Erickson dapice@sbep-law.com

Peter C. Lewis

on behalf of Defendant Ethan Bonar peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant 72 Vest Level Three LLC peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Creditor Transparency Alliance LLC peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Adams Life Brokerage LLC peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Caperton Enterprises Inc. peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Peter R. Jones peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant James T. Payton peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Ella Oliver peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Douglas Hart Cassel peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Timothy Plaster peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Abio Financial Group Inc. peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Robert Quick peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Gregory Rains Harper peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Victor Johnson peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant SMR LS Fund II LLC peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Sheryl Hanson peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant New Asset Advisors LLC peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Henderson & Henderson LLC peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Matt Pashby peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Insured Wealth Management LLC peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Alliance Affiliated Equities Corporation peter.lewis@solidcounsel.com
marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Business Legacy Inc. peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Ray Hughes peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com

Peter C. Lewis

on behalf of Defendant Curtis M. Cole peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Spectrum Advisors  Inc. peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Timothy Joyce peter.lewis@solidcounsel.com  marcella.morales@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Financial Necessities Network  Inc. peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Mark McKay peter.lewis@solidcounsel.com  marcella.morales@solidcounsel.com

Peter C. Lewis
on behalf of Defendant SMR LS Fund  LLC peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Anthony Hamilton peter.lewis@solidcounsel.com  marcella.morales@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Gary Henderson peter.lewis@solidcounsel.com  marcella.morales@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Steve Ringo peter.lewis@solidcounsel.com  marcella.morales@solidcounsel.com

Peter C. Lewis
on behalf of Defendant New Asset Alternatives  LLC peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Tommy Caperton peter.lewis@solidcounsel.com  marcella.morales@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Resale and Valuation Services  LLC peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Legacy Planning Group  Inc. peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com

Peter J. Harry
on behalf of Defendant New Prosperity Investments  Inc. pete@pjharrylaw.com, julie@pjharrylaw.com

Peter J. Harry
on behalf of Defendant Tena Wilson pete@pjharrylaw.com  julie@pjharrylaw.com

Peter J. Harry
on behalf of Defendant John Crooks pete@pjharrylaw.com  julie@pjharrylaw.com

Peter J. Harry
on behalf of Defendant Michael Mishler pete@pjharrylaw.com  julie@pjharrylaw.com

Peter J. Harry
on behalf of Defendant Rebecca Teel pete@pjharrylaw.com  julie@pjharrylaw.com

Peter J. Harry
on behalf of Defendant Jeff S. Garrett pete@pjharrylaw.com  julie@pjharrylaw.com

Peter J. Harry
on behalf of Defendant Ks Marketing  Inc. pete@pjharrylaw.com, julie@pjharrylaw.com

Peter J. Harry
on behalf of Defendant Harry Green pete@pjharrylaw.com  julie@pjharrylaw.com

Phillip L. Lamberson
on behalf of Creditor Cynthia Olson plamberson@winstead.com

Phillip P Owens, II
on behalf of Defendant James Smith po@owenslawofficepc.com  powens@chrisharperlaw.com

Phillip Russell Perdew
on behalf of Creditor Transparency Alliance LLC RPerdew@lockelord.com

R. Byrn Bass, Jr.
on behalf of Intervenor-Plaintiff T. Carl and Mildred McMillan bbass@bbasslaw.com

R. Byrn Bass, Jr.
on behalf of Intervenor-Plaintiff Lawrence Gale McPherson bbass@bbasslaw.com

R. Byrn Bass, Jr.
on behalf of Intervenor-Plaintiff DAR-S  Inc. bbass@bbasslaw.com

R. Byrn Bass, Jr.
on behalf of Intervenor-Plaintiff Danny T. Brewer bbass@bbasslaw.com

R. Byrn Bass, Jr.
on behalf of Intervenor-Plaintiff Estate of Juilia Gay McPherson bbass@bbasslaw.com

R. Mark Dietz
 on behalf of Interested Party Purchase Escrow Services  LLC rmarkdietz@lawdietz.com, cwilliams@lawdietz.com

R. Mark Dietz
 on behalf of Creditor Advance Trust & Life Escrow Services  LTA rmarkdietz@lawdietz.com, cwilliams@lawdietz.com

Randall Rouse
 on behalf of Defendant CUB Investments rrouse@lcalawfirm.com  Jmuniz@lcalawfirm.com

Randall Rouse
 on behalf of Intervenor-Plaintiff Ronald Huckabee  Jr. et al rrouse@lcalawfirm.com, Jmuniz@lcalawfirm.com

Randall Rouse
 on behalf of Defendant Ronald W. Huckabee  Jr. rrouse@lcalawfirm.com, Jmuniz@lcalawfirm.com

Randall Rouse
 on behalf of Creditor Ronald Huckabee  Jr. et al rrouse@lcalawfirm.com, Jmuniz@lcalawfirm.com

