BTXN 127 (rev. 1/14)

FILED
FEB 16 2023
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: LIFE PARTNERS POSITION HOLDER TRUST PHT DISTRIBUTION ACCOUNT §§§§§§§

Debtor(s)

Case No.: 15-40289-MXM-11

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a ✓ creditor ___ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | JEFF S. GARRETT |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (If Claimant is an individual, skip to Question No. 3) | |
| 3. | Current Mailing Address | 608 PRIVATE DR. HEATH, TX 75032 |
| 4. | Telephone Number | 214-683-6855 |
| 5. | SS# (last 4 digits only) or EIN # | 2353 |
| 6. | Amount Being Claimed | 1,771.43 |

I, JEFF S. GARRETT, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 12/21/2022

Claimant Signature          Co-Claimant Signature

Subscribed and Sworn to Before Me this 21 day of DECEMBER, 2022

JOHN N. WARREN
My Notary ID # 11256703
Expires June 24, 2026

Notary Public
In and for the State of TX

My commission expires JUNE 24, 2026

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 12/21/2022

_____
Claimant's Signature



