

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 17, 2023**

**United States Bankruptcy Judge**

_____

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Life Partners Holdings, Inc. §   Case No.:  15–40289–mxm11
 §   Chapter No.:  11
Debtor(s) §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Randall Anderson on behalf of Flint Immel filed an Application for Payment of Unclaimed Funds on 01/11/2023 in the amount of $24,363.65.

The Court, after review of the application, finds:

- ☐ no funds are on record for the claimant
- ☐ no documents of proof are provided with the application
- ☐ insufficient documentation has been provided with the application
- ☐ required Form AO 213 not provided with the application
- ☐ the application was not served on the US Attorney
- ☑ Other: 1) Letters of Temporary Administration from the court were not included with the documentation.
  2) Proof of Flint Immel's address of record was not included.
  3) Photocopy of Randall Anderson's government ID card was not provided.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #