

# NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Janice O & Ronny G Bryant ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Life Partners Holdings, Inc.
Court: United States Bankruptcy Court - Northern District of Texas
Case Number: 4:15-bk-40289
Chapter: 11

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Monday, February 20, 2023.

Janice O. Bryant

_____
Signature

**Janice Bryant**
E-signed 2023-02-20 11:15AM CST
somethingspecial1@windstream.net

Adobe Acrobat Sign Transaction Number: CBJCHBCAABAArTfg7PQE962J5fzagMO9nJk6TDNYVidH

Ronny G. Bryant

_____
Signature

**Ronny G Bryant**
E-signed 2023-02-20 02:34PM CST
somethingspecial1@windstream.net

Adobe Acrobat Sign Transaction Number: CBJCHBCAABAArTfg7PQE962J5fzagMO9nJk6TDNYVidH

