B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

In re    Life Partners Holdings, Inc.    ,    Case No.   4:15-bk-40289

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Dilks & Knopik, LLC | The Estes Revocable Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee Should be sent:

35308 SE Center Street
Snoqualmie WA 98065

Court Claim # (if known):    HolderID# 1078842A11800

Amount of Claim:

Date Claim Filed:

Phone:   425-836-5728                Phone:   417-380-8387
Last Four Digits of Acct #:          Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Brian J Dilks - President            Date:   2/27/2023
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.