

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, The Estes Revocable Trust ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Life Partners Holdings, Inc.
Court: United States Bankruptcy Court - Northern District of Texas
Case Number: 4:15-bk-40289
Chapter: 11
Original Creditor: The Estes Revocable Trust

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Sunday, February 12, 2023.

The Estes Revocable Trust

*Marilyn Quigley*

Marilyn Quigley - Trustee

**Marilyn L Quigley**
E-signed 2023-02-12 12:27PM CST
marilynquigley@gmail.com

Adobe Acrobat Sign Transaction Number: CBJCHBCAABAAwJQTOlxliaa9BodVPy07PYKoQsicN0r8





# REVOCABLE LIVING TRUST PORTFOLIO

Prepared For

## AUSTIN C. ESTES

Prepared By:

**BRATVOLD LAW FIRM, P. C.**
P. O. Box 14080
1200 East Woodhurst
Building H, Suite 400
Springfield, Missouri 65814-0080
417-887-5300



Austin C. Estes
September 22, 2005

Marilyn L. Quigley, Successor Trustee, and any other Successor Trustees,
under The Austin C. Estes Trust, dated September 22, 2005
including any subsequent amendments.

**Direct Transfers.** If you choose a direct transfer to yourself as Trustee, you will also need to refer to **Section 3 of Article One** of your Trust and have your vehicle(s) re-titled to you as Trustee in the manner shown in Section 3 of Article One.

**Trading or Selling a Vehicle with a Changed Title.** When you trade a vehicle that has been re-titled to yourself as Trustee of your Trust or for which a TOD has been put on the title, the new vehicle should be acquired in the same manner as the one being traded, and you should point out to the person typing the application for title that there is a transfer on death designation (TOD) for your vehicle or that you want to own it as Trustee of your Trust.

### Funding Non-Titled Tangible Personal Property

I have drafted a document for you entitled **"Deed of Gift for Non-Titled Tangible Personal Property,"** which is the type document that we use to transfer your **collectibles, household goods, furniture, jewelry, antiques,** and **personal items** into the Trust. This document will be signed when the Trust is signed and is all you will need to put your "stuff" in your Trust Estate.

### Funding Insurance on Property In the Trust Estate

Any insurance policy on property that is transferred to the Trustee of a Trust [such as real estate transferred by deed and personal property transferred by a Deed of Gift] must also be changed. **When property is transferred to the Trustee of the Trust, the Trustee of the Trust must be added as "additional insured" on the insurance policies.** Therefore, we must arrange for you (and any Co-Trustees) to be added as additional insured in your capacity as Trustee(s) of your Trust for your home and for all of your personal property and contents of your home. If you use a direct transfer of a vehicle (not recommended) into the Trust Estate, we must make the same change on your auto policy. This requirement does not apply to transfers on death (TOD) since under that method title does not actually pass until death. I will draft a letter to your home owners insurance agent to request this change, but you need to help me follow up with the agent to make sure that the proper action is taken.

### Funding Bank Accounts and Investment Accounts

The ownership of all bank accounts, credit union accounts, investment accounts, certificates of deposit, etc., should be changed into your name as Trustee of your Trust or made Payable on Death (POD) to the Successor Trustee(s) of your Trust.

If a direct transfer to yourself as Trustee of your Trust is chosen, the account(s) should be titled as set forth in Article One, Section 3 of your Trust. If you change your account(s) to your

3

**TRUST POWERS OF THE GRANTEE:** Pursuant to THE AUSTIN C. ESTES TRUST, GRANTEE, as Trustee, and Successor Trustees, have the power to sell, mortgage, pledge, assign, exchange, convey, develop, repair, rent, lease, or otherwise deal with or dispose of the described real property, for such consideration and in such manner as in the Trustee's discretion is deemed advisable. The Trustee has the power to issue and execute conveyances, mortgages, leases, assignments, contracts and other instruments deemed by the Trustee necessary for the execution of the Trust. No person or corporation dealing with the Trustee shall be obligated to see to the application of any money paid or property delivered to the Trustees, or to inquire into the necessity or propriety of the Trustee exercising the powers of a Trustee, or to determine the existence of any fact upon which the Trustee's power to perform any act may be conditioned. The foregoing shall apply to the above named GRANTEE, as Trustee, and any Successor Trustees.

**TRUST POWERS OF THE ESTES REVOCABLE TRUST NOT REVOKED OR AMENDED:** The trust powers granted the Trustee of THE ESTES REVOCABLE TRUST dated October 29, 1993 are identical to the powers recited above. Said powers have not been amended or revoked nor have said powers been reserved, granted, assigned nor transferred to any other person, and this deed is made pursuant to the said powers granted the undersigned Trustee of THE ESTES REVOCABLE TRUST dated October 29, 1993.

