B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Texas

In re    Life Partners Holdings, Inc.                         ,         Case No.    4:15-bk-40289

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Dilks & Knopik, LLC | Jane Bennett |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee Should be sent:

35308 SE Center Street
Snoqualmie WA 98065

Court Claim # (if known):    Holder ID# CT004019

Amount of Claim: 

Date Claim Filed: 

Phone:    425-836-5728

Last Four Digits of Acct #: 

Phone:    781-740-1748

Last Four Digits of Acct #: 

Name and Address where transferee payments should be sent (if different from above):

Phone: 

Last Four Digits of Acct #: 

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Brian J Dilks - President                 Date:    3/1/2023
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.