B 2100A (Form 2100A) (12/15)

**FILED**

# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

MAR 2 2023

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In re  Life Partners Holdings, Inc._____,        Case No.  15-40289_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Dynasty Asset Recovery Services LLC___
Name of Transferee

David Hecht_____
Name of Transferor

Name and Address where notices to transferee
should be sent:

Court Claim # (if known): _____
Amount of Claim: _____$2,612.80____
Date Claim Filed: _____

3755 N Josey Ln #117220
Carrollton, Texas 75011

Phone: 469-702-1976_____
Last Four Digits of Acct #: _____

Phone: 920-763-6838_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____, Managing Member        Date: 03/01/2023_____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

3755 N Josey Ln #117220
Carrollton, Texas 75011



# D Y N A S T Y

ASSET RECOVERY SERVICES

### ASSIGNMENT OF INTEREST
### IN BANKRUPTCY UNCLAIMED FUNDS

This Assignment Agreement (the "Agreement") is entered into February 17, 2023 (the "Effective Date") by and between Dynasty Asset Recovery Services LLC, (the "Assignee") and David Hecht ("the Assignor").

1.  Assignor is/was a <u>Creditor</u> in the Case Number <u>15-40289</u> as filed in the <u>U S Bankruptcy Court, N.D. Texas</u> (the "Case"). As a <u>Creditor</u> in the Case, Assignor was entitled to distribution of funds in the amount of $2,612.80 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2.  Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign the convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representation, and warranties herein, the parties agree as follows:

3.  Assets Assigned: Assignor does hereby convey, transfer, and assign any and all rights, title, interest, and claims, including but not limited to, all statutory rights to any unclaimed funds resulting from the Bankruptcy Case located at:

> Court: **U S Bankruptcy Court, N.D. Texas**
>
> Debtor: **Life Partners Holdings, Inc.**
>
> Case Number: **15-40289**
>
> Unclaimed Amount: **$2,612.80**

4.  Collection of Surplus Funds: Assignee hereby agrees to attempt within the best of its abilities to collect the unclaimed funds. If Assignee collects any unclaimed funds, Assignee shall pay Assignor the remaining balance after subtracting all service fees.

5.  Service Fees:  Dynasty Asset Recovery Services LLC fee is 14% of the unclaimed funds balance recovered.

6.  This Assignment shall be deemed an absolute and unconditional assignment of funds/claim for the purpose of collection and satisfaction and shall not be deemed to create a security interest. Assignee will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

3755 N Josey Ln #117220
Carrollton, Texas 75011



# DYNASTY

ASSET RECOVERY SERVICES

### ASSIGNMENT OF INTEREST

### IN BANKRUPTCY UNCLAIMED FUNDS, page 2

7.  Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part to any party.

8.  Power of Attorney: To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the funds the fulfillment of Assignors obligation(s) under this Agreement, Dynasty Asset Recovery Services LLC as its attorney-in-fact.

9.  This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, I have signed this _____ day of _____. 20____, and I direct that photographic copies of this document be made, which shall have the same force and effect as an original.

_____
Client

_____
Client

_____
Current Address

_____
Current Address

SUBSCRIBED AND SWORN TO BEFORE ME this _21_ day of _February_____, 20_23_.

County of _Dodge_____

State of _Wisconsin_____

Date of Commission Expires:
_09/02/2025_

_____
Notary Public