**FILED**
MAR 0 2 2023
mb
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: Life Partners Position Holders Trust PHID #1071064A11800

Case No.: 15-40289-MXM-11

Debtor(s)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a ✓ creditor ___ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Daniel L. & Bernice J. Englander Trust |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (If Claimant is an individual, skip to Question No. 3) | Joseph Englander, TTEE |
| 3. | Current Mailing Address | 330 Baycliff Dr. Port Townsend WA 98368 |
| 4. | Telephone Number | 360 390 5896 |
| 5. | SS# (last 4 digits only) or EIN # | 9998 |
| 6. | Amount Being Claimed | $2,776.28 |

I, Joseph Englander, TTEE, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 2/28/2023     Joseph Englander TTEE
                   Claimant Signature          Co-Claimant Signature

Subscribed and Sworn to Before Me this 28th day of February 2023.

Notary Public
In and for the State of Washington
My commission expires 03-24-25

## CERTIFICATE OF SERVICE

    In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 2/23/2023

*Joseph Englander, POA, TTEE*
Claimant's Signature

LIFE PARTNERS POSITION HOLDER TRUST    PHT DISTRIBUTION ACCOUNT    0045736

Michael J. Quilling, Trustee
PO Box 23226
Waco, TX 76702

045736-1071064A11800

THE DANIEL L. AND BERNICE J. ENGLANDER TRUST
13373 PLAZA DEL RIO BLVD #6631
PEORIA, AZ 85381-0000

PHID# 1071064A11800
PHT Distribution 045736

This check is the **FINAL DISTRIBUTION** payment from Life Partners Position Holder Trust. This distribution represents a per unit payment as shown in the below calculation after deducting any lien that you may owe. **This final distribution check closes out your unit holdings**.

$$\frac{\text{Distribution Amount}}{\text{Total Units}}$$ x Units held by *DANIEL L & BERNICE J ENGLANDER TRUST* – Lien Owed by *DANIEL L & BERNICE J ENGLANDER TRUST* = Net Distribution

$$\frac{\$265,532,960.05}{1,240,610,744}$$ x 12,958 units – $0.00 lien = $2,776.28 net distribution

**\*\*PLEASE DEPOSIT IMMEDIATELY\*\***

THIS CHECK IS VALID FOR 60 DAYS FROM THE DATE OF ISSUE. If you do not deposit this check by November 15, 2022, then you will have to ask the Bankruptcy Court for the money. Funds from all uncashed final distribution checks will be deposited with the US Bankruptcy Court for the Northern District of Texas, Fort Worth Division, under Case No. 15-40289-MXM-11, once the 60-day period is over. *In that event, you may have to hire your own lawyer to help you file the claim forms found on the Court's website at:*
https://www.txnb.uscourts.gov/forms/all-forms/unclaimed_funds

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON

LIFE PARTNERS POSITION HOLDER TRUST
PHT DISTRIBUTION ACCOUNT
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

VERITEX COMMUNITY BANK
8214 WESTCHESTER DRIVE, SUITE 100
DALLAS, TEXAS 75225

0045736
45-2416/1130

DATE: September 15, 2022    AMOUNT: ***$2,776.28***

PAY TO THE ORDER OF

***Two Thousand Seven Hundred Seventy Six Dollars and Twenty Eight Cents***

THE DANIEL L. AND BERNICE J. ENGLANDER TRUST
13373 PLAZA DEL RIO BLVD #6631
PEORIA, AZ 85381-0000

VOID AFTER 60 DAYS
VOID AFTER 90 DAYS

⑆0045736⑆ ⑈113024164⑈ ⑆550137046 3⑆



330 Baycliff Drive<br>
Port Townsend, WA 98368<br>
ph 360 390 5896

February 28, 2023

In Re: Case No 15-40289-MXM-11

To Whom It May Concern:

I am seeking payment of unclaimed funds from Life Partners Position Holder Trust for **The Daniel L. and Bernice J. Englander Trust** PHID#1071064A11800 in the amount of $2776.28.

A check was issued for $2776.28 by LPPHT on September 15, 2022 but sent to the invalid address of 13373 Plaza Del Rio Blvd #6631, Peoria, AZ 85381. That address was vacated on September 1, 2022 and appropriate forwarding/change of address notifications were filed with the USPS at that time for the new address of 330 Baycliff Drive, Port Townsend WA 98368. First class mail was timely forwarded from that date. For whatever reason, the forwarded PHT check did not reach the current address until the middle of February 2023 when the check was no longer valid as it had a 60 day limit from September 15, the date of issue. A copy of the invalid check is attached.

As indicated in the enclosed forms, distribution of funds to the Trust either by check or direct deposit into its account is acceptable.

Please contact me for any further information.

Thank you,

*Joseph Englander TTEE* (signature)

Joseph Englander, TTEE
The Daniel L. and Bernice J. Englander Trust