BTXN 127 (REV. 1/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

Life Partner Holdings Inc.

§
§
§  Case No. 15-40289
§
Debtor (s)  §
§

**FILED**

MAR 0 6 2023

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __x__ creditor ___ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant (s) | Cranehill Capital LLC, as assignee to Winnie L. Osborne |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (If Claimant is an individual, skip to Question No. 3) | Gregory Mullen, Manager |
| 3. | Current Mailing Address | PO Box 25505 Dallas Texas 75225 |
| 4. | Telephone Number | (214) 373-1221 |
| 5. | SS# (last 4 digits only) or EIN # | 27-1864132 |
| 6. | Amount Being Claimed | $6,606.03 |

I, Gregory Mullen, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 2/23/23   _[signature]_ Claimant Signature   _____ Co-Claimant Signature

Subscribed and Sworn to Before Me this 23rd day of Feb 2023

_[signature]_ Carole Scoggins
Notary Public
In and for the State of Texas

CAROLE E SCOGGINS
Notary ID #3890873
My Commission Expires
September 2, 2026

My commission expires 9-2-2026

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 2/23/23

Claimant's Signature

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

Life Partner Holdings Inc.                                    Case No. 15-40289

Debtor (s)

## CLAIMANT HISTORY

The original disbursement was not presented for payment within 90 days after issuance. The claimant did not receive the dividend check in the above case for the following reason:

At the time of the above bankruptcy, claimant had a mailing address of PO Box 1812, Midlothian TX 76065. Claimant's present address is 124 Harley Meadows Cr Box 6, Venus TX 76084.

On December 01, 2022, Winnie L. Osborne assigned the unclaimed funds to Cranehill Capital LLC as evidenced by Docket 5047.

Claimant certifies under penalty of perjury that all statements made by Claimant in this application and any attachments required for this Application are, to the best of its knowledge, true and correct. Accordingly, Claimant request the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

_____ Date: 03/03/2023
Gregory Mullen, Manager
Cranehill Capital LLC
as assignee of Winnie L. Osborne
PO Box 25505
Dallas, Texas 75225

LIFE PARTNERS POSITION HOLDERS TRUST
2001 BRYAN STREET, SUITE 1800
DALLAS TEXAS 75201
T (214) 560-5404   F (214) 871-2111

WINNIE L. OSBORNE
PO BOX 1812
MIDLOTHIAN, TX 76065

RE: LIFE PARTNERS POSITION HOLDER TRUST

DEAR GRANTOR:

ATTACHED IS YOUR COPY OF THE 2019 FIDUCIARY FORM 1041 GRANTOR LETTER. THIS GRANTOR LETTER SUMMARIZES YOUR INFORMATION FROM THE TRUST. THIS INFORMATION HAS BEEN PROVIDED TO THE INTERNAL REVENUE SERVICE WITH THE U.S. INCOME TAX RETURN FOR ESTATES AND TRUSTS.

THE INFORMATION PROVIDED ON THIS GRANTOR LETTER SHOULD BE ENTERED ON YOUR TAX RETURN, IN ACCORDANCE WITH THE INSTRUCTIONS AND FOOTNOTES ON THE GRANTOR LETTER. IF YOUR RETURN WILL BE PREPARED BY YOUR ACCOUNTANT OR ATTORNEY, YOU SHOULD PROVIDE A COPY OF THIS GRANTOR LETTER TO THE PREPARER WITH YOUR OTHER TAX INFORMATION.

WE THANK YOU FOR THE OPPORTUNITY TO SERVE YOU.

