BTXN 127 (rev. 1/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:   Life Partners Holdings, Inc.           §
                                                §   Case No.:   15-40289
                                                §
              Debtor(s)                         §
                                                §
                                                §

**FILED**

MAR 08 2023

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __X__ creditor _____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Dynasty Asset Recovery Services LLC |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (*If Claimant is an individual, skip to Question No. 3*) | Dana Williams<br>Managing Member |
| 3. | Current Mailing Address | 3755 N Josey Ln #117220<br>Carrollton, Texas 75011 |
| 4. | Telephone Number | 469-702-1976 |
| 5. | SS# *(last 4 digits only)* or EIN # | 88-3800672 |
| 6. | Amount Being Claimed | $2,612.80 |

I, Dana Williams, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 3/1/23

_____          _____
Claimant Signature                 Co-Claimant Signature

Subscribed and Sworn to Before Me this __01st__ day of __March, 2023__.

KATHERINE L. ISAACKS
Notary Public
STATE OF TEXAS
NOTARY ID # 12805955-3
My Comm. Expires 12-01-2025

Notary Public
In and for the State of __Texas__
My commission expires __12/01/2025__

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 3/6/23

Claimant's Signature



# U.S. Courts Unclaimed Funds Locator



Court / ALL

| | |
|---|---|
| Case Number | 15-40289 |
| Last/Business Name | Life Partners Holdings, Inc |

| | |
|---|---|
| Page Total | $2,612.80 |
| First Name | |

Creditors | 1

| | Court | Creditor Name | Amount |
|---|---|---|---|
| ☒ | TXNB | David Hecht | $2,612.80 |

Version 2.08e - © 2015-2023 US Courts - Collaboratively Developed Software (VAEB)
This site requires Microsoft Edge, Safari, Firefox, Google Chrome or IE 9+ (Compatibility Mode OFF)



## Summary of your current charges

Account Name: HECHT DAVID
Next Meter Reading: Feb 13, 2023 - Feb 16, 2023
Service Address: N1285 19TH AVE
WAUTOMA, WI 54982

### Electric

**$29.66**

Electric Meter: 923189056

Meter Reading
Jan 16    17,109
Dec 14    17,016
          93 kWh

### Your Electric Usage (in kWh)



13 months of energy use

■ Last Year    ■ This Year

|  | Last Year | This Year |
|---|---|---|
| Avg. Temp | 20°F | 22°F |
| Degree Days | 1,337 | 1,425 |

Avg. Daily Use This Month = 2.82 kWh

3755 N Josey Ln #117220
Carrollton, Texas 75011



# DYNASTY
ASSET RECOVERY SERVICES

### LIMITED POWER OF ATTORNEY
### USED ONLY TO COLLECT FUNDS FROM THE BELOW REFERENCED CASE

I, David Hecht, hereby appoint Dana Williams on behalf of Dynasty Asset Recovery Services LLC whose current address is 3755 N Josey Ln #117220, Carrollton, Texas 75011, as my true and lawful attorney for me and in my name and stead, and for my use and benefit to claim funds held for me by U S Bankruptcy Court, N.D. Texas, giving and granting unto my said attorney in fact full authority and power to do and perform any and all other acts necessary or incident to the performance and execution of the powers herein expressly granted with power to do and perform all acts authorized hereby; as fully to all intents and purposes as the Grantor might or could do if personally present.

This Limited Power of Attorney will cease twelve (12) months from date hereof.

IN WITNESS WHEREOF, I have signed this _____ day of _____. 20____, and I direct that photographic copies of this document be made, which shall have the same force and effect as an original.

_David Hecht_____          _____
Client                                                                                   Client

_502 Cityview Blvd Horicon WI_____          _____
Current Address                                                                 Current Address

SUBSCRIBED AND SWORN TO BEFORE ME this _21_ day of _February_, 20_23_.

County of _Dodge_

State of _Wisconsin_

_Darlene E Kurtz_
Notary Public

Date of Commission Expires:
09/02/2025

(Notary seal: DARLENE E. KURTZ, NOTARY PUBLIC, STATE OF WISCONSIN)

3755 N Josey Ln #117220
Carrollton, Texas 75011



# DYNASTY
## ASSET RECOVERY SERVICES

### ASSIGNMENT OF INTEREST
### IN BANKRUPTCY UNCLAIMED FUNDS

This Assignment Agreement (the "Agreement") is entered into February 17, 2023 (the "Effective Date") by and between Dynasty Asset Recovery Services LLC, (the "Assignee") and David Hecht ("the Assignor").

1. Assignor is/was a Creditor in the Case Number 15-40289 as filed in the U S Bankruptcy Court, N.D. Texas (the "Case"). As a Creditor in the Case, Assignor was entitled to distribution of funds in the amount of $2,612.80 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign the convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representation, and warranties herein, the parties agree as follows:

3. Assets Assigned: Assignor does hereby convey, transfer, and assign any and all rights, title, interest, and claims, including but not limited to, all statutory rights to any unclaimed funds resulting from the Bankruptcy Case located at:

   Court: **U S Bankruptcy Court, N.D. Texas**
   Debtor: **Life Partners Holdings, Inc.**
   Case Number: **15-40289**
   Unclaimed Amount: **$2,612.80**

4. Collection of Surplus Funds: Assignee hereby agrees to attempt within the best of its abilities to collect the unclaimed funds. If Assignee collects any unclaimed funds, Assignee shall pay Assignor the remaining balance after subtracting all service fees.

