BTXN 127 (rev. 1/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

Life Partners Holdings, Inc.

Debtor(s)

Case No.: 15-40289-mxm11

FILED
MAR 14 2023
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a _X_ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Brenda L. Britten |
|----|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (If Claimant is an individual, skip to Question No. 3) | |
| 3. | Current Mailing Address | 3507 Timbers Dr., Amarillo, TX 79121 |
| 4. | Telephone Number | 806 355 3159 |
| 5. | SS# (last 4 digits only) or EIN # | 8246 |
| 6. | Amount Being Claimed | $31,136.58 |

I, Brenda Britten, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 2-23-23

Claimant Signature: Brenda L Britten

Co-Claimant Signature: _____

Subscribed and Sworn to Before Me this 23 day of February, 2023.

Notary Public: Shannon Matthews
In and for the State of Texas
My commission expires 3/8/2024

SHANNON MATTHEWS
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 3/8/2024
NOTARY ID 12468345-0

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: Feb. 23, 2023

_____
Claimant's Signature







**SOUTHWESTERN PUBLIC SERVICE COMPANY**

| SERVICE ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| BRENDA LOUISE BRITTEN<br>3507 TIMBER DR<br>AMARILLO, TX 79121-1634 | 54-1480749-1 | 08/29/2022 |
| | STATEMENT NUMBER / STATEMENT DATE | AMOUNT DUE |
| | 791467435    08/10/2022 | $83.64 |

## YOUR MONTHLY ELECTRICITY USAGE



A S O N D J F M A M J J A

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 78° F | 83° F |
| Electricity kWh | 7.6 | 17.7 |
| Electricity Cost | $1.41 | $2.88 |

## SUMMARY OF CURRENT CHARGES (detailed charges begin on page 2)

| Electricity Service | 07/12/22 - 08/10/22   512 kWh | $83.64 |
|---|---|---|
| **Current Charges** | | **$83.64** |

### ACCOUNT BALANCE (Balance de su cuenta)

| Previous Balance | As of 07/12 | $57.05 |
|---|---|---|
| Payment Received | Auto Pay 07/29 | -$57.05 CR |
| Balance Forward | | $0.00 |
| Current Charges | | $83.64 |
| **Amount Due** (Cantidad a pagar) | | **$83.64** |

### INFORMATION ABOUT YOUR BILL

Thank you for your payment.

## QUESTIONS ABOUT YOUR BILL?

See our website: xcelenergy.com
Email us at: Customerservice@xcelenergy.com
Call Mon - Fri 7 a.m.-7 p.m. or Sat 9 a.m.-5 p.m.

Please Call: 1-800-895-4999
Hearing Impaired: 1-800-895-4949
Español: 1-800-687-8778

Or write us at:   XCEL ENERGY
PO BOX 8
EAU CLAIRE WI 54702-0008



---

RETURN BOTTOM PORTION WITH YOUR PAYMENT • PLEASE DO NOT USE STAPLES, TAPE OR PAPER CLIPS

**Xcel Energy®**

| ACCOUNT NUMBER | DUE DATE | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 54-1480749-1 | 08/29/2022 | $83.64 | Automated Bank Payment |

Your bill is paid through an automated bank payment plan.

**AUGUST**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

AV 01 006344 14700H 23 A**5DGT

BRENDA LOUISE BRITTEN
3507 TIMBER DR
AMARILLO TX 79121-1634

XCEL ENERGY
P.O. BOX 9477
MPLS MN 55484-9477

31  54082922  14807491  000000083640000008364

## TEXAS LIMITED POWER OF ATTORNEY

BE IT ACKNOWLEDGED that I, **Brenda L. Britten** of 3507 Timber Drive, Amarillo, Texas 79121, the undersigned, do hereby grant a limited and specific power of attorney to **Todd J. Johnston** of McWhorter, Cobb and Johnson, LLP, 1722 Broadway, Lubbock, Texas 79401, (806) 762-0214, as my agent.

Said agent shall have full power and authority to undertake and perform only the following acts on my behalf:

1. Sign and execute any and all documents pertaining to the *Application for Payment of Unclaimed Funds* to be filed on my behalf in the bankruptcy case of Life Partners Holdings, Inc. (15-40289-mxm11), in the United State Bankruptcy Court for the Northern District of Texas.

