



**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 17, 2023**

_____
**United States Bankruptcy Judge**

BTXN 163 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Life Partners Holdings, Inc.<br><br>Debtor(s) | §<br>§<br>§<br>§ | Case No.:  15–40289–mxm11<br>Chapter No.:  11 |

## ORDER AUTHORIZING PAYMENT OF UNCLAIMED FUNDS

At Fort Worth , Texas, in said District, came on to be considered the Application For Payment Of Unclaimed Funds by:

| | |
|---|---|
| NAME: | Dilks & Knopik, LLC as assignee to Karen L. Bean |
| MAILING ADDRESS: | c/o Andrew Drake<br>35308 SE Center St.<br>Snoqualmie, WA 98065 |

Claimant, for payment of unclaimed funds in the amount of $4,583.49.

It appearing to the Court that the said claimant is entitled to receive payment in the amount stated above, and

that said funds are now on deposit in the United States Treasury, and

that notice of the Application was given to the United States Attorney, and

that no objection to the Application has been filed, it is

ORDERED that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

# # # End of Order # # #