UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: TXNB

Debtor(s)

Case No.: 15-40-289

**FILED**
MAR 20 2023
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a  X  creditor ___ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Sarah Bacon-Reich |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (*If Claimant is an individual, skip to Question No. 3*) | X |
| 3. | Current Mailing Address | 2120 Renwick Dr. Springfield, IL 62704 |
| 4. | Telephone Number | 217-306-6797 |
| 5. | SS# (last 4 digits only) or EIN # | 1728 |
| 6. | Amount Being Claimed | $9,800.00 |

I, Sarah Bacon-Reich, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 3/14/23

Claimant Signature                          Co-Claimant Signature

Subscribed and Sworn to Before Me this  14th  day of  March  2023.

Eric T Paine

Notary Public
In and for the State of  Illinois

My commission expires  1/7/2024

Official Seal
Eric T Paine
Notary Public State of Illinois
My Commission Expires 01/07/2024

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 3/14/23

_____
Claimant's Signature





# Property Tax
## Sangamon County, Illinois

## Current Billing Details 2020 Payable 2021

Selected Parcel: 22-18.0-431-008
Location: 2120 RENWICK DR

**Name and Mailing Address**
REICH SARAH C &
REICH DYLAN
421 N WALNUT ST
ROCHESTER, IL 62563-9307

Property Location 2120 RENWICK DR
SPRINGFIELD, IL 62704

Tax Code        004
Township        CAPITAL
Status          Active
Acreage         0.00
Legal Description    LOT 127
LINCOLNSHIRE 3RD ADDN

**1st Installment**
Due Date 06/11/2021
Tax Due    $0.00

**2nd Installment**
Due Date 09/10/2021
Tax Due    $0.00

No payments are currently scheduled.

### Payment History, Year 2020 Payable 2021

| No | Date | Amount | Penalty | Other Costs | Transaction Type | | |
|----|------|--------|---------|-------------|------|------|------|
| 1 | 04/26/2021 | 5,523.30 | 0.00 | 0.00 | Current | 2020 | Billed Amt |
| 2 | 08/25/2021 | -2,761.65 | 0.00 | 0.00 | Current | 2020 | Mtg Pay |
| 3 | 05/21/2021 | -2,761.65 | 0.00 | 0.00 | Current | 2020 | Mtg Pay |

### Assessment Information

| Assessment Year | 2020-2021 |
| --- | --- |
| Fair Market Value | 229,224 |
| Assessed Value | 76,142 |
| Township Multiplier | 1.0035 |
| Value After Township Multiplier | 76,408 |
| County Multiplier | 1.0000 |
| Equalized Value | 76,408 |
| Owner Occupied | -6,000 |
| Value After Exemptions | 70,408 |

### Bill Information

| Tax Year | 2020-2021 |
| --- | --- |
| Value After Exemptions | 70,408 |
| Tax Rate | 7.8447% |
| Tax Extended | $5,523.30 |
| Adjustments | $0.00 |
| Tax Billed | $5,523.30 |
| Payments | -$5,523.30 |
| Tax Due | |
| 1st Installment | $0.00 |
| 2nd Installment | $0.00 |
| | $0.00 |

https://tax.co.sangamon.il.us/SangamonCountyWeb/app/currentBillingDetails.action?parcelNum

266 - LNS - 076 - E0008376

**MARINE BANK**

3050 Wabash Ave
Springfield, IL 62704-6413

**RETURN SERVICE REQUESTED**

SARAH REICH
DYLAN K REICH
421 N WALNUT ST
ROCHESTER IL 62563

**Questions?**

If you have any questions about this notice, please contact us at

**(217) 726-0600**

*Please refer to your loan number in all correspondence.*

**Information about your loan**

| | |
|---|---|
| Loan number: | 20179356 00010 |
| Loan maturity date: | May 1, 2047 |
| Current balance: | $ 102,391.10 |

# Notice of Taxes Paid   06/04/20

SARAH REICH
DYLAN K REICH

This notice is to inform you that we paid $ 1,720.18 from your Escrow account on June 4, 2020 to pay taxes for:

SANGAMON
23160226008

The property is located at:

421 N WALNUT ST
ROCHESTER IL 62563

**This is for Informational purposes only.**

**No further action is required on your part.**

06/04/20 3 01 5 / 0003 TJR
PTT 2

Page 1 of 1



*Hupp Family Fincl*
*939 Oak Street*
*North Aurora IL 60542*

Information as of February 11, 2020
Policyholder(s)      Page **1** of 2
**Sarah Bacon, Dylan Reich**
Policy number
962 391 001

Your Allstate agency is
**Hupp Family Fincl**
(630) 701-7900
CALVINHUPP@ALLSTATE.COM

SARAH BACON
AND DYLAN REICH
421 N WALNUT ST
ROCHESTER IL 62563-9307

## Thank you for being a loyal Allstate customer—we're happy to have you with us!

Here's your House & Home insurance renewal offer for the next 12 months. I've also included a guide to what's in this package and answers to some common questions.

### Renewing your policy is easy
Keep an eye out for your bill, which should arrive in a couple of weeks. Just send your payment by the due date on your bill. If you're enrolled in the Allstate® Easy Pay Plan, you won't receive a bill—we'll send you a statement with your payment withdrawal schedule. You also won't receive a bill if a mortgage company or lienholder pays your insurance premium for you.

### How to contact us
Give me a call at (630) 701-7900 if you have any questions. It's my job to make sure you're in good hands.

Sincerely,

Hupp Family Fincl
Your Allstate Agent

RP378-4

B2077

