

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 23, 2023**

*Mark X. Mullin*
**United States Bankruptcy Judge**

---

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                                  §
Life Partners Holdings, Inc.                            §    Case No.:  15–40289–mxm11
                                                        §    Chapter No.:  11
                       Debtor(s)                        §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Grace K. Kim filed an Application for Payment of Unclaimed Funds on 01/30/2023 in the amount of $2,673.65.

The Court, after review of the application, finds:

- ☐ no funds are on record for the claimant
- ☐ no documents of proof are provided with the application
- ☑ insufficient documentation has been provided with the application
- ☐ required Form AO 213 not provided with the application
- ☐ the application was not served on the US Attorney

Other: Funds held by court appear to be for the Grace K Kim Trust, per the case trustees check stub and the applicants submitted AO 213. New application and AO 213 should be submitted with the trust as claimant, and the trusts current trustee(s) as authorized representative. Claimant name and address on application and AO 213 should match.

- ☑ Please provide a notarized Certification of Trustee or equivalent document(s) confirming the identity and authority of the current trustee(s).

New AO 213 should be dated and signed by trustee.

If trustee claimants current mailing address or address on photo ID differs from address of record, please provide proof of the address of record (other than a copy of the check issued by the case trustee).

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #