

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 27, 2023**

**United States Bankruptcy Judge**

_____

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                §
Life Partners Holdings, Inc.          §     Case No.:  15–40289–mxm11
                                      §     Chapter No.:  11
              Debtor(s)               §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Cranehill Capital LLC as assignee to Windell Craig Perry filed an Application for Payment of Unclaimed Funds on 02/17/2023 in the amount of $30,284.50.

The Court, after review of the application, finds:

☐ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ required Form AO 213 not provided with the application

☐ the application was not served on the US Attorney

☑ Other: 1) Proof of original claimant's address of record not provided. Address proof provided does not match address of record on file. Please refer to the Court's Unclaimed Funds Locator to verify address of record for claimant.
2) Original signed and notarized copy of Assignment Agreement is required. A photocopy without notarization was submitted.
3) Original signed and notarized Notice of Assignment is required. Photocopy was submitted.
4) Application and all support documents must be refiled.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #