


**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 27, 2023**

**United States Bankruptcy Judge**

_____

BTXN 210 (rev. 05/16)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

In Re: § 
Life Partners Holdings, Inc. § Case No.: 15–40289–mxm11
 § Chapter No.: 11
Debtor(s) §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Cranehill Capital LLC as assignee to Donald F. Lett filed an Application for Payment of Unclaimed Funds on 02/17/2023 in the amount of $30,755.64.

The Court, after review of the application, finds:

☐ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ required Form AO 213 not provided with the application

☐ the application was not served on the US Attorney

☐ Other: 1) Original signed and notarized copy of Assignment Agreement is required. Assignment Agreement submitted is not original and is not notarized.
☑ 2) Notice of Assignment must be an original signed document. Photocopy was submitted.
3) New application and all support documents must be refiled in their entirety.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #