UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**FILED**
MAY 18 2023
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: Life Partners Holdings, Inc §
§ Case No.: 15-40289-MXM-11
§
Debtor(s) §
§ Jointly Administered
Reorganized Debtors § (Chapter 11)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a ✓ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Frederick A. Roberts |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (If Claimant is an individual, skip to Question No. 3) | |
| 3. | Current Mailing Address | 227 Country Club Drive Prospect Heights, IL 60070 |
| 4. | Telephone Number | 630-240-0576 |
| 5. | SS# (last 4 digits only) or EIN # | 9881 |
| 6. | Amount Being Claimed | $32,580.42 |

I, Frederick A. Roberts, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 5/15/23

Claimant Signature _____  Co-Claimant Signature _____

Subscribed and Sworn to Before Me this 15 day of MAY.

Notary Public
In and for the State of Illinois
My commission expires 12/17/25

OFFICIAL SEAL
Bartholomew L Lynam
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 12-17-25

## CERTIFICATE OF SERVICE

    In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 05-15-2023

_____
Claimant's Signature

**Frederick A. Roberts**
**227 Country Club Drive**
**Prospect Heights, IL 60070**
**630-240-0576**

U.S. Bankruptcy Court
1100 Commerce St. RM 1254
Dallas, TX 75242

RE: Unclaimed Funds
    Life Partners Holding, Inc.
    Case No. 15-40289-mxm11

To Whom It May Concern:

Please find my application for Payment for Unclaimed Funds along with supporting documentation.

1. a. Copy of Xfinity bill with old address - 9/7/2020
   b. Letter from Magna Servicing regarding Affinity Life Settlement Fund (Life Partners Holdings) with old address dated 1/17/2019
2. Copy of Current Illinois Driver's License (old address)
3. Copy of Credit Card Statement (Discover) with new address.
4. Form AO213 Vendor Information/TIN Certification
5. Copy of Bankruptcy Court File pages 1 and 25. Pg. 25 #362 with my name amount due me $32,580.42.

The funds were never received by me, due to moving and Trustee didn't have my new address.

If there is any other information needed to process this refund, please let me know.

Yours truly,

Frederick Roberts



| Account Number | Billing Date | Services From | Page |
|---|---|---|---|
| ████████ | Aug 10, 2020 | Aug 17, 2020 to Sep 16, 2020 | 1 of 4 |

# Hello Frederick Roberts,

Thank you for choosing Xfinity from Comcast.

## Your bill at a glance
For 38W447 N LAKEVIEW CIR, SAINT CHARLES, IL, 60175-6171

| | | |
|---|---|---|
| Previous balance | | $219.47 |
| Payments - thank you | Page 3 | -$219.47 |
| **Balance forward** | | **$0.00** |
| Regular monthly charges | Page 3 | $212.90 |
| Taxes, fees and other charges | Page 3 | $6.61 |
| **New charges** | | **$219.51** |

**Amount due Sep 07, 2020**    **$219.51**

### Need help?
Visit xfinity.com/customersupport or see page 2 for other ways to contact us.

## Your bill explained

- Any payments received or account activity after Aug 10, 2020 will show up on your next bill. View your most up-to-date account balance at xfinity.com/myaccount
- This page gives you a quick summary of your monthly bill. A detailed breakdown of your charges begins on page 3.
- Go to www.xfinity.com/myaccount to enroll in automatic payments and paperless billing to receive a $10 monthly discount on your bill.

Hse   10590
HR -  11361 ✓

---

Detach the bottom portion of this bill and enclose with your payment

Please write your account number on your check or money order

Do not include correspondence with payment

*Old Address*

**xfinity**

P O BOX 4928 OAK BROOK IL 60522-4928
97719900 NO RP 10 20200810 NNNNNNNY 0009210 0031

FREDERICK ROBERTS
38W447 N LAKEVIEW CIR
SAINT CHARLES, IL 60175-6171

| | |
|---|---|
| Account number | ████████ |
| Payment due | Sep 07, 2020 |
| **Please pay** | **$219.51** |
| Amount enclosed | $ |

