BTXN 127 (REV. 1/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

Life Partner Holdings Inc.

　　　　　　　　　　Debtor (s)

§
§
§ Case No. 15-40289
§
§
§

**FILED**

MAY 2 6 2023

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

$\mathcal{LP}$

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __x__ creditor ___ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | **Name of Claimant (s)** | Cranehill Capital LLC, as assignee to Jeanne Scholz-Denman |
|---|---|---|
| 2. | **Name and Title of Authorizing Officer or Representative** *(If Claimant is an individual, skip to Question No. 3)* | Gregory Mullen, Manager |
| 3. | **Current Mailing Address** | PO Box 25505  Dallas  Texas  75225 |
| 4. | **Telephone Number** | (214) 373-1221 |
| 5. | **SS# *(last 4 digits only)* or EIN #** | 27-1864132 |
| 6. | **Amount Being Claimed** | $4,178.13 |

I, Gregory Mullen, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date  5/24/23    _____    _____
　　　　　　　　　Claimant Signature　　　　　　　　Co-Claimant Signature

Subscribed and Sworn to Before Me this  24  day of  May 2023

_____
Notary Public
In and for the State of Texas

My commission expires  9-2-2026



CAROLE E SCOGGINS
Notary ID #3890873
My Commission Expires
September 2, 2026

## CERTIFICATE OF SERVICE

    In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 5/24/23

Claimant's Signature

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

Life Partner Holdings Inc.                             Case No. 15-40289

Debtor (s)

# CLAIMANT HISTORY

The original disbursement was not presented for payment within 90 days after issuance. The claimant did not receive the dividend check in the above case for the following reason:

At the time of the above bankruptcy, claimant had a mailing address of 922 178th Ave. NE, Bellevue WA 98008. Claimant's present address is 15220 NE 16th Place Apt. 1, Bellevue WA 98007.

On January 17, 2023, Jeanne Scholz-Denman assigned the unclaimed funds to Cranehill Capital LLC as evidenced by Docket 4974.

Claimant certifies under penalty of perjury that all statements made by Claimant in this application and any attachments required for this Application are, to the best of its knowledge, true and correct. Accordingly, Claimant request the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

_____ Date: 05/24/2023
Gregory Mullen, Manager
Cranehill Capital LLC
as assignee of Jeanne Scholz-Denman
PO Box 25505
Dallas, Texas 75225

Joshua L. Shepherd (Texas Bar No. 24058104)
QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
E-mail: jshepherd@qslwm.com

COUNSEL FOR MICHAEL J. QUILLING, AS
TRUSTEE OF THE LIFE PARTNERS POSITION
HOLDER TRUST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| LIFE PARTNERS HOLDINGS, INC., *et. al.* | § § § § § § | CASE NO. 15-40289-mxm11<br><br>JOINTLY ADMINISTERED<br>(Chapter 11) |
| Reorganized Debtors. | | |

## POSITION HOLDER TRUST'S FINAL REPORT, WITH REQUEST FOR (i) DISCHARGE, AND (ii) AUTHORITY TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT THE ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH ST., RM. 147, FORT WORTH, TX 76102-3643, BEFORE CLOSE OF BUSINESS ON DECEMBER 14, 2022, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

Dated: November 23, 2022.

Respectfully submitted,

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2100

By: /s/ *Joshua L. Shepherd*
Joshua L. Shepherd
Texas Bar No. 24058104
E-mail: jshepherd@qslwm.com

**COUNSEL FOR MICHAEL J. QUILLING, AS TRUSTEE OF THE LIFE PARTNERS POSITION HOLDER TRUST**

**MICHAEL J. QUILLING, TRUSTEE**

/s/ *Michael J. Quilling*
Date: November 23, 2021

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 23, 2022, a true and correct copy of the foregoing document was served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this bankruptcy case, and by first-class mail, postage prepaid, upon those shown on the attached service list.

