

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 24, 2023**

*Mark X. Mullin*

**United States Bankruptcy Judge**

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Life Partners Holdings, Inc. | § | Case No.:  15–40289–mxm11 |
| | § | Chapter No.:  11 |
| Debtor(s) | § | |

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Cranehill Capital LLC as assignee to John R. & Winnie L. Osborne filed an Application for Payment of Unclaimed Funds on 05/26/2023 in the amount of $33,106.62.

The Court, after review of the application, finds:

☐ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ required Form AO 213 not provided with the application

☐ the application was not served on the US Attorney

Other: 1) Original signed copy of Assignment Agreement is required. Photocopy is not accepted.

☑ 2) Original signed copy of Notice of Assignment is required. Photocopy is not accepted.

3) New application, Certificate of Service and all support documents must be refiled in their entirety.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #