UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § §
§  Case No.: 15-40289
Life Partners Holdings, Inc. §
            Debtor(s) § § §

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __X__ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | **Name of Claimant(s)** | Unclaimed Funds Recovery Services VII Inc., as assignee <br><br> Original Creditor: Paige Brown nka Paige Brock |
|---|---|---|
| 2. | **Name and Title of Authorizing Officer or Representative** <br> (*If Claimant is an individual, skip to Question No. 3*) | Benjamin D. Tarver, President and Secretary |
| 3. | **Current Mailing Address** | 2300 East Fry Blvd #1630, Sierra Vista, AZ  85636 |
| 4. | **Telephone Number** | 832-781-0620 |
| 5. | **SS# *(last 4 digits only)* or EIN #** | 84-4215004 |
| 6. | **Amount Being Claimed** | $1947.76 |

I, Benjamin D. Tarver, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date ___7/30/23___        _____[signature]_____        _____
                           Claimant Signature              Co-Claimant Signature

Subscribed and Sworn to Before Me this __30__ day of __July__, __2023__.

_____[signature]_____
Notary Public
In and for the State of GEORGIA

My commission expires __3/8/2024__

JENNIFER CARROLL
Notary Public, Georgia
Fulton County
My Commission Expires
March 08, 2024

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 7/30/23

Claimant's Signature

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE:                                                    CASE NO. 15-40289

Life Partners Holdings, Inc.

         Debtor(s)

_____/

AFFIDAVIT OF APPLICANT

      I, Benjamin D. Tarver, do hereby certify that I am the President and Secretary of Unclaimed Funds Recovery Services VII Inc. ("UFRS INC"), and that UFRS INC is legally entitled to the unclaimed funds referenced in this application and that no other party is entitled to these funds.

      In support, applicant respectfully represents as follows:

1. A check for "Paige Brown nka Paige Brock" in the amount of $1947.76 was not negotiated and was thus remitted as unclaimed funds to the Clerk of the Court.

2. Paige Brown nka Paige Brock assigned the unclaimed funds referenced in the application to Benjamin D. Tarver dba Bankruptcy Settlement Group.

3. Benjamin D. Tarver dba Bankruptcy Settlement Group has assigned the unclaimed funds referenced in this application to UFRS INC.

-1-

Page 2 of 2
Affidavit of Applicant

4. I am the President and Secretary of Unclaimed Funds Recovery Services VII Inc., and as such am authorized to execute and deliver all documents pertaining to the release of any and all unclaimed funds belonging to Unclaimed Funds Recovery Services VII Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/30/23

Benjamin D. Tarver
President and Secretary
Unclaimed Funds Recovery Services VII Inc.

Sworn to and subscribed before me,
State of GEORGIA, COUNTY OF Fulton

This 30 day of July, 20 23

Notary Public Signature

My Commission Expires: 3/8/2024

JENNIFER CARROLL
Notary Public, Georgia
Fulton County
My Commission Expires
March 08, 2024

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE:                                                                        CASE NO. 15-40289

Life Partners Holdings, Inc.

**AFFIDAVIT AND ASSIGNMENT**

Debtor(s)

I, Paige Brown, of 16333 PRAIRIE MDW, FORNEY, TX 75126, certify:

1. That I am at least 18 years of age.

2. For good and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, I hereby certify that I have unconditionally and irrevocably sold, transferred and assigned to Bankruptcy Settlement Group ("Assignee"), its successors and assigns, whose mailing address is 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636, all right, title and interest in and to my claims in the above referenced bankruptcy proceeding, including without limitation my right to receive any future payments, distributions, unclaimed dividends and/or other property in the bankruptcy proceeding. I waive any notice or hearing requirements imposed by Court rules and stipulate that an order may be entered recognizing this Assignment as an unconditional Assignment and Assignee herein as the valid owner of my claim(s) and/or rights.

3. I am a debtor or creditor in the above referenced bankruptcy proceeding.

4. My address was or currently is 3901 O'Hare, Mesquite, TX 75150.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 6/23/2023

Paige Brown NKA Paige Brock
Paige Brown NKA- Paige Brock

SIGN ONLY IN THE PRESENCE OF A NOTARY PUBLIC AND AFFIX NOTARY SEAL

Sworn to and subscribed before me,
State of Texas, County of Kaufman
This 23 day of June, 20 23

Perla Espinoza
Notary Public Signature

My Commission Expires: 02-03-2027

PERLA ESPINOZA
Notary Public, State of Texas
Comm. Expires 02-03-2027
Notary ID 134183765

(NOTARY SEAL)

Return this form to: Bankruptcy Settlement Group, 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636




Address of Record

# STATE OF TEXAS



## ROCKWALL COUNTY

## Marriage License

*To Any Person Authorized by the Laws of the State of Texas to Celebrate the Rites of Matrimony in the State of Texas*

### GREETING:

YOU ARE HEREBY AUTHORIZED TO SOLEMNIZE THE

### RITES OF MATRIMONY

BETWEEN    JAMES EDWARD BROCK JR.
AND    PAIGE ALLISON BROWN

Make due return to the Rockwall County Clerk of Rockwall County, Texas within THIRTY days thereafter, certifying your action under this license.
WITNESS my official signature and seal of office, at office in Rockwall, Texas, on JULY 25, 2022 At 2:13PM.

