UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
 § 
 § Case No.: 15-40289
Life Partners Holdings, Inc. § 
 Debtor(s) § 
 § 
 § 

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a  X   creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | **Name of Claimant(s)** | Unclaimed Funds Recovery Services VII Inc., as assignee  Original Creditor: Deborah Overdorff |
|---|---|---|
| 2. | **Name and Title of Authorizing Officer or Representative** (*If Claimant is an individual, skip to Question No. 3*) | Benjamin D. Tarver, President and Secretary |
| 3. | **Current Mailing Address** | 2300 East Fry Blvd #1630, Sierra Vista, AZ  85636 |
| 4. | **Telephone Number** | 832-781-0620 |
| 5. | **SS# *(last 4 digits only)* or EIN #** | 84-4215004 |
| 6. | **Amount Being Claimed** | $1285.51 |

I, Benjamin D. Tarver, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date  7/30/23

Claimant Signature     Co-Claimant Signature

Subscribed and Sworn to Before Me this  30  day of  July  2023 .

Notary Public
In and for the State of GEORGIA
My commission expires  3/8/2024



JENNIFER CARROLL
Notary Public, Georgia
Fulton County
My Commission Expires
March 08, 2024

# CERTIFICATE OF SERVICE

    In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

    Office of the United States Attorney
    Attn: Unclaimed Funds
    1100 Commerce Street, 3rd Floor
    Dallas, TX 75242

Date: 7/30/23

Claimant's Signature

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE: CASE NO. 15-40289

Life Partners Holdings, Inc.

    Debtor(s)

_____/

AFFIDAVIT OF APPLICANT

    I, Benjamin D. Tarver, do hereby certify that I am the President and Secretary of Unclaimed Funds Recovery Services VII Inc. ("UFRS INC"), and that UFRS INC is legally entitled to the unclaimed funds referenced in this application and that no other party is entitled to these funds.

    In support, applicant respectfully represents as follows:

1. A check for "Deborah Overdorff" in the amount of $1285.51 was not negotiated and was thus remitted as unclaimed funds to the Clerk of the Court.

2. Deborah Overdorff assigned the unclaimed funds referenced in the application to Benjamin D. Tarver dba Bankruptcy Settlement Group.

3. Benjamin D. Tarver dba Bankruptcy Settlement Group has assigned the unclaimed funds referenced in this application to UFRS INC.

-1-

Page 2 of 2
Affidavit of Applicant

4. I am the President and Secretary of Unclaimed Funds Recovery Services VII Inc., and as such am authorized to execute and deliver all documents pertaining to the release of any and all unclaimed funds belonging to Unclaimed Funds Recovery Services VII Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __7/30/23__     _____
Benjamin D. Tarver
President and Secretary
Unclaimed Funds Recovery Services VII Inc.

Sworn to and subscribed before me,
State of GEORGIA, COUNTY OF __Fulton__.

This __30__ day of __July__, 20__23__

_____
Notary Public Signature

My Commission Expires: __3/8/2024__

JENNIFER CARROLL
Notary Public, Georgia
Fulton County
My Commission Expires
March 08, 2024

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE:                                                                                          CASE NO. 15-40289

Life Partners Holdings, Inc.

                                                                                                **AFFIDAVIT AND ASSIGNMENT**

Debtor(s)
_Deborah Overdorff_ /

I, Deborah Overdorff, of 2802 NORTHWOOD RD, AUSTIN, TX 78703, certify:

1. That I am at least 18 years of age.

2. For good and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, I hereby certify that I have unconditionally and irrevocably sold, transferred and assigned to Bankruptcy Settlement Group ("Assignee"), its successors and assigns, whose mailing address is 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636, all right, title and interest in and to my claims in the above referenced bankruptcy proceeding, including without limitation my right to receive any future payments, distributions, unclaimed dividends and/or other property in the bankruptcy proceeding. I waive any notice or hearing requirements imposed by Court rules and stipulate that an order may be entered recognizing this Assignment as an unconditional Assignment and Assignee herein as the valid owner of my claim(s) and/or rights.

3. I am a debtor or creditor in the above referenced bankruptcy proceeding.

4. My address was or currently is 2802 Northwood Rd, Austin, TX 78703.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: _June 14, 2023_                                                    _[signature]_
                                                                                                Deborah Overdorff
                                                                    _SIGN ONLY IN THE PRESENCE OF A NOTARY PUBLIC AND AFFIX NOTARY SEAL_

Sworn to and subscribed before me,
State of _TX_, County of _Travis_
This _14_ day of _June_, 20_23_
_[signature]_
Notary Public Signature

My Commission Expires: _1-16-2027_                                          _(NOTARY SEAL)_

JAYME LYNN ZIGLER
Notary Public, State of Texas
Comm. Expires 01-16-2027
Notary ID 134146075

Return this form to: Bankruptcy Settlement Group, 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636

**THE GRIFFIN SCHOOL INC.**
**GRIFFIN SCHOOL**
(Legal Address)
5001 Evans Avenue
Austin, TX 78751
Phone: +15124545797

(Work address)
5001 Evans Avenue
Austin, TX 78751
Phone: +15124545797

**PAID TO:**
Deborah J Overdorff

2802 Northwood Road
Austin, TX 78703

**ADVICE OF DEPOSIT**

**PAY PERIOD:**
05/21/2023 - 06/03/2023

**PAY DATE:**
06/07/2023

**GROSS PAY:**
$2,692.31

**NET PAY:**
$2,227.71

THIS IS NOT A CHECK



← Address of Record

## ASSIGNMENT OF UNCLAIMED FUNDS

Benjamin D. Tarver dba Bankruptcy Settlement Group ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that he has unconditionally and irrevocably sold, transferred and assigned to Unclaimed Funds Recovery Services VII Inc. ("Assignee"), its successors and assigns, all right, title and interest in and to the following claims of Assignor:

Original Creditor: Deborah Overdorff
Amount: $1285.51
Case Number: 15-40289
Court: NORTHERN DISTRICT OF TEXAS

This Assignment includes without limitation, Assignor's right to receive any future payments, distributions, unclaimed funds and/or other property in the bankruptcy proceedings. Assignor waives any notice or hearing requirements imposed by Court rules and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and Assignee herein as the valid owner of Assignor's claims.

Dated: July 27, 2023

_____
Benjamin D. Tarver dba
Bankruptcy Settlement Group
2300 East Fry Blvd #1630
Sierra Vista, AZ  85636
832-781-0620