BTXN 127 (rev. 7/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
§       Case No.: 15-40289
Life Partners Holdings, Inc. §
                  Debtor(s) §
§
§

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __X__ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| | | |
|---|---|---|
| 1. | **Name of Claimant(s)** | Unclaimed Funds Recovery Services VII Inc., as assignee<br><br>Original Creditor: Cynthia Leff as Executor for the estate of Guilford Gurk |
| 2. | **Name and Title of Authorizing Officer or Representative** (*If Claimant is an individual, skip to Question No. 3*) | Benjamin D. Tarver, President and Secretary |
| 3. | **Current Mailing Address** | 2300 East Fry Blvd #1630, Sierra Vista, AZ  85636 |
| 4. | **Telephone Number** | 832-781-0620 |
| 5. | **SS#** (*last 4 digits only*) **or EIN #** | 84-4215004 |
| 6. | **Amount Being Claimed** | $1639.46 |

I, Benjamin D. Tarver, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date ___7/30/23___     _____     _____
                         Claimant Signature              Co-Claimant Signature

Subscribed and Sworn to Before Me this ___30___ day of ___July___, ___2023___.

JENNIFER CARROLL
Notary Public, Georgia
Fulton County
My Commission Expires
March 08, 2024

Notary Public
In and for the State of GEORGIA

My commission expires ___3/8/2024___

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: _____7/30/23_____

_____
Claimant's Signature

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS


IN RE:                                          CASE NO. 15-40289


Life Partners Holdings, Inc.

            Debtor(s)
_____/


AFFIDAVIT OF APPLICANT


I, Benjamin D. Tarver, do hereby certify that I am the President and Secretary of Unclaimed Funds Recovery Services VII Inc. ("UFRS INC"), and that UFRS INC is legally entitled to the unclaimed funds referenced in this application and that no other party is entitled to these funds.

In support, applicant respectfully represents as follows:

1. A check for "Guilford Gurk" in the amount of $1639.46 was not negotiated and was thus remitted as unclaimed funds to the Clerk of the Court.

2. Cynthia Leff as Executor for the estate of Guilford Gurk assigned the unclaimed funds referenced in the application to Benjamin D. Tarver dba Bankruptcy Settlement Group.

3. Benjamin D. Tarver dba Bankruptcy Settlement Group has assigned the unclaimed funds referenced in this application to UFRS INC.


-1-

Page 2 of 2
Affidavit of Applicant

4. I am the President and Secretary of Unclaimed Funds Recovery Services VII Inc., and as such am authorized to execute and deliver all documents pertaining to the release of any and all unclaimed funds belonging to Unclaimed Funds Recovery Services VII Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____7/30/23_____

_____
Benjamin D. Tarver
President and Secretary
Unclaimed Funds Recovery Services VII Inc.

Sworn to and subscribed before me,
State of GEORGIA, COUNTY OF _Fulton_

This _30_ day of _July_, 20_23_

_____
Notary Public Signature

My Commission Expires: _3/8/2024_

JENNIFER CARROLL
Notary Public, Georgia
Fulton County
My Commission Expires
March 08, 2024

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE:                                                        CASE NO. 15-40289

Life Partners Holdings, Inc.

**AFFIDAVIT AND ASSIGNMENT**

                    Debtor(s)

I, Guilford Gurk, of 108 N VENDOME AVE, MARGATE CITY, NJ 8402, certify:

1.  That I am at least 18 years of age.

2.  For good and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, I hereby certify that I have unconditionally and irrevocably sold, transferred and assigned to Bankruptcy Settlement Group ("Assignee"), its successors and assigns, whose mailing address is 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636, all right, title and interest in and to my claims in the above referenced bankruptcy proceeding, including without limitation my right to receive any future payments, distributions, unclaimed dividends and/or other property in the bankruptcy proceeding.  I waive any notice or hearing requirements imposed by Court rules and stipulate that an order may be entered recognizing this Assignment as an unconditional Assignment and Assignee herein as the valid owner of my claim(s) and/or rights.

