# mr. cooper
### CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181



## MORTGAGE LOAN STATEMENT

**STATEMENT DATE**
06/02/2023

**PAYMENT DUE DATE**
01/01/2024

**LOAN NUMBER**
[redacted]

**AMOUNT DUE**
$1,303.50

**PROPERTY ADDRESS**
108 N VENDOME AVENUE
MARGATE, NJ 08402

*If payment is received on or after 01/17/2024, a $62.55 late fee will be charged.*

0004795 02 AB  0.504 02   TR 00024 RNRGEEJ3 100000

CYNTHIA LEFF
6 VASSAR ROAD
MOUNT LAUREL, NJ 08054



## QUESTIONS? WE'RE HERE TO HELP.

**CUSTOMER SERVICE:** 888-480-2432
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)

www.mrcooper.com

**Go Paperless.**
*Sign in to your account to activate*


