

# State of Arizona
## Department of State
## TRADE NAME CERTIFICATION



**Bankruptcy Settlement Group**

I, Katie Hobbs, Arizona Secretary of State, do hereby certify that in accordance with the Trade Name Application filed in this Office, the Trade Name herein certified has been duly registered pursuant to Section 44-1460, Arizona Revised Statutes, on behalf of:

**Benjamin Deray Tarver**

289 S Highway 92 14207 Sierra Vista, AZ 85635

| | |
|---|---|
| Registration Date: | May 7, 2021 |
| Expiration Date: | May 7, 2026 |
| Date First Used: | October 15, 2020 |
| Filing Number: | 9220852 |
| Application Date: | May 7, 2021 |

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Arizona. Done at the Capitol in Phoenix, on this day, May 07, 2021.

*Katie Hobbs*
Katie Hobbs
Secretary of State

Verification URL: go.azsos.gov/qd8t

Arizona Corporation Commission RECEIVED: 6/1/2021
Arizona Corporation Commission - FILED: 6/1/2021

21060113090242

# STATE of ARIZONA
## ARTICLES of INCORPORATION
## A FOR-PROFIT CORPORATION

**ARTICLE I.**

The type of entity being formed is a For-Profit (Business) Corporation.

**ARTICLE II.**

The name of this corporation is UNCLAIMED FUNDS RECOVERY SERVICES VII INC.

**ARTICLE III.**

The corporation initially intends to conduct the business of Purchase bankruptcy claims and recovery unclaimed funds held by governmental entities..

**ARTICLE IV.**

This corporation is authorized to issue only one class of shares of stock, which shall be common stock, and the total number of shares which this corporation is authorized to issue is 1500 at $0.01 par value.

**ARTICLE V.**

The street address of the known place of business of the corporation in Arizona is 289 S HIGHWAY 92 APT 14207, SIERRA VISTA, ARIZONA 85635 in the County of COCHISE.

**ARTICLE VI.**

The corporation shall indemnify its director to the fullest extent provided by the laws of the State of Arizona now or hereafter in force, including the advance of expenses under the procedures provided by such laws.

Benjamin Tarver - 289 S HIGHWAY 92 APT 14207, SIERRA VISTA, ARIZONA 85635

**ARTICLE VII.**

The name and street address of the statutory agent for service of process in Arizona is BENJAMIN TARVER at 289 S Highway 92 Apt 14207, Sierra Vista AZ 85635. Mailing address is 289 S Highway 92 Apt 14207, Sierra Vista AZ 85635.

**ARTICLE VIII.**

The name and address of the incorporator executing these articles is Lovette Dobson, at 17350 State Hwy 249 #220, Houston, TX 77064.

Dated: May 26th, 2021

_____
Lovette Dobson, Incorporator

## MINUTES OF FIRST MEETING OF BOARD OF DIRECTORS FOR UNCLAIMED FUNDS RECOVERY SERVICES VII INC.

The board of directors of UNCLAIMED FUNDS RECOVERY SERVICES VII INC. held its first meeting at SIERRA VISTA, ARIZONA ON MAY 26, 2021 AT 9PM.

The following directors, marked as present next to their names, were in attendance at the meeting and constituted a quorum of the board:

BENJAMIN TARVER                                          [X] Present [ ] Absent

On motion and by unanimous vote, Benjamin Tarver was appointed chairperson and then presided over the meeting. was elected secretary of the meeting.

The meeting was held pursuant to written waiver of notice and consent to holding of the meeting signed by each of the directors. On a motion duly made, seconded, and unanimously carried, it was resolved that the written waiver of notice and consent to holding of the meeting be made a part of and constitute the first page of the minutes of this meeting.

RESOLVED, that the Articles of Incorporation (or similar organizing document) as filed with the Secretary of State (or other appropriate office) of the State of ARIZONA and presented to the directors by the secretary of the Corporation (the "secretary"), are hereby accepted and approved, and that the secretary is authorized and directed to place the duplicate original of the Articles, together with the original filing receipt of the Secretary of State, in the minute book of the Corporation.

