



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 5, 2023**

**United States Bankruptcy Judge**

_____

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Life Partners Holdings, Inc. | § | Case No.:   15–40289–mxm11 |
| | § | Chapter No.:   11 |
| Debtor(s) | § | |

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Mann Heritage, L.P. filed an Application for Payment of Unclaimed Funds on 07/31/2023 in the amount of $36,859.47.

The Court, after review of the application, finds:

☐ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☑ insufficient documentation has been provided with the application

☑ required Form AO 213 not provided with the application

☐ the application was not served on the US Attorney

☑ Other: 1)Incorrect amount of $36,859.47 claimed on application. Total of unclaimed funds held on deposit: $36,829.47.
2) Additional documentation required to substantiate link between Mann Heritage, L.P. and representatives Michael and Karen Mann.
3) Address proof for 3881 Oxbow Lane is required. Please refer to the instructions with the application.
4) New application and all support documents must be refiled in their entirety.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #