**FILED**

SEP 06 2023

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

*SD*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: § 
 § 
LIFE PARTNER HOLDINGS, INC., et al § Case No.: 15-40289-rfn-11
 § 
Debtor(s) § Jointly Administered
 § 
 § 

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __X__ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Becky Roberts |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (*If Claimant is an individual, skip to Question No. 3*) | |
| 3. | Current Mailing Address | 11502 Forest Heights Drive Dallas, TX 75229 |
| 4. | Telephone Number | 972-490-0881 |
| 5. | SS# (*last 4 digits only*) or EIN # | 9536 |
| 6. | Amount Being Claimed | $3,895.53 |

I, __Becky Roberts__, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date __9.5.2023__   __Becky P. Roberts__   _____
 Claimant Signature   Co-Claimant Signature

Subscribed and Sworn to Before Me this __5th__ day of __September 2023__

__Sabrena Lacey__
Notary Public
In and for the State of __Texas__
My commission expires __12.20.2025__

SABRENA LACEY
Notary Public, State of Texas
Notary ID 1034866-1
My Commission Exp. 12-20-2025

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 9-5-2023

_Becky J. Roberts_
Claimant's Signature





**City of Dallas — Utilities And Services**

Customer Name: **B J ROBERTS**
Account Number: **100243939**
Service Address: **11502 FOREST HEIGHTS DR**

| Amount Due by 9/23/22 | $105.07 |
|---|---|
| Amount Due after 9/29/22 | $110.18 |

Invoice 050553697955   Issued 9/8/22   Page 1 of 2

## INVOICE SUMMARY

| | |
|---|---|
| Previous Balance | $128.09 |
| Payment(s) | ($128.09) |
| Balance Forward | $0.00 |
| **Current Charges (See back for details)** | |
| Water Charges | $32.79 |
| Sewer Charges | $28.09 |
| Sanitation Charges | $37.13 |
| Storm Water Charges | $7.06 |
| **Total Current Charges** | **$105.07** |
| **Total Amount Due** | **$105.07** |

## SPECIAL MESSAGES

Dallas Water Utilities will resume residential disconnections Monday, September 19th on accounts with nonpayment on past due balances. To avoid late fees and water disconnections, call DWU at 214-651-1441, weekdays from 8 a.m. - 5 p.m. to set up a payment plan. If you need fincancial assistance, you can apply at texasutilityhelp.com or by calling 1-855-566-2057 or Dallas County at 214-819-1848.

Call 311 to request or report an emergency water turn-off, a water main break, a water meter leak, a fire hydrant leak, or a clogged or overflowing wastewater main.

## WATER CONSERVATION TIP

Are your sprinklers ready for fall? The City of Dallas offers free check-ups of irrigation systems by licensed irrigators, who will evaluate your situation and suggest ways to improve water efficiency. For more information visit SaveDallasWater.com.

## BE A GOOD NEIGHBOR!

**Operation WaterShare:** Helps pay water bills for customers facing temporary financial setbacks.

**AuthorSpeak** AuthorSpeak is a program featuring presentations by prominent authors followed by a lively period of discussion. The series is presented cooperatively by the Dallas Public Library and the World Affairs Council of Dallas.

## CONTACT US?

Phone: (214) 651-1441
Email: WaterSpecialtyUnit@dallascityhall.com
Mail: 1500 Marilla, 3ANorth, Dallas, TX 75201

Keep this portion for your records.

ID-20220908INVOICE-6431-000004718

## UTILITY

**Service from 8/5/22 to 9/8/22 for 35 days**

| Service Provided | Meter Number | Meter Size | Previous Read | 9/8/22 Read | Usage in 100 GALS | Usage Charge | Base Charge | Total |
|---|---|---|---|---|---|---|---|---|
| Water | 1239797 | 5/8" | 2,448 | 2,536 | 88 | $27.33 | $5.46 | $32.79 |
| Sewer | | | | | 43 | $23.26 | $4.83 | $28.09 |
| Sanitation (Residence-Alley/Curb) | | | | | | | | $34.30 |
| Sales Tax | | | | | | | | $2.83 |
| **Sanitation Charges** | | | | | | | | **$37.13** |
| Storm Water Charges | | | | | | | | $7.06 |
| **Total Utility Charges** | | | | | | | | **$105.07** |



