CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 16, 2023**

Mark X. Mullin
**United States Bankruptcy Judge**

---

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Life Partners Holdings, Inc. | § | Case No.: 15−40289−mxm11 |
| | § | Chapter No.: 11 |
| Debtor(s) | § | |

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Kenneth Copeland Ministries filed an Application for Payment of Unclaimed Funds on 08/31/2023 in the amount of $92,098.73.

The Court, after review of the application, finds:

- ☐ no funds are on record for the claimant
- ☐ no documents of proof are provided with the application
- ☐ insufficient documentation has been provided with the application
- ☐ required Form AO 213 not provided with the application
- ☐ the application was not served on the US Attorney
- ☑ Other: 1) Statement of signing agent's authority is required. 2) Form AO213 is a photocopy. Please submit an original signed form AO213P. Type of vendor is "Unclaimed Fund Claimant". Preferred method of payment is EFT to bank account. Please include banking information on form AO213P.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #