CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 16, 2023**

Mark X. Mullin
**United States Bankruptcy Judge**

---

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Life Partners Holdings, Inc. | § | Case No.: 15−40289−mxm11 |
| | § | Chapter No.: 11 |
| Debtor(s) | § | |

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Kenneth Copeland Ministries filed an Application for Payment of Unclaimed Funds on 08/31/2023 in the amount of $92,098.73.

The Court, after review of the application, finds:

☐ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ required Form AO 213 not provided with the application

☐ the application was not served on the US Attorney

☑ Other: 1) Statement of signing agent's authority is required.
2) Form AO213 is a photocopy. Please submit an original signed form AO213P. Type of vendor is "Unclaimed Fund Claimant". Preferred method of payment is EFT to bank account. Please include banking information on form AO213P.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re:
Life Partners Holdings, Inc.
Debtor

Case No. 15-40289-mxm
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 42
Date Rcvd: Nov 16, 2023 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Kenneth Copeland Ministries, PO Box 728, Newark, TX 76071-0728 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | Joseph Barkate |
| | | Richard D. DePaolo |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison Jayne Maynard | on behalf of Respondent Vanguard Marketing Corporation allison.maynard@wilsonelser.com deidra.cobb@wilsonelser.com;Cynthia.terrell@wilsonelser.com |
| Allison Jayne Maynard | on behalf of Respondent Interactive Brokers LLC allison.maynard@wilsonelser.com deidra.cobb@wilsonelser.com;Cynthia.terrell@wilsonelser.com |
| Allison L. Carr | on behalf of Creditor Scott and Pamela Jacobs acarr@bernsteinlaw.com |
| Alyssa M. Pazandak | |

| | |
|---|---|
| | on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust apazandak@munsch.com |
| Alyssa M. Pazandak | on behalf of Plaintiff Alan M. Jacobs apazandak@munsch.com |
| Alyssa M. Pazandak | on behalf of Plaintiff Life Partners Creditors' Trust apazandak@munsch.com |
| Alyssa M. Pazandak | on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors' Trust apazandak@munsch.com |
| Alyssa M. Pazandak | on behalf of Plaintiff Alan M. Jacobs apazandak@munsch.com |
| Alyssa M. Pazandak | on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors Trust apazandak@munsch.com |
| Alyssa M. Pazandak | on behalf of Plaintiff Life Partners Creditors Trust apazandak@munsch.com |
| Alyssa M. Pazandak | on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust apazandak@munsch.com |
| Angelia B. Lee | on behalf of Creditor CHARLENE R. BRASHER angelia@cthglawfirm.com |
| Angus E. McSwain | on behalf of Creditor Advance Trust & Life Escrow Services LTA mcswain@thetexasfirm.com, bullion@thetexasfirm.com |
| Angus E. McSwain | on behalf of Interested Party Advanced Life Settlement Portfolio 2011-1 LLC mcswain@thetexasfirm.com, bullion@thetexasfirm.com |
| Angus E. McSwain | on behalf of Interested Party Purchase Escrow Services LLC mcswain@thetexasfirm.com, bullion@thetexasfirm.com |
| Annapoorni Rohini Sankaran | on behalf of Creditor Red Lion Square Holdings LLC anna.sankaran@hklaw.com, diana.miranda@hklaw.com;julia.warren@hklaw.com |
| Areya Holder | on behalf of Attorney Areya Holder areya@holderlawpc.com holderlaw@jubileebk.net |
| Areya Holder | on behalf of Creditor Grace Joines areya@holderlawpc.com holderlaw@jubileebk.net |
| Areya Holder | on behalf of Attorney Areya Holder Aurzada areya@holderlawpc.com holderlaw@jubileebk.net |
| Barbara L. Yong | on behalf of Defendant Jack M. Pausman blyong@gct.law tstephenson@gct.law |
| Barbara L. Yong | on behalf of Defendant Mark J. Smith blyong@gct.law tstephenson@gct.law |
| Barbara L. Yong | on behalf of Defendant Joel F. Woods blyong@gct.law tstephenson@gct.law |
| Barbara L. Yong | on behalf of Defendant John D. Jones blyong@gct.law tstephenson@gct.law |
| Bart N. Pruitt | on behalf of Intervenor-Plaintiff Howard Terry Hines bpruitt@pruittlawfirm.net rpruitt@pruittlawfirm.net |
| Bart N. Pruitt | on behalf of Intervenor-Plaintiff Steven Glenn Hines bpruitt@pruittlawfirm.net rpruitt@pruittlawfirm.net |
| Behrooz P. Vida | on behalf of Interested Party Daniel Skogens filings@vidalawfirm.com bkfilings@yahoo.com;TheVidaLawFirmPLLC@jubileebk.net;legalprokirstin@gmail.com |
| Berry D. Spears | on behalf of Creditor Transparency Alliance LLC bspears@lockelord.com jmendoza@kbkllp.com |
| Berry D. Spears | on behalf of Creditor BroadRiver Asset Management L.P. bspears@lockelord.com, jmendoza@kbkllp.com |
| Brent C. Perry | on behalf of Defendant Linda Robinson bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com |
| Brent C. Perry | on behalf of Defendant Happy Endings Dog Rescue bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com |

Brent C. Perry
on behalf of Defendant John Gissas bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Plaintiff Pillar Life Settlement Fund I L.P. bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Creditor Pillar 3 Life Settlement Fund LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Intervenor Brian D. Pardo bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Plaintiff Evergreen III Lifeplan Fund LLC bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Defendant ABetterFinancialPlan.com LLC bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Defendant A Better Financial Plan LLC bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Intervenor-Plaintiff Brian D. Pardo as Trustee for the IRA Funded Life Trusts bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Plaintiff Black Diamond Lifeplan Fund LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Plaintiff Evergreen II Lifeplan Fund LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Plaintiff Pillar Life Settlement Fund 5 LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Defendant Brian Pardo bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Interested Party Brian Pardo bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Plaintiff Pillar Life Settlement Fund II LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Creditor Pillar 5 Life Settlement Fund LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Creditor Black Diamond Lifeplan Fund LP bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Plaintiff Pillar Life Settlement Fund 3 LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Defendant Michael Gissas bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Plaintiff Evergreen Lifeplan Fund LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Creditor Evergreen Lifeplan Fund LP bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Creditor Evergreen II Lifeplan fund LP bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Defendant Dean Vagnozzi bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Creditor Pillar II Life Settlement Fund LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Creditor Pillar Life Settlement Fund I LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Creditor Pillar 4 Life Settlement Fund LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Creditor Pillar Life Settlement Fund II LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Defendant Vagnozzi Properties Inc. bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Plaintiff Pillar Life Settlement Fund 4 LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Creditor Evergreen III Lifeplan Fund LLC bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Defendant Pillar I LS Fund LLC bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brett Field
on behalf of Creditor Cathryn W Kolker brett@strombergstock.com sarah@strombergstock.com;kedrin@strombergstock.com

Brett Field
on behalf of Creditor James M Kolker brett@strombergstock.com sarah@strombergstock.com;kedrin@strombergstock.com

Brian A. Raynor
on behalf of Creditor Transparency Alliance LLC braynor@lockelord.com

Brian K. Asberry
on behalf of Creditor Nellie Beckley basberry@nnlaw.com

Brian Patrick Shaw
on behalf of Defendant Craig Wear Financial Group LLC bshaw@ccsb.com, mkountz@ccsb.com,wmartinez@ccsb.com

Brian Patrick Shaw
on behalf of Defendant Gregory Ricks bshaw@ccsb.com mkountz@ccsb.com,wmartinez@ccsb.com

Brian Patrick Shaw
on behalf of Defendant Christine Smith bshaw@ccsb.com mkountz@ccsb.com,wmartinez@ccsb.com

Bryan A. Wood
on behalf of Accountant MMS Advisors LLC bwood@bermantabacco.com, bmccarthy@bermantabacco.com

Bryan L. Elwood
on behalf of Interested Party Advanced Life Settlement Portfolio 2011-1 LLC elwoodb@gtlaw.com

Bryan L. Elwood
on behalf of Interested Party Advanced Life Settlement Portfolio 2013-3 LLC elwoodb@gtlaw.com

C. Michael Moore
on behalf of Interested Party Thomas E. Stern mike.moore817@icloud.com Jessica.turpen@dlapiper.com

C. Michael Moore
on behalf of Interested Party optionsXpress Inc. mike.moore817@icloud.com, Jessica.turpen@dlapiper.com

Caleb Bransford Bulls
on behalf of Plaintiff Word of God Fellowship Inc. d/b/a Daystar Television Network caleb.bulls@kellyhart.com, Melissa.matej@kellyhart.com;Rebehka.Lopez@kellyhart.com

Charlene C. Koonce
on behalf of Defendant New Asset Advisors LLC charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant James T. Payton charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant Mark McKay charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant Gregory Rains Harper charlene.koonce@solidcounsel.com

| | |
|---|---|
| Charlene C. Koonce | on behalf of Defendant Business Legacy Inc. charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | on behalf of Defendant Spectrum Advisors Inc. charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | on behalf of Defendant Douglas Hart Cassel charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | on behalf of Defendant Ray Hughes charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | on behalf of Defendant Resale and Valuation Services LLC charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | on behalf of Defendant Ella Oliver charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | on behalf of Defendant Curtis M. Cole charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | on behalf of Defendant New Asset Alternatives LLC charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | on behalf of Defendant Legacy Planning Group Inc. charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | on behalf of Defendant Victor Johnson charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | on behalf of Defendant SMR LS Fund LLC charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | on behalf of Defendant Abio Financial Group Inc. charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | on behalf of Defendant Keith West charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | on behalf of Defendant Alliance Affiliated Equities Corporation charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | on behalf of Defendant Sheryl Hanson charlene.koonce@solidcounsel.com |
| Charlene C. Koonce | on behalf of Defendant SMR LS Fund II LLC charlene.koonce@solidcounsel.com |
| Charles Alfred Mackenzie | on behalf of Debtor Life Partners Holdings Inc. courtfilings@texas-appeals.com |
| Charles Alfred Mackenzie | on behalf of Attorney Charles Alfred Mackenzie courtfilings@texas-appeals.com |
| Charles R. Chesnutt, Sr. | on behalf of Counter-Claimant R. E. Branch M.D. pleadings@chapter7-11.com |
| Charles R. Chesnutt, Sr. | on behalf of Cross-Claimant Betty J Nickels pleadings@chapter7-11.com |
| Charles R. Chesnutt, Sr. | on behalf of Defendant RE Branch pleadings@chapter7-11.com |
| Charles R. Chesnutt, Sr. | on behalf of Intervenor-Plaintiff Betty J Nickels pleadings@chapter7-11.com |
| Christine L. Stetson | on behalf of Creditor Clay Amuny cstetson@bernsenlaw.com cwestmoreland@bernsenlaw.com |
| Christine L. Stetson | on behalf of Intervenor-Plaintiff Clay Amuny cstetson@bernsenlaw.com cwestmoreland@bernsenlaw.com |
| Christopher H. Trickey | on behalf of Creditor John Richard Matheny ctrickey@gdhm.com mhenderson@gdhm.com;bcumings@gdhm.com |
| Christopher J. Akin | on behalf of Accountant MMS Advisors LLC cakin@lynnllp.com, vkropp@lynnllp.com |
| Christopher J. Akin | on behalf of Attorney Bryan A. Wood cakin@lynnllp.com vkropp@lynnllp.com |
| Christopher J. Moser | on behalf of Defendant Matheson Services LLC cmoser@qslwm.com, cprice@qslwm.com |

Christopher S. Murphy
on behalf of Interested Party Texas Department of Insurance bk-cmurphy@oag.texas.gov sherri.simpson@oag.texas.gov

Clay M. Taylor
on behalf of Interested Party PJC Investments LLC clay.taylor@bondsellis.com, linda.gordon@bondsellis.com

Clayton David Ketter
on behalf of Trustee H. Thomas Moran II cdketter@phillipsmurrah.com, mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clayton David Ketter
on behalf of Debtor Life Partners Holdings Inc. cdketter@phillipsmurrah.com, mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clayton David Ketter
on behalf of Jointly Administered Party/Debtor Life Partners Inc. cdketter@phillipsmurrah.com, mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clayton David Ketter
on behalf of Plaintiff LPI Financial Services Inc. cdketter@phillipsmurrah.com, mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clayton David Ketter
on behalf of Plaintiff Life Partners Inc. cdketter@phillipsmurrah.com, mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clayton David Ketter
on behalf of Jointly Administered Party/Debtor LPI Financial Services Inc. cdketter@phillipsmurrah.com, mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clifford Franklin McMaster
on behalf of Creditor Suzanne Hawk cfmcmaster@sbcglobal.net

Clyde A. Pine, Jr.
on behalf of Creditor Kenneth Schillinger pine@mgmsg.com

Clyde A. Pine, Jr.
on behalf of Creditor Raymond P. Ramirez pine@mgmsg.com

Conrad Daniel Hester
on behalf of Counter-Defendant David M. Bennett conrad.hester@tklaw.com Melanie.baley@tklaw.com,polly.bates@tklaw.com

Conrad Daniel Hester
on behalf of Counter-Defendant Thompson & Knight LLP conrad.hester@tklaw.com Melanie.baley@tklaw.com,polly.bates@tklaw.com

Courtney Jane Hull
on behalf of Creditor Texas Comptroller of Public Accounts bk-chull@oag.texas.gov sherri.simpson@oag.texas.gov

Cynthia A. Spencer
on behalf of Creditor Juan Flores cyndy@irby-spencer.com

D. Wade Cloud, Jr.
on behalf of Creditor Blake Y. Stock wcloud@hhdulaw.com

Daniel C Durand, III
on behalf of Defendant A Roger O. Whitley Group Inc. durand@durandlaw.com, bankruptcy@durandlaw.com

Daniel C Durand, III
on behalf of Defendant Ken Marko durand@durandlaw.com bankruptcy@durandlaw.com