Randall Rouse
 on behalf of Intervenor-Plaintiff The Huckabee Intervenors rrouse@lcalawfirm.com  Jmuniz@lcalawfirm.com

Randall Rouse
 on behalf of Interested Party Randall L. Rouse rrouse@lcalawfirm.com  Jmuniz@lcalawfirm.com

Randall Rouse
 on behalf of Defendant Future Planning  Inc. rrouse@lcalawfirm.com, Jmuniz@lcalawfirm.com

Randall Rouse
 on behalf of Defendant Dub Huckabee rrouse@lcalawfirm.com  Jmuniz@lcalawfirm.com

Richard Roper
 on behalf of Defendant Life Partners  Inc. Richard.Roper@tklaw.com

Richard Roper
 on behalf of Consolidated debtor Life Partners Financial Services  Inc. Richard.Roper@tklaw.com

Richard Roper
 on behalf of Defendant Life Partners Holdings  Inc. Richard.Roper@tklaw.com

Richard Roper
 on behalf of Trustee H. Thomas Moran II Richard.Roper@tklaw.com

Robert McNiel
 on behalf of Creditor Owen & Elizabeth Barker rmcniel@cbsattorneys.com
wharpel@cbsattorneys.com,acastillo@cbsattorneys.com

Robert A. Simon
 on behalf of Defendant Janet K. Horst rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com

Robert A. Simon
 on behalf of Defendant Russell J. Cepelak rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com

Robert A. Simon
 on behalf of Defendant Hollis Steven Hufstetler rsimon@whitakerchalk.com
bpeck@whitakerchalk.com;jdiego@whitakerchalk.com

Robert A. Simon
 on behalf of Defendant Robert G. Westrup rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com

Robert A. Simon
 on behalf of Defendant Janet Horst rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com

Robert A. Simon
 on behalf of Defendant A.H. Brorman rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com

Robert A. Simon
 on behalf of Defendant Dorothy Brorman rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com

Robert A. Simon
 on behalf of Defendant Steven T. Gibson rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com

Robert A. Simon
 on behalf of Defendant Dean Vagnozzi rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com

Robert A. Simon
 on behalf of Defendant Ronald Larry Hankins rsimon@whitakerchalk.com
bpeck@whitakerchalk.com;jdiego@whitakerchalk.com

Robert A. Simon
 on behalf of Defendant Katherine A. Hufstetler rsimon@whitakerchalk.com
bpeck@whitakerchalk.com;jdiego@whitakerchalk.com

Robert A. Simon

District/off: 0539-4 | User: admin | Page 33 of 53
Date Rcvd: Feb 08, 2023 | Form ID: pdf012 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Sarah Kilpatrick rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Defendant Isabel Balazs rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Creditor Robert Payne rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Defendant David R. Debusk rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Defendant Susan Nieder-Cassel rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Defendant James T. Lee rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Creditor Robert L. Rasner rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Defendant Geoff Horst rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Defendant Steven B. Deck rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Defendant David W. Lynn rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Defendant John Russell Gove rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Creditor Black Diamond Lifeplan Fund LP rsimon@whitakerchalk.com bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Defendant John R. Murray rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Defendant Geoff B. Horst rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Creditor Shea Ostreicher  Individually and as Trustee rsimon@whitakerchalk.com, bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Defendant Steve Brorman rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Creditor James H. Jackson rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Defendant John P. Ley rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Defendant Melchor Balazs rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Defendant Elizabeth A. Cline rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert A. Simon | |
| | on behalf of Defendant William M. Tolleson rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;jdiego@whitakerchalk.com |
| Robert Knox Mitchell | |
| | on behalf of Defendant Vernon Bell rmitchell@pamlaw.com  sshafer@pamlaw.com |
| Robert Odell Lamb | |
| | on behalf of Creditor Jayne Houk rlamb@thompsoncoe.com  jbeavers@thompsoncoe.com |
| Robert Odell Lamb | |
| | on behalf of Creditor Richard Houk rlamb@thompsoncoe.com  jbeavers@thompsoncoe.com |
| Robert P. Franke | |
| | on behalf of Interested Party Lloyd D. Lowe  Sr. bfranke@clarkhill.com, mina.alvarez@clarkhillstrasburger.com;andrew.edson@clarkhillstrasburger.com;audrey.hornisher@clarkhillstrasburger.com |
| Robert P. Franke | |
| | on behalf of Interested Party L.D. Lowe Wealth Advisory  Inc. bfranke@clarkhill.com, mina.alvarez@clarkhillstrasburger.com;andrew.edson@clarkhillstrasburger.com;audrey.hornisher@clarkhillstrasburger.com |
| Robert Powers Shepard | |
| | on behalf of Interested Party Greg J. Galier rshepard@phmsw.com |