**AFFIDAVIT OF DEATH OF LOIS I. ESTES:** LOIS I. ESTES passed away July 1, 2003. Until her death she was a Co-Trustee of THE ESTES REVOCABLE TRUST dated October 29, 1993. Austin C. Estes is the surviving spouse of Lois I. Estes and is now the sole Trustee of THE ESTES REVOCABLE TRUST dated October 29, 1993. Austin C. Estes has not remarried and is currently a single person.

**TO HAVE AND TO HOLD** the premises aforesaid, with all rights, privileges, appurtenances and immunities thereto belonging, or in anywise appertaining, unto the said GRANTEE, and unto his successors and assigns forever, in trust; the said GRANTOR hereby covenanting that he is lawfully seized of an indefeasible estate in fee in the premises herein conveyed; that he has good right to convey the same; that the said premises are free and clear of any encumbrances done or suffered by him or those under whom he claims except those which are of record prior to this conveyance to which this conveyance is made subject, and that he will warrant and defend the title to the said premises unto the said GRANTEE and unto his successors and assigns forever, against the lawful claims and demand of all persons whomsoever.

**IN WITNESS WHEREOF,** the GRANTOR has set his hand and seal the day first above written, and the GRANTEE, by his signature, does hereby acknowledge acceptance of this conveyance.

_Austin C. Estes_                                         _Austin C. Estes_
AUSTIN C. ESTES, Grantor as Trustee of THE           AUSTIN C. ESTES, Grantee as Trustee of THE
ESTES REVOCABLE TRUST, DTD 1023/1993                  AUSTIN C. ESTES TRUST, DTD 09/22/2005

**SINGLE PERSON'S ACKNOWLEDGMENT**

STATE OF MISSOURI  )
                   ) ss.
COUNTY OF GREENE   )

On the 22nd day of Sept., 2005, before me personally appeared AUSTIN C. ESTES, known to me to be the person who executed the foregoing deed, and acknowledged that she executed the same as his free act and deed, and declared himself to be a single person, and the same AUSTIN C. ESTES declared that the statements concerning the death of his wife, Lois I. Estes, and the powers granted to the Trustees of said Trust are true and correct and that he has accepted this conveyance as Trustee of THE AUSTIN C. ESTES TRUST.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at my office in the city of Springfield, Missouri, the day and year first above written.

LARRY K. BRATVOLD
Notary Public-Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires June 7, 2008

Larry K. Bratvold - Notary Public
Commissioned for Greene County, MO
My Commission Expires: June 7, 2008

Bratvold Law Firm
PO Box 14080 Spfd MO 65814



001913-06    12 JAN 2006    09:32:43am

Book:2006
Page:001913-06
2 pages

recmlp

REAL ESTATE DOCUMENT
GREENE COUNTY, MISSOURI
RECORDERS CERTIFICATION

*Linda L. Montgomery*
RECORDER OF DEEDS

## TRUSTEE'S GENERAL WARRANTY DEED

**THIS INDENTURE** is made January 10th, 2006, by and between <u>MARILYN L. QUIGLEY</u>, not individually but in her capacity as <u>Successor Trustee of THE AUSTIN C. ESTES TRUST dated September 22, 2005 as amended October 20, 2005 GRANTOR</u>, and MARILYN L. QUIGLEY, a married person, GRANTEE, of the County of Greene, State of Missouri. Grantee's mailing address is: 2482 Wildwood Road, Springfield, Missouri 65804.

**WITNESSETH:** That GRANTOR, for and in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable consideration to her paid by said GRANTEE, the receipt of which is hereby acknowledged, does by these presents grant, bargain and sell, convey and confirm unto MARILYN L. QUIGLEY, GRANTEE, and to her successors and assigns, all of her right, title and interest in the following described lots, tracts and parcels of land, lying and being situated in Greene County, State of Missouri, to-wit:

All of Lots Six (6) and Seven (7) in Block "I" in WILDWOOD ESTATES UNIT 2, a Subdivision in Greene County, Missouri according to the recorded plat thereof, less and except the following property conveyed under Trustees' Warranty Deed Recorded at Book 2344 Page 0998 to Edward M. Quigley and Marilyn L. Quigley, Trustees of THE QUIGLEY REVOCABLE TRUST, DTD 12/10/1993, said excepted tract being described as:

A TRACT OF LAND BEING PART OF LOTS 6 AND 7, BLOCK I, WILDWOOD ESTATES, UNIT 2--A SUBDIVISION IN GREENE COUNTY, MISSOURI, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHEAST CORNER OF SAID LOT 6; THENCE N88 31'55" W, WITH THE NORTH LINE OF SAID LOT 6, 129.91 FEET (130 PLAT) TO THE WEST LINE OF SAID LOT 6; THENCE S01 14'50" E, WITH SAID WEST LINE, 251.80 FEET TO THE SOUTH LINE OF SAID LOT 6; THENCE S89 53'57" E, WITH THE SOUTH LINE OF SAID LOT 6 AND THE SOUTH LINE OF SAID LOT 7; 260.00 FEET TO THE EAST LINE OF SAID LOT 7; THENCE N00 50'45"W, WITH SAID EAST LINE, 32.80 FEET; THENCE N89 53'57" W, 160.00 FEET; THENCE N01 17'21" W, 71.20 FEET; THENCE N10 22'32" E, 147.01 FEET TO THE POINT OF BEGINNING. CONTAINING 32,498 SQUARE FEET.