SINCERELY,


MICHAEL J. QUILLING



Joshua L. Shepherd (Texas Bar No. 24058104)
QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
E-mail: jshepherd@qslwm.com

**COUNSEL FOR MICHAEL J. QUILLING, AS
TRUSTEE OF THE LIFE PARTNERS POSITION
HOLDER TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> LIFE PARTNERS HOLDINGS, INC., § <br> *et. al.* § <br> § <br> **Reorganized Debtors.** § <br> § | **CASE NO. 15-40289-mxm11** <br><br> **JOINTLY ADMINISTERED** <br> **(Chapter 11)** |

## SECOND NOTICE TO DEPOSIT UNCLAIMED FUNDS

### [Relates to Dkt. No. 4681, 4682, 4683]

A check in the amount of $3,294,399.05 was remitted to the Clerk of the Bankruptcy Court for deposit into the court's unclaimed funds registry as unclaimed property for the above-styled Chapter 11 bankruptcy case. Final distribution checks were issued in this case on September 15, 2022, and 472 claimants failed to timely cash their check or prior mail was undeliverable to the last known address. Those claimants and amounts are listed below. Instructions on how to claim the funds are provided by the Court and can be found at: https://www.txnb.uscourts.gov/forms/all-forms/unclaimed_funds.

Disposition of Case:    Complete
Explanation of Source:  Claimants failed to cash their final distribution check.

| | *HolderID#* | *Claimant Name & Address* | *Amount* |
|---|---|---|---|
| 1 | 1076938A11800 | 2002 The Doris M. Paretsky Revocable Living Trust <br> *c/o its agent* Marla Loucks <br> 9196 Spoonbill Ridge Pl <br> Las Vegas, NV 89143-4491 | $3,097.01 |
| 2 | 1072932A11600 | Paul E Abernathy <br> 4938 Williamsport Rd <br> Elizabeth, PA 15037-0000 | $2,819.13 |

**SECOND NOTICE TO DEPOSIT UNCLAIMED FUNDS**    Page 1 of 33

|     | HolderID#     | Claimant Name & Address                                                          | Amount      |
|-----|---------------|----------------------------------------------------------------------------------|-------------|
| 318 | 1077768A11601 | Rachel F O'Neal<br>50350 Cowens Rd Slip 5<br>Scappoose, OR 97056-4490            | $270.54     |
| 319 | 1077768A11601 | Rachel F O'Neal<br>50350 Cowens Rd Slip 5<br>Scappoose, OR 97056-4490            | $402.59     |
| 320 | 1077768A11601 | Rachel F O'Neal<br>50350 Cowens Rd Slip 5<br>Scappoose, OR 97056-4490            | $338.77     |
| 321 | 1077768A11601 | Rachel F O'Neal<br>50350 Cowens Rd Slip 5<br>Scappoose, OR 97056-4490            | $270.25     |
| 322 | 1122336A11600 | Elizabeth Orlowski<br>10216 Carry Back Cir<br>Dallas, TX 75229-5812              | $3,570.94   |
| 323 | 1146592A10700 | John R. & Winnie L. Osborne<br>PO Box 1812<br>Midlothian, TX 76065-0000          | $33,106.62  |
| 324 | 1147130A11600 | Winnie L. Osborne<br>PO Box 1812<br>Midlothian, TX 76065-0000                    | $6,606.03   |
| 325 | 1077536A11600 | Gilbert Oswald<br>W7761 State Highway 70<br>Fifield, WI 54524-0000               | $1,625.74   |
| 326 | CT001252      | Deborah J. Overdorff<br>2802 Northwood Rd<br>Austin, TX 78703-1603               | $1,285.51   |
| 327 | 1081261A11600 | Kenneth Paddie<br>31941 Paseo Cielo<br>San Juan Capistrano, CA 92675-3410        | $1,306.51   |
| 328 | 1106018A11600 | Ashly Paloutzian<br>10930 Kachina Pl<br>Dewey, AZ 86327-0000                     | $10,712.59  |
| 329 | 1158574A11600 | Robert Parish<br>10323 Garwood Dr<br>Dallas, TX 75238-0000                       | $6,838.92   |
| 330 | 1147405A11600 | Josey W. Parks<br>27441 Country Club Dr<br>Bonita Springs, FL 34134-0000         | $3,956.16   |
| 331 | 1135836A11600 | Rasik Patel<br>1512 Hillview Dr<br>Hillsboro, TX 76645-0000                      | $4,285.04   |
| 332 | 1082497A11100 | Patra Services, Inc., TTEE FBO Forest Group<br>4225 S Glory View Ln<br>Jackson, WY 83001-0000 | $3,920.81   |
| 333 | 1157567A11600 | Victoria S. Patrinely<br>4414 Moore St<br>Houston, TX 77009-2832                 | $46,215.20  |

SECOND NOTICE TO DEPOSIT UNCLAIMED FUNDS                                                                         Page 23 of 33

| Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** ▶ Go to www.irs.gov/FormW9 for instructions and the latest information. | Give Form to the requester. Do not send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Cranehill Capital LLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

- [X] Individual/sole proprietor or single-member LLC
- [ ] C Corporation
- [✓] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

  Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

- [ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.) See instructions.