5. Service Fees: Dynasty Asset Recovery Services LLC fee is 14% of the unclaimed funds balance recovered.

6. This Assignment shall be deemed an absolute and unconditional assignment of funds/claim for the purpose of collection and satisfaction and shall not be deemed to create a security interest. Assignee will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

3755 N Josey Ln #117220
Carrollton, Texas 75011



# DYNASTY
## ASSET RECOVERY SERVICES

### ASSIGNMENT OF INTEREST

### IN BANKRUPTCY UNCLAIMED FUNDS, page 2

7. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part to any party.

8. Power of Attorney: To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the funds the fulfillment of Assignors obligation(s) under this Agreement, Dynasty Asset Recovery Services LLC as its attorney-in-fact.

9. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, I have signed this _____ day of _____. 20____, and I direct that photographic copies of this document be made, which shall have the same force and effect as an original.

_David Hicht_
Client

_502 Cityview Blvd Horicon WI_
Current Address

_____
Client

_____
Current Address

SUBSCRIBED AND SWORN TO BEFORE ME this _21_ day of _February_, 20_23_.

County of _Dodge_

State of _Wisconsin_

_Darlene E Kurtz_
Notary Public

Date of Commission Expires:
_09/02/2025_

[Notary Seal: DARLENE E. KURTZ, NOTARY PUBLIC, STATE OF WISCONSIN]

B 2100A (Form 2100A) (12/15)

**FILED**

**MAR 2 2023**

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

In re   Life Partners Holdings, Inc.   ,   Case No.   15-40289

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Dynasty Asset Recovery Services LLC | David Hecht |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

3755 N Josey Ln #117220
Carrollton, Texas 75011

Court Claim # (if known): _____
Amount of Claim:   $2,612.80
Date Claim Filed: _____

Phone:  469-702-1976
Last Four Digits of Acct #: _____

Phone:  920-763-6838
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____, Managing Member    Date: 03/01/2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



## AFFIDAVIT OF
## PHOTO IDENTIFICATION AUTHENTICITY

I, Dana Williams, Managing Member of Dynasty Asset Recovery Services LLC, hereby certify that the below proof of identification is a true and accurate duplicate of the original.



Date: 3/1/23

Dana Williams, Managing Member
Dynasty Asset Recovery Services LLC

Mailing Address:
3755 N Josey Lane #117220
Carrollton, Texas 75011

Physical Address:
1930 E Hebron Pkwy #306
Carrollton, Texas 75007

Phone:
(469) 702-1976

On 1st March 2023 before me Katherine Isaacks personally appeared, personally known to me to be the person whose name is subscribed to be within the instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal this 01st day of March 20 23, in the County of Denton, State of Texas.

Signature of Notary Public

Date Commission Expires: 12/01/2025

KATHERINE L. ISAACKS
Notary Public
STATE OF TEXAS
NOTARY ID # 129994463
My Comm. Expires 12-01-2025

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300



**Certificate of Formation
Limited Liability Company**

Filed in the Office of the
Secretary of State of Texas
Filing #: 804691157 08/18/2022
Document #: 1170746680002
Image Generated Electronically
for Web Filing

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**Dynasty Asset Recovery Services LLC**

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

Name:
**Dana Williams**

C. The business address of the registered agent and the registered office address is:

Street Address:
**1930 E Hebron Pkwy #306 Carrollton TX 75007**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐ A. The limited liability company is to be managed by managers.

OR

☑ B. The limited liability company will not have managers. Management of the company is reserved to the members. The names and addresses of the governing persons are set forth below:

Managing Member 1: **Dana Williams**   Title: **Managing Member**
Address: **3755 N Josey Ln #117220   Carrollton tx, USA 75011**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

---

Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

## Initial Mailing Address

Address to be used by the Comptroller of Public Accounts for purposes of sending tax information.

The initial mailing address of the filing entity is:

3755 N Josey Ln #117220
Carrollton, tx 75011
USA

## Organizer

The name and address of the organizer are set forth below.

Frances Severe        2804 Gateway Oaks Dr # 100, Sacramento, Ca 95833

## Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Frances Severe
Signature of Organizer

FILING OFFICE COPY



**DYNASTY**
ASSET RECOVERY SERVICES

## CERTIFICATE OF LLC RESOLUTION

The undersigned Managing Member of Dynasty Asset Recovery Services LLC, an LLC duly organized under the laws of Texas (hereinafter, "The LLC"), hereby certify that the following resolutions were duly adopted by said Managing Member of the LLC on August 18, 2022 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Dana Williams is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by her as being in the best interest of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in her opinion, in the best interest of The LLC.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of the __21__ day of __September__, 20__22__.

_____
Dana Williams, Managing Member
Dynasty Asset Recovery Services LLC

Date: __9/21/22__

SUBSCRIBED AND SWORN TO BEFORE ME this __21st__ day of __September__ 20__22__ in the County of __Denton__, State of __Texas__.

_____
Notary Public

Date Commission Expires: __12-01-2025__

KATHERINE L. ISAACKS
Notary Public
STATE OF TEXAS
NOTARY ID # 12805955-3
My Comm. Expires 12-01-2025

**Form W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

Give Form to the requester. Do not send to the IRS.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
Dana N Williams

**2** Business name/disregarded entity name, if different from above
Dynasty Asset Recovery Services LLC

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

[✓] Individual/sole proprietor or single-member LLC
[ ] C Corporation
[ ] S Corporation
[ ] Partnership
[ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.
3755 N Josey Ln #117220

**6** City, state, and ZIP code
Carrollton, Texas 75011

Requester's name and address (optional)

**7** List account number(s) here (optional)

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number
[ ][ ][ ]-[ ][ ]-[ ][ ][ ][ ]

or

Employer identification number
8 8 - 3 8 0 0 6 7 2

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

Sign Here
Signature of U.S. person ▶ *[signature]*    Date ▶ 3/6/23

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*