The authority herein shall include such incidental acts as are reasonably required to carry out and perform the specific authorities granted herein.

My agent agrees to accept this appointment subject to its terms, and agrees to act and perform in said fiduciary capacity consistent with my best interest, as my agent in its discretion deems advisable.

This limited power of attorney may be revoked by me at any time, and shall automatically be revoked upon my death, provided any person relying on this power of attorney shall have full rights to accept and rely upon the authority of my agent until in receipt of actual notice of revocation.

Executed on the date of acknowledgment to be effective February 23, 2023.

_____
**Brenda L. Britten**

STATE OF TEXAS §
COUNTY OF Randall §

This instrument was acknowledged before me on the 23 day of February, 2023, by Brenda L. Britten.

SHANNON MATTHEWS
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 3/8/2024
NOTARY ID 12468345-0

Notary Public, State of Texas
Printed Name: Shannon Matthews
My Commission Expires: 3-8-24

Joshua L. Shepherd (Texas Bar No. 24058104)
QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
E-mail: jshepherd@qslwm.com

**COUNSEL FOR MICHAEL J. QUILLING, AS
TRUSTEE OF THE LIFE PARTNERS POSITION
HOLDER TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 15-40289-mxm11 |
| **LIFE PARTNERS HOLDINGS, INC.,** | § | |
| *et. al.* | § | JOINTLY ADMINISTERED |
| | § | (Chapter 11) |
| **Reorganized Debtors.** | § | |
| | § | |

## SECOND NOTICE TO DEPOSIT UNCLAIMED FUNDS

**[Relates to Dkt. No. 4681, 4682, 4683]**

A check in the amount of $3,294,399.05 was remitted to the Clerk of the Bankruptcy Court for deposit into the court's unclaimed funds registry as unclaimed property for the above-styled Chapter 11 bankruptcy case. Final distribution checks were issued in this case on September 15, 2022, and 472 claimants failed to timely cash their check or prior mail was undeliverable to the last known address. Those claimants and amounts are listed below. Instructions on how to claim the funds are provided by the Court and can be found at: https://www.txnb.uscourts.gov/forms/all-forms/unclaimed_funds.

Disposition of Case:       Complete
Explanation of Source:     Claimants failed to cash their final distribution check.

| | *HolderID#* | *Claimant Name & Address* | *Amount* |
|---|---|---|---|
| 1 | 1076938A11800 | 2002 The Doris M. Paretsky Revocable Living Trust *c/o its agent* Marla Loucks 9196 Spoonbill Ridge Pl Las Vegas, NV 89143-4491 | $3,097.01 |
| 2 | 1072932A11600 | Paul E Abernathy 4938 Williamsport Rd Elizabeth, PA 15037-0000 | $2,819.13 |