Make checks payable to Comcast
Do not send cash

Send payment to
COMCAST
PO BOX 70219
PHILADELPHIA PA 19176-0219

8771200030004226002195 19

# MAGNA SERVICING

January 17, 2019

Mr. Frederick A. Roberts → Old Address
38 W447 N Lakeview Circle
St. Charles, IL 60175

Re: Affinity Life Settlements Fund 2010A, LLC accounts:

Dear Mr. Roberts,

Magna Servicing has completed the Notice of Assignment and Assumption, and Indemnity Agreement - Permitted Transferee to transfer 152,066 PHT units from Affinity Life Settlements Fund 2010A, LLC to Frederick A. Roberts, Property Holder ID CT001361. Pursuant to section 1.4b in the Plan of Reorganization, security transfers shall only be made effective as of the next June 30th or December 31st after the date the assignment documentation is received by the Servicing Company. Magna Servicing completed the request as of December 31, 2018.

We have made available a new Investor Portal. This portal will provide access to update your contact information and your Account Summary Statements.

To gain access to your account information at www.magnaservicing.com, please use the following, password is case sensitive:



Once you login with your temporary password, you will be prompted to create a PIN number. You will then be directed to your account where you can use the PIN you created to update your password and contact information.

Enclosed is a copy of the sign Notice of Assignment and Assumption, and Indemnity Agreement – Permitted Transferee document for your records.

Should you have any questions, please feel free to contact a Client Service Representative at 800-368-5569 (option 3) or email us at CustSrv@magnaservicing.com.

Sincerely,

Rose Vallejo
*Client Services Associate*

P  (800)368-5569
   (254)751-7797

F  (254)751-1025

M  PO Box 23226
   Waco, TX  76702

 Old Address

New Address: 227 Country Club Dr.
Prospect Heights, IL 60070

Moved in Aug. 2021



DISCOVER® MORE® CARD ENDING IN
CARDMEMBER SINCE 1986



## Account Summary   01/11/2023 - 02/10/2023

| | |
|---|---:|
| Previous Balance | $30.00 |
| Payments and Credits | -$30.00 |
| Purchases | +$0.00 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance:** | **$0.00** |

See Interest Charge Calculation section following the Fees and Interest Charged section for detailed APR information

Credit Line
Credit Line Available
Cash Advance Credit Line
Cash Advance Credit Line Available



FICO® Score 8 based on TransUnion® data:

**837**
Exceptional

**AS OF 02/04/23**
Updated Monthly

See Key Factors that help explain your score at Discover.com or visit our mobile app

## Payment Information

| New Balance | Minimum Payment | Payment Due Date |
|---|---|---|
| $0.00 | $0.00 | 03/05/2023 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $41.00.

---

## Payment Coupon

Detach at perforation above and return with check payable to Discover. Do not fold, clip, staple or send cash.

000002627 01 AV 0.471 T0 10 SDS4RA01 8
**FREDERICK A ROBERTS**
**MARIE E ROBERTS**
**227 COUNTRY CLUB DR**
**PROSPECT HTS IL 60070-3406**



New Correct address

New address, email or phone? Please update on reverse.

0000019864533314931500000000000300000000000

Notice: See reverse side for important information

**ACCOUNT NUMBER ENDING IN**

| | |
|---|---:|
| New Balance | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | 03/05/2023 |

**Amount Enclosed**   $

For a faster, easier way to pay...  Discover.com  1-800-347-2683
See reverse for payment cut off times.

PO BOX 6103
CAROL STREAM IL 60197-6103

Joshua L. Shepherd (Texas Bar No. 24058104)
QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
E-mail: jshepherd@qslwm.com

**COUNSEL FOR MICHAEL J. QUILLING, AS
TRUSTEE OF THE LIFE PARTNERS POSITION
HOLDER TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 15-40289-mxm11 |
| LIFE PARTNERS HOLDINGS, INC., | § | |
| *et. al.* | § | JOINTLY ADMINISTERED |
| | § | (Chapter 11) |
| **Reorganized Debtors.** | § | |
| | § | |