/s/ *Joshua L. Shepherd*
Joshua L. Shepherd

|     | HolderID#       | Claimant Name & Address                                                                          | Amount      |
|-----|-----------------|--------------------------------------------------------------------------------------------------|-------------|
| 379 | 1135303A10700   | Pedro C. Santiago III & Heather L. Santiago<br>2200 Turtle Cove<br>Flower Mound, TX 75028-0000    | $3,570.94   |
| 380 | 1151654A11800   | Saucier Living Trust<br>*c/o its agent* Michael D. Saucier<br>5435 N Garland Ave Ste 140-315<br>Garland, TX 75040-0000 | $1,119.25   |
| 381 | 1082243A11600   | Howard G Saxton<br>3365 SE Adler St<br>Hillsboro, OR 97123-0000                                   | $2,520.67   |
| 382 | 1079628A11600   | Eileen J Schimp<br>7013 E Uv Ave<br>Vicksburg, MI 49097-0000                                      | $2,412.48   |
| 383 | 1132259A11600   | Jeanne Scholz-Denman<br>922 178th Ave NE<br>Bellevue, WA 98008-0000                               | $4,178.13   |
| 384 | 1128201A10800   | Schubrooks 316 Investments LLC<br>12048 W Acapulco Dr<br>El Mirage, AZ 85335-0000                 | $2,960.53   |
| 385 | 1149395A11600   | Kathleen Schuler<br>2200 Park Ave<br>Galena, IL 61036-0000                                        | $6,468.26   |
| 386 | 1136355A10700   | Andrew & Shelley Scraver<br>25317 Hazy Holw<br>San Antonio, TX 78255-2274                         | $15,911.41  |
| 387 | 1154864A10100   | Sears Methodist Ret. System Inc FBO JS Thompson<br>10315 Jennys Jump Dr<br>Austin, TX 78733-0000  | $7,959.88   |
| 388 | 1103083A11600   | Larry Semenza<br>PO Box 845<br>Great Falls, MT 59403-0000                                         | $5,957.92   |
| 389 | 1160146A10800   | Shokoui Investments, LLC<br>282 Butterfield Trail Rd<br>Tuscola, TX 79562-0000                    | $4,652.26   |
| 390 | 1123427A11600   | Doris Sivernell<br>3112 Robin Rd<br>Plano, TX 75075-0000                                          | $15,947.84  |
| 391 | 1083704A12000   | Lauren M. Smiley<br>Wayne Smiley<br>206 North Rd<br>Wilmington, DE 19809-3021                     | $1,304.79   |
| 392 | 1149879A11600   | Amanda Smith<br>920 Providence St<br>Denton, TX 76205-0000                                        | $7,336.41   |
| 393 | 1075294A11600   | Randy Smith<br>[Address Not Known]                                                                | $ 0.07      |
| 394 | 1161927A11600   | Shirley A. Sneed<br>2 Augusta Ln<br>Eureka Springs, AR 72631-5201                                 | $10,032.34  |

B 2100A (Form 2100A) (12/15)

## UNITED STATES BANKRUPTCY COURT
Northern District of Texas

In Re: Life Partner Holdings Inc.            Case No. 15-40289

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2),Fed. R. Bankr. P., of the transfer, other than for security, of the claim reference in this evidence and notice.

| Cranehill Capital LLC | Jeanne Scholz-Denman |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Cranehill Capital LLC
PO Box 25505
Dallas, Texas 75225

Phone: (214) 373-1221
Last Four Digits of the Acct #: 4132

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of the Acct #:

Court Claim # (if known): 192
Amount of Claim:
Date Claim Filed:

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: 2/13/23
     Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Cranehill Capital LLC
5206 McKinney Ave Suite 204 Dallas Texas 75205
PO Box 25505 Dallas Texas 75225

214.373.1221 office
214.373.3399 fax
admin@cranehill.com

## ASSIGNMENT AGREEMENT

This Assignment Agreement (the "Agreement") is entered into as of the last date below (the "Effective Date") by and between Cranehill Capital LLC, (the "Cranehill") with an address at 5206 McKinney Ave Suite 204, Dallas, TX 75205 and Jeanne Scholz-Denman, (the "Client"), with an address of 922 178th Ave. NE, Bellevue WA 98008.

1. Client is/was a creditor in the case (15-40289) as filed in the US Bankruptcy Court - Northern District of Texas (the "Case"). As a creditor in the Case, Client was entitled to distribution of funds from the assets of the Bankruptcy Estate in the approximate amount of $4,178.13 (the "Funds"). Remittance to Client was not successful and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds are now subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Client does not want to incur the time and expense of collecting the Funds themselves, does hereby assign, and convey to the Cranehill, for good and valuable consideration, all of Client's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. Assets Assigned: The assets herein assigned to Cranehill are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Client by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. **Consideration:** The consideration herein given by Cranehill to Client shall be one of the two options below. Please indicate which option you prefer by initialing in the space.

   a. ✓  $3,175.38 (76%) payable within 7 days from receipt of funds by Cranehill. Usually within 90-120 days.

   b. ___  $2,800.00 (67%) payable within 5 business days of receipt of this agreement by Cranehill

5. This Agreement constitutes the entire agreement between the parties. It shall remain in effect until the funds have been received by CLIENT and CRANEHILL has received compensation per this agreement. Any changes or modification of this Agreement must be in writing and signed by both parties.