Honorable Jennifer Fogg
Rockwall County Clerk
Rockwall, Texas
By _____, Deputy Clerk



*******************************************************************************

County of Marriage __Kaufman__
I __Zachary Hewitt__ hereby certify that on the __31st__ day of ~~August 2nd~~ __July__, 20__22__, at __3:41 P__ m. I united in Marriage
JAMES EDWARD BROCK JR. and PAIGE ALLISON BROWN.
WITNESS my hand this __31st__ day of __July__, 20__22__.
Signature _____ Title __Minister__
Printed Name and Address __Zachary Hewitt__
__12035 Nicole Ln. Forney TX 75126__

*******************************************************************************

NAME: JAMES EDWARD BROCK JR
PLACE OF BIRTH: ADA PONTOTOC OK

AND

NAME: PAIGE ALLISON BROWN
PLACE OF BIRTH: DALLAS DALLAS TX

ISSUED ON: JULY 25, 2022 At 2:13PM.
EFFECTIVE DATE: JULY 28, 2022 At 2:13PM.

Name of Proxy (if any) appointed by Absent Applicant:

Honorable Jennifer Fogg
Rockwall County Clerk

By _____, Deputy

Pursuant to Texas Family Code Section 2.204 - 72 - HOUR WAITING PERIOD; EXCEPTIONS, the marriage ceremony may not take place during a 72-hour period immediately following the issuance of the marriage license unless: (1) an applicant is a member of the armed forces of the United States on active duty; (2) a judge waives the 72-hour waiting period for good cause; (3) the couple completes a premarital education course described by Section 2.013, and provides to the county clerk a premarital education course completion certificate indicating the completion of the premarital education course not more than one year before the date marriage license is filed with the clerk.

Pursuant to Texas Family Code Section 2.201 - EXPIRATION OF LICENSE, if a marriage ceremony has not been conducted before the 90th day after the date the license is issued, the marriage license expires.

Pursuant to Texas Family Code Section 2.202 - PERSONS AUTHORIZED TO CONDUCT CEREMONY, the following persons are authorized to conduct a marriage ceremony: (1) a licensed or ordained Christian minister or priest; (2) a Jewish rabbi; (3) a person who is an officer of a religious organization and who is authorized by the organization to conduct a marriage ceremony; and (4) a Justice of the Supreme Court, Judge of the Court of Criminal(s) Appeals, Justice of the Courts of Appeals, Judge of the District County, and Probate Courts, Judge of the County Courts at Law, Judge of the Courts of Domestic Relations, Judge of the Juvenile Courts, retired Justice or Judge of those Courts, Justice of the Peace, retiring Justice of Peace, or Judge or magistrate of a Federal Court of this state. For the purposes of this section, a retired Judge or Justice is a former Judge or Justice who is vested in the Judicial Retirement System of Texas Plan One or the Judicial Retirement System of Texas Plan Two or who has an aggregate of at least 12 years of service as Judge or Justice of any type listed.

Pursuant to Texas Family Code Section 2.009 - ISSUANCE OF LICENSE, the county Clerk shall distribute to each applicant written notice of the online location of the information prepared under Section 2.010 regarding acquired immune deficiency syndrome (AIDS) and human immunodeficiency virus (HIV) and a premarital handbook provided by the Attorney General's office.

AFTER RECORDING RETURN LICENSE TO:

JAMES BROCK
16333 PRAIRIE MEADOW
FORNEY, TX 75126

## ASSIGNMENT OF UNCLAIMED FUNDS

Benjamin D. Tarver dba Bankruptcy Settlement Group ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that he has unconditionally and irrevocably sold, transferred and assigned to Unclaimed Funds Recovery Services VII Inc. ("Assignee"), its successors and assigns, all right, title and interest in and to the following claims of Assignor:

    Original Creditor: Paige Brown nka Paige Brock
    Amount: $1947.76
    Case Number: 15-40289
    Court: NORTHERN DISTRICT OF TEXAS

This Assignment includes without limitation, Assignor's right to receive any future payments, distributions, unclaimed funds and/or other property in the bankruptcy proceedings. Assignor waives any notice or hearing requirements imposed by Court rules and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and Assignee herein as the valid owner of Assignor's claims.

Dated: July 27, 2023

_____
Benjamin D. Tarver dba
Bankruptcy Settlement Group
2300 East Fry Blvd #1630
Sierra Vista, AZ  85636
832-781-0620