3.  I am a debtor or creditor in the above referenced bankruptcy proceeding.

4.  My address was or currently is 108 N Vendome Ave, Margate City, NJ 08402.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: _____6/22/23_____                    _____ _by_ Cynthia Leff
                                                   Guilford Gurk          Cindy Leff
                    *SIGN ONLY IN THE PRESENCE OF A NOTARY PUBLIC AND AFFIX NOTARY SEAL*  executor
                                                                         + beneficiary
                                                                           of
Sworn to and subscribed before me,                                       Guilfo @
State of ___NJ___, County of ___Burlington___    ┌─────────────────────────┐   Acct.
This __22__ day of ___June___, 20_23_            │   ZACHARY A PALFY        │
                                                 │ Notary Public, State of New Jersey │
_____                │ My Commission Expires Sep 20, 2026 │
         Notary Public Signature                 └─────────────────────────┘

My Commission Expires: ___9/20/26___                    *(NOTARY SEAL)*

Return this form to: Bankruptcy Settlement Group, 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636

**FIFTH**: I hereby nominate, constitute and appoint JOSEPH J. BENNIE, ESQ. and my beloved daughter, CINDY LEFF as Co-Executors of this, my Last Will and Testament.

**SIXTH**: I authorize and empower my Executors to sell, lease, mortgage, partition or exchange any and all real and personal property of which I may die seized or possessed, at such price or prices as to said Executors may seem best, at public or private sale, upon such terms as to cash or credit as may be deemed for the best interest of my estate and to execute, acknowledge and deliver all proper writings, deeds of conveyance and transfers therefore.

**SEVENTH**: I direct that my Executors shall not be required to furnish bond or other security in any jurisdiction whatever for the faithful performance of their duties hereunder.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _16_ day of _February_, 2013.

_____
GUILFORD G. GURK

SIGNED, SEALED, PUBLISHED and DECLARED by the within named Testator, GUILFORD G. GURK as and for his Last Will and Testament, in the presence of us, who, at his request and in his presence and in the presence of each other, all being present at the same time, have hereunto subscribed our names as witnesses subsequent to the signing thereof by the Testator.

_Angela Bennie_
Witness                          329 Route 70 West, Cherry Hill, New Jersey
                                 Address

_____
Witness                          329 Route 70 West, Cherry Hill, New Jersey
                                 Address

I, GUILFORD G. GURK, the Testator, sign my name to this instrument this _16_ day of _February_, 2013, and being duly sworn, do hereby declare to the undersigned authority that I sign and execute this instrument as my Last Will; that I sign it

2

# Atlantic County Surrogate's Court

In the Matter of the Estate of      :      **EXECUTOR  SHORT CERTIFICATE**
**Guilford G Gurk**, Deceased      :      DOCKET No. 0000114190
A/K/A:  Guilford Gurk/3pg.will/d/d On,      :
A/K/A:  Guilford Gurk/3pg.will/d/d On

       I, **James Curcio**, Surrogate of the County of **Atlantic**, in the State of **New Jersey, Do Hereby Certify** that on **April 22, 2013,** the Last Will and Testament dated **February 16, 2013, and having no codicils** , of  **Guilford G Gurk**, late of the County of  **Atlantic,** who died on **November 11, 2011** was duly admitted to probate and Letters Testamentary thereon were issued to **Joseph J Bennie, Esq and Cindy Leff ,** therein named, who is duly authorized to administer the estate of the decedent agreeably to said Will and having no codicils.

       **I Further Certify** that said Letters Testamentary stand unrevoked and in full force and effect.

WITNESS my hand and seal of office, on this date: 23rd day of May, 2023.



_____

**James Curcio, Surrogate/Judge**

## ASSIGNMENT OF UNCLAIMED FUNDS

Benjamin D. Tarver dba Bankruptcy Settlement Group ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that he has unconditionally and irrevocably sold, transferred and assigned to Unclaimed Funds Recovery Services VII Inc. ("Assignee"), its successors and assigns, all right, title and interest in and to the following claims of Assignor:

> Original Creditor: Guilford Gurk
> Amount: $1639.46
> Case Number: 15-40289
> Court: NORTHERN DISTRICT OF TEXAS

This Assignment includes without limitation, Assignor's right to receive any future payments, distributions, unclaimed funds and/or other property in the bankruptcy proceedings. Assignor waives any notice or hearing requirements imposed by Court rules and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and Assignee herein as the valid owner of Assignor's claims.

Dated: July 27, 2023

_____

Benjamin D. Tarver dba
Bankruptcy Settlement Group
2300 East Fry Blvd #1630
Sierra Vista, AZ  85636
832-781-0620