RESOLVED, that the Bylaws presented to the directors by the secretary are hereby adopted as the Bylaws of the Corporation, and that the secretary is authorized and directed to insert a copy of such Bylaws, certified as such by the secretary, in the minute book of the Corporation immediately following the Articles of Incorporation.

RESOLVED, that the corporate seal (if applicable) presented to the directors by the secretary is hereby adopted as the seal of the Corporation, and that an impression of such seal be made in the margin of these minutes.

RESOLVED, that the form of share certificate presented to the directors by the secretary is hereby adopted as the form of share certificate for the Corporation, and that the secretary is authorized and directed to attach a sample of such certificate to these resolutions.

RESOLVED, that stock subscription agreements for shares of the Corporation, dated MAY 26, 2021 and described below are hereby accepted on behalf of the corporation, and that the president and secretary, upon receipt of the consideration stated, are authorized and directed to issue certificates for such shares to the respective shareholders:

| Name | Number of shares | Consideration |
|---|---|---|
| BENJAMIN TARVER | 1500 | $ ▓▓▓▓▓ |

RESOLVED, that the president of the Corporation is authorized and directed to pay charges and expenses related to the organization of the Corporation and to reimburse any person who has made such payments on behalf of the Corporation.

RESOLVED, that the persons listed below are hereby appointed to the offices indicated opposite their names, and that a determination of compensation of such officers shall be delayed for consideration at a later date.

| Name | Office | |
|---|---|---|
| Benjamin Tarver | President | ✓ |
| Benjamin Tarver | Treasurer | ✓ |
| Benjamin Tarver | Secretary | ✓ |

**RESOLVED,** that funds of the Corporation shall be deposited in [redacted] and that standard printed resolutions supplied by such Bank and presented by the secretary to the directors shall be adopted by the directors and incorporated and attached to these resolutions, or the Corporation shall adopt its own Banking Resolution.

**RESOLVED,** that for receipt of official legal and tax correspondence from the State of Incorporation, the registered agent of the corporation (sometimes known as a resident agent, statutory agent, agent for service of process, or delivery of service address) shall be maintained in accordance with the requirements of the State of Incorporation.

*This space intentionally left blank.*

RESOLVED, that the following Plan for the issuance of common stock of the Corporation and qualification of such stock as "small business corporation" stock under Section 1244 of the Internal Revenue Code of 1986, as amended, is hereby adopted:

1. The corporation shall offer and issue under this Plan, a maximum of 1000 shares of its common stock at a minimum price equal to the par value of the shares, if any.
2. This plan shall be terminated by (a) the complete issuance of all shares offered hereunder, (b) appropriate action terminating the Plan by the board of directors and the shareholders of the Corporation, or (c) the adoption of a new Plan by the shareholders for the issuance of additional stock under IRC Section 1244.
3. No increase in the basis of outstanding stock shall result from a contribution to capital under this Plan.
4. No stock offered under this Plan shall be issued on the exercise of a stock right, stock warrant, or stock option, unless such right, warrant, or option is applicable solely to unissued stock offered under this Plan and is exercised during the period of the Plan.
5. Shares of the Corporation subscribed for prior to the adoption of this Plan, including shares subscribed for prior to the date the corporation comes into existence, may be issued hereunder, provided, however, that the said stock is not in fact issued prior to the adoption of this Plan.
6. Any offering or portion of an offer outstanding that is unissued at the time of the adoption of this plan is hereby withdrawn.
7. Any matters related to the issue of shares under this Plan shall be resolved so as to comply with applicable law and regulations so as to qualify such issue under Section 1244 of the Internal Revenue Code. Any shares issued under this Plan which are finally determined not to be so qualified, and only such shares, shall be determined not to be in the Plan, and any other Shares not so disqualified shall not be affected by such disqualification.
8. The appropriate officers of this corporation are hereby authorized and directed to take such actions and execute such documents as they deem necessary or appropriate to effectuate the sale and issuance of shares for the consideration listed above.

RESOLVED, that these resolutions shall be effective on May 26, 2021

Benjamin Tarver, SECRETARY