Sewer Average 43 (100 gallons)

For more information on how to calculate your water bill visit www.dwucalculator.com

**Residential Usage Rates:** (Per 1,000 Gallons). Effective October 1, 2021

| Gallons | Water | Sewer |
|---|---|---|
| Tier 1 (0 to 4,000) | $1.90 | $5.41 |
| Tier 2 (4,001 to 10,000) | $4.11 | $5.41 |
| Tier 3 (10,001 to 20,000) | $6.70 | $5.41 |
| Tier 4 (20,001 to 30,000) | $9.55 | $5.41 |
| Tier 5 (Above 30,000) | $11.10 | $5.41 |

Usage in 100 gallons X 100 = volume for rate calculation

**BASE Charge.** (Effective October 1, 2021)

| Meter Size (in inches) | Water | Sewer |
|---|---|---|
| 5/8" Meter | $5.46 | $4.83 |
| 3/4" Meter | $7.58 | $6.63 |
| 1" Meter | $11.05 | $9.55 |
| 1.5" Meter | $20.50 | $18.48 |
| 2" Meter | $33.36 | $28.79 |
| 3" Meter | $78.93 | $70.20 |
| 4" Meter | $129.79 | $112.53 |

# CHASE

7610 W. Washington St., IN1-7202
Indianapolis IN 46231-7202

**Questions?**
800-935-9935

04530 TRP 201 050 34122 NNNNNNNNNNNN EXC2
**BECKY JILL ROBERTS**
11502 FOREST HEIGHTS DR
DALLAS TX 75229

December 07, 2022

**Account:** 201/xxxxxxxxxxxx1109/0
**Advice:** 104635

## Update: We're subtracting funds from your account above

Dear BECKY JILL ROBERTS:

We received a check(s) previously deposited to your account that was returned to us as unpaid.

Here's the reason for the returned check(s):

| Return Reason | Deposit Date | Internal Seq# | Amount |
|---|---|---|---|
| Account Closed<br>The account that the check is drawn on is closed. | 12/05/2022 | 99015544 | $3,895.53 |
| 1 Checks charged totaling: | | | $3,895.53 |

We subtracted the check(s) amount from your account, charged a returned-check fee of $12.00 per unpaid check(s) and enclosed a copy of the returned check(s).

If you have questions, please call us at 800-935-9935.

Sincerely,

Customer Service

Enclosure

EXC2
JPMorgan Chase Bank, Member FDIC

**What is a substitute check?**
To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks, with a reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

**What are your rights as a consumer regarding substitute checks?**
In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, Insufficient Funds fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law. If you use this procedure, you may receive up to $2,500 of your refund (plus interest if applicable) within 10 business days after we receive your claim and the remainder of your refund (plus interest if applicable) no later than 45 calendar days after we receive your claim. We may reverse the refund (including interest) if we later determine the substitute check was correctly posted.

**How do you make a claim for a refund?**
If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us. You must contact us within 40 calendar days of the date that we mailed or otherwise delivered the substitute check or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include:
- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
- An estimate of the amount of your loss;
- An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
- The following information to help us identify the substitute check: the check number, the name of the person to whom you wrote the check, and the amount of the check.

12/07/2022
99015544

**CLOSED ACCOUNT**

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-D
CLOSED ACCOUNT

46702846469   12/05/2022   E111900057

**LIFE PARTNERS POSITION HOLDER TRUST**
**PHT DISTRIBUTION ACCOUNT**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

VERITEX COMMUNITY BANK
8214 WESTCHESTER DRIVE, SUITE 100
DALLAS, TEXAS 75225

0050090
45-2416/1130

DATE: September 15, 2022    AMOUNT: ***$3,895.53***

PAY TO THE ORDER OF: ***Three Thousand Eight Hundred Ninety Five Dollars and Fifty Three Cents***

BECKY ROBERTS
11502 FOREST HEIGHTS DR
DALLAS, TX 75229-2454

VOID AFTER 60 DAYS

⑈0050090⑈  ⑆113024164⑆  ⑈55013704631⑈

⑈0050090⑈   ⑆113024164⑆    55013704631⑈    ⑈000038955 3⑈