Daniel C Durand, III
on behalf of Defendant Select Capital Corporation durand@durandlaw.com bankruptcy@durandlaw.com

Daniel P. Winikka
on behalf of Creditor Cranehill Capital as assignee to Doris Sivernell dan@danwinlaw.com, dan@danwinlaw.com

Daniel P. Winikka
on behalf of Creditor Cranehill Capital LLC as assignee to Estate of Roy & Jessie Roth dan@danwinlaw.com, dan@danwinlaw.com

Daniel P. Winikka
on behalf of Creditor Cranehill Capital LLC as assignee to The Daniel & Patricia La Fleur Estate Trust dan@danwinlaw.com, dan@danwinlaw.com

Daniel P. Winikka
on behalf of Creditor Cranehill Capital LLC as assignee to Doris Sivernell dan@danwinlaw.com, dan@danwinlaw.com

Daniel P. Winikka
on behalf of Creditor Cranehill Capital as assignee to Estate of Treva Fike dan@danwinlaw.com, dan@danwinlaw.com

Daniel P. Winikka
on behalf of Creditor Cranehill Capital as assignee to Jeanne Scholz-Denman dan@danwinlaw.com, dan@danwinlaw.com

| | |
|---|---|
| Daniel P. Winikka | on behalf of Creditor Cranehill Capital LLC as assignee to Winnie L. Osborne dan@danwinlaw.com, dan@danwinlaw.com |
| Daniel P. Winikka | on behalf of Creditor Cranehill Capital LLC as assignee to Andrew & Shelley Scraver dan@danwinlaw.com, dan@danwinlaw.com |
| Daniel P. Winikka | on behalf of Creditor Cranehill Capital as assignee to Jennifer Wilkins dan@danwinlaw.com, dan@danwinlaw.com |
| Daniel P. Winikka | on behalf of Creditor Cranehill Capital as assignee to Jacqueline Stern dan@danwinlaw.com, dan@danwinlaw.com |
| Daniel P. Winikka | on behalf of Creditor Cranehill Capital LLC as assignee to John R. & Winnie L. Osborne dan@danwinlaw.com, dan@danwinlaw.com |
| Daniel P. Winikka | on behalf of Creditor Cranehill Capital LLC as assignee to Donald F. Lett dan@danwinlaw.com, dan@danwinlaw.com |
| Daniel P. Winikka | on behalf of Creditor Cranehill Capital LLC as assignee to Shirley A. Sneed dan@danwinlaw.com, dan@danwinlaw.com |
| David D. Ritter | on behalf of Interested Party Janet Arnold dritter@ritterspencer.com |
| David D. Ritter | on behalf of Interested Party mp Ad Hoc Committee of Direct Fractional Interest Owners of Life Settlement Policies dritter@ritterspencer.com |
| David D. Ritter | on behalf of Interested Party Ad Hoc Committee of Direct Fractional Interest Owners of Life Settlement Policies dritter@ritterspencer.com |
| David D. Ritter | on behalf of Interested Party Amicus Curiae Fractional Interest Holders dritter@ritterspencer.com |
| David D. Ritter | on behalf of Interested Party Michael Arnold dritter@ritterspencer.com |
| David D. Ritter | on behalf of Creditor Philip M. Garner dritter@ritterspencer.com |
| David D. Ritter | on behalf of Creditor Certain IRA Investors dritter@ritterspencer.com |
| David D. Ritter | on behalf of Interested Party Ad Hoc Committee of Fractional Insurance Beneficiaries of Life Partners Inc. dritter@ritterspencer.com |
| David Frederick Morris | on behalf of Defendant Thomas Montgomery dfmorris48@verizon.net |
| David Frederick Morris | on behalf of Defendant First Up Inc. dfmorris48@verizon.net |
| David Frederick Morris | on behalf of Defendant Gary Brosseit dfmorris48@verizon.net |
| David Frederick Morris | on behalf of Defendant James Cleary dfmorris48@verizon.net |
| David Frederick Morris | on behalf of Defendant Steve Chambers dfmorris48@verizon.net |
| David Frederick Morris | on behalf of Defendant G. Brossert dfmorris48@verizon.net |
| David Frederick Morris | on behalf of Defendant Randal Wallis dfmorris48@verizon.net |
| David Frederick Morris | on behalf of Defendant James Sundelius dfmorris48@verizon.net |
| David Frederick Morris | on behalf of Defendant Windfall Development Inc. dfmorris48@verizon.net |
| David Frederick Morris | on behalf of Defendant Ronald H. Willis dfmorris48@verizon.net |
| David Frederick Morris | on behalf of Defendant Retirement Rescue LLC dfmorris48@verizon.net |

David Frederick Morris
on behalf of Defendant R Squared Inc. dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant Abundant Income LLC dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant Guy Smith dfmorris48@verizon.net

David Frederick Morris
on behalf of Defendant Roger Lane dfmorris48@verizon.net

David L. Campbell
on behalf of Creditor The Bobbye Cozette Coleman Rev Liv Trust dcampbell@uplawtx.com

David L. Swanson
on behalf of Interested Party Stallings Family Limited Partnership L.P. dswanson@lockelord.com, ppateman@lockelord.com

David Lawrence Staab
on behalf of Defendant Coastal Equities Inc. david.staab@haynesboone.com

David M Bennett
on behalf of Defendant Life Partners Holdings Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Successor Trustee Life Partners Creditors' Trust david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Jointly Administered Party/Debtor Life Partners Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Consolidated debtor Life Partners Financial Services Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Plaintiff Somerset Partners Strategic Assets Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Trustee H. Thomas Moran II david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Debtor LPI Financial Services Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Plaintiff Life Partners Creditors Trust david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Trustee H. Thomas Moran II david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Debtor Life Partners Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Jointly Administered Party/Debtor LPI Financial Services Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Plaintiff Life Partners Creditors' Trust david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Plaintiff David Whitmire david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Plaintiff Stephen Eccles david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Plaintiff H Thomas Moran II david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust david.bennett@hklaw.com,

gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Counter-Defendant H. Thomas Moran II david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Interested Party Michael LaMothe david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors Trust david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
on behalf of Defendant Life Partners Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David R. Clouston
on behalf of Defendant Irish East India Co. dclouston@sessions-law.biz
jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

David R. Clouston
on behalf of Defendant Alpha & Omega Global Risk Management LP dclouston@sessions-law.biz,
jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

David R. Clouston
on behalf of Defendant AO Global LLC dclouston@sessions-law.biz,
jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

David R. Clouston
on behalf of Interested Party Chris Y. Rhodes dclouston@sessions.legal
jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

David R. Clouston
on behalf of Defendant Russell Hagan dclouston@sessions-law.biz
jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

David R. Clouston
on behalf of Defendant Petra World Wide Inc. dclouston@sessions-law.biz,
jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

Dax Daniel Voss
on behalf of Creditor Paul Durham dvoss@lubbocklawfirm.com clusk@lubbocklawfirm.com;jfrost@lubbocklawfirm.com

Deborah J. Penner
on behalf of Defendant Jane Louise Cansino deborahpenner@att.net deborahpenner@yahoo.com

Dena L Mathis
on behalf of Creditor Shamrock Life Settlement Inc. dena@mathislegal.com, diana@mathislegal.com

Dena L Mathis
on behalf of Defendant Alexandra Agencies Limited dena@mathislegal.com diana@mathislegal.com

Dena L Mathis
on behalf of Creditor Carteya Limited dena@mathislegal.com diana@mathislegal.com

Dena L Mathis
on behalf of Creditor Robin Rock Limited dena@mathislegal.com diana@mathislegal.com

Dena L Mathis
on behalf of Creditor Alexandra Agencies Limited dena@mathislegal.com diana@mathislegal.com

Dena L Mathis
on behalf of Defendant Carteya Limited dena@mathislegal.com diana@mathislegal.com

Dena L Mathis
on behalf of Defendant Robin Rock Ltd. dena@mathislegal.com, diana@mathislegal.com

Dena L Mathis
on behalf of Defendant Shamrock Life Settlement Inc. dena@mathislegal.com, diana@mathislegal.com

Dennis L. Roossien
on behalf of Plaintiff Life Partners Inc. droossien@munsch.com

Dennis L. Roossien
on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust droossien@munsch.com

Dennis L. Roossien
on behalf of Trustee Alan M. Jacobs droossien@munsch.com

Dennis L. Roossien
on behalf of Creditor Official Committee of Unsecured Creditors droossien@munsch.com

| | |
|---|---|
| Dennis L. Roossien | on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors Trust droossien@munsch.com |
| Dennis L. Roossien | on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors' Trust droossien@munsch.com |
| Dennis L. Roossien | on behalf of Plaintiff Life Partners Creditors Trust droossien@munsch.com |
| Dennis L. Roossien | on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust droossien@munsch.com |
| Dennis L. Roossien | on behalf of Plaintiff Life Partners Creditors' Trust droossien@munsch.com |
| Dennis L. Roossien | on behalf of Interested Party Life Partners Position Holder Trust droossien@munsch.com |
| Devon D. Sharp | on behalf of Plaintiff Life Partners Creditors' Trust dsharp@munsch.com sblackstock@munsch.com |
| Devon D. Sharp | on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors' Trust dsharp@munsch.com, sblackstock@munsch.com |
| Diane W. Sanders | on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com |
| Donna K. Webb | on behalf of Creditor Internal Revenue Service - IRS donna.webb@usdoj.gov brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov |
| Donna Kaye Rashti | on behalf of Creditor Estate of Bonell Rashti Deceased donna@rashtiandmitchell.com, dkrm@aol.com |
| Doug D. Skierski | on behalf of Defendant Eagle One Investments LLC fbo Infinity Asset Management, LLC dskierski@Skiamc.com |
| Doug D. Skierski | on behalf of Defendant Infinity Asset Management LLC dskierski@Skiamc.com |
| Douglas A. Daniels | on behalf of Creditor Betty Slaughter doug.daniels@dtlawyers.com |
| Drew Austin Lagow | on behalf of Defendant Middleton & Associates drew@rkcglaw.com |
| Drew Austin Lagow | on behalf of Defendant Bailey Financial drew@rkcglaw.com |
| Drew Austin Lagow | on behalf of Defendant Dennis Lagow drew@rkcglaw.com |
| E. Rhett Buck | on behalf of Intervenor-Plaintiff Prentiss G Crowe erhettbuck@aol.com |
| E. Rhett Buck | on behalf of Intervenor-Plaintiff Dolores K Crowe erhettbuck@aol.com |
| Edward A. Clarkson, III | on behalf of Creditor Official Committee of Unsecured Creditors edwardclarkson@huntonAK.com |
| Edward A. Clarkson, III | on behalf of Trustee Alan M. Jacobs edwardclarkson@huntonAK.com |
| Edward Michael Ratliff | on behalf of Creditor Janet L Earnest consumer.law@hotmail.com |
| Elizabeth Ziegler Young | on behalf of U.S. Trustee United States Trustee elizabeth.a.young@usdoj.gov |
| Eric J. Taube | on behalf of Creditor Penumbra Capital Life Settlement Fund MMXA LLC eric.taube@hklaw.com sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com |
| Eric J. Taube | on behalf of Creditor PJC Investments LLC eric.taube@hklaw.com, sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com |
| Eric J. Taube | on behalf of Plaintiff Penumbr4 LLC eric.taube@hklaw.com sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com |
| Eric J. Taube | on behalf of Plaintiff Penumbra Fund III LLC eric.taube@hklaw.com sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com |

Eric J. Taube
on behalf of Creditor KLI Investments LLC eric.taube@hklaw.com, sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube
on behalf of Plaintiff Penumbra Capital Life Settlement Fund-MMXA LLC eric.taube@hklaw.com sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube
on behalf of Creditor Penumbra Fund III LLC eric.taube@hklaw.com sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube
on behalf of Creditor KLI Investments LP eric.taube@hklaw.com, sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube
on behalf of Creditor Penumbr4 LLC eric.taube@hklaw.com sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube
on behalf of Plaintiff Penumbra Capital Fund-2012 LLC eric.taube@hklaw.com sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube
on behalf of Creditor Penumbra Capital Fund 2012 LLC eric.taube@hklaw.com sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube
on behalf of Plaintiff KLI Investments LP eric.taube@hklaw.com, sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Erin Marie Schmidt
on behalf of Defendant United States Trustee ustpregion06.da.ecf@usdoj.gov erin.schmidt2@usdoj.gov

Erin Marie Schmidt
on behalf of U.S. Trustee United States Trustee ustpregion06.da.ecf@usdoj.gov erin.schmidt2@usdoj.gov

F. Leighton Durham, III
on behalf of Defendant ACHIM Reinhart DBA Lifeset TBB ldurham@dpslawgroup.com klassiter@dpslawgroup.com;rpainter@painterfirm.com

Fareed Kaisani
on behalf of Trustee Alan M. Jacobs fkaisani@pcrfirm.com lmarczak@pcrfirm.com

Fareed I. Kaisani
on behalf of Plaintiff Alan M. Jacobs as Trustee of the Life Partners Creditors' Trust fareed.kaisani@bakerbotts.com, lmarczak@pcrfirm.com

Fareed I. Kaisani
on behalf of Plaintiff Life Partners Creditors' Trust fareed.kaisani@bakerbotts.com lmarczak@pcrfirm.com

Fareed I. Kaisani
on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust fareed.kaisani@bakerbotts.com, lmarczak@pcrfirm.com

Forshey & Prostok LLP
jrf@forsheyprostok.com

Franklin L. Broyles
on behalf of Intervenor-Plaintiff Jay C. Wittwer frank.broyles@utexas.edu fbknarff@gmail.com

Franklin L. Broyles
on behalf of Intervenor-Plaintiff George and Katherine King Living Trust frank.broyles@utexas.edu fbknarff@gmail.com

Franklin L. Broyles
on behalf of Creditor Paul S. Worrell frank.broyles@utexas.edu fbknarff@gmail.com