District/off: 0539-4
Date Rcvd: Feb 08, 2023

User: admin

Form ID: pdf012

Page 34 of 53

Total Noticed: 1

Rod L. Poirot
on behalf of Interested Party Scott Carlson rpoirot@chfirm.com chps.ecfnotices@gmail.com

Roger A. Fuller
on behalf of Intervenor-Plaintiff Raymond Goode Trust rfuller@bklaw.us

Roger A. Fuller
on behalf of Intervenor-Plaintiff William T. Foster IRA rfuller@bklaw.us

Roland Gary Jones
on behalf of Defendant Stonebridge Capital  LLC pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Michael Lloyd pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Brazos Life Settlement Fund pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Jay Heimburger pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Thomas Quinn pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Charter Financial Group  LLC pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Garry Madaline pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Charter Insurance Brokerage  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant WWWF Fund  LLC pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Entrepreneur Choice Fund II  LLC pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Ronald Coleman pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant American Money Group  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Steve Feeken pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Smith & Ballard pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant William Mausen pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant William G. Ball pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Sandra Knoy pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant The Arbitrage Advisory Group  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Fei Havenor pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant John Young pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Inspired Alternative Investments pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Growth Partners Intl D-B-A Growth Partners Ins. Agency  LLC pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Paula Izzard Properties  LLC pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Dan OBrien pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Charles Clarkson pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Much Financial Services pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Annui Corp Services  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Lois M. Abbott pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant BAAPLIFE2-2014  LLC pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Worth Financial Group  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Wesley Davidson pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant IFC Safe Holdings  LLC pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Alvin L. Lee pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Pillar I LS Fund  LLC pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant John Compton Jr. pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Ronnie Knoy pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant John J. Eisz pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Gregory Dailey pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Disciplined Advisor Network  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant JBH Securities pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Robert D. Phillips pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Norman Lorentz pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Kevin Kraemer pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Bruce C. Sandelin pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Joshua Peck pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Lana Borbas pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Crimson Fund-1  LLC pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Scott Scholz pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Jim W. Bell pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Jackie Lankton pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Joseph Borino pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant Golden Eagle Fund 16  LLC pacer.rolandjones@gmail.com

Roland Gary Jones

    on behalf of Defendant CPF Health Benefits Insurance Agency  Inc. pacer.rolandjones@gmail.com

District/off: 0539-4                                   User: admin                                   Page 36 of 53
Date Rcvd: Feb 08, 2023                           Form ID: pdf012                              Total Noticed: 1

Roland Gary Jones

on behalf of Defendant Frank Benischeck pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Advance Level Solutions  LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Salary Savings  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Fanny W. Chan pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant David M. Compton Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant James Billington pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Chartwell Asset Management  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Lanning Financial Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Randy Martens pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Harry J. Wilson Insurancecenter Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant BAAPLIFE1-2013 LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Harvey Stein pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Nicholas Munds pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Thomas R. Wilson pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant United Senior Advisors Group pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Cody Biggs pacer.rolandjones@gmail.com

Ryan Andrew Starnes

on behalf of Defendant Ethan Bonar rstarnes@dallasbusinesslaw.com  aguarino@libbysparks.com

Ryan J. McNeel

on behalf of Intervenor-Plaintiff John Woodward  II rmcneel@brockettmcneel.net

Ryan J. McNeel

on behalf of Intervenor-Plaintiff Paisley Woodward rmcneel@brockettmcneel.net

Ryan J. McNeel

on behalf of Creditor John Woodward rmcneel@brockettmcneel.net

Ryan J. McNeel

on behalf of Creditor John Woodward  II rmcneel@brockettmcneel.net

Ryan J. McNeel

on behalf of Intervenor-Plaintiff John Woodward rmcneel@brockettmcneel.net

Ryan J. McNeel

on behalf of Creditor Paisley Woodward rmcneel@brockettmcneel.net

S. Gary Werley

on behalf of Intervenor-Plaintiff Gus L. Andrews sgwerley@werleylaw.com

S. Gary Werley

on behalf of Intervenor-Plaintiff Barbara C. Andrews sgwerley@werleylaw.com

S. Gary Werley

on behalf of Intervenor-Plaintiff Virginia N. Douglass  Trustee sgwerley@werleylaw.com

S. Gary Werley

on behalf of Creditor Gus L. Andrews sgwerley@werleylaw.com

S. Wallace Dunwoody, IV

on behalf of Intervenor-Plaintiff Janice P Kerr wdunwoody@munckwilson.com

plucio@munckwilson.com;dpound@munckwilson.com,shaywood@munckwilson.com

S. Wallace Dunwoody, IV

on behalf of Intervenor-Plaintiff Frederick P Spica wdunwoody@munckwilson.com
plucio@munckwilson.com;dpound@munckwilson.com,shaywood@munckwilson.com

S. Wallace Dunwoody, IV

on behalf of Creditor Paul E. Wild wdunwoody@munckwilson.com
plucio@munckwilson.com;dpound@munckwilson.com,shaywood@munckwilson.com