THIS TRACT ALSO BEING SUBJECT TO DRIVEWAY EASEMENT BEING DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHEAST CORNER OF THE ABOVE-DESCRIBED TRACT; THENCE S10 22'32"W, WITH THE EAST LINE OF SAID ABOVE-DESCRIBED TRACT, 68.34 FEET FOR A TRUE POINT OF BEGINNING; THENCE CONTINU9NG S10 22'32"W, WITH SAID EAST LINE, 18.52 FEET; THENCE N67 32'19"W, 14.24 FEET; THENCE N26 11'50" E, 16.09 FEET; THENCE S79 58'05"E, 9.54 FEET TO THE TRUE POINT OF BEGINNING.

This conveyance is also subject to Protective Covenants for said Subdivision Recorded in the office of the Recorder of Deeds of Greene County, Springfield, Missouri.

**TRUST POWERS OF THE GRANTOR NOT AMENDED OR REVOKED:** Pursuant to THE AUSTIN C. ESTES TRUST, GRANTOR, as Successor Trustee, has the power to sell, mortgage, pledge, assign, exchange, convey, develop, repair, rent, lease, or otherwise deal with or dispose of the described real property, for such consideration and in such manner as in the Trustee's discretion is deemed advisable. The Trustee has the power to issue and execute conveyances, mortgages, leases, assignments, contracts and other instruments deemed by the Trustee necessary for the execution of the Trust. No person or corporation dealing with the Trustee shall be obligated to see to the application of any money paid or property delivered to the Trustee, or to inquire into the necessity or propriety of the Trustee exercising the powers of a Trustee, or to determine the existence of any fact upon which the Trustee's power to perform any act may be conditioned. The foregoing shall apply to the above named GRANTOR, as Successor Trustee, and any subsequent Successor Trustees. The trust powers granted the undersigned Successor Trustee of THE AUSTIN C. ESTES TRUST dated September 22, 2005, as amended October 20, 2005, have not been amended or revoked nor have said powers been reserved, granted, assigned nor transferred to any other person, and this deed is made pursuant to the said powers granted the undersigned Successor Trustee. The First Amendment to said Trust executed by Austin C. Estes on October 20, 2005 affected only a dispositive provision of the Trust and did not affect the trust powers of the Trustees.

**AFFIDAVIT OF DEATH OF AUSTIN C. ESTES:** AUSTIN C. ESTES passed away December 25, 2005. Until his death he was the sole Trustee of THE AUSTIN C. ESTES TRUST dated September 22, 2005 as amended October 20, 2005. Austin C. Estes was a single person from the time his former spouse, Lois I. Estes passed away on July 1, 2003 until the date of his death on December 25, 2005, he having never remarried..

**TO HAVE AND TO HOLD** the premises aforesaid, with all rights, privileges, appurtenances and immunities thereto belonging, or in anywise appertaining, unto the said GRANTEE, and unto her successors and assigns forever, the said GRANTOR hereby covenanting that as Successor Trustee of said Trust she is lawfully seized of an indefeasible estate in fee in the premises herein conveyed; that she has good right to convey the same; that the said premises are free and clear of any encumbrances done or suffered by her or those under whom she claims except those which are of record prior to this conveyance to which this conveyance is made subject, and that she will warrant and defend the title to the said premises unto the said GRANTEE and unto her successors and assigns forever, against the lawful claims and demand of all persons whomsoever.

IN WITNESS WHEREOF the GRANTOR has set her hand and seal the day first above written.

*Marilyn L. Quigley*
MARILYN L. QUIGLEY, Grantor, not individually but in her capacity as Successor Trustee of THE AUSTIN C. ESTES TRUST DTD 09/22/2005 as Amended 10/20/2005

## ACKNOWLEDGMENT

STATE OF MISSOURI )
) ss.
COUNTY OF GREENE )

On the 10th day of January, 2005, before me personally appeared MARILYN L. QUIGLEY, known to me to be the person who executed the foregoing deed, and acknowledged that she executed the same as her free act and deed as Successor Trustee of THE AUSTIN C. ESTES TRUST, dated September 22, 2005 as Amended October 20, 2005, and declared that the statements concerning the death of AUSTIN C. ESTES and the powers granted to her as Successor Trustee of THE AUSTIN C. ESTES TRUST are true and correct.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at my office in the city of Springfield, Missouri, the day and year first above written.

LINDA S. NEALE
Notary Public - Notary Seal
State Of Missouri
Greene County
My Commission Expires Oct. 3, 2008
Commission #04618727

*Linda S. Neale*
Linda S. Neale - Notary Public
Commissioned for Greene County, MO
My Commission Expires: 10/03/08