5206 McKinney Ave Suite 204

**6** City, state, and ZIP code

Dallas Texas 75205

Requester's name and address (optional)

**7** List account number(s) here (optional)

**Part I   Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN, later.

Note: If the account is in more than one name, see the instructions for line 1. Also see What Name and Number To Give the Requester for guidelines on whose number to enter.

Social security number: ___ - ___ - ____

or

Employer identification number: 27-1864132

**Part II   Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ *Gregory Mullen*   Date ▶ 3/1/22

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/FormW9.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, THAT:

The undersigned, Cranehill Capital LLC, a limited liability company organized and existing under the laws of the State of Texas, constitutes and appoints Gregory M. Mullen, its true and lawful attorney-in-fact on behalf of the corporation and in its place and stead, in any and all capacities, to execute any and all forms and any amendments thereto relating to ownership of any business matters whatsoever, granting unto said attorney-in-fact and agent full power and authority to do and perform each and every act and thing requisite and necessary to be done and hereby ratifying and confirming each and every act and thing requisite and necessary to be done.

IN WITNESS WHEREOF, the corporation has caused this power of attorney to be executed in its corporate name by its Manager on this 3rd day of November, 2021.

Cranehill Capital LLC

By: _____
Gregory M. Mullen
Manager

State of Texas
County of Dallas

Signed before me on __3 November_____, 2021 by Gregory M. Mullen

_____
(Notary's official signature)

__18 Sept 2023_____
(Commission Expiration)



BRENDA DILLINGHAM
NOTARY ID #13037526-2
My Commission Expires
September 18, 2023

CRANEHILL CAPITAL LLC
6600 LBJ Freeway Suite 210 Dallas, Texas 75240
PO Box 25505 Dallas Texas 75225

214.373.1221 office
214.373.3399 fax
gmullen@cranehill.com

## CERTIFICATE OF RESOLUTION

The undersigned Member of Cranehill Capital, LLC, a limited liability company duly organized under the laws of Texas (hereinafter "Cranehill"), hereby certify that the following resolutions were duly adopted by said Members of Cranehill on Dec 13, 2021 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Gregory Mullen is hereby authorized and directed for and on behalf of Cranehill to execute all legal documents as approved by him/her as being in the best interests of Cranehill; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of Cranehill.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 13th day of December, 2021.

_Gregory Mullen_
Gregory Mullen
Manager

Subscribed and sworn to me this
12/13/21
Notary Signature _Kristin Neppl_

KRISTIN NEPPL
Notary ID #130903236
My Commission Expires
November 17, 2024

Corporations Section  
P.O.Box 13697  
Austin, Texas 78711-3697



John B. Scott  
Secretary of State

## Office of the Secretary of State

### Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Certificate of Formation for Cranehill Capital LLC (file number 801226991), a Domestic Limited Liability Company (LLC), was filed in this office on February 05, 2010.

It is further certified that the entity status in Texas is in existence.

Delayed Effective date: February 08, 2010

It is further certified that our records indicate GREGORY MULLEN as the designated registered agent for the above named entity and the designated registered office for said entity is as follows:

5206 MCKINNEY AVE

DALLAS, TX - 75205 USA

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on March 04, 2022.



John B. Scott  
Secretary of State

Phone: (512) 463-5555  
Prepared by: SOS-WEB

*Come visit us on the internet at https://www.sos.texas.gov/*  
Fax: (512) 463-5709  
TID: 10268

Dial: 7-1-1 for Relay Services  
Document: 1126140580003