SECOND NOTICE TO DEPOSIT UNCLAIMED FUNDS                    **Page 1 of 33**

|    | *HolderID#*     | *Claimant Name & Address*                                                                                  | *Amount*    |
|----|-----------------|------------------------------------------------------------------------------------------------------------|-------------|
| 48 | 1145350A10700   | Bill & Cheryl L. Bragg<br>104014 Heather Dr<br>Kennewick, WA 99338-0000                                    | $17,313.26  |
| 49 | 1082022A11600   | Gerald A Bridwell<br>10038 E Corrine Dr<br>Scottsdale, AZ 85260-0000                                       | $1,245.66   |
| 50 | 1143160A11600   | Brenda L. Britten<br>3507 Timber Dr<br>Amarillo, TX 79121-0000                                             | $31,136.58  |
| 51 | 1157234A11800   | Broad Acre Collection Trust<br>*c/o its agent* Robert M. Elliott<br>5105 Manatee Ave W Ste 15<br>Bradenton, FL 34209-0000 | $33,423.72  |
| 52 | 1160974A11600   | Susan Brodeur<br>15123 Mule Tree<br>San Antonio, TX 78232-0000                                             | $8,094.01   |
| 53 | 1141919A11600   | Shelly K. Broline<br>51 W Old Sterling Cir<br>The Woodlands, TX 77382-1346                                 | $ 535.63    |
| 54 | 1125177A11600   | Robert M Brooks<br>102 Taliaferro St<br>Evergreen, AL 36401-0000                                           | $11,469.33  |
| 55 | 1140351A10700   | Venita & Ronald Gene Brooks<br>4013 E 21st St<br>Cloris, NM 88101-9519                                     | $14,680.32  |
| 56 | 1152731A11600   | Mark J. Brorman<br>PO Box 682<br>Vega, TX 79092-0000                                                       | $18,374.45  |
| 57 | CT000537        | Paige A Brown<br>3901 O'Hare<br>Mesquite, TX 75150-0000                                                    | $1,947.76   |
| 58 | 1117259A11600   | Sawan Bryan<br>4270 Stewarts Ferry Pike<br>Mount Juliet, TN 37122-0000                                     | $1,883.06   |
| 59 | 1106887A10700   | Janice O & Ronny G Bryant<br>703 County Road 2115<br>Hughes Springs, TX 75656-0000                         | $4,676.05   |
| 60 | CT000575        | Maryann Cabo<br>143 St Andrews Dr<br>Egg Harbor Township, NJ 08234-0000                                    | $1,518.62   |
| 61 | CT004440A11800  | Callen Renee Gentry Irrevocable Trust<br>*c/o its agent* Cheryl Gentry Turn<br>PO Box 982<br>Crockett, TX 75835-0000 | $ 226.46    |
| 62 | 1109505A11600   | Francis D. Calli<br>672 Woodland Way<br>Rockwall, TX 75087-0000                                            | $1,128.53   |

Timothy T. Pridmore
R. Michael McCauley, Jr.*+
Gwynn P. Martin
James L. Stevens*
Todd J. Johnston*
Kurt Brown
Bryan K. Greer
David C. Rice

*Also Licensed in New Mexico
+Also Licensed in Oklahoma



**McWHORTER COBB and JOHNSON LLP**
ATTORNEYS AND COUNSELORS • ESTABLISHED 1929

Of Counsel
Jack P. Driskill
D. Thomas Johnson

Founders
Owen W. McWhorter (1897-1986)
Charles L. Cobb (1913-2000)
Dale H. Johnson (1921-2016)

March 10, 2023

**_CM/RRR #7019 2280 0002 0786 3090_**
U.S. Bankruptcy Court
Attn: Unclaimed Funds
1100 Commerce Street, Room 1254
Dallas, Texas 75242

**Re:    Life Partners Holdings, Inc., Debtor; Case No. 15-40289-mxm-11**

To Whom It May Concern:

I represent Brenda L. Britten in the above-referenced bankruptcy case. According to the Debtor's *Second Notice to Deposit Unclaimed Funds* filed with the Court on December 19, 2022 (dkt. no. 4686), there is an amount of $31,136.58 being held in the registry of the Court for my client.

Enclosed for filing is an original *Application for Payment of Unclaimed Funds* along with the following supporting documentation:

- a copy of Ms. Britten's driver's license;
- a copy of my driver's license;
- a copy of a utility bill establishing Ms. Britten's mailing address at the time the bankruptcy case was filed;
- an original Limited Power of Attorney executed by Ms. Britten;
- a copy of Debtor's *Second Notice to Deposit Unclaimed Funds* (dkt. no. 4686) establishing Ms. Britten's entitlement to the funds; and
- an original fully-executed AO 213 Form **(not to be filed with the Court).**

If there are any issues with the enclosed documents, please let me know in advance of filing so I can correct any mistakes.

Thank you for your attention to this matter.

1722 Broadway, Lubbock, Texas 79401 • P.O. Box 2547, Lubbock, Texas 79408
Phone: 806.762.0214 • Facsimile: 806.762.8014 • E-mail: tjohnston@mcjllp.com
www.mcjllp.com

Letter re: Unclaimed Funds
Page 2

Sincerely,

**McWHORTER, COBB & JOHNSON, L.L.P.**

By: *[signature]*

Todd J. Johnston

TJJ/jar
Enclosures

{00646602.DOCX - ver}
1722 Broadway, Lubbock, Texas 79401 • P.O. Box 2547, Lubbock, Texas 79408
Phone: 806.762.0214 • Facsimile: 806.762.8014 • E-mail: tjohnston@mcjllp.com
www.mcjllp.com