### SECOND NOTICE TO DEPOSIT UNCLAIMED FUNDS

**[Relates to Dkt. No. 4681, 4682, 4683]**

A check in the amount of $3,294,399.05 was remitted to the Clerk of the Bankruptcy Court for deposit into the court's unclaimed funds registry as unclaimed property for the above-styled Chapter 11 bankruptcy case. Final distribution checks were issued in this case on September 15, 2022, and 472 claimants failed to timely cash their check or prior mail was undeliverable to the last known address. Those claimants and amounts are listed below. Instructions on how to claim the funds are provided by the Court and can be found at: https://www.txnb.uscourts.gov/forms/all-forms/unclaimed_funds.

Disposition of Case:     Complete
Explanation of Source:   Claimants failed to cash their final distribution check.

| | *HolderID#* | *Claimant Name & Address* | *Amount* |
|---|---|---|---|
| 1 | 1076938A11800 | 2002 The Doris M. Paretsky Revocable Living Trust *c/o its agent* Marla Loucks<br>9196 Spoonbill Ridge Pl<br>Las Vegas, NV 89143-4491 | $3,097.01 |
| 2 | 1072932A11600 | Paul E Abernathy<br>4938 Williamsport Rd<br>Elizabeth, PA 15037-0000 | $2,819.13 |

|     | HolderID#       | Claimant Name & Address                                                                                  | Amount      |
|-----|-----------------|----------------------------------------------------------------------------------------------------------|-------------|
| 349 | 1079077A11600   | Bryan E Quigley<br>2805 Central Ave<br>Alexandria, VA 22302-0000                                         | $2,613.87   |
| 350 | 1078436A11600   | Marjorie M. Quimby<br>616 Hugh Martin St<br>Colorado Springs, CO 80911-3819                              | $ 905.45    |
| 351 | 1162683A11800   | Rachel Hubbard Estate Trust<br>c/o its agent Kevin Spilsbury<br>224 Bethwick Cir<br>Las Vegas, NV 89183-0000 | $9,159.48   |
| 352 | 1160661A11600   | Babak Rejaie<br>668 Bunker Hill Rd<br>Houston, TX 77024-5119                                             | $3,693.92   |
| 353 | 1146186A11600   | Aurora S. Relatores<br>537 E 213th St<br>Carson, CA 90745-0000                                           | $1,107.47   |
| 354 | 1113901A11600   | Kathryn Bess Pittman Renfro<br>255 N Sierra St Unit 918<br>Reno, NV 89501-1370                           | $2,865.19   |
| 355 | 1074159A10700   | Angela Riano & Alfonso Cuellar<br>Calle 108A #1E-14 Int 1<br>Bogota<br>CO - Colombia                     | $2,060.03   |
| 356 | 1105417A11800   | Richard & Judy Walker Family Trust<br>c/o its agents Richard & Judy Walker<br>201 Magnolia Chase Dr<br>Marietta, GA 30008-3105 | $11,477.69  |
| 357 | 1071968A10700   | Richard & Mary Veazey<br>2300 Mariposa Ave<br>Port Orange, FL 32129-0000                                 | $7,018.68   |
| 358 | 1081452A10700   | Richard & Mary Slyfield<br>543 Carolina Way<br>Sanford, NC 27332-0000                                    | $1,829.07   |
| 359 | 1078265A11300   | Richard Murphy PSP<br>154 West St Ste D<br>Cromwell, CT 06416-4400                                       | $1,358.29   |
| 360 | 1080360A11300   | Richard Murphy Retirement Plan<br>154 West St Ste D<br>Cromwell, CT 06416-4400                           | $ 472.67    |
| 361 | 1115801A11600   | Becky Roberts<br>11502 Forest Heights Dr<br>Dallas, TX 75229-2454                                        | $3,895.53   |
| 362 | CT001361        | Frederick A. Roberts<br>38 W447 N Lakeview Cir<br>Saint Charles, IL 60175-0000    *Old address*          | $32,580.42  |
| 363 | 1083256A11600   | William H Rock III<br>13231-412th Ave<br>Andover, SD 57422-0000                                          | $10,712.59  |