6. All information regarding CLIENT will be maintained in the strictest of confidence.

Jeanne Scholz-Denman
922 178th Ave. NE
Bellevue WA 98008
Signature: *Jeanne Schol Denman*
Printed Name: JEANNE SCHOLZ DENMAN
Date: 2/1/23
Phone: +25-223-5942
Email: ___

Cranehill Capital LLC
PO. Box 25505
Dallas, Texas 75225

Signature: *Gregory Mullen*
Gregory Mullen, Manager
Date: January 17, 2023

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Jeanne Scholz-Denman ("Client"), hereby, assigns, conveys and transfers over and unto Cranehill Capital LLC ("Cranehill"), any and all of right, title and interest in and to the below referenced funds/claim(s).
The Assigned funds/claim(s):

Debtor: Life Partner Holdings Inc.
Court: United States Bankruptcy Court - Northern District of Texas
Case Number: 15-40289
Chapter: 11
Claim: 192

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the _Jeanne Scholz Denman 2/1/23_

Jeanne Scholz-Denman

_Jeanne Scholz Denman_

Subscribed and Sworn before me this _1st_ day of _February_, 20_23_
Notary Public _S Morales_
My Commission Expires _3/5/25_

**Account Number:** 220029752601
**DUE DATE** February 15, 2023
**TOTAL DUE** $221.81

Serving:
15220 NE 16TH PL # 1, Bellevue

Puget Sound Energy
P.O. BOX 91269
Bellevue, WA 98009-9269

## PUGET SOUND ENERGY

I want to donate $ _____ to the Warm Home Fund

pse.com to pay online or to find pay station locations
Mail this coupon and make check payable to Puget Sound Energy

007831   011206       7834 1 AV 0.468    C048
JEANNE SCHOLZ-DENMAN
15220 NE 16TH PL APT 1
BELLEVUE WA 98007-8407



00635004508261    0001  01  0022002975260L  0000000221A1  000000022181

Proof of Address



**Form W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

▶ Go to www.irs.gov/FormW9 for instructions and the latest information.

Give Form to the requester. Do not send to the IRS.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
Cranehill Capital LLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

- [X] Individual/sole proprietor or single-member LLC
- [ ] C Corporation
- [✓] S Corporation
- [ ] Partnership
- [ ] Trust/estate

- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

- [ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.) See instructions.
5206 McKinney Ave Suite 204

**6** City, state, and ZIP code
Dallas Texas 75205

Requester's name and address (optional)

**7** List account number(s) here (optional)

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

Note: If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number
☐☐☐ - ☐☐ - ☐☐☐☐

or

Employer identification number
2 7 - 1 8 6 4 1 3 2

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**  Signature of U.S. person ▶ *Gregory Mullen*    Date ▶ 3/1/22

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)

- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

John B. Scott
Secretary of State

# Office of the Secretary of State

## Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Certificate of Formation for Cranehill Capital LLC (file number 801226991), a Domestic Limited Liability Company (LLC), was filed in this office on February 05, 2010.

It is further certified that the entity status in Texas is in existence.

Delayed Effective date: February 08, 2010

It is further certified that our records indicate GREGORY MULLEN as the designated registered agent for the above named entity and the designated registered office for said entity is as follows:

5206 MCKINNEY AVE

DALLAS, TX - 75205  USA

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on March 04, 2022.



John B. Scott
Secretary of State

**CRANEHILL CAPITAL LLC**
6600 LBJ Freeway Suite 210 Dallas, Texas 75240
PO Box 25505 Dallas Texas 75225

214.373.1221 office
214.373.3399 fax
gmullen@cranehill.com

## CERTIFICATE OF RESOLUTION

The undersigned Member of Cranehill Capital, LLC, a limited liability company duly organized under the laws of Texas (hereinafter "Cranehill"), hereby certify that the following resolutions were duly adopted by said Members of Cranehill on Dec 13, 2021 and that such resolutions have not been modified or rescinded as of the date hereof:

    RESOLVED, that Gregory Mullen is hereby authorized and directed for and on behalf of Cranehill to execute all legal documents as approved by him/her as being in the best interests of Cranehill; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of Cranehill.

    RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 13th day of December, 2021.

_____
Gregory Mullen
Manager

Subscribed and sworn to me this
___12/13/21___
Notary Signature. _Kristin Neppl_

KRISTIN NEPPL
Notary ID #130903236
My Commission Expires
November 17, 2024

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, THAT:

The undersigned, Cranehill Capital LLC, a limited liability company organized and existing under the laws of the State of Texas, constitutes and appoints Gregory M. Mullen, its true and lawful attorney-in-fact on behalf of the corporation and in its place and stead, in any and all capacities, to execute any and all forms and any amendments thereto relating to ownership of any business matters whatsoever, granting unto said attorney-in-fact and agent full power and authority to do and perform each and every act and thing requisite and necessary to be done and hereby ratifying and confirming each and every act and thing requisite and necessary to be done.

IN WITNESS WHEREOF, the corporation has caused this power of attorney to be executed in its corporate name by its Manager on this 3rd day of November, 2021.

Cranehill Capital LLC

By: _____
Gregory M. Mullen
Manager

State of Texas
County of Dallas

Signed before me on ___3 November___, 2021 by Gregory M. Mullen

_____
(Notary's official signature)

___18 Sept 2023___
(Commission Expiration)



BRENDA DILLINGHAM
NOTARY ID #13037526-2
My Commission Expires
September 18, 2023