Franklin L. Broyles
on behalf of Intervenor-Plaintiff Brandee Lee Price frank.broyles@utexas.edu fbknarff@gmail.com

Franklin L. Broyles
on behalf of Intervenor-Plaintiff Ronald P. Cundick frank.broyles@utexas.edu fbknarff@gmail.com

Franklin L. Broyles
on behalf of Intervenor-Plaintiff Howard S. and Tresa D. Fish Family Trust frank.broyles@utexas.edu fbknarff@gmail.com

Franklin L. Broyles
on behalf of Intervenor-Plaintiff Austin Trust frank.broyles@utexas.edu fbknarff@gmail.com

Franklin L. Broyles
on behalf of Intervenor-Plaintiff James C. Neel Family Trust frank.broyles@utexas.edu fbknarff@gmail.com

Franklin L. Broyles
on behalf of Intervenor-Plaintiff Patricia L. Cundick frank.broyles@utexas.edu fbknarff@gmail.com

Franklin Scott Flow
on behalf of Creditor Goligowski Family Trust fsflow@flowlaw.com flf7694@flowlaw.com

| | |
|---|---|
| Franklin Scott Flow | on behalf of Creditor Daphna W. Fuller fsflow@flowlaw.com flf7694@flowlaw.com |
| Fred R. Norton, Jr. | on behalf of Creditor Barbara A. Wilson phred@nortonandwood.com |
| Frederick E. Walker | on behalf of Intervenor-Plaintiff John R. Matheny fredwalkerlaw@yahoo.com ecfcourtmail@yahoo.com |
| G. Kevin Buchanan | on behalf of Debtor Life Partners Holdings Inc. courtfilings@kevinbuchananlaw.com |
| G. Kevin Buchanan | on behalf of Spec. Counsel Kevin Buchanan & Associates courtfilings@kevinbuchananlaw.com |
| Gary R Sorden | on behalf of Defendant MDH Interests LLC gsorden@coleschotz.com, ahickey@coleschotz.com |
| George David Gordon | on behalf of Defendant John C. Covey Sr. gdgordon@bgdlaw.net |
| George David Gordon | on behalf of Defendant Gregg M. Cune gdgordon@bgdlaw.net |
| George Donald McDonald | on behalf of Defendant GO Financial Services Inc. Mcdonaldgeo@aol.com |
| George H. Barber | on behalf of Creditor Transparency Alliance LLC gbarber@bradley.com sbyrd@bradley.com;gbarberbradley@ecf.courtdrive.com;george-barber-8068@ecf.pacerpro.com |
| Gerrit M. Pronske | on behalf of Debtor Life Partners Holdings Inc. gpronske@spencerfane.com, jkathman@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com |
| Gilbert Craig Hubble | on behalf of Intervenor-Plaintiff Clifford T Emerick gcraighubble@gmail.com leloni36@gmail.com |
| Greggory D. Lundberg | on behalf of Intervenor-Plaintiff Don L Lundberg gregg@lundberg-law.com tschwartz@gdllawyer.com |
| Gregory A. Lowry | on behalf of Intervenor-Plaintiff Stallings Family Limited Partnership L.P. glowry@lockelord.com |
| Gregory A. Lowry | on behalf of Interested Party Stallings Family Limited Partnership L.P. greglowry33@gmail.com |
| Gregory A. Lowry | on behalf of Attorney Locke Lord LLP greglowry33@gmail.com |
| Gregory A. Lowry | on behalf of Intervenor-Plaintiff The Muerto Fund LLC glowry@lockelord.com |
| Gregory Wayne Mitchell | on behalf of Defendant David Watlington greg@mitchellps.com ecfnotices@mitchellps.com |
| H. Jefferson LeForce | on behalf of Creditor Evergreen II Lifeplan fund LP jleforce@leforcelaw.com |
| H. Jefferson LeForce | on behalf of Creditor Evergreen III Lifeplan Fund LLC jleforce@leforcelaw.com |
| H. Jefferson LeForce | on behalf of Creditor Pillar 3 Life Settlement Fund LP jleforce@leforcelaw.com |
| H. Jefferson LeForce | on behalf of Creditor Pillar 4 Life Settlement Fund LP jleforce@leforcelaw.com |
| H. Jefferson LeForce | on behalf of Creditor Evergreen Lifeplan Fund LP jleforce@leforcelaw.com |
| H. Jefferson LeForce | on behalf of Creditor Black Diamond Lifeplan Fund LP jleforce@leforcelaw.com |
| H. Jefferson LeForce | on behalf of Creditor Pillar Life Settlement Fund I LP jleforce@leforcelaw.com |
| H. Jefferson LeForce | on behalf of Creditor Pillar 5 Life Settlement Fund LP jleforce@leforcelaw.com |
| H. Jefferson LeForce | on behalf of Creditor Pillar II Life Settlement Fund LP jleforce@leforcelaw.com |

| | |
|---|---|
| Harmony A. Mappes | on behalf of Defendant Eagle One Investments LLC fbo Infinity Asset Management, LLC harmony.mappes@faegrebd.com |
| Harmony A. Mappes | on behalf of Defendant Infinity Asset Management LLC harmony.mappes@faegrebd.com |
| Heather Berkowitz | on behalf of Creditor Sparta Group MA LLC Series 20 dwolfe@asmcapital.com |
| Heather Berkowitz | on behalf of Creditor ASM SPV L.P. dwolfe@asmcapital.com |
| Heather Berkowitz | on behalf of Creditor ASM Insolve L.P. dwolfe@asmcapital.com |
| Heather Berkowitz | on behalf of Creditor ASM Capital V L.P. dwolfe@asmcapital.com |
| Howard Marc Spector | on behalf of Defendant Price L. Johnson P.C. hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com |
| Hunter Brandon Jones | on behalf of Attorney Shannon Gracey Ratliff & Miller brandon@bondsellis.com linda.gordon@bondsellis.com |
| Hunter Brandon Jones | on behalf of Creditor Louise G. Lasater Family Trust brandon@bondsellis.com linda.gordon@bondsellis.com |
| I. Richard Levy | on behalf of Creditor Mary Ann Stocker levy@bgvllp.com |
| I. Richard Levy | on behalf of Creditor Earnest Eugene Stocker levy@bgvllp.com |
| J. Casey Roy | on behalf of Interested Party Texas Department of Banking casey.roy@oag.texas.gov |
| J. Casey Roy | on behalf of Interested Party Texas Department of Insurance casey.roy@oag.texas.gov |
| J. David Dickson | on behalf of Creditor Advance Trust & Life Escrow Services LTA dickson@thetexasfirm.com, perez@thetexasfirm.com;day@thetexasfirm.com;harrison@thetexasfirm.com;pattillo@thetexasfirm.com |
| J. David Dickson | on behalf of Interested Party Purchase Escrow Services LLC dickson@thetexasfirm.com, perez@thetexasfirm.com;day@thetexasfirm.com;harrison@thetexasfirm.com;pattillo@thetexasfirm.com |
| J. Machir Stull | on behalf of Creditor Certain IRA Investors mstull@jw.com kgradney@jw.com;dtrevino@jw.com;azuniga@jw.com |
| J. Machir Stull | on behalf of Jointly Administered Party/Debtor LPI Financial Services Inc. mstull@jw.com, kgradney@jw.com;dtrevino@jw.com;azuniga@jw.com |
| J. Matthew Goodin | on behalf of Creditor Transparency Alliance LLC jmgoodin@lockelord.com |
| J. Michael Sutherland | on behalf of Defendant Fred Dewald msutherland@ccsb.com lsparks@ccsb.com |
| J. Michael Sutherland | on behalf of Defendant Harold Rafuse msutherland@ccsb.com lsparks@ccsb.com |
| J. Michael Sutherland | on behalf of Defendant Tad Ballantyne msutherland@ccsb.com lsparks@ccsb.com |
| J. Robert Forshey | on behalf of Attorney Forshey & Prostok LLP bforshey@forsheyprostok.com calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com ;forsheyprostokllp@jubileebk.net |
| J. Seth Moore | on behalf of Creditor Robert J. Martinez semoore@swlaw.com dedwards@swlaw.com;docket_den@swlaw.com |
| J. Seth Moore | on behalf of Creditor RT & PY Myles Revocable Living Trust semoore@swlaw.com dedwards@swlaw.com;docket_den@swlaw.com |
| Jack Balderson, Jr. | on behalf of Creditor Second Ad Hoc Committee of Fractional Interest Investors in Life Settlement Policies jack@baldersonlaw.com |

Jack Nicholas Fuerst
on behalf of Defendant Inspired Alternative Investments jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Lana Borbas jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant WWWF Fund LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Norman Lorentz jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Robert D. Phillips jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Bruce C. Sandelin jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Much Financial Services jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Fei Havenor jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant United Senior Advisors Group jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant The Arbitrage Advisory Group Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Thomas Quinn jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Annui Corp Services Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Lanning Financial Inc. jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Attorney Jack N Fuerst jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Chartwell Asset Management Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Paula Izzard Properties LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Garry Madaline jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Randy Martens jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Harry J. Wilson Insurancecenter Inc. jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Jay Heimburger jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant CPF Health Benefits Insurance Agency Inc. jfuerst@sbcglobal.net,
fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Ronald Coleman jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Sandra Knoy jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Disciplined Advisor Network Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Entrepreneur Choice Fund II LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Nicholas Munds jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Lois M. Abbott jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Crimson Fund-1 LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Joseph Borino jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant William G. Ball jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant BAAPLIFE2-2014 LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant John Compton Jr. jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Charter Financial Group LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Wesley Davidson jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Worth Financial Group Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Smith & Ballard jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Golden Eagle Fund 16 LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant American Money Group Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant BAAPLIFE1-2013 LLC jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Fanny W. Chan jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Creditor Jack N Fuerst jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Jim W. Bell jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Pillar I LS Fund LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Stonebridge Capital LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Dan OBrien jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant JBH Securities jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Cody Biggs jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Scott Scholz jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Ronnie Knoy jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Harvey Stein jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Thomas R. Wilson jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Charles Clarkson jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant James Billington jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant David M. Compton Inc. jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant IFC Safe Holdings LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

| | |
|---|---|
| Jack Nicholas Fuerst | on behalf of Defendant John Young jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com |
| Jack Nicholas Fuerst | on behalf of Defendant Charter Insurance Brokerage Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com |
| Jack Nicholas Fuerst | on behalf of Defendant Gregory Dailey jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com |
| Jack Nicholas Fuerst | on behalf of Defendant Brazos Life Settlement Fund jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com |
| Jack Nicholas Fuerst | on behalf of Defendant Advance Level Solutions LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com |
| Jack Nicholas Fuerst | on behalf of Defendant Frank Benischeck jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com |
| Jack Nicholas Fuerst | on behalf of Defendant Growth Partners Intl D-B-A Growth Partners Ins. Agency LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com |
| Jack Nicholas Fuerst | on behalf of Defendant Alvin L. Lee jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com |
| Jack Nicholas Fuerst | on behalf of Defendant Michael Lloyd jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com |
| Jack Nicholas Fuerst | on behalf of Defendant Joshua Peck jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com |
| Jack Nicholas Fuerst | on behalf of Defendant John J. Eisz jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com |
| Jack Nicholas Fuerst | on behalf of Defendant Jackie Lankton jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com |
| Jack Nicholas Fuerst | on behalf of Defendant William Mausen jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com |
| Jack Nicholas Fuerst | on behalf of Defendant Steve Feeken jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com |
| Jack Nicholas Fuerst | on behalf of Defendant Kevin Kraemer jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com |
| James Craig Orr, Jr. | on behalf of Interested Party MDL Plaintiffs jim@hop-law.com jessie@hop-law.com |
| James Craig Orr, Jr. | on behalf of Creditor John Willingham MDL Group jim@hop-law.com jessie@hop-law.com |
| James Craig Orr, Jr. | on behalf of Interested Party McDermott Plaintiffs jim@hop-law.com jessie@hop-law.com |
| James Jay Lee | on behalf of Interested Party Life Partners Position Holder Trust jimlee@velaw.com |
| James Jay Lee | on behalf of Plaintiff Life Partners Position Holder Trust jimlee@velaw.com |
| James L. Schutza | on behalf of Creditor Tedder Family Trust jschutza@sbcglobal.net jschutza@att.net |
| James L. Schutza | on behalf of Interested Party 111 Farm and Ranch L.P. jschutza@sbcglobal.net, jschutza@att.net |
| James M. McGee | on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors Trust jmcgee@munsch.com, lgarrett@munsch.com |
| James M. McGee | on behalf of Creditor Life Partners Creditors' Trust jmcgee@munsch.com lgarrett@munsch.com |
| James M. McGee | on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors' Trust jmcgee@munsch.com, lgarrett@munsch.com |
| James M. McGee | on behalf of Trustee Alan M. Jacobs jmcgee@munsch.com lgarrett@munsch.com |
| James M. McGee | on behalf of Plaintiff Life Partners Creditors Trust jmcgee@munsch.com lgarrett@munsch.com |
| James M. McGee | |

on behalf of Plaintiff Alan M. Jacobs jmcgee@munsch.com lgarrett@munsch.com

James M. McGee
on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust jmcgee@munsch.com, lgarrett@munsch.com

James M. McGee
on behalf of Plaintiff Alan M. Jacobs jmcgee@munsch.com lgarrett@munsch.com

James M. McGee
on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust jmcgee@munsch.com, lgarrett@munsch.com

James M. McGee
on behalf of Plaintiff Life Partners Creditors' Trust jmcgee@munsch.com lgarrett@munsch.com

James Sanford Brouner
on behalf of Creditor D.W. Skelton jbrouner@haywardfirm.com

Jarold Lee Apple
on behalf of Intervenor-Plaintiff Elmer Terrell Hodges bapple@2027law.com

Jarold Lee Apple
on behalf of Interested Party E. Terrell Hodges bapple@2027law.com