S. Wallace Dunwoody, IV

on behalf of Intervenor-Plaintiff Paul E. Wild wdunwoody@munckwilson.com
plucio@munckwilson.com;dpound@munckwilson.com,shaywood@munckwilson.com

Saharie L. Reed

on behalf of Intervenor-Plaintiff Mona Marie Goodpasture sreed@reedlegalgroup.com
sahariereed@gmail.com,ms_reed@hotmail.com

Saharie L. Reed

on behalf of Creditor Mona Marie Goodpasture sreed@reedlegalgroup.com  sahariereed@gmail.com,ms_reed@hotmail.com

Scott A. Ritcheson

on behalf of Attorney Scott Ritcheson scottr@rllawfirm.net  mistyb@rllawfirm.net

Scott Coleman Skelton

on behalf of Interested Party Christine Duncan dedwards@skeltonslusher.com

Scott Coleman Skelton

on behalf of Interested Party John S Ferris dedwards@skeltonslusher.com

Scott Coleman Skelton

on behalf of Interested Party Janet Arnold dedwards@skeltonslusher.com

Scott Coleman Skelton

on behalf of Interested Party Michael Arnold dedwards@skeltonslusher.com

Scott Coleman Skelton

on behalf of Interested Party Steve South dedwards@skeltonslusher.com

Scott Craig Borison

on behalf of Creditor Anthony Sansone borison@legglaw.com

Scott P. Drake

on behalf of Intervenor Folio Investments  Inc. sdrake@omm.com, scott-drake-6281@ecf.pacerpro.com,nalonso@omm.com

Scott R. Baker

on behalf of Creditor Reverse Engineered Life Investment Company  LLC

Shannon A.S. Quadros

on behalf of Defendant Heritage Financial and Insurance Services  Inc. squadros@kcq-lawfirm.com,
squadros@ecf.courtdrive.com

Sharon K. Sherman

on behalf of Intervenor-Plaintiff John A. Grant  III sharonk@shermanlawfirm.us,
sharonk@shermanlawfirm.us;ShermanLawFirmPC@jubileebk.net

Shay Lauryn Powell

on behalf of Plaintiff Life Partners Creditors' Trust spowell@munsch.com

Shay Lauryn Powell

on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust spowell@munsch.com

Shay Lauryn Powell

on behalf of Plaintiff Alan M. Jacobs  As Trustee For The Creditors' Trust spowell@munsch.com

Sheldon Louis Solow

on behalf of Creditor Dean Vagnozzi ssolow@kayescholer.com

Stephen Krosschell

on behalf of Creditor James J. Kramer gnmain@gnfirm.com

Stephen Krosschell

on behalf of Creditor Aaron M. Scott gnmain@gnfirm.com

Stephen Krosschell

on behalf of Creditor Robert E. Little gnmain@gnfirm.com

Stephen Krosschell

on behalf of Creditor Frances A. Nick gnmain@gnfirm.com

Stephen Krosschell

on behalf of Creditor Songul Atay gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Jenny L. DeShields gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Cie Ann Scott gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Alford R. DeShields gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Patricia J. Miers gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor David Bryn George gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Mary R. McEvers gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Bob J. Nick gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Sylvia Ringmacher gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Stanley Dennis gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Ronald L. Lipham gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Paul G. Ringmacher gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Martha K. George gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Faye D. Lipham gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Timothy Parker gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Richard T. McEvers gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor James K. Newton gnmain@gnfirm.com

Stephen Charles Stapleton
on behalf of Creditor Sharon McGinnis sstapleton@cowlesthompson.com  mgarcia@cowlesthompson.com

Stephen Charles Stapleton
on behalf of Attorney Cowles & Thompson  P.C. sstapleton@cowlesthompson.com, mgarcia@cowlesthompson.com

Stephen J. Humeniuk
on behalf of Creditor Transparency Alliance LLC Stephen.humeniuk@lockelord.com
molly.batiste-debose@lockelord.com;pbrowder@lockelord.com;Autodocket@lockelord.com

Stephen J. Siegel
on behalf of Creditor Transparency Alliance LLC ssiegel@novackmacey.com

Stephen W. Elliott
on behalf of Spec. Counsel Phillips Murrah P.C. swelliott@phillipsmurrah.com  mdmills@phillipsmurrah.com

Stephen W. Elliott
on behalf of Plaintiff LPI Financial Services  Inc. swelliott@phillipsmurrah.com, mdmills@phillipsmurrah.com

Stephen W. Elliott
on behalf of Plaintiff Life Partners  Inc. swelliott@phillipsmurrah.com, mdmills@phillipsmurrah.com

Stephen W. Sather
on behalf of Defendant Cindy Bulloch ssather@bn-lawyers.com  Plevine@bn-lawyers.com;banderson@bn-lawyers.com