Jason Alexander Enright
on behalf of Plaintiff Life Partners Creditors' Trust jenright@munsch.com

Jason Alexander Enright
on behalf of Plaintiff Alan M. Jacobs jenright@munsch.com

Jason Alexander Enright
on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust jenright@munsch.com

Jason Michael Katz
on behalf of Creditor AMY HIETT AS EXECUTOR OF THE ESTATE OF JAMES E. NAILLING jkatz@ccsb.com, wmartinez@ccsb.com,talvarado@ccsb.com

Jason Michael Katz
on behalf of Creditor AMY HIETT jkatz@ccsb.com wmartinez@ccsb.com,talvarado@ccsb.com

Jason Mitchell Little
on behalf of Defendant Ella Oliver mitch.little@solidcounsel.com

Jason Mitchell Little
on behalf of Defendant Mark McKay mitch.little@solidcounsel.com

Jason Patrick Kathman
on behalf of Debtor Life Partners Holdings Inc. jkathman@spencerfane.com, gpronske@spencerfane.com;mclontz@spencerfane.com;lvargas@spencerfane.com

Jason S. Brookner
on behalf of Interested Party Vida Capital Inc. jbrookner@grayreed.com, lwebb@grayreed.com;acarson@grayreed.com

Jason T. Rodriguez
on behalf of Creditor Certain Shareholders of Life Partners Holdings Inc. jrodriguez@higierallen.com, cfincher@higierallen.com

Jason T. Rodriguez
on behalf of Attorney Aguirre Law APC jrodriguez@higierallen.com, cfincher@higierallen.com

Jason T. Rodriguez
on behalf of Attorney Local counsel for Gary Aguirre as Counsel for certain Shareholders jrodriguez@higierallen.com cfincher@higierallen.com

Jay Ong
on behalf of Debtor Life Partners Holdings Inc. jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Other Professional Lewis & Ellis Inc. and D3G Capital Management, LLC jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Trustee H. Thomas Moran II jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Trustee Alan M. Jacobs jong@munsch.com amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Interested Party The Governing Trust Board of the Life Partners Position Holder Trust and the Life Partners Creditors' Trust jong@munsch.com amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust jong@munsch.com,

amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Creditor Official Committee of Unsecured Creditors jong@munsch.com
amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jeff P. Prostok
on behalf of Debtor Life Partners Holdings Inc. jprostok@forsheyprostok.com,
calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com;
khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net

Jeffrey A. Baruh
on behalf of Defendant Donald Bergis jbaruh@ahklaw.com delston@ahklaw.com

Jeffrey A. Baruh
on behalf of Defendant Jared M. Elson jbaruh@ahklaw.com delston@ahklaw.com

Jeffrey B. Mead
on behalf of Creditor Transparency Alliance LLC jmead@lockelord.com srobinson@lockelord.com

Jeffrey D. Sternklar
on behalf of Interested Party Langston Law Firm LPI Settlement LLP jeffrey@sternklarlaw.com

Jeffrey D. Sternklar
on behalf of Interested Party Michael Arnold jeffrey@sternklarlaw.com

Jeffrey D. Sternklar
on behalf of Interested Party Steve South jeffrey@sternklarlaw.com

Jeffrey D. Sternklar
on behalf of Interested Party Christine Duncan jeffrey@sternklarlaw.com

Jeffrey D. Sternklar
on behalf of Interested Party John S Ferris jeffrey@sternklarlaw.com

Jeffrey D. Sternklar
on behalf of Interested Party Janet Arnold jeffrey@sternklarlaw.com

Jeffrey R. Erler
on behalf of Creditor Philip M. Garner jerler@erlerpc.com gmgtemp@ghetrial.com

Jeffrey R. Erler
on behalf of Interested Party Michael Arnold jerler@erlerpc.com gmgtemp@ghetrial.com

Jeffrey R. Erler
on behalf of Interested Party Amicus Curiae Fractional Interest Holders jerler@erlerpc.com gmgtemp@ghetrial.com

Jeffrey R. Erler
on behalf of Creditor Certain IRA Investors jerler@erlerpc.com gmgtemp@ghetrial.com

Jeffrey R. Erler
on behalf of Interested Party Ad Hoc Committee of Fractional Insurance Beneficiaries of Life Partners Inc. jerler@erlerpc.com,
gmgtemp@ghetrial.com

Jeffrey R. Erler
on behalf of Interested Party Janet Arnold jerler@erlerpc.com gmgtemp@ghetrial.com

Jeffrey Raymond McCombs
on behalf of Interested Party Sharon Ames cabmandu@sbcglobal.net

Jeffrey Raymond McCombs
on behalf of Intervenor-Plaintiff Sharon Ames cabmandu@sbcglobal.net

Jennifer Rudenick Ecklund
on behalf of Successor Trustee Life Partners Creditors' Trust jecklund@thompsoncoburn.com lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Defendant Life Partners Inc. jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Plaintiff H Thomas Moran II jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Counter-Defendant Asset Services Group LLC jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Consolidated debtor Life Partners Financial Services Inc. jecklund@thompsoncoburn.com,
lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Plaintiff Alan M. Jacobs jecklund@thompsoncoburn.com lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund

on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors' Trust jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Trustee H. Thomas Moran II jecklund@thompsoncoburn.com lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors Trust jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Plaintiff Life Partners Creditors Trust jecklund@thompsoncoburn.com lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Debtor Life Partners Holdings Inc. jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Plaintiff Life Partners Creditors' Trust jecklund@thompsoncoburn.com lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund
on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jenny C. Parks
on behalf of Creditor Patricia K. Gibson jennycparksattorney@gmail.com

Jesse R. Castillo
on behalf of Attorney Jesse R. Castillo jcastillo@casnlaw.com

Jesse R. Castillo
on behalf of Creditor Helio Medina jcastillo@casnlaw.com

Jesse R. Castillo
on behalf of Creditor Mary Alice Medina jcastillo@casnlaw.com

John A. Hixson
on behalf of Intervenor-Plaintiff James McAlister maria@hixsonstringham.com hlfnotices@gmail.com,lee@hixsonstringham.com,hixsonbkr@hotmail.com

John A. Hixson
on behalf of Intervenor-Plaintiff Thomas L. Kratzer maria@hixsonstringham.com hlfnotices@gmail.com,lee@hixsonstringham.com,hixsonbkr@hotmail.com

John A. Hixson
on behalf of Intervenor-Plaintiff Connie Allen Kratzer maria@hixsonstringham.com hlfnotices@gmail.com,lee@hixsonstringham.com,hixsonbkr@hotmail.com

John A. Hixson
on behalf of Intervenor-Plaintiff Alice Ann Farrell maria@hixsonstringham.com hlfnotices@gmail.com,lee@hixsonstringham.com,hixsonbkr@hotmail.com

John A. Leonard
on behalf of Creditor James R. Mitchell lenbiz@rlklaw.net lenlaw@rlklaw.net

John A. Leonard
on behalf of Creditor Judy Mitchell lenbiz@rlklaw.net lenlaw@rlklaw.net

John A. Woodcock
on behalf of Creditor Kenneth M. Nelson jwoodcock@bernsteinshur.com mlibby@bernsteinshur.com;rlearned@bernsteinshur.com

John Albert Basinger
on behalf of Defendant Lincoln National Life Insurance Company jbasinger@saul.com

John C. Leininger
on behalf of Plaintiff Philip M. Garner jcl@sbbolaw.com cpoteete@os.law

John C. Leininger
on behalf of Plaintiff Christine Duncan jcl@sbbolaw.com cpoteete@os.law

John C. Leininger
on behalf of Plaintiff Michael Arnold jcl@sbbolaw.com cpoteete@os.law

John C. Leininger
on behalf of Creditor Philip M. Garner jcl@os.law cpoteete@os.law

John C. Leininger
on behalf of Plaintiff John S Ferris jcl@sbbolaw.com cpoteete@os.law

John C. Leininger
on behalf of Plaintiff John S. Ferris jcl@sbbolaw.com cpoteete@os.law

John C. Leininger

| | |
|---|---|
| | on behalf of Plaintiff Steve South as Trustee for and on behalf of The South Living Trust jcl@sbbolaw.com, cpoteete@os.law |
| John C. Leininger | on behalf of Plaintiff Janet Arnold jcl@sbbolaw.com cpoteete@os.law |
| John C. Leininger | on behalf of Interested Party Amicus Curiae Fractional Interest Holders jcl@os.law cpoteete@os.law |
| John C. Leininger | on behalf of Creditor Certain IRA Investors jcl@os.law cpoteete@os.law |
| John C. Leininger | on behalf of Interested Party Ad Hoc Committee of Fractional Insurance Beneficiaries of Life Partners Inc. jcl@os.law, cpoteete@os.law |
| John C. Leininger | on behalf of Interested Party Langston Law Firm jcl@os.law cpoteete@os.law |
| John C. Leininger | on behalf of Interested Party Philip Garner jcl@os.law cpoteete@os.law |
| John C. Leininger | on behalf of Interested Party Michael Arnold jcl@os.law cpoteete@os.law |
| John C. Leininger | on behalf of Interested Party Langston Law Firm LPI Settlement LLP jcl@os.law, cpoteete@os.law |
| John C. Leininger | on behalf of Interested Party Janet Arnold jcl@os.law cpoteete@os.law |
| John C. Leininger | on behalf of Plaintiff Steve South jcl@sbbolaw.com cpoteete@os.law |
| John D. Fraser | on behalf of Creditor NDivision Inc. jfraser@fbfk.law, kross@fbfk.law |
| John J. Kane | on behalf of Creditor Baron Aldrine jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com |
| John J. Kane | on behalf of Defendant DeWitt & Dunn LLC jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com |
| John J. Kane | on behalf of Defendant Lakeside Equity Partners Inc. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com |
| John L. Green | on behalf of Creditor Caryn Ayers jlgreen488@aol.com |
| John M. Saltarelli | on behalf of Defendant Don Wilson jmsaltarelli@rmemail.com stsimpson@rmemail.com |
| John M. Saltarelli | on behalf of Counter-Claimant Don Wilson jmsaltarelli@rmemail.com stsimpson@rmemail.com |
| John M. Saltarelli | on behalf of Defendant Ray Hughes jmsaltarelli@rmemail.com stsimpson@rmemail.com |
| John M. Saltarelli | on behalf of Defendant Kevin Jones jmsaltarelli@rmemail.com stsimpson@rmemail.com |
| John M. Saltarelli | on behalf of Counter-Claimant Kevin Jones jmsaltarelli@rmemail.com stsimpson@rmemail.com |
| John M. Saltarelli | on behalf of Counter-Claimant Robert H. Watlington jmsaltarelli@rmemail.com stsimpson@rmemail.com |
| John M. Saltarelli | on behalf of Defendant Vernon Bell jmsaltarelli@rmemail.com stsimpson@rmemail.com |
| John M. Saltarelli | on behalf of Defendant William V. Mozek Jr. jmsaltarelli@rmemail.com, stsimpson@rmemail.com |
| John M. Saltarelli | on behalf of Counter-Claimant Vernon Bell jmsaltarelli@rmemail.com stsimpson@rmemail.com |
| John M. Saltarelli | on behalf of Defendant Robert H. Watlington jmsaltarelli@rmemail.com stsimpson@rmemail.com |
| John M. Saltarelli | on behalf of Counter-Claimant William V. Mozek Jr. jmsaltarelli@rmemail.com, stsimpson@rmemail.com |
| John M. Saltarelli | on behalf of Defendant Joe Martinez jmsaltarelli@rmemail.com stsimpson@rmemail.com |

John P. Lewis, Jr.
on behalf of Intervenor-Plaintiff Aaron T. Bartel jplewis@haywardfirm.com mholmes@haywardfirm.com

John P. Lewis, Jr.
on behalf of Creditor James K Beeson jplewis@haywardfirm.com mholmes@haywardfirm.com

John P. Lewis, Jr.
on behalf of Intervenor-Plaintiff James K Beeson jplewis@haywardfirm.com mholmes@haywardfirm.com

John P. Lewis, Jr.
on behalf of Creditor Wanda L. Beeson jplewis@haywardfirm.com mholmes@haywardfirm.com

John P. Lewis, Jr.
on behalf of Intervenor-Plaintiff Francis E Zehr jplewis@haywardfirm.com mholmes@haywardfirm.com

John P. Lewis, Jr.
on behalf of Intervenor-Plaintiff Kathryn L Anderson jplewis@haywardfirm.com mholmes@haywardfirm.com

John P. Lewis, Jr.
on behalf of Intervenor-Plaintiff Donna S. Baker jplewis@haywardfirm.com mholmes@haywardfirm.com

John P. Lewis, Jr.
on behalf of Intervenor-Plaintiff Wanda L. Beeson jplewis@haywardfirm.com mholmes@haywardfirm.com

John P. Lewis, Jr.
on behalf of Creditor Loofburrow Family Revocable Living Trust jplewis@haywardfirm.com mholmes@haywardfirm.com

John Thomas Boyd, Jr.
on behalf of Intervenor-Plaintiff Hector Robert Garcia tboyd@amaonline.com

John Thomas Boyd, Jr.
on behalf of Intervenor-Plaintiff Thelma Roberta McFall tboyd@amaonline.com

John Thomas Boyd, Jr.
on behalf of Intervenor-Plaintiff Jack D. Vaughn tboyd@amaonline.com

John Thomas Boyd, Jr.
on behalf of Creditor Thelma Roberta McFall IRA tboyd@amaonline.com

John Thomas Boyd, Jr.
on behalf of Intervenor-Plaintiff Charlotte Polvado tboyd@amaonline.com

John Thomas Boyd, Jr.
on behalf of Creditor Charlotte Polvado tboyd@amaonline.com

Jonathan Covin
on behalf of Creditor John Gissas jonathan.covin@wickphillips.com brenda.ramirez@wickphillips.com