Steven R. Dunn
on behalf of Defendant Todd Shevlin steven@dunnlawfirm.net

Susan B. Hersh
on behalf of Creditor Robin Scott-Berry susan@susanbhershpc.com  assistant@susanbhershpc.com

Susan B. Hersh
on behalf of Creditor David Berry susan@susanbhershpc.com  assistant@susanbhershpc.com

Susan B. Hersh

on behalf of Debtor Life Partners Holdings  Inc. susan@susanbhershpc.com, assistant@susanbhershpc.com

Susan B. Hersh

on behalf of Creditor Small Individual Investors Group susan@susanbhershpc.com  assistant@susanbhershpc.com

Sydne K. Collier

on behalf of Plaintiff Life Partners Creditors Trust sydne.collier@hklaw.com  tanya.wadsworth@hklaw.com

Sydne K. Collier

on behalf of Plaintiff Alan M. Jacobs   As Trustee For The Creditors Trust sydne.collier@hklaw.com,
tanya.wadsworth@hklaw.com

Thomas Powers

cmecf@dallasch13.com

Thomas Charles Landrigan

on behalf of Creditor Shea Ostreicher tlandrigan@cll-law.com

Thomas Charles Landrigan

on behalf of Plaintiff Shea Ostreicher tlandrigan@cll-law.com

Thomas Craig Sheils

on behalf of Interested Party Thomas T. Conboy craig@sheilswinnubst.com

Thomas Daniel Berghman

on behalf of Trustee Alan M. Jacobs tberghman@munsch.com  amays@munsch.com

Thomas Daniel Berghman

on behalf of Creditor Official Committee of Unsecured Creditors tberghman@munsch.com  amays@munsch.com

Thomas F. Harkins, Jr.

on behalf of Defendant James Alexander tharkins@whitakerchalk.com  cprior@whitakerchalk.com

Thomas J. Cunningham

on behalf of Creditor Transparency Alliance LLC tcunningham@lockelord.com
kmorehouse@lockelord.com;ttill@lockelord.com;chicagodocket@lockelord.com

Thomas P. Jackson

on behalf of Creditor David M Griffin tpj@dfwlawyer.com

Thomas S. Brandon, Jr.

on behalf of Defendant Chidester Investment  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Life Enrichment Holdings  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Gove Wealth Management  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Partners Portfolio Solutions  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Elizabeth Whitlock Investments  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Sidney Evans tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Schanna Financial & Insurance Services  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant The Property People  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant PCC Asset Management Corporation tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Richard Simpson tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant David W. Lynn tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Paul Nick tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Evergreen II Lifeplan Fund  LP tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Tolleson Holdings  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

District/off: 0539-4                        User: admin                                Page 40 of 53
Date Rcvd: Feb 08, 2023                     Form ID: pdf012                            Total Noticed: 1

on behalf of Defendant Andy L. McJohnston tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Jim W. Bell tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Steve Bailey tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Craig C. Perkins tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Golden Eagle Life Settlements Fund 15  LP tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Accelerating Wealth tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant D.R. Saur Financial  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Omnium International Group  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant MoneyTeamCoach  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Secure Wealth Holdings Fund II  L.P. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Edward G. Burford Corporation tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Goldenguard Financial tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Mark Bronson tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Elizabeth Whitlock tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant The Retirement and Investment Council tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Robert W. Whipple  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Advanced Life Settlement Portfolio 2012-2  LLC tbrandon@whitakerchalk.com,
ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Thomas Faulkner Jr. tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Secure Retirement Solutions  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant David Barr tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant M&R Insurance Agency  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant V35A Fund  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Charles Preston tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Thomas Huemiller tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Vagnozzi Properties  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Gil DeShazo tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Asset Perservation & Associates Insurance Services tbrandon@whitakerchalk.com
ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

District/off: 0539-4                                  User: admin                                      Page 41 of 53
Date Rcvd: Feb 08, 2023                          Form ID: pdf012                                  Total Noticed: 1

on behalf of Defendant David Lewis tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Life Fortress Group  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Royce Spies tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Michael Lloyd tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Janet Horst tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Investment Council Fund I  L.P. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Grover Heiskell tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Kent Rogers tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant David P. Leeman tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Creditor Certain Licensees of Life Partners  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Professional Insurance Elite Agency  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Barry Engolio tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Jayne C. Schanna tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Carmen Pinnick tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Dean Vagnozzi tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Investment Income Group  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant James R. Smith tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Strategic Sound Solutions  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Joe Barkate d/b/a MTLRC  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Tammy McNeil tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Assured Retirement  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Frank Dimicelli tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Katherine A. Hufstetler tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Black Diamond Lifeplan Fund  LP tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Retirement Options LLC tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Kainos Asset Management  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Stephen Wright tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant David Dunnam tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant William Knoy tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant ENR Enterprises  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Pillar 3 Life Settlement Fund  LP tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant New England Life Settlement Fund III  L.P. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Timothy Plaster tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant James H. Cobb tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Karen Goodwin tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant John Scheer tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Shaun Chidester tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant David R. Debusk tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Scott Coleman tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Brad Wilemon tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Fowler Financial Management tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Jeff Martel tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant John Russell Gove tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant James B. Sloan tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant William Bergstrom tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Dean Vagnozzi tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Wheetley Financial Services  L.L.C. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Pamela Ball tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant John Gissas tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Janet Kusch tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Judy Montigny tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant KL Grace  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Investment Council Fund II  LP tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Kenneth Boothe tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Sean Maness tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Jerry Kammer tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