Jonathan Alexander Gitlin
on behalf of Creditor Mary Frances Gardner jonathan.gitlin@rsbfirm.com
jonathan@jgtxlaw.com,jonathan.gitlin@gmail.com,ksantiago@patellegal.com,khill@patellegal.com

Joseph Acosta
on behalf of Interested Party Jeraldine E Rasco acosta.joseph@dorsey.com

Joseph E. Sarachek
on behalf of Creditor LPAQ LLC. joe@saracheklawfirm.com

Joseph F Postnikoff
on behalf of Creditor Etta Dean Musgrave JPostnikoff@romclaw.com mwilson@romclaw.com

Joseph F Postnikoff
on behalf of Creditor Gary T Moulder JPostnikoff@romclaw.com mwilson@romclaw.com

Joseph F Postnikoff
on behalf of Creditor Individual Fractional Interest and IRA Note Holders JPostnikoff@romclaw.com mwilson@romclaw.com

Joseph F Postnikoff
on behalf of Attorney Goodrich Postnikoff & Associates LLP JPostnikoff@romclaw.com, mwilson@romclaw.com

Joseph J. Wielebinski, Jr.
on behalf of Creditor Official Committee of Unsecured Creditors jwielebinski@munsch.com kknight@winstead.com

Joseph J. Wielebinski, Jr.
on behalf of Attorney Creditors Committee jwielebinski@munsch.com kknight@winstead.com

Joseph M. Coleman
on behalf of Creditor LMS Enterprise Inc. Pension Plan/Profit Sharing jcoleman@krcl.com,
ecf@krcl.com;jcoleman@ecf.courtdrive.com

Joseph M. Coleman
on behalf of Creditor My Bee Inc. Pension Plan/Profit Sharing Plan jcoleman@krcl.com,
ecf@krcl.com;jcoleman@ecf.courtdrive.com

| | |
|---|---|
| Josephine Garrett | on behalf of Interested Party Durand Gilbert filing@jgarrettlaw.com |
| Josephine Garrett | on behalf of Creditor Susan M. McKee filing@jgarrettlaw.com |
| Josephine Garrett | on behalf of Creditor Brandon Koonsman filing@jgarrettlaw.com |
| Josephine Garrett | on behalf of Creditor Rocky Canyon Investments LP filing@jgarrettlaw.com |
| Josephine Garrett | on behalf of Attorney Josephine Garrett PC filing@jgarrettlaw.com |
| Josephine Garrett | on behalf of Creditor Deborah Yandle filing@jgarrettlaw.com |
| Joshua A. Scerbo | on behalf of Plaintiff Shea Ostreicher jscerbo@cll-law.com |
| Joshua A. Scerbo | on behalf of Creditor Shea Ostreicher jscerbo@cll-law.com |
| Joshua Lee Shepherd | on behalf of Interested Party Life Partners Position Holder Trust jshepherd@qslwm.com dcruz@qslwm.com |
| Joshua Lee Shepherd | on behalf of Trustee Michael J. Quilling jshepherd@qslwm.com dcruz@qslwm.com |
| Joshua Lee Shepherd | on behalf of Counter-Defendant Michael J. Quilling jshepherd@qslwm.com dcruz@qslwm.com |
| Joshua Lee Shepherd | on behalf of Plaintiff Michael J. Quilling jshepherd@qslwm.com dcruz@qslwm.com |
| Joshua P. Searcy | on behalf of Intervenor-Plaintiff Wade Johnson jpsearcy@gmail.com ecf@searcyfirm.com |
| Joshua P. Searcy | on behalf of Creditor MJL Thomas Investments LLC jpsearcy@gmail.com, ecf@searcyfirm.com |
| Joshua P. Searcy | on behalf of Intervenor-Plaintiff MJL Thomas Investments LLC jpsearcy@gmail.com, ecf@searcyfirm.com |
| Joyce W. Lindauer | on behalf of Creditor Betty Ockwood joyce@joycelindauer.com dian@joycelindauer.com |
| Joyce W. Lindauer | on behalf of Creditor Bob Shearn joyce@joycelindauer.com dian@joycelindauer.com |
| Julian Preston Vasek | on behalf of Intervenor-Plaintiff First Viatical Settlements Fund Ltd. jvasek@munsch.com, hvalentine@munsch.com,CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Creditor First Viatical Settlement Fund Ltd. jvasek@munsch.com, hvalentine@munsch.com,CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Trustee Alan M. Jacobs jvasek@munsch.com hvalentine@munsch.com,CourtMail@munsch.com |
| Julie Johnston-Ahlen | on behalf of Creditor Transparency Alliance LLC jja@novackmacey.com |
| Kalju Nekvasil | on behalf of Creditor Ronald L. Lipham gnmain@gnfirm.com |
| Kalju Nekvasil | on behalf of Creditor Patricia J. Miers gnmain@gnfirm.com |
| Kalju Nekvasil | on behalf of Creditor James J. Kramer gnmain@gnfirm.com |
| Kalju Nekvasil | on behalf of Creditor Robert E. Little gnmain@gnfirm.com |
| Kalju Nekvasil | on behalf of Creditor Paul G. Ringmacher gnmain@gnfirm.com |
| Kalju Nekvasil | on behalf of Creditor Frances A. Nick gnmain@gnfirm.com |

Kalju Nekvasil
on behalf of Creditor Cie Ann Scott gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Travis G Dunaway gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Stanley Dennis gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Jenny L. DeShields gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Richard T. McEvers gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Timothy Parker gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Aaron M. Scott gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Faye D. Lipham gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Alford R. DeShields gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor James K. Newton gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Songul Atay gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Bob J. Nick gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Mary R. McEvers gnmain@gnfirm.com

Kalju Nekvasil
on behalf of Creditor Sylvia Ringmacher gnmain@gnfirm.com

Katharine Battaia Clark
on behalf of Debtor Life Partners Holdings Inc. kclark@thompsoncoburn.com, smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark
on behalf of Debtor LPI Financial Services Inc. kclark@thompsoncoburn.com, smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark
on behalf of Consolidated debtor Life Partners Financial Services Inc. kclark@thompsoncoburn.com, smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark
on behalf of Attorney Thompson & Knight LLP kclark@thompsoncoburn.com smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark
on behalf of Debtor Life Partners Inc. kclark@thompsoncoburn.com, smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark
on behalf of Defendant Life Partners Inc. kclark@thompsoncoburn.com, smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark
on behalf of Trustee H. Thomas Moran II kclark@thompsoncoburn.com, smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark
on behalf of Jointly Administered Party/Debtor Life Partners Inc. kclark@thompsoncoburn.com, smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com

Katharine Battaia Clark

| | |
|---|---|
| | on behalf of Trustee H. Thomas Moran II kclark@thompsoncoburn.com smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com |
| Katharine Battaia Clark | on behalf of Jointly Administered Party/Debtor LPI Financial Services Inc. kclark@thompsoncoburn.com, smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;dwhitaker@thompsoncoburn.com |
| Katherine T. Hopkins | on behalf of Defendant Rusty Kelley d/b/a Blackridge katherine.thomas@kellyhart.com |
| Katherine T. Hopkins | on behalf of Defendant Blackridge katherine.thomas@kellyhart.com |
| Katherine T. Hopkins | on behalf of Defendant Clayton Pitts d/b/a Pitts-TRC katherine.thomas@kellyhart.com |
| Keith L. Langston | on behalf of Plaintiff Philip M. Garner klangston@langston-lawfirm.com |
| Keith L. Langston | on behalf of Interested Party John S Ferris klangston@langston-lawfirm.com |
| Keith L. Langston | on behalf of Interested Party Christine Duncan klangston@langston-lawfirm.com |
| Keith L. Langston | on behalf of Interested Party Michael Arnold klangston@langston-lawfirm.com |
| Keith L. Langston | on behalf of Creditor Philip M. Garner klangston@langston-lawfirm.com |
| Keith L. Langston | on behalf of Interested Party Philip Garner klangston@langston-lawfirm.com |
| Keith L. Langston | on behalf of Interested Party Steve South klangston@langston-lawfirm.com |
| Keith L. Langston | on behalf of Interested Party Janet Arnold klangston@langston-lawfirm.com |
| Keith L. Langston | on behalf of Creditor Certain IRA Investors klangston@langston-lawfirm.com |
| Keith L. Langston | on behalf of Interested Party Amicus Curiae Fractional Interest Holders klangston@langston-lawfirm.com |
| Keith L. Langston | on behalf of Interested Party Ad Hoc Committee of Fractional Insurance Beneficiaries of Life Partners Inc. klangston@langston-lawfirm.com |
| Kelly J. Curnutt | on behalf of Defendant Faye Bagby kcurnutt@curnutthafer.com dschmidt@curnutthafer.com |
| Kelly M. Crawford | on behalf of Defendant Ella Oliver kelly.crawford@solidcounsel.com |
| Kelly M. Crawford | on behalf of Defendant Mark McKay kelly.crawford@solidcounsel.com |
| Kevin S. Wiley, Jr. | on behalf of Creditor John Thompson kevinwiley@lkswjr.com |
| Kevin S. Wiley, Jr. | on behalf of Creditor Curtis McIntyre kevinwiley@lkswjr.com |
| Kevin S. Wiley, Jr. | on behalf of Interested Party Clint Blackmon kevinwiley@lkswjr.com |
| Kevin S. Wiley, Jr. | on behalf of Creditor Philip M. Garner kevinwiley@lkswjr.com |
| Kevin S. Wiley, Jr. | on behalf of Debtor Life Partners Inc. kevinwiley@lkswjr.com |
| Kevin S. Wiley, Jr. | on behalf of Debtor Life Partners Holdings Inc. kevinwiley@lkswjr.com |
| Kevin S. Wiley, Jr. | on behalf of Interested Party Michael Arnold kevinwiley@lkswjr.com |
| Kevin S. Wiley, Jr. | |

on behalf of Creditor Certain IRA Investors kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Interested Party Janet Arnold kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Interested Party Ad Hoc Committee of Fractional Insurance Beneficiaries of Life Partners Inc. kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Interested Party Amicus Curiae Fractional Interest Holders kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Interested Party John P Zaccaria kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Interested Party Kenneth J McGovern kevinwiley@lkswjr.com

Kevin S. Wiley, Sr
on behalf of Jointly Administered Party/Debtor LPI Financial Services Inc. kwiley@wileylawgroup.com, cdillingham@wileylawgroup.com

Kevin S. Wiley, Sr
on behalf of Plaintiff Word of God Fellowship Inc. d/b/a Daystar Television Network kwiley@wileylawgroup.com, cdillingham@wileylawgroup.com

Kevin S. Wiley, Sr
on behalf of Debtor Life Partners Holdings Inc. kwiley@wileylawgroup.com, cdillingham@wileylawgroup.com

Kevin S. Wiley, Sr
on behalf of Interested Party Amicus Curiae Fractional Interest Holders kwiley@wileylawgroup.com cdillingham@wileylawgroup.com

Kurt S. Elieson
on behalf of Intervenor-Plaintiff Gudrun Jeffries kurte@carplawfirm.com

Kurt S. Elieson
on behalf of Intervenor-Plaintiff Gudrun Jeffries IRA kurte@carplawfirm.com

Kurt S. Elieson
on behalf of Intervenor-Plaintiff Marvin Jeffries IRA kurte@carplawfirm.com

Kurt S. Elieson
on behalf of Intervenor-Plaintiff Michael L Schwarz IRA kurte@carplawfirm.com

Kurt S. Elieson
on behalf of Intervenor-Plaintiff Dwayne Lee & Deborah Jo Hopson IRA kurte@carplawfirm.com

Kurt S. Elieson
on behalf of Intervenor-Plaintiff Deborah Jo Hopson kurte@carplawfirm.com

Larry Alan Levick
on behalf of Creditor Shamrock Life Settlement Inc. levick@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com

Larry Alan Levick
on behalf of Creditor Carteya Limited levick@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com

Larry Alan Levick
on behalf of Creditor Robin Rock Limited levick@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com

Larry Alan Levick
on behalf of Defendant Jim Malanowski levick@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com

Larry Alan Levick
on behalf of Creditor Alexandra Agencies Limited levick@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com

Laura Marie Fontaine
on behalf of Creditor Certain IRA Investors laura@hedrickkring.com Mckenzie@HedrickKring.com;Robbyn@HedrickKring.com;Diane@HedrickKring.com

Laurie A Spindler
on behalf of Creditor McLennan County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
on behalf of Creditor Tarrant County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Lawrence Chek
on behalf of Creditor Lawrence Chek lchek@pamlaw.com mislas@pamlaw.com

Lawrence G. Paladin
on behalf of Creditor Joseph Stefanelli lpaladin@paladinlawoffices.com

Lee Gordon
on behalf of Creditor City of Waco Waco ISD lee.gordon@mvbalaw.com, bankruptcy@mvbalaw.com;tleday@ecf.courtdrive.com;jparsons@ecf.courtdrive.com;jparsons@mvbalaw.com;kalexander@mvbalaw.com;tking@mvbalaw.com

Linda S. LaRue
on behalf of Plaintiff Michael J. Quilling llarue@qslwm.com jadams@qslwm.com

Linda S. LaRue
on behalf of Defendant Michael J. Quilling llarue@qslwm.com jadams@qslwm.com

Linda S. LaRue
on behalf of Trustee Michael J. Quilling llarue@qslwm.com jadams@qslwm.com

Lisa L. Lambert
on behalf of U.S. Trustee United States Trustee lisa.l.lambert@usdoj.gov

M. Jermaine Watson
on behalf of Attorney M. J. Watson & Associates P.C. jwatson@canteyhanger.com, jwhite@canteyhanger.com;gvilla@canteyhanger.com

Mackenzie Simpson Wallace
on behalf of Defendant Life Partners Inc. Mackenzie.Wallace@tklaw.com

Mackenzie Simpson Wallace
on behalf of Consolidated debtor Life Partners Financial Services Inc. Mackenzie.Wallace@tklaw.com