District/off: 0539-4                          User: admin                          Page 43 of 53
Date Rcvd: Feb 08, 2023                       Form ID: pdf012                       Total Noticed: 1

Thomas S. Brandon, Jr.

on behalf of Defendant Andy Lawson tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Alliance of Professionals for Business tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Hollis Day Jr. tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Joseph Barkate  PLLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Jimmy W. Hutson tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant BG & S Consultants tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Necia B. Cobb tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant James T. Lee tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Tax Recovery  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Evergreen III Fund Management  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Steve Bell tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Ken Sutherland tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant A. Nick Coppolo tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant 72 Vest Level Three LLC tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant John Guess tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Powerstream Investment Corporation tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Winners Only Team  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Richard W. Kemp tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Interested Party Advanced Life Settlement Portfolio 2012-2  LLC tbrandon@whitakerchalk.com,
ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Numbers Analytic  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Robert Westrup tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant John E. Tyner Jr. tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Lori Herzog tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Afrain Cavazos tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Uncommon Wealth Management  LLP tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Bagby Investments LP tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Phillip Bellingan tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Evergreen Life Fund  L.P. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Robert G. Westrup tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Huilen E. Tseng tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Jerry Tuma tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Craig C. Perkins Wealth Solutions  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Sage Capital Advisors  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Randal Brookings tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant John Baker tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant James Alexander tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Raymond Fox tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Rands Agency  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Susan Nieder-Cassel tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Isabel Balazs tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant New Life Assets  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant ABetterFinancialPlan.com  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant John R. Gove tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Duane Adams tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Tober Associates  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Don Ballew tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Argentus Securities  LLC f/k/a Summit Alliance Securities, LLC tbrandon@whitakerchalk.com,
ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Joseph Hopkins tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Blackstone Family Partnership tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Rodger Sprouse tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Elizabeth A. Cline tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Life Financial Group  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant AMZ Financial Insurance Services tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant Marcus D. Snodgress tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

    on behalf of Defendant ASR Alternative Investments  LP tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

District/off: 0539-4                     User: admin                          Page 45 of 53
Date Rcvd: Feb 08, 2023                  Form ID: pdf012                       Total Noticed: 1

Thomas S. Brandon, Jr.

on behalf of Defendant Geoff B. Horst tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Steve Brorman tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Cynthia Cobb tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Becky L. Weatherby tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Thomas W. Chrisman tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Thomas Burk Massey tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Tolleson Investments  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Rodney Gardner tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Hollie Cheevers Gandy tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Jim Hood Company tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Ronald H. Wills tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Secure Wealth Holdings Fund  L.P. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Pillar 5 Life Settlement Fund  LP tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Kyle Mankin tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant William Hinds tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Isidore Enterprises Inc. tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Pillar II Life Settlement Fund  LP tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Falco Group  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Blue Diamond Fund  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Donald L. Ashberry tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Cecil Thomas tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant James Sappenfield tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Joe Bollinger tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Lanning Financial Inc. tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant John P. Ley tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Ryan Cowley tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant James T. Lee tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant F. R. Harden tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Charlotte Hardin tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Clair G. Crossland tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Michael Gissas tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Dana Group LLC tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Kristen M. Smith tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant New England Alternative Investments  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Brent Husted tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Raymon G. Chadwick  Jr. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Jerry Weakley tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Jeffrey Ganz tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Hub City Fund  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Dan OBrien tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant BG & S tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Steven T. Gibson tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Jacob Moran tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Positive Rate Investments  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Brian Harper tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Its Feasible  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Montclair Properties  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant The Elisha Group  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Interested Party Advanced Life Settlement Portfolio 2013-3  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Tracy Spaeth tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Ronald Larry Hankins tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Russell J. Cepelak tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Pillar Life Settlement Fund I  L.P. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Deckco  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Rich DePaolo tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