Mackenzie Simpson Wallace
on behalf of Trustee H. Thomas Moran II Mackenzie.Wallace@tklaw.com

Mark Frels
on behalf of Interested Party E. Terrell Hodges mfrels@2027law.com

Mark Stromberg
on behalf of Plaintiff Life Partners Creditors Trust mark@strombergstock.com deanna@strombergstock.com;sfishman@strombergstock.com;admin@strombergstock.com

Mark Stromberg
on behalf of Defendant Richard J. Branchuad mark@strombergstock.com deanna@strombergstock.com;sfishman@strombergstock.com;admin@strombergstock.com

Mark Stromberg
on behalf of Defendant Mitchell Edland mark@strombergstock.com deanna@strombergstock.com;sfishman@strombergstock.com;admin@strombergstock.com

Mark Stromberg
on behalf of Defendant Lois M. Abbott mark@strombergstock.com deanna@strombergstock.com;sfishman@strombergstock.com;admin@strombergstock.com

Mark Stromberg
on behalf of Defendant Growth Partners Intl D-B-A Growth Partners Ins. Agency LLC mark@strombergstock.com, deanna@strombergstock.com;sfishman@strombergstock.com;admin@strombergstock.com

Mark Stromberg
on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors Trust mark@strombergstock.com, deanna@strombergstock.com;sfishman@strombergstock.com;admin@strombergstock.com

Mark Stromberg
on behalf of Defendant Jackie Lankton mark@strombergstock.com deanna@strombergstock.com;sfishman@strombergstock.com;admin@strombergstock.com

Mark Stromberg
on behalf of Defendant Scott Unclebach mark@strombergstock.com deanna@strombergstock.com;sfishman@strombergstock.com;admin@strombergstock.com

Mark A. Weisbart
on behalf of Creditor D.W. Skelton mweisbart@haywardfirm.com ecf.alert+Weisbart@titlexi.com;tsimmons@haywardfirm.com

Mark B. Collins
on behalf of Intervenor-Plaintiff Brian D. Pardo as Trustee for the IRA Funded Life Trusts mark@mbcollinslaw.com

Mark B. French
on behalf of Creditor Don Kennon marksndecf@markfrenchlaw.com ndbcyfilings@markfrenchlaw.com;marksndbcyecf@gmail.com;LawOfficeofMarkBFrench@jubileebk.net

Mark B. French
on behalf of Creditor Joseph T Dooley marksndecf@markfrenchlaw.com ndbcyfilings@markfrenchlaw.com;marksndbcyecf@gmail.com;LawOfficeofMarkBFrench@jubileebk.net

Mark B. French

| | |
|---|---|
| | on behalf of Creditor Marcus Fuller marksndecf@markfrenchlaw.com ndbcyfilings@markfrenchlaw.com;marksndbcyecf@gmail.com;LawOfficeofMarkBFrench@jubileebk.net |
| Mark B. French | on behalf of Creditor Lometa Kennon marksndecf@markfrenchlaw.com ndbcyfilings@markfrenchlaw.com;marksndbcyecf@gmail.com;LawOfficeofMarkBFrench@jubileebk.net |
| Mark B. French | on behalf of Creditor Elmer Parsons marksndecf@markfrenchlaw.com ndbcyfilings@markfrenchlaw.com;marksndbcyecf@gmail.com;LawOfficeofMarkBFrench@jubileebk.net |
| Mark C. Taylor | on behalf of Plaintiff Penumbr4 LLC mark.taylor@hklaw.com tammy.greenblum@wallerlaw.com |
| Mark C. Taylor | on behalf of Plaintiff KLI Investments LP mark.taylor@hklaw.com, tammy.greenblum@wallerlaw.com |
| Mark C. Taylor | on behalf of Plaintiff Penumbra Fund III LLC mark.taylor@hklaw.com tammy.greenblum@wallerlaw.com |
| Mark C. Taylor | on behalf of Creditor Penumbra Capital Fund 2012 LLC mark.taylor@hklaw.com tammy.greenblum@wallerlaw.com |
| Mark C. Taylor | on behalf of Plaintiff Penumbra Capital Fund-2012 LLC mark.taylor@hklaw.com tammy.greenblum@wallerlaw.com |
| Mark C. Taylor | on behalf of Plaintiff Penumbra Capital Life Settlement Fund-MMXA LLC mark.taylor@hklaw.com tammy.greenblum@wallerlaw.com |
| Mark C. Taylor | on behalf of Creditor Penumbra Fund III LLC mark.taylor@hklaw.com tammy.greenblum@wallerlaw.com |
| Mark C. Taylor | on behalf of Creditor Penumbr4 LLC mark.taylor@hklaw.com tammy.greenblum@wallerlaw.com |
| Mark C. Taylor | on behalf of Creditor Penumbra Capital Life Settlement Fund MMXA LLC mark.taylor@hklaw.com tammy.greenblum@wallerlaw.com |
| Mark C. Taylor | on behalf of Creditor PJC Investments LLC mark.taylor@hklaw.com, tammy.greenblum@wallerlaw.com |
| Mark C. Taylor | on behalf of Creditor KLI Investments LP mark.taylor@hklaw.com, tammy.greenblum@wallerlaw.com |
| Mark E. Shure | on behalf of Interested Party NorthStar Client Services LLC mshure@em3law.com |
| Mark Edward Andrews | on behalf of Creditor Peter Abboud mandrews@dykema.com |
| Mark H Ralston | on behalf of Creditor Roland and Constance Windecker Revocable Trust mralston@fishmanjackson.com sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com |
| Mark Joseph Petrocchi | on behalf of Creditor Griffith Jay & Michel, LLP mpetrocchi@lawgjm.com, acamarena@lawgjm.com;mpetrocchi@yahoo.com;acamarena@lawgjm.com |
| Mark K. OBriant | on behalf of Intervenor-Plaintiff Robert Vacendak obriantlaw@aol.com |
| Mark K. OBriant | on behalf of Creditor Kelly Vacendak obriantlaw@aol.com |
| Mark K. OBriant | on behalf of Creditor OBriant Mark obriantlaw@aol.com |
| Mark K. OBriant | on behalf of Intervenor-Plaintiff Kelly Vacendak obriantlaw@aol.com |
| Mark K. OBriant | on behalf of Creditor Robert Vacendak obriantlaw@aol.com |
| Mark K. OBriant | on behalf of Creditor Mark OBriant obriantlaw@aol.com |
| Mark K. OBriant | on behalf of Intervenor-Plaintiff Mark OBriant obriantlaw@aol.com |
| Mark W. Stout | on behalf of Intervenor-Plaintiff Scott and Pamela Jacobs ms@livepad.com |

Mark W. Stout
on behalf of Creditor Scott and Pamela Jacobs ms@livepad.com

Matthew David Anderson
on behalf of Intervenor-Plaintiff Kimbrew Robert A. manderson@sgpllc.law, jscanlan@sgpllc.law

Matthew David Anderson
on behalf of Creditor Robert A and N. Rae Kimbrew manderson@sgpllc.law jscanlan@sgpllc.law

Matthew David Anderson
on behalf of Intervenor-Plaintiff N. Rae Kimbrew manderson@sgpllc.law jscanlan@sgpllc.law

Matthew Thomas Taplett
on behalf of Creditor Philip R Wood mtaplett@popehardwicke.com

Matthew Thomas Taplett
on behalf of Creditor Nicholas Martin Living Trust and Nicholas Martin Jr. Family, LLC mtaplett@popehardwicke.com

Mazin A. Sbaiti
on behalf of Intervenor-Plaintiff William S. Fry Mazin@StecklerLaw.com
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Melanie Pearce Goolsby
on behalf of Attorney Pronske Goolsby & Kathman P.C. mgoolsby@pgkpc.com,
gpronske@pgkpc.com;jkathman@pgkpc.com;lvargas@pgkpc.com;admin@pgkpc.com

Melanie Pearce Goolsby
on behalf of Debtor Life Partners Holdings Inc. mgoolsby@pgkpc.com,
gpronske@pgkpc.com;jkathman@pgkpc.com;lvargas@pgkpc.com;admin@pgkpc.com

Melvin R. McVay, Jr.
on behalf of Jointly Administered Party/Debtor Life Partners Inc. mrmcvay@phillipsmurrah.com,
rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.
on behalf of Debtor Life Partners Holdings Inc. mrmcvay@phillipsmurrah.com, rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.
on behalf of Trustee H. Thomas Moran II mrmcvay@phillipsmurrah.com, rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.
on behalf of Plaintiff Life Partners Inc. mrmcvay@phillipsmurrah.com, rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.
on behalf of Jointly Administered Party/Debtor LPI Financial Services Inc. mrmcvay@phillipsmurrah.com,
rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.
on behalf of Spec. Counsel Phillips Murrah P.C. mrmcvay@phillipsmurrah.com rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.
on behalf of Plaintiff LPI Financial Services Inc. mrmcvay@phillipsmurrah.com, rktownsend@phillipsmurrah.com

Meritt Crosby
on behalf of Defendant Heritage Financial and Insurance Services Inc. mcrosby@qmclaw.com

Meritt Crosby
on behalf of Interested Party Jerod Mcleish mcrosby@qmclaw.com

Michael A. McConnell
on behalf of Interested Party Purchase Escrow Services LLC michael.mcconnell@khh.com

Michael A. McConnell
on behalf of Creditor Advance Trust & Life Escrow Services LTA michael.mcconnell@khh.com

Michael D. Anderson
on behalf of Plaintiff Word of God Fellowship Inc. d/b/a Daystar Television Network michael.anderson@kellyhart.com,
melissa.matej@kellyhart.com

Michael D. Warner
on behalf of Defendant Kansas Institute for Money Management N/K/A AE Market Initiatives LLC mwarner@pszjlaw.com,
klabrada@pszjlaw.com

Michael D. Warner
on behalf of Creditor Kansas Institute for Money Management N-K-A AE Market Initiatives LLC mwarner@pszjlaw.com,
klabrada@pszjlaw.com

Michael D. Warner
on behalf of Interested Party Sun Life Assurance Company of Canada mwarner@pszjlaw.com klabrada@pszjlaw.com

Michael E. Gazette
on behalf of Creditor Brent Hooser megazette@suddenlinkmail.com

Michael E. Gazette
on behalf of Creditor Jon Lloyd megazette@suddenlinkmail.com

Michael Isaac Schneider
on behalf of Defendant Life Partners Inc. Michael.schneider@shearman.com, Courtalert@shearman.com;managing-attorney-5081@ecf.pacerpro.com;manattyoffice@shearman.com

Michael J. Quilling
on behalf of Interested Party Life Partners Position Holder Trust mquilling@qslwm.com jadams@qslwm.com

Michael V. Blumenthal
on behalf of Defendant Life Partners Inc. michael.blumenthal@tklaw.com

Morris D. Weiss
on behalf of Creditor KLI Investments LLC morris.weiss@hklaw.com, sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Neal Ralph Jacobson
on behalf of Creditor U.S. Securities and Exchange Commission jacobsonN@sec.gov

Nicole Leigh Williams
on behalf of Trustee H. Thomas Moran II nwilliams@thompsoncoburn.com, linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzie.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams
on behalf of Jointly Administered Party/Debtor Life Partners Inc. nwilliams@thompsoncoburn.com, linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzie.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams
on behalf of Defendant Life Partners Inc nwilliams@thompsoncoburn.com, linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzie.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams
on behalf of Defendant Life Partners Inc. nwilliams@thompsoncoburn.com, linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzie.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams
on behalf of Successor Trustee Alan M. Jacobs nwilliams@thompsoncoburn.com linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzie.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams
on behalf of Plaintiff Alan M. Jacobs nwilliams@thompsoncoburn.com linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzie.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams
on behalf of Defendant Life Partners Holdings Inc. nwilliams@thompsoncoburn.com, linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzie.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams
on behalf of Successor Trustee Life Partners Creditors' Trust nwilliams@thompsoncoburn.com linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzie.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams
on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust nwilliams@thompsoncoburn.com, linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzie.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams
on behalf of Creditor Life Partners Creditors' Trust nwilliams@thompsoncoburn.com linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzie.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams
on behalf of Plaintiff Life Partners Creditors' Trust nwilliams@thompsoncoburn.com linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzie.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams
on behalf of Jointly Administered Party/Debtor LPI Financial Services Inc. nwilliams@thompsoncoburn.com, linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzie.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams
on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors Trust nwilliams@thompsoncoburn.com, linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzie.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