District/off: 0539-4                                      User: admin                                           Page 47 of 53
Date Rcvd: Feb 08, 2023                              Form ID: pdf012                                     Total Noticed: 1

on behalf of Defendant Clark Financial Group  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Summit Alliance Settlement Company  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Castle Rock Life Settlements Fund  L.P. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Jerry Weakley Enterprises  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Robert A. Congdon Jr. tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Clair Crossland tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Joel Williamson tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Parkitt And Whaite  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Larry D. Horn tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Jack Rosenquist tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Michael Eastham tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Successful Money Management  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Charlene Westrup tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Deborah Mints tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Steadfast Endeavors  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Edward O. Reeves tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Golden Eagle Life Settlement Fund I  L.P. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Tim Harper tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Monument Insurance & Financial Services  Inc. tbrandon@whitakerchalk.com,
ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Robert W. Rea tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Ohlhaber Asset Management  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Jerry Georgopoulos tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Melchor Balazs tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Diamond Safe Financial  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Moloney Securities Co.  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Stephanie M. Lucke tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Hollis Steven Hufstetler  Sr. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant John J. Gannon tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

District/off: 0539-4                                     User: admin                                     Page 48 of 53
Date Rcvd: Feb 08, 2023                            Form ID: pdf012                            Total Noticed: 1

Thomas S. Brandon, Jr.
on behalf of Defendant Victor Pantuso tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Stacey Munderloh tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Dan C. Cole  P.C. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Marianne Honea tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Laura Olbeter tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Life Settlement Exchange  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Cen Tex Asset Management  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Charles Welde tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant David Valencia tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Charles Lanza tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant James Moriarty  III tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Fellowship Financial  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Creditor William Michael Tolleson tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Cogburn Enterprises  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Stan Gray tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant IWM Investments  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant T Financial Concepts  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant David Martin tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Advanced Life Settlement Portfolio 2011-1  LLC tbrandon@whitakerchalk.com,
ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Monkey See  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Joseph Feldman tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Thomas R. McElroy tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant T. Brooks Moore tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Julie Cepelak tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Hollis Steven Hufstetler tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant The Sage Life Settlement Fund  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Root Hospitality Solutions  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

District/off: 0539-4                                    User: admin                                    Page 49 of 53
Date Rcvd: Feb 08, 2023                           Form ID: pdf012                              Total Noticed: 1

on behalf of Defendant Michael McGarrah tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Pillar 4 Life Settlement Fund  LP tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Geoff Horst tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Wealthstone Financial tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Mark House tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Integrity Capital Advisory  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Golden Eagle Life Settlements Fund 14  LP tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant CYN Jim Futures  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Strategic Insurance Services tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Tate Felts tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Steven B. Deck tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Randy Robertson tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Maxing Money Solutions  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant William M. Tolleson tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant BG&S Management Consultants tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Hector Soto tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Janet K. Horst tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant A Roger O. Whitley Group  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant David F. Brockman tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Razor Financial Services  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant LifeMatters International  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Fred A. Cowley tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant John P. Dahlen tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Silverspoon  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Frank W. Bice tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Rick Tankersley tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Robert Welborn tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Grace Life Investments tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

District/off: 0539-4                                  User: admin                                  Page 50 of 53
Date Rcvd: Feb 08, 2023                              Form ID: pdf012                              Total Noticed: 1

Thomas S. Brandon, Jr.

on behalf of Defendant David Strickland tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant New England Life Settlement Fund I  L.P. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Charles Morris tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant New England Life Settlement Fund II  L.P. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant John R. Murray tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Golden Eagle Life Settlements Fund 12  L.P. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Inspired Alternative Investments tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Lynn Investments  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Interested Party Advanced Life Settlement Portfolio 2011-1  LLC tbrandon@whitakerchalk.com,
ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Jeffrey L. Brookings tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant John W. Ridgway tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Clint Perrin tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Advanced Life Settlement Portfolio 2013-3  LLC tbrandon@whitakerchalk.com,
ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Terry and Associates  Inc. tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Fidelis Fetsch tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Jim Parker tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant A.H. Brorman tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Dorothy Brorman tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Raymond Croteau tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Frances R. Hutson tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Darryl Delphen tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Nathaniel Hawkins  III tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Jody Ashford tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant A Better Financial Plan  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Creditor Christine Smith tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant American Safe Retirements  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.

on behalf of Defendant Faye Bagby tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

District/off: 0539-4 | User: admin | Page 51 of 53
Date Rcvd: Feb 08, 2023 | Form ID: pdf012 | Total Noticed: 1

Thomas S. Brandon, Jr.
on behalf of Defendant Adrianne Schwanke tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Golden Eagle Fund 16  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Jeannette Bajalia tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Gerald Dubose tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Adam Burch tbrandon@whitakerchalk.com  ktucker@whitakerchalk.com

Thomas S. Brandon, Jr.
on behalf of Defendant Pillar I LS Fund  LLC tbrandon@whitakerchalk.com, ktucker@whitakerchalk.com

Thomas Scheie Hoekstra
on behalf of Creditor Travis G Dunaway thoekstra@godwinpappas.com

Thomas Scheie Hoekstra
on behalf of Intervenor-Plaintiff Travis G Dunaway thoekstra@godwinpappas.com