| | |
|---|---|
| Nicole Leigh Williams | on behalf of Plaintiff Life Partners Creditors Trust nwilliams@thompsoncoburn.com linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzie.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com |
| Noreen Cabrera | on behalf of Defendant John D. Jones nonogrant@yahoo.com alay@kdvlaw.com;mbanasiuk@kdvlaw.com |
| Noreen Cabrera | on behalf of Defendant Mark J. Smith nonogrant@yahoo.com alay@kdvlaw.com;mbanasiuk@kdvlaw.com |
| Noreen Cabrera | on behalf of Defendant Joel F. Woods nonogrant@yahoo.com alay@kdvlaw.com;mbanasiuk@kdvlaw.com |
| Noreen Cabrera | on behalf of Defendant Jack M. Pausman nonogrant@yahoo.com alay@kdvlaw.com;mbanasiuk@kdvlaw.com |
| Patric J. Kelly | on behalf of Interested Party Don B. Bergis pjkelly@ahklaw.com |
| Patric J. Kelly | on behalf of Interested Party Regent Wealth Management pjkelly@ahklaw.com |
| Patric J. Kelly | on behalf of Interested Party Jared M. Elson pjkelly@ahklaw.com |
| Patrick David West | on behalf of Intervenor-Plaintiff Leonard Johnson bankruptcyattorney@sbcglobal.net ecf@pdwlfpc.com;ecf1@pdwlfpc.com;ecf2@pdwlfpc.com;ecf3@pdwlfpc.com;ecf4@pdwlfpc.com |
| Patrick T. Mulry | on behalf of Defendant Life Settlement Investment Group patrick.mulry@griffithdavison.com pat@mulrylaw.com |
| Patrick T. Mulry | on behalf of Defendant Joe Martinez patrick.mulry@griffithdavison.com pat@mulrylaw.com |
| Patrick T. Mulry | on behalf of Interested Party Joe Martinez patrick.mulry@griffithdavison.com pat@mulrylaw.com |
| Paul F. Corcoran | on behalf of Creditor Blanc & Otus pcorcoran@dglaw.com |
| Paul F. Corcoran | on behalf of Creditor Hill & Knowlton pcorcoran@dglaw.com |
| Paul Joseph Vitanza | on behalf of Intervenor-Plaintiff The Miles Foundation Inc. pvitanza@bgsfirm.com, bpeck@bgsfirm.com |
| Paul Joseph Vitanza | on behalf of Interested Party The Miles Foundation Inc. pvitanza@bgsfirm.com, bpeck@bgsfirm.com |
| Peter C. DApice | on behalf of Creditor Donald A Erickson dapice@sbep-law.com |
| Peter C. Lewis | on behalf of Defendant Ella Oliver peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com |
| Peter C. Lewis | on behalf of Defendant Douglas Hart Cassel peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com |
| Peter C. Lewis | on behalf of Defendant Timothy Plaster peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com |
| Peter C. Lewis | on behalf of Defendant Abio Financial Group Inc. peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com |
| Peter C. Lewis | on behalf of Defendant Robert Quick peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com |
| Peter C. Lewis | on behalf of Defendant Gregory Rains Harper peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com |
| Peter C. Lewis | on behalf of Defendant Victor Johnson peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com |
| Peter C. Lewis | |

on behalf of Defendant SMR LS Fund II LLC peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Sheryl Hanson peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant New Asset Advisors LLC peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Henderson & Henderson LLC peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Alliance Affiliated Equities Corporation peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Matt Pashby peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Insured Wealth Management LLC peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Business Legacy Inc. peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Ray Hughes peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Curtis M. Cole peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Financial Necessities Network Inc. peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Spectrum Advisors Inc. peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Timothy Joyce peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Mark McKay peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant SMR LS Fund LLC peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Anthony Hamilton peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Gary Henderson peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Steve Ringo peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant New Asset Alternatives LLC peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Tommy Caperton peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Resale and Valuation Services LLC peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Legacy Planning Group Inc. peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Ethan Bonar peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Creditor Transparency Alliance LLC peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant 72 Vest Level Three LLC peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Adams Life Brokerage LLC peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Caperton Enterprises Inc. peter.lewis@solidcounsel.com, marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant Peter R. Jones peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter C. Lewis
on behalf of Defendant James T. Payton peter.lewis@solidcounsel.com marcella.morales@solidcounsel.com;damaris.walker@solidcounsel.com

Peter J. Harry
on behalf of Defendant John Crooks pete@pjharrylaw.com julie@pjharrylaw.com

Peter J. Harry
on behalf of Defendant Michael Mishler pete@pjharrylaw.com julie@pjharrylaw.com

Peter J. Harry
on behalf of Defendant Jeff S. Garrett pete@pjharrylaw.com julie@pjharrylaw.com

Peter J. Harry
on behalf of Defendant Rebecca Teel pete@pjharrylaw.com julie@pjharrylaw.com

Peter J. Harry
on behalf of Defendant Ks Marketing Inc. pete@pjharrylaw.com, julie@pjharrylaw.com

Peter J. Harry
on behalf of Defendant Harry Green pete@pjharrylaw.com julie@pjharrylaw.com

Peter J. Harry
on behalf of Defendant New Prosperity Investments Inc. pete@pjharrylaw.com, julie@pjharrylaw.com

Peter J. Harry
on behalf of Defendant Tena Wilson pete@pjharrylaw.com julie@pjharrylaw.com

Phillip L. Lamberson
on behalf of Creditor Cynthia Olson plamberson@winstead.com

Phillip P Owens, II
on behalf of Defendant James Smith po@owenslawofficepc.com powens@chrisharperlaw.com

Phillip Russell Perdew
on behalf of Creditor Transparency Alliance LLC RPerdew@lockelord.com

R. Byrn Bass, Jr.
on behalf of Intervenor-Plaintiff Lawrence Gale McPherson bbass@bbasslaw.com

R. Byrn Bass, Jr.
on behalf of Intervenor-Plaintiff DAR-S Inc. bbass@bbasslaw.com

R. Byrn Bass, Jr.
on behalf of Intervenor-Plaintiff Danny T. Brewer bbass@bbasslaw.com

R. Byrn Bass, Jr.
on behalf of Intervenor-Plaintiff Estate of Juilia Gay McPherson bbass@bbasslaw.com

R. Byrn Bass, Jr.
on behalf of Intervenor-Plaintiff T. Carl and Mildred McMillan bbass@bbasslaw.com

R. Mark Dietz
on behalf of Interested Party Purchase Escrow Services LLC rmarkdietz@lawdietz.com, cwilliams@lawdietz.com

| | |
|---|---|
| R. Mark Dietz | on behalf of Creditor Advance Trust & Life Escrow Services LTA rmarkdietz@lawdietz.com, cwilliams@lawdietz.com |
| Randall Rouse | on behalf of Defendant CUB Investments rrouse@lcalawfirm.com Jmuniz@lcalawfirm.com |
| Randall Rouse | on behalf of Intervenor-Plaintiff Ronald Huckabee Jr. et al rrouse@lcalawfirm.com, Jmuniz@lcalawfirm.com |
| Randall Rouse | on behalf of Creditor Ronald Huckabee Jr. et al rrouse@lcalawfirm.com, Jmuniz@lcalawfirm.com |
| Randall Rouse | on behalf of Defendant Ronald W. Huckabee Jr. rrouse@lcalawfirm.com, Jmuniz@lcalawfirm.com |
| Randall Rouse | on behalf of Intervenor-Plaintiff The Huckabee Intervenors rrouse@lcalawfirm.com Jmuniz@lcalawfirm.com |
| Randall Rouse | on behalf of Interested Party Randall L. Rouse rrouse@lcalawfirm.com Jmuniz@lcalawfirm.com |
| Randall Rouse | on behalf of Defendant Future Planning Inc. rrouse@lcalawfirm.com, Jmuniz@lcalawfirm.com |
| Randall Rouse | on behalf of Defendant Dub Huckabee rrouse@lcalawfirm.com Jmuniz@lcalawfirm.com |
| Richard Roper | on behalf of Defendant Life Partners Inc. Richard.Roper@tklaw.com |
| Richard Roper | on behalf of Consolidated debtor Life Partners Financial Services Inc. Richard.Roper@tklaw.com |
| Richard Roper | on behalf of Defendant Life Partners Holdings Inc. Richard.Roper@tklaw.com |
| Richard Roper | on behalf of Trustee H. Thomas Moran II Richard.Roper@tklaw.com |
| Robert McNiel | on behalf of Creditor Owen & Elizabeth Barker rmcniel@cbsattorneys.com wharpel@cbsattorneys.com,acastillo@cbsattorneys.com |
| Robert A. Simon | on behalf of Defendant David R. Debusk rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com |
| Robert A. Simon | on behalf of Defendant Susan Nieder-Cassel rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com |
| Robert A. Simon | on behalf of Defendant James T. Lee rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com |
| Robert A. Simon | on behalf of Creditor Robert L. Rasner rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com |
| Robert A. Simon | on behalf of Defendant Geoff Horst rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com |
| Robert A. Simon | on behalf of Defendant Steven B. Deck rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com |
| Robert A. Simon | on behalf of Defendant John Russell Gove rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com |
| Robert A. Simon | on behalf of Defendant David W. Lynn rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com |
| Robert A. Simon | on behalf of Defendant John R. Murray rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com |
| Robert A. Simon | on behalf of Creditor Black Diamond Lifeplan Fund LP rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com |
| Robert A. Simon | on behalf of Defendant Geoff B. Horst rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com |
| Robert A. Simon | on behalf of Creditor Shea Ostreicher Individually and as Trustee rsimon@whitakerchalk.com, bpeck@whitakerchalk.com;acopeland@whitakerchalk.com |

Robert A. Simon
on behalf of Defendant Steve Brorman rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Creditor James H. Jackson rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Defendant John P. Ley rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Defendant Melchor Balazs rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Defendant Elizabeth A. Cline rsimon@whitakerchalk.com
bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Defendant William M. Tolleson rsimon@whitakerchalk.com
bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Defendant Janet K. Horst rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Defendant Russell J. Cepelak rsimon@whitakerchalk.com
bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Defendant Hollis Steven Hufstetler rsimon@whitakerchalk.com
bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Defendant Robert G. Westrup rsimon@whitakerchalk.com
bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Defendant A.H. Brorman rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Defendant Janet Horst rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Defendant Dorothy Brorman rsimon@whitakerchalk.com
bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Defendant Steven T. Gibson rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Defendant Dean Vagnozzi rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Defendant Ronald Larry Hankins rsimon@whitakerchalk.com
bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Defendant Katherine A. Hufstetler rsimon@whitakerchalk.com
bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Creditor Sarah Kilpatrick rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Defendant Isabel Balazs rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon
on behalf of Creditor Robert Payne rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert Knox Mitchell
on behalf of Defendant Vernon Bell rmitchell@pamlaw.com sshafer@pamlaw.com

Robert Odell Lamb
on behalf of Creditor Jayne Houk rlamb@thompsoncoe.com jbeavers@thompsoncoe.com

Robert Odell Lamb
on behalf of Creditor Richard Houk rlamb@thompsoncoe.com jbeavers@thompsoncoe.com

Robert P. Franke
on behalf of Interested Party Lloyd D. Lowe Sr. bfranke@clarkhill.com,
malvarez@clarkhill.com;aedson@clarkhill.com;ahornisher@clarkhill.com

Robert P. Franke
on behalf of Interested Party L.D. Lowe Wealth Advisory Inc. bfranke@clarkhill.com,

malvarez@clarkhill.com;aedson@clarkhill.com;ahornisher@clarkhill.com

Robert Powers Shepard
on behalf of Interested Party Greg J. Galier rshepard@phmsw.com

Rod L. Poirot
on behalf of Interested Party Scott Carlson rpoirot@chfirm.com chps.ecfnotices@gmail.com

Roger A. Fuller
on behalf of Intervenor-Plaintiff William T. Foster IRA rfuller@bklaw.us

Roger A. Fuller
on behalf of Intervenor-Plaintiff Raymond Goode Trust rfuller@bklaw.us

Roland Gary Jones
on behalf of Defendant American Money Group Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Steve Feeken pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Smith & Ballard pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant William Mausen pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant William G. Ball pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Sandra Knoy pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant The Arbitrage Advisory Group Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Fei Havenor pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant John Young pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Inspired Alternative Investments pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Growth Partners Intl D-B-A Growth Partners Ins. Agency LLC pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Paula Izzard Properties LLC pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Dan OBrien pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Charles Clarkson pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Much Financial Services pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Annui Corp Services Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Lois M. Abbott pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Wesley Davidson pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant BAAPLIFE2-2014 LLC pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Worth Financial Group Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant IFC Safe Holdings LLC pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Alvin L. Lee pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Pillar I LS Fund LLC pacer.rolandjones@gmail.com

| | |
|---|---|
| Roland Gary Jones | on behalf of Defendant John Compton Jr. pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Ronnie Knoy pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant John J. Eisz pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Gregory Dailey pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Disciplined Advisor Network Inc. pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant JBH Securities pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Robert D. Phillips pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Kevin Kraemer pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Norman Lorentz pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Bruce C. Sandelin pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Joshua Peck pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Lana Borbas pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Crimson Fund-1 LLC pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Scott Scholz pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Jim W. Bell pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Jackie Lankton pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Joseph Borino pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant CPF Health Benefits Insurance Agency Inc. pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Golden Eagle Fund 16 LLC pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Frank Benischeck pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Advance Level Solutions LLC pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Salary Savings Inc. pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Fanny W. Chan pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant David M. Compton Inc. pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant James Billington pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Chartwell Asset Management Inc. pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Lanning Financial Inc. pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Randy Martens pacer.rolandjones@gmail.com |

| | |
|---|---|
| Roland Gary Jones | on behalf of Defendant Harry J. Wilson Insurancecenter Inc. pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant BAAPLIFE1-2013 LLC pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Harvey Stein pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Nicholas Munds pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Thomas R. Wilson pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant United Senior Advisors Group pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Cody Biggs pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Stonebridge Capital LLC pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Michael Lloyd pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Brazos Life Settlement Fund pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Jay Heimburger pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Thomas Quinn pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Charter Financial Group LLC pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Garry Madaline pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Charter Insurance Brokerage Inc. pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant WWWF Fund LLC pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Entrepreneur Choice Fund II LLC pacer.rolandjones@gmail.com |
| Roland Gary Jones | on behalf of Defendant Ronald Coleman pacer.rolandjones@gmail.com |
| Ryan Andrew Starnes | on behalf of Defendant Ethan Bonar rstarnes@dallasbusinesslaw.com aguarino@libbysparks.com |
| Ryan J. McNeel | on behalf of Intervenor-Plaintiff John Woodward II rmcneel@brockettmcneel.net |
| Ryan J. McNeel | on behalf of Intervenor-Plaintiff Paisley Woodward rmcneel@brockettmcneel.net |
| Ryan J. McNeel | on behalf of Creditor John Woodward rmcneel@brockettmcneel.net |
| Ryan J. McNeel | on behalf of Creditor John Woodward II rmcneel@brockettmcneel.net |
| Ryan J. McNeel | on behalf of Intervenor-Plaintiff John Woodward rmcneel@brockettmcneel.net |
| Ryan J. McNeel | on behalf of Creditor Paisley Woodward rmcneel@brockettmcneel.net |
| S. Gary Werley | on behalf of Intervenor-Plaintiff Barbara C. Andrews sgwerley@werleylaw.com |
| S. Gary Werley | on behalf of Intervenor-Plaintiff Virginia N. Douglass Trustee sgwerley@werleylaw.com |
| S. Gary Werley | on behalf of Creditor Gus L. Andrews sgwerley@werleylaw.com |