Thomas W. Choate
on behalf of Creditor Lyndle E. Reeves tomchoate@choatelawoffice.com  mwchoate@choatelawoffice.com

Thomas W. Choate
on behalf of Creditor Estate of Kenneth L. Musgrave  Deceased tomchoate@choatelawoffice.com,
mwchoate@choatelawoffice.com

Thomas W. Choate
on behalf of Creditor Musgrave and Musgrave LLP tomchoate@choatelawoffice.com  mwchoate@choatelawoffice.com

Timothy Andrew York
on behalf of Other Professional Edward D. Jones & Co. tyork@qslwm.com  nchancellor@qslwm.com

Timothy Deal Kline
on behalf of Spec. Counsel Phillips Murrah P.C. tdkline@phillipsmurrah.com

Todd Jeffrey Johnston
on behalf of Defendant Mark Zouzalik tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Creditor Carole K. Boris tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Defendant Christopher Roach tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Intervenor-Plaintiff The Third Ad Hoc Committee Intervenors tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Defendant Crossroads Agency tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Interested Party Third Ad Hoc Committee of Fractional Interest Owners of Life Insurance Policies Sold Through Life
Partners  Inc. tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Defendant Leslie Rhodes tjohnston@mcjllp.com  tlofgren@mcjllp.com

Travis Brent Hull
on behalf of Intervenor-Plaintiff Kenneth P. Schultz tbhull@travisbrenthulllaw.com

Travis Brent Hull
on behalf of Creditor Kenneth P. Schultz tbhull@travisbrenthulllaw.com

Tyler Stephen Sims
on behalf of Creditor John C Covey  Sr. ecf@simslawpllc.com, SimsLawPLLC@jubileebk.net,tyler@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Vicki Kathleen McCarthy
on behalf of Creditor John Harwood vkmecf@outlook.com  vkmbankruptcyecf@aol.com

W. J. Wade, Jr.
on behalf of Creditor Kay Thomas dwade@lubbocklawfirm.com  mcalfin@lubbocklawfirm.com

Warren V. Norred
on behalf of Creditor Stephen Ayres warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Intervenor-Plaintiff Rick Campbell warren@norredlaw.com
anorred@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Creditor Richard Wong warren@norredlaw.com
anorred@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Intervenor-Plaintiff Brenda Wong warren@norredlaw.com
anorred@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Intervenor-Plaintiff Charles Douglas Meador  Jr. warren@norredlaw.com,
anorred@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Intervenor-Plaintiff Amanda Allen warren@norredlaw.com
anorred@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Intervenor-Plaintiff Karin Campbell warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Intervenor-Plaintiff Julie Ayres warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Creditor Amanda Sue Toepperwein Trust warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Intervenor-Plaintiff Amanda Sue Toepperwein Trust warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Intervenor-Plaintiff Michael Janssen warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Creditor Karl Mom warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Intervenor-Plaintiff Jose Arnold Gallo warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Creditor Steve Knowlton warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Creditor Karin Campbell warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Creditor Amanda Allen warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Creditor Charles Douglas Meador  Jr. warren@norredlaw.com,
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Creditor Rick Campbell warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Creditor Michael Janssen warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Intervenor-Plaintiff Regina Cohen warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Creditor Jose Arnold Gallo warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred

on behalf of Creditor Clarence Parrott warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

District/off: 0539-4                          User: admin                                    Page 53 of 53
Date Rcvd: Feb 08, 2023                       Form ID: pdf012                              Total Noticed: 1

Warren V. Norred
on behalf of Intervenor-Plaintiff Karl Mom warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Creditor Julie Ayres warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Intervenor-Plaintiff Richard Wong warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Creditor Regina F Cohen warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Creditor Brenda Wong warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Intervenor-Plaintiff Stephen Ayres warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Weiting Hsu
on behalf of Creditor AFCO Credit Corporation whsu@winstead.com  hsuweiting@alumni.utexas.net

William L. Siegel
on behalf of Creditor Julio Cesar Mejia bsiegel@cowlesthompson.com
brodela@cowlesthompson.com;lvelazquez@cowlesthompson.com

William L. Siegel
on behalf of Creditor Mary Chapman Pierce bsiegel@cowlesthompson.com
brodela@cowlesthompson.com;lvelazquez@cowlesthompson.com

William L. Siegel
on behalf of Creditor Jewish Senior Services of Toledo bsiegel@cowlesthompson.com
brodela@cowlesthompson.com;lvelazquez@cowlesthompson.com

William L. Siegel
on behalf of Attorney Cowles & Thompson  P.C. bsiegel@cowlesthompson.com,
brodela@cowlesthompson.com;lvelazquez@cowlesthompson.com

William L. Siegel
on behalf of Creditor Cheryl Thompson bsiegel@cowlesthompson.com
brodela@cowlesthompson.com;lvelazquez@cowlesthompson.com


TOTAL: 1350