S. Gary Werley
on behalf of Intervenor-Plaintiff Gus L. Andrews sgwerley@werleylaw.com

S. Wallace Dunwoody, IV
on behalf of Intervenor-Plaintiff Frederick P Spica wdunwoody@munckwilson.com
plucio@munckwilson.com;dpound@munckwilson.com,shaywood@munckwilson.com

S. Wallace Dunwoody, IV
on behalf of Creditor Paul E. Wild wdunwoody@munckwilson.com
plucio@munckwilson.com;dpound@munckwilson.com,shaywood@munckwilson.com

S. Wallace Dunwoody, IV
on behalf of Intervenor-Plaintiff Paul E. Wild wdunwoody@munckwilson.com
plucio@munckwilson.com;dpound@munckwilson.com,shaywood@munckwilson.com

S. Wallace Dunwoody, IV
on behalf of Intervenor-Plaintiff Janice P Kerr wdunwoody@munckwilson.com
plucio@munckwilson.com;dpound@munckwilson.com,shaywood@munckwilson.com

Saharie L. Reed
on behalf of Creditor Mona Marie Goodpasture sreed@reedlegalgroup.com sahariereed@gmail.com,ms_reed@hotmail.com

Saharie L. Reed
on behalf of Intervenor-Plaintiff Mona Marie Goodpasture sreed@reedlegalgroup.com
sahariereed@gmail.com,ms_reed@hotmail.com

Scott A. Ritcheson
on behalf of Attorney Scott Ritcheson scottr@rllawfirm.net mistyb@rllawfirm.net

Scott Coleman Skelton
on behalf of Interested Party Christine Duncan dedwards@skeltonslusher.com

Scott Coleman Skelton
on behalf of Interested Party John S Ferris dedwards@skeltonslusher.com

Scott Coleman Skelton
on behalf of Interested Party Janet Arnold dedwards@skeltonslusher.com

Scott Coleman Skelton
on behalf of Interested Party Michael Arnold dedwards@skeltonslusher.com

Scott Coleman Skelton
on behalf of Interested Party Steve South dedwards@skeltonslusher.com

Scott Craig Borison
on behalf of Creditor Anthony Sansone borison@legglaw.com

Scott P. Drake
on behalf of Intervenor Folio Investments Inc. sdrake@omm.com, scott-drake-6281@ecf.pacerpro.com,nalonso@omm.com

Scott R. Baker
on behalf of Creditor Reverse Engineered Life Investment Company LLC

Shannon A.S. Quadros
on behalf of Defendant Heritage Financial and Insurance Services Inc. squadros@kcq-lawfirm.com,
squadros@ecf.courtdrive.com

Sharon K. Sherman
on behalf of Intervenor-Plaintiff John A. Grant III sharonk@shermanlawfirm.us;ShermanLawFirmPC@jubileebk.net

Shay Lauryn Powell
on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust spowell@munsch.com

Shay Lauryn Powell
on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors' Trust spowell@munsch.com

Shay Lauryn Powell
on behalf of Plaintiff Life Partners Creditors' Trust spowell@munsch.com

Sheldon Louis Solow
on behalf of Creditor Dean Vagnozzi ssolow@kayescholer.com

Stephen Krosschell
on behalf of Creditor David Bryn George gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Mary R. McEvers gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Bob J. Nick gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Sylvia Ringmacher gnmain@gnfirm.com

| | |
|---|---|
| Stephen Krosschell | on behalf of Creditor Stanley Dennis gnmain@gnfirm.com |
| Stephen Krosschell | on behalf of Creditor Ronald L. Lipham gnmain@gnfirm.com |
| Stephen Krosschell | on behalf of Creditor Paul G. Ringmacher gnmain@gnfirm.com |
| Stephen Krosschell | on behalf of Creditor Martha K. George gnmain@gnfirm.com |
| Stephen Krosschell | on behalf of Creditor Faye D. Lipham gnmain@gnfirm.com |
| Stephen Krosschell | on behalf of Creditor Timothy Parker gnmain@gnfirm.com |
| Stephen Krosschell | on behalf of Creditor Richard T. McEvers gnmain@gnfirm.com |
| Stephen Krosschell | on behalf of Creditor James K. Newton gnmain@gnfirm.com |
| Stephen Krosschell | on behalf of Creditor James J. Kramer gnmain@gnfirm.com |
| Stephen Krosschell | on behalf of Creditor Robert E. Little gnmain@gnfirm.com |
| Stephen Krosschell | on behalf of Creditor Aaron M. Scott gnmain@gnfirm.com |
| Stephen Krosschell | on behalf of Creditor Frances A. Nick gnmain@gnfirm.com |
| Stephen Krosschell | on behalf of Creditor Songul Atay gnmain@gnfirm.com |
| Stephen Krosschell | on behalf of Creditor Jenny L. DeShields gnmain@gnfirm.com |
| Stephen Krosschell | on behalf of Creditor Cie Ann Scott gnmain@gnfirm.com |
| Stephen Krosschell | on behalf of Creditor Alford R. DeShields gnmain@gnfirm.com |
| Stephen Krosschell | on behalf of Creditor Patricia J. Miers gnmain@gnfirm.com |
| Stephen Charles Stapleton | on behalf of Creditor Sharon McGinnis sstapleton@cowlesthompson.com mgarcia@cowlesthompson.com |
| Stephen Charles Stapleton | on behalf of Attorney Cowles & Thompson P.C. sstapleton@cowlesthompson.com, mgarcia@cowlesthompson.com |
| Stephen J. Humeniuk | on behalf of Creditor Transparency Alliance LLC Stephen.humeniuk@lockelord.com molly.batiste-debose@lockelord.com;pbrowder@lockelord.com;Autodocket@lockelord.com |
| Stephen J. Siegel | on behalf of Creditor Transparency Alliance LLC ssiegel@novackmacey.com |
| Stephen W. Elliott | on behalf of Spec. Counsel Phillips Murrah P.C. swelliott@phillipsmurrah.com mdmills@phillipsmurrah.com |
| Stephen W. Elliott | on behalf of Plaintiff LPI Financial Services Inc. swelliott@phillipsmurrah.com, mdmills@phillipsmurrah.com |
| Stephen W. Elliott | on behalf of Plaintiff Life Partners Inc. swelliott@phillipsmurrah.com, mdmills@phillipsmurrah.com |
| Stephen W. Sather | on behalf of Defendant Cindy Bulloch ssather@bn-lawyers.com Plevine@bn-lawyers.com;cchristensen@bn-lawyers.com |
| Steven R. Dunn | on behalf of Defendant Todd Shevlin steven@dunnlawfirm.net |
| Susan B. Hersh | on behalf of Creditor Robin Scott-Berry susan@susanbhershpc.com assistant@susanbhershpc.com |
| Susan B. Hersh | |

on behalf of Creditor David Berry susan@susanbhershpc.com assistant@susanbhershpc.com

Susan B. Hersh
on behalf of Creditor Small Individual Investors Group susan@susanbhershpc.com assistant@susanbhershpc.com

Sydne K. Collier
on behalf of Plaintiff Life Partners Creditors Trust sydne.collier@hklaw.com tanya.wadsworth@hklaw.com

Sydne K. Collier
on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors Trust sydne.collier@hklaw.com, tanya.wadsworth@hklaw.com

Thomas Powers
cmecf@dallasch13.com

Thomas Charles Landrigan
on behalf of Creditor Shea Ostreicher tlandrigan@cll-law.com

Thomas Charles Landrigan
on behalf of Plaintiff Shea Ostreicher tlandrigan@cll-law.com

Thomas Craig Sheils
on behalf of Interested Party Thomas T. Conboy craig@sheilswinnubst.com

Thomas Daniel Berghman
on behalf of Trustee Alan M. Jacobs tberghman@munsch.com amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas Daniel Berghman
on behalf of Creditor Official Committee of Unsecured Creditors tberghman@munsch.com amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas F. Harkins, Jr.
on behalf of Defendant James Alexander tharkins@whitakerchalk.com cprior@whitakerchalk.com

Thomas J. Cunningham
on behalf of Creditor Transparency Alliance LLC tcunningham@lockelord.com kmorehouse@lockelord.com;ttill@lockelord.com;chicagodocket@lockelord.com

Thomas P. Jackson
on behalf of Creditor David M Griffin tpj@dfwlawyer.com

Thomas Scheie Hoekstra
on behalf of Creditor Travis G Dunaway thoekstra@godwinpappas.com

Thomas Scheie Hoekstra
on behalf of Intervenor-Plaintiff Travis G Dunaway thoekstra@godwinpappas.com

Thomas W. Choate
on behalf of Creditor Musgrave and Musgrave LLP tomchoate@choatelawoffice.com mwchoate@choatelawoffice.com

Thomas W. Choate
on behalf of Creditor Lyndle E. Reeves tomchoate@choatelawoffice.com mwchoate@choatelawoffice.com

Thomas W. Choate
on behalf of Creditor Estate of Kenneth L. Musgrave Deceased tomchoate@choatelawoffice.com, mwchoate@choatelawoffice.com

Timothy Andrew York
on behalf of Other Professional Edward D. Jones & Co. tyork@qslwm.com nchancellor@qslwm.com

Timothy Deal Kline
on behalf of Spec. Counsel Phillips Murrah P.C. tdkline@phillipsmurrah.com

Todd Jeffrey Johnston
on behalf of Intervenor-Plaintiff The Third Ad Hoc Committee Intervenors tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Defendant Crossroads Agency tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Interested Party Third Ad Hoc Committee of Fractional Interest Owners of Life Insurance Policies Sold Through Life Partners Inc. tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Defendant Leslie Rhodes tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Defendant Mark Zouzalik tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Creditor Carole K. Boris tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Defendant Christopher Roach tjohnston@mcjllp.com tlofgren@mcjllp.com

Travis Brent Hull
on behalf of Intervenor-Plaintiff Kenneth P. Schultz tbhull@travisbrenthulllaw.com

Travis Brent Hull
on behalf of Creditor Kenneth P. Schultz tbhull@travisbrenthulllaw.com

Tyler Stephen Sims
on behalf of Creditor John C Covey Sr. ecf@simslawpllc.com, SimsLawPLLC@jubileebk.net,tyler@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Vicki Kathleen McCarthy
on behalf of Creditor John Harwood vmccar1106@aol.com vkmbankruptcyecf@aol.com

W. J. Wade, Jr.
on behalf of Creditor Kay Thomas dwade@lubbocklawfirm.com mcalfin@lubbocklawfirm.com

Warren V. Norred
on behalf of Intervenor-Plaintiff Julie Ayres warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Creditor Amanda Sue Toepperwein Trust warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Intervenor-Plaintiff Amanda Sue Toepperwein Trust warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Intervenor-Plaintiff Michael Janssen warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Creditor Karl Mom warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Intervenor-Plaintiff Jose Arnold Gallo warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Creditor Steve Knowlton warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Creditor Karin Campbell warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Creditor Amanda Allen warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Creditor Charles Douglas Meador Jr. warren@norredlaw.com,
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Creditor Rick Campbell warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Creditor Michael Janssen warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Intervenor-Plaintiff Regina Cohen warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Creditor Jose Arnold Gallo warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Creditor Clarence Parrott warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
on behalf of Intervenor-Plaintiff Karl Mom warren@norredlaw.com

| | |
|---|---|
| | anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net |
| Warren V. Norred | on behalf of Creditor Julie Ayres warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net |
| Warren V. Norred | on behalf of Intervenor-Plaintiff Richard Wong warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net |
| Warren V. Norred | on behalf of Intervenor-Plaintiff Stephen Ayres warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net |
| Warren V. Norred | on behalf of Creditor Regina F Cohen warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net |
| Warren V. Norred | on behalf of Creditor Brenda Wong warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net |
| Warren V. Norred | on behalf of Creditor Stephen Ayres warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net |
| Warren V. Norred | on behalf of Intervenor-Plaintiff Rick Campbell warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net |
| Warren V. Norred | on behalf of Creditor Richard Wong warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net |
| Warren V. Norred | on behalf of Intervenor-Plaintiff Charles Douglas Meador Jr. warren@norredlaw.com, anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net |
| Warren V. Norred | on behalf of Intervenor-Plaintiff Brenda Wong warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net |
| Warren V. Norred | on behalf of Intervenor-Plaintiff Amanda Allen warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net |
| Warren V. Norred | on behalf of Intervenor-Plaintiff Karin Campbell warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net |
| Weiting Hsu | on behalf of Creditor AFCO Credit Corporation whsu@winstead.com hsuweiting@alumni.utexas.net |
| William L. Siegel | on behalf of Creditor Mary Chapman Pierce bsiegel@cowlesthompson.com brodela@cowlesthompson.com;lvelazquez@cowlesthompson.com |
| William L. Siegel | on behalf of Creditor Jewish Senior Services of Toledo bsiegel@cowlesthompson.com brodela@cowlesthompson.com;lvelazquez@cowlesthompson.com |
| William L. Siegel | on behalf of Attorney Cowles & Thompson P.C. bsiegel@cowlesthompson.com, brodela@cowlesthompson.com;lvelazquez@cowlesthompson.com |
| William L. Siegel | on behalf of Creditor Cheryl Thompson bsiegel@cowlesthompson.com brodela@cowlesthompson.com;lvelazquez@cowlesthompson.com |
| William L. Siegel | on behalf of Creditor Julio Cesar Mejia bsiegel@cowlesthompson.com brodela@cowlesthompson.com;lvelazquez@cowlesthompson.com |

TOTAL: 1038