

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 19, 2026**

United States Bankruptcy Judge

---

BTXN 163 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Life Partners Holdings, Inc. | § | Case No.: 15–40289–mxm11 |
| | § | Chapter No.: 11 |
| Debtor(s) | § | |

## ORDER AUTHORIZING PAYMENT OF UNCLAIMED FUNDS

At Fort Worth , Texas, in said District, came on to be considered the Application For Payment Of Unclaimed Funds by:

NAME: ACE SURPLUS LLC

C/O Darius Slaughter
MAILING ADDRESS: 1985 Henderson Rd. #3130
Columbus, OH 43220

Claimant, for payment of unclaimed funds in the amount of $21,306.28.

It appearing to the Court that the said claimant is entitled to receive payment in the amount stated above, and

that said funds are now on deposit in the United States Treasury, and

that notice of the Application was given to the United States Attorney, and

that no objection to the Application has been filed, it is

ORDERED that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re:                                                                          Case No. 15-40289-mxm

Life Partners Holdings, Inc.                                                     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 43 |
|---|---|---|
| Date Rcvd: Mar 19, 2026 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: info@acesurplus.org | Mar 19 2026 22:16:00 | ACE SURPLUS LLC, Darius T. Slaughter Jr., 1985 Henderson Rd., #3130, Columbus, OH 43220 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | Joseph Barkate |
| | | Richard D. DePaolo |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison Jayne Maynard | on behalf of Respondent Vanguard Marketing Corporation AMAYNARD@GPMZ-LAW.COM deidra.cobb@wilsonelser.com;Cynthia.terrell@wilsonelser.com |
| Allison Jayne Maynard | on behalf of Respondent Interactive Brokers LLC AMAYNARD@GPMZ-LAW.COM deidra.cobb@wilsonelser.com;Cynthia.terrell@wilsonelser.com |
| Allison L. Carr | on behalf of Creditor Scott and Pamela Jacobs acarr@bernsteinlaw.com |
| Alyssa M. Pazandak | on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust apazandak@munsch.com |

District/off: 0539-4 User: admin Page 2 of 43

Date Rcvd: Mar 19, 2026 Form ID: pdf012 Total Noticed: 1

Alyssa M. Pazandak
on behalf of Plaintiff Alan M. Jacobs apazandak@munsch.com

Alyssa M. Pazandak
on behalf of Plaintiff Life Partners Creditors' Trust apazandak@munsch.com

Alyssa M. Pazandak
on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors' Trust apazandak@munsch.com

Alyssa M. Pazandak
on behalf of Plaintiff Alan M. Jacobs apazandak@munsch.com

Alyssa M. Pazandak
on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors Trust apazandak@munsch.com

Alyssa M. Pazandak
on behalf of Plaintiff Life Partners Creditors Trust apazandak@munsch.com

Alyssa M. Pazandak
on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust apazandak@munsch.com

Angelia B. Lee
on behalf of Creditor CHARLENE R. BRASHER angelia@cthglawfirm.com

Angus E. McSwain
on behalf of Creditor Advance Trust & Life Escrow Services LTA mcswain@thetexasfirm.com, bullion@thetexasfirm.com

Angus E. McSwain
on behalf of Interested Party Advanced Life Settlement Portfolio 2011-1 LLC mcswain@thetexasfirm.com,
bullion@thetexasfirm.com

Angus E. McSwain
on behalf of Interested Party Purchase Escrow Services LLC mcswain@thetexasfirm.com, bullion@thetexasfirm.com

Annapoorni Rohini Sankaran
on behalf of Creditor Red Lion Square Holdings LLC anna.sankaran@hklaw.com,
diana.miranda@hklaw.com;julia.warren@hklaw.com

Areya Holder
on behalf of Attorney Areya Holder areya@holderlawpc.com holderlaw@jubileebk.net

Areya Holder
on behalf of Creditor Grace Joines areya@holderlawpc.com holderlaw@jubileebk.net

Areya Holder
on behalf of Attorney Areya Holder Aurzada areya@holderlawpc.com holderlaw@jubileebk.net

Barbara L. Yong
on behalf of Defendant Jack M. Pausman blyong@gct.law tstephenson@gct.law

Barbara L. Yong
on behalf of Defendant Mark J. Smith blyong@gct.law tstephenson@gct.law

Barbara L. Yong
on behalf of Defendant Joel F. Woods blyong@gct.law tstephenson@gct.law

Barbara L. Yong
on behalf of Defendant John D. Jones blyong@gct.law tstephenson@gct.law

Bart N. Pruitt
on behalf of Intervenor-Plaintiff Howard Terry Hines bpruitt@pruittlawfirm.net rpruitt@pruittlawfirm.net

Bart N. Pruitt
on behalf of Intervenor-Plaintiff Steven Glenn Hines bpruitt@pruittlawfirm.net rpruitt@pruittlawfirm.net

Behrooz P. Vida
on behalf of Interested Party Daniel Skogens filings@vidalawfirm.com
bkfilings@yahoo.com;TheVidaLawFirmPLLC@jubileebk.net;legalprokirstin@gmail.com

Berry D. Spears
on behalf of Creditor Transparency Alliance LLC bspears@lockelord.com jmendoza@kbkllp.com

Berry D. Spears
on behalf of Creditor BroadRiver Asset Management L.P. bspears@lockelord.com, jmendoza@kbkllp.com

Brent C. Perry
on behalf of Defendant Linda Robinson bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry
on behalf of Defendant Happy Endings Dog Rescue bperry@burfordperry.com
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

District/off: 0539-4                    User: admin                    Page 3 of 43

Date Rcvd: Mar 19, 2026                 Form ID: pdf012                  Total Noticed: 1

on behalf of Defendant John Gissas bperry@burfordperry.com  lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Plaintiff Pillar Life Settlement Fund I  L.P. bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Creditor Pillar 3 Life Settlement Fund  LP bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Intervenor Brian D. Pardo bperry@burfordperry.com  lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Defendant ABetterFinancialPlan.com  LLC bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Defendant A Better Financial Plan  LLC bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Plaintiff Evergreen III Lifeplan Fund  LLC bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Intervenor-Plaintiff Brian D. Pardo  as Trustee for the IRA Funded Life Trusts bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Plaintiff Black Diamond Lifeplan Fund  LP bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Plaintiff Evergreen II Lifeplan Fund  LP bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Plaintiff Pillar Life Settlement Fund 5  LP bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Defendant Brian Pardo bperry@burfordperry.com  lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Interested Party Brian Pardo bperry@burfordperry.com
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Plaintiff Pillar Life Settlement Fund II  LP bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Creditor Pillar 5 Life Settlement Fund  LP bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Creditor Black Diamond Lifeplan Fund LP bperry@burfordperry.com
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Plaintiff Pillar Life Settlement Fund 3  LP bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Defendant Michael Gissas bperry@burfordperry.com  lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Plaintiff Evergreen Lifeplan Fund  LP bperry@burfordperry.com,
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Creditor Evergreen Lifeplan Fund LP bperry@burfordperry.com
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Creditor Evergreen II Lifeplan fund LP bperry@burfordperry.com
lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Defendant Dean Vagnozzi bperry@burfordperry.com  lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

District/off: 0539-4 User: admin Page 4 of 43

Date Rcvd: Mar 19, 2026 Form ID: pdf012 Total Noticed: 1

on behalf of Creditor Pillar II Life Settlement Fund LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Creditor Pillar Life Settlement Fund I LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Creditor Pillar 4 Life Settlement Fund LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Creditor Pillar Life Settlement Fund II LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Defendant Vagnozzi Properties Inc. bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Plaintiff Pillar Life Settlement Fund 4 LP bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Defendant Pillar I LS Fund LLC bperry@burfordperry.com, lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brent C. Perry

on behalf of Creditor Evergreen III Lifeplan Fund LLC bperry@burfordperry.com lharris@burfordperry.com;lharris_98283@ecf.courtdrive.com

Brett Field

on behalf of Creditor Cathryn W Kolker brett@strombergstock.com deanna@strombergstock.com;admin@strombergstock.com

Brett Field

on behalf of Creditor James M Kolker brett@strombergstock.com deanna@strombergstock.com;admin@strombergstock.com

Brian A. Raynor

on behalf of Creditor Transparency Alliance LLC braynor@lockelord.com

Brian K. Asberry

on behalf of Creditor Nellie Beckley basberry@nnlaw.com

Brian Patrick Shaw

on behalf of Defendant Craig Wear Financial Group LLC bshaw@ccsb.com, abarrera@ccsb.com

Brian Patrick Shaw

on behalf of Defendant Gregory Ricks bshaw@ccsb.com abarrera@ccsb.com

Brian Patrick Shaw

on behalf of Defendant Christine Smith bshaw@ccsb.com abarrera@ccsb.com

Bryan A. Wood

on behalf of Accountant MMS Advisors LLC bwood@bermantabacco.com, bmccarthy@bermantabacco.com

Bryan L. Elwood

on behalf of Interested Party Advanced Life Settlement Portfolio 2011-1 LLC elwoodb@gtlaw.com

Bryan L. Elwood

on behalf of Interested Party Advanced Life Settlement Portfolio 2013-3 LLC elwoodb@gtlaw.com

C. Michael Moore

on behalf of Interested Party Thomas E. Stern mike.moore817@icloud.com Jessica.turpen@dlapiper.com

C. Michael Moore

on behalf of Interested Party optionsXpress Inc. mike.moore817@icloud.com, Jessica.turpen@dlapiper.com

Caleb Bransford Bulls

on behalf of Plaintiff Word of God Fellowship Inc. d/b/a Daystar Television Network caleb.bulls@kellyhart.com, dana.law@kellyhart.com;rebehka.lopez@kellyhart.com

Charlene C. Koonce

on behalf of Defendant New Asset Advisors LLC charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant James T. Payton charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant Mark McKay charlene.koonce@solidcounsel.com

Charlene C. Koonce

on behalf of Defendant Gregory Rains Harper charlene.koonce@solidcounsel.com

District/off: 0539-4       User: admin       Page 5 of 43

Date Rcvd: Mar 19, 2026       Form ID: pdf012       Total Noticed: 1

Charlene C. Koonce
on behalf of Defendant Business Legacy  Inc. charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant Spectrum Advisors  Inc. charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant Douglas Hart Cassel charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant Ray Hughes charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant Resale and Valuation Services  LLC charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant Ella Oliver charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant Curtis M. Cole charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant New Asset Alternatives  LLC charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant Legacy Planning Group  Inc. charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant Victor Johnson charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant SMR LS Fund  LLC charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant Abio Financial Group  Inc. charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant Keith West charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant Alliance Affiliated Equities Corporation charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant Sheryl Hanson charlene.koonce@solidcounsel.com

Charlene C. Koonce
on behalf of Defendant SMR LS Fund II  LLC charlene.koonce@solidcounsel.com

Charles Alfred Mackenzie
on behalf of Debtor Life Partners Holdings  Inc. courtfilings@texas-appeals.com

Charles Alfred Mackenzie
on behalf of Attorney Charles Alfred Mackenzie courtfilings@texas-appeals.com

Charles R. Chesnutt, Sr.
on behalf of Counter-Claimant R. E. Branch M.D. pleadings@chapter7-11.com

Charles R. Chesnutt, Sr.
on behalf of Cross-Claimant Betty J Nickels pleadings@chapter7-11.com

Charles R. Chesnutt, Sr.
on behalf of Defendant RE Branch pleadings@chapter7-11.com

Charles R. Chesnutt, Sr.
on behalf of Intervenor-Plaintiff Betty J Nickels pleadings@chapter7-11.com

Christine L. Stetson
on behalf of Creditor Clay Amuny cstetson@bernsenlaw.com  cwestmoreland@bernsenlaw.com

Christine L. Stetson
on behalf of Intervenor-Plaintiff Clay Amuny cstetson@bernsenlaw.com  cwestmoreland@bernsenlaw.com

Christopher H. Trickey
on behalf of Creditor John Richard Matheny ctrickey@gdhm.com  mhenderson@gdhm.com;bcumings@gdhm.com

Christopher J. Akin
on behalf of Accountant MMS Advisors  LLC cakin@lynnllp.com, vkropp@lynnllp.com

Christopher J. Akin
on behalf of Attorney Bryan A. Wood cakin@lynnllp.com  vkropp@lynnllp.com

Christopher J. Moser
on behalf of Defendant Matheson Services  LLC cmoser@qslwm.com, cprice@qslwm.com

District/off: 0539-4                         User: admin                                      Page 6 of 43

Date Rcvd: Mar 19, 2026                      Form ID: pdf012                                  Total Noticed: 1

Christopher S. Murphy
     on behalf of Interested Party Texas Department of Insurance bk-cmurphy@oag.texas.gov  sherri.simpson@oag.texas.gov

Clay Marshall Taylor
     on behalf of Interested Party PJC Investments  LLC clay.taylor@dentons.com, DOCKET.GENERAL.LIT.DAL@dentons.com

Clayton David Ketter
     on behalf of Trustee H. Thomas Moran  II cdketter@phillipsmurrah.com,
mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clayton David Ketter
     on behalf of Debtor Life Partners Holdings  Inc. cdketter@phillipsmurrah.com,
mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clayton David Ketter
     on behalf of Jointly Administered Party/Debtor Life Partners  Inc. cdketter@phillipsmurrah.com,
mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clayton David Ketter
     on behalf of Plaintiff LPI Financial Services  Inc. cdketter@phillipsmurrah.com,
mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clayton David Ketter
     on behalf of Plaintiff Life Partners  Inc. cdketter@phillipsmurrah.com,
mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clayton David Ketter
     on behalf of Jointly Administered Party/Debtor LPI Financial Services  Inc. cdketter@phillipsmurrah.com,
mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Clifford Franklin McMaster
     on behalf of Creditor Suzanne Hawk cfmcmaster@sbcglobal.net

Clyde A. Pine, Jr.
     on behalf of Creditor Kenneth Schillinger pine@mgmsg.com

Clyde A. Pine, Jr.
     on behalf of Creditor Raymond P. Ramirez pine@mgmsg.com

Conrad Daniel Hester
     on behalf of Counter-Defendant David M. Bennett conrad.hester@tklaw.com  Melanie.baley@tklaw.com,polly.bates@tklaw.com

Conrad Daniel Hester
     on behalf of Counter-Defendant Thompson & Knight LLP conrad.hester@tklaw.com
Melanie.baley@tklaw.com,polly.bates@tklaw.com

Courtney Jane Hull
     on behalf of Creditor Texas Comptroller of Public Accounts bk-chull@oag.texas.gov  sherri.simpson@oag.texas.gov

Cynthia A. Spencer
     on behalf of Creditor Juan Flores cyndy@irby-spencer.com

D. Wade Cloud, Jr.
     on behalf of Creditor Blake Y. Stock wcloud@hhdulaw.com

Daniel C Durand, III
     on behalf of Defendant A Roger O. Whitley Group  Inc. durand@durandlaw.com, bankruptcy@durandlaw.com

Daniel C Durand, III
     on behalf of Defendant Ken Marko durand@durandlaw.com  bankruptcy@durandlaw.com

Daniel C Durand, III
     on behalf of Defendant Select Capital Corporation durand@durandlaw.com  bankruptcy@durandlaw.com

Daniel P. Winikka
     on behalf of Creditor Cranehill Capital  as assignee to Doris Sivernell dan@danwinlaw.com, dan@danwinlaw.com

Daniel P. Winikka
     on behalf of Creditor Cranehill Capital LLC  as assignee to Estate of Roy & Jessie Roth dan@danwinlaw.com,
dan@danwinlaw.com

Daniel P. Winikka
     on behalf of Creditor Cranehill Capital LLC  as assignee to The Daniel & Patricia La Fleur Estate Trust dan@danwinlaw.com,
dan@danwinlaw.com

Daniel P. Winikka
     on behalf of Creditor Cranehill Capital LLC  as assignee to Doris Sivernell dan@danwinlaw.com, dan@danwinlaw.com

Daniel P. Winikka
     on behalf of Creditor Cranehill Capital  as assignee to Estate of Treva Fike dan@danwinlaw.com, dan@danwinlaw.com

Daniel P. Winikka
     on behalf of Creditor Cranehill Capital  as assignee to Jeanne Scholz-Denman dan@danwinlaw.com, dan@danwinlaw.com

District/off: 0539-4                                    User: admin                                        Page 7 of 43

Date Rcvd: Mar 19, 2026                           Form ID: pdf012                                    Total Noticed: 1

Daniel P. Winikka

on behalf of Creditor Cranehill Capital LLC  as assignee to Winnie L. Osborne dan@danwinlaw.com, dan@danwinlaw.com

Daniel P. Winikka

on behalf of Creditor Cranehill Capital LLC  as assignee to Andrew & Shelley Scraver dan@danwinlaw.com, dan@danwinlaw.com

Daniel P. Winikka

on behalf of Creditor Cranehill Capital  as assignee to Jennifer Wilkins dan@danwinlaw.com, dan@danwinlaw.com

Daniel P. Winikka

on behalf of Creditor Cranehill Capital  as assignee to Jacqueline Stern dan@danwinlaw.com, dan@danwinlaw.com

Daniel P. Winikka

on behalf of Creditor Cranehill Capital LLC  as assignee to John R. & Winnie L. Osborne dan@danwinlaw.com, dan@danwinlaw.com

Daniel P. Winikka

on behalf of Creditor Cranehill Capital LLC  as assignee to Donald F. Lett dan@danwinlaw.com, dan@danwinlaw.com

Daniel P. Winikka

on behalf of Creditor Cranehill Capital LLC  as assignee to Shirley A. Sneed dan@danwinlaw.com, dan@danwinlaw.com

David D. Ritter

on behalf of Interested Party Janet Arnold dritter@ritterspencercheng.com

David D. Ritter

on behalf of Interested Party mp Ad Hoc Committee of Direct Fractional Interest Owners of Life Settlement Policies dritter@ritterspencercheng.com

David D. Ritter

on behalf of Interested Party Ad Hoc Committee of Direct Fractional Interest Owners of Life Settlement Policies dritter@ritterspencercheng.com

David D. Ritter

on behalf of Interested Party Amicus Curiae Fractional Interest Holders dritter@ritterspencercheng.com

David D. Ritter

on behalf of Interested Party Michael Arnold dritter@ritterspencercheng.com

David D. Ritter

on behalf of Creditor Philip M. Garner dritter@ritterspencercheng.com

David D. Ritter

on behalf of Creditor Certain IRA Investors dritter@ritterspencercheng.com

David D. Ritter

on behalf of Interested Party Ad Hoc Committee of Fractional Insurance Beneficiaries of Life Partners  Inc. dritter@ritterspencercheng.com

David Frederick Morris

on behalf of Defendant Thomas Montgomery dfmorris48@verizon.net

David Frederick Morris

on behalf of Defendant First Up  Inc. dfmorris48@verizon.net

David Frederick Morris

on behalf of Defendant Gary Brosseit dfmorris48@verizon.net

David Frederick Morris

on behalf of Defendant James Cleary dfmorris48@verizon.net

David Frederick Morris

on behalf of Defendant Steve Chambers dfmorris48@verizon.net

David Frederick Morris

on behalf of Defendant G. Brossert dfmorris48@verizon.net

David Frederick Morris

on behalf of Defendant Randal Wallis dfmorris48@verizon.net

David Frederick Morris

on behalf of Defendant James Sundelius dfmorris48@verizon.net

David Frederick Morris

on behalf of Defendant Windfall Development  Inc. dfmorris48@verizon.net

David Frederick Morris

on behalf of Defendant Ronald H. Willis dfmorris48@verizon.net

David Frederick Morris

on behalf of Defendant Retirement Rescue  LLC dfmorris48@verizon.net

District/off: 0539-4                          User: admin                                         Page 8 of 43

Date Rcvd: Mar 19, 2026                    Form ID: pdf012                                     Total Noticed: 1

David Frederick Morris

on behalf of Defendant R Squared  Inc. dfmorris48@verizon.net

David Frederick Morris

on behalf of Defendant Abundant Income  LLC dfmorris48@verizon.net

David Frederick Morris

on behalf of Defendant Guy Smith dfmorris48@verizon.net

David Frederick Morris

on behalf of Defendant Roger Lane dfmorris48@verizon.net

David L. Campbell

on behalf of Creditor The Bobbye Cozette Coleman Rev Liv Trust dcampbell@ccsb.com

David L. Swanson

on behalf of Interested Party Stallings Family Limited Partnership  L.P. david.swanson@troutman.com,
pat.pateman@troutman.com;AutoDocket@troutman.com

David Lawrence Staab

on behalf of Defendant Coastal Equities  Inc. david.staab@haynesboone.com

David M Bennett

on behalf of Defendant Life Partners Holdings  Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Successor Trustee Life Partners Creditors' Trust david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Jointly Administered Party/Debtor Life Partners  Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Consolidated debtor Life Partners Financial Services  Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Plaintiff Somerset Partners Strategic Assets  Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Trustee H. Thomas Moran  II david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Debtor LPI Financial Services  Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Plaintiff Life Partners Creditors Trust david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Trustee H. Thomas Moran II david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Debtor Life Partners  Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Jointly Administered Party/Debtor LPI Financial Services  Inc. david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Plaintiff Life Partners Creditors' Trust david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Plaintiff David Whitmire david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Plaintiff Stephen Eccles david.bennett@hklaw.com
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

on behalf of Plaintiff H Thomas Moran  II david.bennett@hklaw.com,
gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett

District/off: 0539-4                     User: admin                                  Page 9 of 43

Date Rcvd: Mar 19, 2026                  Form ID: pdf012                              Total Noticed: 1

                                 on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust david.bennett@hklaw.com,
                                 gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
                                 on behalf of Counter-Defendant H. Thomas Moran II david.bennett@hklaw.com
                                 gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
                                 on behalf of Interested Party Michael LaMothe david.bennett@hklaw.com
                                 gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
                                 on behalf of Plaintiff Alan M. Jacobs   As Trustee For The Creditors Trust david.bennett@hklaw.com,
                                 gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David M Bennett
                                 on behalf of Defendant Life Partners  Inc. david.bennett@hklaw.com,
                                 gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hapi@hklaw.com;hope.daniels@hklaw.com

David R. Clouston
                                 on behalf of Defendant Irish East India Co. dclouston@sessions-law.biz
                                 jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

David R. Clouston
                                 on behalf of Defendant Alpha & Omega Global Risk Management  LP dclouston@sessions-law.biz,
                                 jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

David R. Clouston
                                 on behalf of Defendant AO Global  LLC dclouston@sessions-law.biz,
                                 jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

David R. Clouston
                                 on behalf of Interested Party Chris Y. Rhodes dclouston@sessions.legal
                                 jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

David R. Clouston
                                 on behalf of Defendant Russell Hagan dclouston@sessions-law.biz
                                 jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

David R. Clouston
                                 on behalf of Defendant Petra World Wide  Inc. dclouston@sessions-law.biz,
                                 jreyna@sessions.legal;lmoseley@sessions.legal;cleslie@sessions.legal

Dax Daniel Voss
                                 on behalf of Creditor Paul Durham dvoss@lubbocklawfirm.com  clusk@lubbocklawfirm.com;jfrost@lubbocklawfirm.com

Deborah J. Penner
                                 on behalf of Defendant Jane Louise Cansino deborahpenner@att.net  deborahpenner@yahoo.com

Dena L Mathis
                                 on behalf of Creditor Shamrock Life Settlement  Inc. dena@mathislegal.com, diana@mathislegal.com

Dena L Mathis
                                 on behalf of Defendant Alexandra Agencies Limited dena@mathislegal.com  diana@mathislegal.com

Dena L Mathis
                                 on behalf of Creditor Carteya Limited dena@mathislegal.com  diana@mathislegal.com

Dena L Mathis
                                 on behalf of Creditor Robin Rock Limited dena@mathislegal.com  diana@mathislegal.com

Dena L Mathis
                                 on behalf of Creditor Alexandra Agencies Limited dena@mathislegal.com  diana@mathislegal.com

Dena L Mathis
                                 on behalf of Defendant Carteya Limited dena@mathislegal.com  diana@mathislegal.com

Dena L Mathis
                                 on behalf of Defendant Robin Rock  Ltd. dena@mathislegal.com, diana@mathislegal.com

Dena L Mathis
                                 on behalf of Defendant Shamrock Life Settlement  Inc. dena@mathislegal.com, diana@mathislegal.com

Dennis L. Roossien
                                 on behalf of Plaintiff Life Partners  Inc. droossien@munsch.com

Dennis L. Roossien
                                 on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust droossien@munsch.com

Dennis L. Roossien
                                 on behalf of Trustee Alan M. Jacobs droossien@munsch.com

Dennis L. Roossien

District/off: 0539-4 User: admin Page 10 of 43

Date Rcvd: Mar 19, 2026 Form ID: pdf012 Total Noticed: 1

on behalf of Creditor Official Committee of Unsecured Creditors droossien@munsch.com

Dennis L. Roossien

on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors Trust droossien@munsch.com

Dennis L. Roossien

on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors' Trust droossien@munsch.com

Dennis L. Roossien

on behalf of Plaintiff Life Partners Creditors Trust droossien@munsch.com

Dennis L. Roossien

on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust droossien@munsch.com

Dennis L. Roossien

on behalf of Plaintiff Life Partners Creditors' Trust droossien@munsch.com

Dennis L. Roossien

on behalf of Interested Party Life Partners Position Holder Trust droossien@munsch.com

Devon D. Sharp

on behalf of Plaintiff Life Partners Creditors' Trust dsharp@munsch.com sblackstock@munsch.com

Devon D. Sharp

on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors' Trust dsharp@munsch.com, sblackstock@munsch.com

Diane W. Sanders

on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com

Donna K. Webb

on behalf of Creditor Internal Revenue Service - IRS donna.webb@usdoj.gov
brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

Donna Kaye Rashti

on behalf of Creditor Estate of Bonell Rashti Deceased donna@rashtiandmitchell.com, dkrm@aol.com

Doug D. Skierski

on behalf of Defendant Eagle One Investments LLC fbo Infinity Asset Management, LLC dskierski@Skiamc.com

Doug D. Skierski

on behalf of Defendant Infinity Asset Management LLC dskierski@Skiamc.com

Douglas A. Daniels

on behalf of Creditor Betty Slaughter doug.daniels@dtlawyers.com

Drew Austin Lagow

on behalf of Defendant Middleton & Associates drew@rkcglaw.com

Drew Austin Lagow

on behalf of Defendant Bailey Financial drew@rkcglaw.com

Drew Austin Lagow

on behalf of Defendant Dennis Lagow drew@rkcglaw.com

E. Rhett Buck

on behalf of Intervenor-Plaintiff Prentiss G Crowe erhettbuck@aol.com

E. Rhett Buck

on behalf of Intervenor-Plaintiff Dolores K Crowe erhettbuck@aol.com

Edward A. Clarkson, III

on behalf of Creditor Official Committee of Unsecured Creditors eclarkson@okinadams.com
sgonzales@okinadams.com;nhollon@okinadams.com

Edward A. Clarkson, III

on behalf of Trustee Alan M. Jacobs eclarkson@okinadams.com sgonzales@okinadams.com;nhollon@okinadams.com

Edward Michael Ratliff

on behalf of Creditor Janet L Earnest consumer.law@hotmail.com

Elizabeth Ziegler Young

on behalf of U.S. Trustee United States Trustee elizabeth.a.young@usdoj.gov

Eric J. Taube

on behalf of Creditor Penumbra Capital Life Settlement Fund MMXA LLC ericjaytaube@gmail.com
sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube

on behalf of Creditor PJC Investments LLC ericjaytaube@gmail.com, sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube

on behalf of Plaintiff Penumbr4 LLC ericjaytaube@gmail.com sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

District/off: 0539-4                                        User: admin                                        Page 11 of 43

Date Rcvd: Mar 19, 2026                                Form ID: pdf012                                Total Noticed: 1

Eric J. Taube
> on behalf of Plaintiff Penumbra Fund III LLC ericjaytaube@gmail.com  sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube
> on behalf of Creditor KLI Investments  LLC ericjaytaube@gmail.com, sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube
> on behalf of Plaintiff Penumbra Capital Life Settlement Fund-MMXA LLC ericjaytaube@gmail.com
> sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube
> on behalf of Creditor Penumbra Fund III LLC ericjaytaube@gmail.com  sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube
> on behalf of Creditor KLI Investments  LP ericjaytaube@gmail.com, sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube
> on behalf of Creditor Penumbr4 LLC ericjaytaube@gmail.com  sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube
> on behalf of Plaintiff Penumbra Capital Fund-2012 LLC ericjaytaube@gmail.com
> sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube
> on behalf of Creditor Penumbra Capital Fund 2012 LLC ericjaytaube@gmail.com
> sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Eric J. Taube
> on behalf of Plaintiff KLI Investments  LP ericjaytaube@gmail.com, sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Erin Marie Schmidt
> on behalf of Defendant United States Trustee ustpregion06.da.ecf@usdoj.gov  erin.schmidt2@usdoj.gov

Erin Marie Schmidt
> on behalf of U.S. Trustee United States Trustee ustpregion06.da.ecf@usdoj.gov  erin.schmidt2@usdoj.gov

F. Leighton Durham, III
> on behalf of Defendant ACHIM Reinhart DBA Lifeset TBB ldurham@dpslawgroup.com
> klassiter@dpslawgroup.com;rpainter@painterfirm.com

Fareed Kaisani
> on behalf of Trustee Alan M. Jacobs fareed@mwfirm.com  lmarczak@pcrfirm.com

Fareed I. Kaisani
> on behalf of Plaintiff Alan M. Jacobs  as Trustee of the Life Partners Creditors' Trust fareed@mwfirm.com,
> lmarczak@pcrfirm.com

Fareed I. Kaisani
> on behalf of Plaintiff Life Partners Creditors' Trust fareed@mwfirm.com  lmarczak@pcrfirm.com

Fareed I. Kaisani
> on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust fareed@mwfirm.com,
> lmarczak@pcrfirm.com

Forshey & Prostok LLP
> jrf@forsheyprostok.com

Franklin L. Broyles
> on behalf of Intervenor-Plaintiff Jay C. Wittwer frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin L. Broyles
> on behalf of Intervenor-Plaintiff George and Katherine King Living Trust frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin L. Broyles
> on behalf of Creditor Paul S. Worrell frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin L. Broyles
> on behalf of Intervenor-Plaintiff Brandee Lee Price frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin L. Broyles
> on behalf of Intervenor-Plaintiff Ronald P. Cundick frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin L. Broyles
> on behalf of Intervenor-Plaintiff Howard S. and Tresa D. Fish Family Trust frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin L. Broyles
> on behalf of Intervenor-Plaintiff Austin Trust frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin L. Broyles
> on behalf of Intervenor-Plaintiff James C. Neel Family Trust frank.broyles@utexas.edu  fbknarff@gmail.com

Franklin L. Broyles
> on behalf of Intervenor-Plaintiff Patricia L. Cundick frank.broyles@utexas.edu  fbknarff@gmail.com

District/off: 0539-4 User: admin Page 12 of 43

Date Rcvd: Mar 19, 2026 Form ID: pdf012 Total Noticed: 1

Franklin Scott Flow
on behalf of Creditor Goligowski Family Trust fsflow@flowlaw.com flf7694@flowlaw.com

Franklin Scott Flow
on behalf of Creditor Daphna W. Fuller fsflow@flowlaw.com flf7694@flowlaw.com

Fred R. Norton
on behalf of Creditor Barbara A. Wilson phred@nortonandwood.com

Frederick E. Walker
on behalf of Intervenor-Plaintiff John R. Matheny fredwalkerlaw@yahoo.com ecfcourtmail@yahoo.com

G. Kevin Buchanan
on behalf of Debtor Life Partners Holdings Inc. courtfilings@kevinbuchananlaw.com

G. Kevin Buchanan
on behalf of Spec. Counsel Kevin Buchanan & Associates courtfilings@kevinbuchananlaw.com

Gary R Sorden
on behalf of Defendant MDH Interests LLC gsorden@coleschotz.com, ahickey@coleschotz.com

George David Gordon
on behalf of Defendant John C. Covey Sr. gdgordon@bgdlaw.net

George David Gordon
on behalf of Defendant Gregg M. Cune gdgordon@bgdlaw.net

George Donald McDonald
on behalf of Defendant GO Financial Services Inc. Mcdonaldgeo@aol.com

George H. Barber
on behalf of Creditor Transparency Alliance LLC gbarber@bradley.com
ndasrath@bradley.com;gbarberbradley@ecf.courtdrive.com;george-barber-8068@ecf.pacerpro.com

Gerrit M. Pronske
on behalf of Debtor Life Partners Holdings Inc. pronske@yahoo.com, lvargas@spencerfane.com

Gilbert Craig Hubble
on behalf of Intervenor-Plaintiff Clifford T Emerick gcraighubble@gmail.com leloni36@gmail.com

Greggory D. Lundberg
on behalf of Intervenor-Plaintiff Don L Lundberg gregg@lundberg-law.com tschwartz@gdllawyer.com

Gregory A. Lowry
on behalf of Intervenor-Plaintiff Stallings Family Limited Partnership L.P. glowry@lockelord.com

Gregory A. Lowry
on behalf of Interested Party Stallings Family Limited Partnership L.P. greglowry33@gmail.com

Gregory A. Lowry
on behalf of Attorney Locke Lord LLP greglowry33@gmail.com

Gregory A. Lowry
on behalf of Intervenor-Plaintiff The Muerto Fund LLC glowry@lockelord.com

Gregory Wayne Mitchell
on behalf of Defendant David Watlington greg@mitchellps.com ecfnotices@mitchellps.com

H. Jefferson LeForce
on behalf of Creditor Evergreen II Lifeplan fund LP jleforce@leforcelaw.com

H. Jefferson LeForce
on behalf of Creditor Evergreen III Lifeplan Fund LLC jleforce@leforcelaw.com

H. Jefferson LeForce
on behalf of Creditor Pillar 3 Life Settlement Fund LP jleforce@leforcelaw.com

H. Jefferson LeForce
on behalf of Creditor Pillar 4 Life Settlement Fund LP jleforce@leforcelaw.com

H. Jefferson LeForce
on behalf of Creditor Evergreen Lifeplan Fund LP jleforce@leforcelaw.com

H. Jefferson LeForce
on behalf of Creditor Black Diamond Lifeplan Fund LP jleforce@leforcelaw.com

H. Jefferson LeForce
on behalf of Creditor Pillar Life Settlement Fund I LP jleforce@leforcelaw.com

H. Jefferson LeForce
on behalf of Creditor Pillar 5 Life Settlement Fund LP jleforce@leforcelaw.com

H. Jefferson LeForce

on behalf of Creditor Pillar II Life Settlement Fund  LP jleforce@leforcelaw.com

Harmony A. Mappes

on behalf of Defendant Eagle One Investments  LLC fbo Infinity Asset Management, LLC harmony.mappes@faegrebd.com

Harmony A. Mappes

on behalf of Defendant Infinity Asset Management  LLC harmony.mappes@faegrebd.com

Heather Berkowitz

on behalf of Creditor Sparta Group MA  LLC Series 20 dwolfe@asmcapital.com

Heather Berkowitz

on behalf of Creditor ASM SPV  L.P. dwolfe@asmcapital.com

Heather Berkowitz

on behalf of Creditor ASM Insolve  L.P. dwolfe@asmcapital.com

Heather Berkowitz

on behalf of Creditor ASM Capital V  L.P. dwolfe@asmcapital.com

Howard Marc Spector

on behalf of Defendant Price L. Johnson  P.C. hspector@spectorcox.com,
sshank@spectorcox.com;ahawkins@spectorcox.com;hspector@ecf.courtdrive.com

Hunter Brandon Jones

on behalf of Attorney Shannon Gracey Ratliff & Miller brandon@bondsellis.com  linda.gordon@bondsellis.com

Hunter Brandon Jones

on behalf of Creditor Louise G. Lasater Family Trust brandon@bondsellis.com  linda.gordon@bondsellis.com

I. Richard Levy

on behalf of Creditor Mary Ann Stocker levy@bgvllp.com

I. Richard Levy

on behalf of Creditor Earnest Eugene Stocker levy@bgvllp.com

J. Casey Roy

on behalf of Interested Party Texas Department of Banking casey.roy@oag.texas.gov

J. Casey Roy

on behalf of Interested Party Texas Department of Insurance casey.roy@oag.texas.gov

J. David Dickson

on behalf of Creditor Advance Trust & Life Escrow Services  LTA dickson@thetexasfirm.com,
hoover@thetexasfirm.com;harrison@thetexasfirm.com;pattillo@thetexasfirm.com

J. David Dickson

on behalf of Interested Party Purchase Escrow Services  LLC dickson@thetexasfirm.com,
hoover@thetexasfirm.com;harrison@thetexasfirm.com;pattillo@thetexasfirm.com

J. Machir Stull

on behalf of Creditor Certain IRA Investors mstull@jw.com  osalvatierra@jw.com;kgradney@jw.com

J. Machir Stull

on behalf of Jointly Administered Party/Debtor LPI Financial Services  Inc. mstull@jw.com,
osalvatierra@jw.com;kgradney@jw.com

J. Matthew Goodin

on behalf of Creditor Transparency Alliance LLC jmgoodin@lockelord.com

J. Robert Forshey

on behalf of Attorney Forshey & Prostok LLP bobby.forshey@vkhh.com
bforshey@ecf.courtdrive.com;julie.gonzalez@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.co
m

J. Seth Moore

on behalf of Creditor Robert J. Martinez semoore@swlaw.com
sluby@swlaw.com;docket_den@swlaw.com;DOCKET_DAL@swlaw.com

J. Seth Moore

on behalf of Creditor RT & PY Myles Revocable Living Trust semoore@swlaw.com
sluby@swlaw.com;docket_den@swlaw.com;DOCKET_DAL@swlaw.com

Jack Balderson, Jr.

on behalf of Creditor Second Ad Hoc Committee of Fractional Interest Investors in Life Settlement Policies
jack@baldersonlaw.com

Jack Nicholas Fuerst

on behalf of Defendant Inspired Alternative Investments jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Lana Borbas jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

District/off: 0539-4                                    User: admin                                    Page 14 of 43
Date Rcvd: Mar 19, 2026                              Form ID: pdf012                              Total Noticed: 1

Jack Nicholas Fuerst

on behalf of Defendant WWWF Fund  LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Norman Lorentz jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Robert D. Phillips jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Bruce C. Sandelin jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Much Financial Services jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Fei Havenor jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant United Senior Advisors Group jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant The Arbitrage Advisory Group  Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Thomas Quinn jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Annui Corp Services  Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Lanning Financial Inc. jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Attorney Jack N Fuerst jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Chartwell Asset Management  Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Paula Izzard Properties  LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Garry Madaline jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Randy Martens jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Harry J. Wilson Insurancecenter Inc. jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Jay Heimburger jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant CPF Health Benefits Insurance Agency  Inc. jfuerst@sbcglobal.net,
fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Ronald Coleman jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Sandra Knoy jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Disciplined Advisor Network  Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Entrepreneur Choice Fund II  LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Nicholas Munds jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Lois M. Abbott jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Crimson Fund-1  LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Joseph Borino jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant William G. Ball jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant BAAPLIFE2-2014 LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant John Compton Jr. jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Charter Financial Group LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Wesley Davidson jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Worth Financial Group Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Smith & Ballard jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Golden Eagle Fund 16 LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant American Money Group Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant BAAPLIFE1-2013 LLC jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Fanny W. Chan jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Creditor Jack N Fuerst jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Jim W. Bell jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Pillar I LS Fund LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Stonebridge Capital LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Dan OBrien jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant JBH Securities jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Cody Biggs jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Scott Scholz jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Ronnie Knoy jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Harvey Stein jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Thomas R. Wilson jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Charles Clarkson jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant James Billington jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant David M. Compton Inc. jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant John Young jfuerst@sbcglobal.net fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant IFC Safe Holdings LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst

on behalf of Defendant Charter Insurance Brokerage Inc. jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Gregory Dailey jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Brazos Life Settlement Fund jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Advance Level Solutions  LLC jfuerst@sbcglobal.net, fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Frank Benischeck jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Growth Partners Intl D-B-A Growth Partners Ins. Agency  LLC jfuerst@sbcglobal.net,
fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Alvin L. Lee jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Michael Lloyd jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Joshua Peck jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant John J. Eisz jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Jackie Lankton jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant William Mausen jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Steve Feeken jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

Jack Nicholas Fuerst
on behalf of Defendant Kevin Kraemer jfuerst@sbcglobal.net  fuerst.jackn.r103264@notify.bestcase.com

James Craig Orr, Jr.
on behalf of Interested Party MDL Plaintiffs jim@hop-law.com  jessie@hop-law.com

James Craig Orr, Jr.
on behalf of Creditor John Willingham MDL Group jim@hop-law.com  jessie@hop-law.com

James Craig Orr, Jr.
on behalf of Interested Party McDermott Plaintiffs jim@hop-law.com  jessie@hop-law.com

James Jay Lee
on behalf of Interested Party Life Partners Position Holder Trust jimlee@velaw.com

James Jay Lee
on behalf of Plaintiff Life Partners Position Holder Trust jimlee@velaw.com

James L. Schutza
on behalf of Creditor Tedder Family Trust jschutza@sbcglobal.net  jschutza@att.net

James L. Schutza
on behalf of Interested Party 111 Farm and Ranch  L.P. jschutza@sbcglobal.net, jschutza@att.net

James M. McGee
on behalf of Plaintiff Alan M. Jacobs   As Trustee For The Creditors Trust jmcgee@munsch.com, lgarrett@munsch.com

James M. McGee
on behalf of Creditor Life Partners Creditors' Trust jmcgee@munsch.com  lgarrett@munsch.com

James M. McGee
on behalf of Plaintiff Alan M. Jacobs   As Trustee For The Creditors' Trust jmcgee@munsch.com, lgarrett@munsch.com

James M. McGee
on behalf of Trustee Alan M. Jacobs jmcgee@munsch.com  lgarrett@munsch.com

James M. McGee
on behalf of Plaintiff Life Partners Creditors Trust jmcgee@munsch.com  lgarrett@munsch.com

James M. McGee
on behalf of Plaintiff Alan M. Jacobs jmcgee@munsch.com  lgarrett@munsch.com

James M. McGee
on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust jmcgee@munsch.com,
lgarrett@munsch.com

James M. McGee
on behalf of Plaintiff Alan M. Jacobs jmcgee@munsch.com lgarrett@munsch.com

James M. McGee
on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust jmcgee@munsch.com, lgarrett@munsch.com

James M. McGee
on behalf of Plaintiff Life Partners Creditors' Trust jmcgee@munsch.com lgarrett@munsch.com

James Sanford Brouner
on behalf of Creditor D.W. Skelton jbrouner@haywardfirm.com

Jarold Lee Apple
on behalf of Intervenor-Plaintiff Elmer Terrell Hodges bapple@2027law.com

Jarold Lee Apple
on behalf of Interested Party E. Terrell Hodges bapple@2027law.com

Jason Alexander Enright
on behalf of Plaintiff Life Partners Creditors' Trust jenright@munsch.com

Jason Alexander Enright
on behalf of Plaintiff Alan M. Jacobs jenright@munsch.com

Jason Alexander Enright
on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust jenright@munsch.com

Jason Michael Katz
on behalf of Creditor AMY HIETT AS EXECUTOR OF THE ESTATE OF JAMES E. NAILLING jkatz@ccsb.com, talvarado@ccsb.com,sfrisbee@ccsb.com

Jason Michael Katz
on behalf of Creditor AMY HIETT jkatz@ccsb.com talvarado@ccsb.com,sfrisbee@ccsb.com

Jason Mitchell Little
on behalf of Defendant Ella Oliver mitch.little@solidcounsel.com

Jason Mitchell Little
on behalf of Defendant Mark McKay mitch.little@solidcounsel.com

Jason Patrick Kathman
on behalf of Debtor Life Partners Holdings Inc. jkathman@spencerfane.com, lvargas@spencerfane.com

Jason S. Brookner
on behalf of Interested Party Vida Capital Inc. jbrookner@grayreed.com, lwebb@grayreed.com;acarson@grayreed.com

Jason T. Rodriguez
on behalf of Creditor Certain Shareholders of Life Partners Holdings Inc. jrodriguez@higierallen.com, cfincher@higierallen.com

Jason T. Rodriguez
on behalf of Attorney Aguirre Law APC jrodriguez@higierallen.com, cfincher@higierallen.com

Jason T. Rodriguez
on behalf of Attorney Local counsel for Gary Aguirre as Counsel for certain Shareholders jrodriguez@higierallen.com cfincher@higierallen.com

Jay Ong
on behalf of Debtor Life Partners Holdings Inc. jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Other Professional Lewis & Ellis Inc. and D3G Capital Management, LLC jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Trustee H. Thomas Moran II jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Trustee Alan M. Jacobs jong@munsch.com amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Interested Party The Governing Trust Board of the Life Partners Position Holder Trust and the Life Partners Creditors' Trust jong@munsch.com amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jay Ong
on behalf of Creditor Official Committee of Unsecured Creditors jong@munsch.com amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Jeff Springer

on behalf of Defendant Scott Shepard jeff@springer-lyle.com

Jeff P. Prostok

on behalf of Debtor Life Partners Holdings  Inc. jeff.prostok@vkhh.com,
jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankrupt
cy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeffrey A. Baruh

on behalf of Defendant Donald Bergis jbaruh@ahklaw.com  delston@ahklaw.com

Jeffrey A. Baruh

on behalf of Defendant Jared M. Elson jbaruh@ahklaw.com  delston@ahklaw.com

Jeffrey B. Mead

on behalf of Creditor Transparency Alliance LLC jmead@lockelord.com  srobinson@lockelord.com

Jeffrey D. Sternklar

on behalf of Interested Party Langston Law Firm LPI Settlement  LLP jeffrey@sternklarlaw.com

Jeffrey D. Sternklar

on behalf of Interested Party Michael Arnold jeffrey@sternklarlaw.com

Jeffrey D. Sternklar

on behalf of Interested Party Steve South jeffrey@sternklarlaw.com

Jeffrey D. Sternklar

on behalf of Interested Party Christine Duncan jeffrey@sternklarlaw.com

Jeffrey D. Sternklar

on behalf of Interested Party John S Ferris jeffrey@sternklarlaw.com

Jeffrey D. Sternklar

on behalf of Interested Party Janet Arnold jeffrey@sternklarlaw.com

Jeffrey R. Erler

on behalf of Interested Party Janet Arnold jerler@erlerpc.com  gmgtemp@ghetrial.com

Jeffrey R. Erler

on behalf of Creditor Philip M. Garner jerler@erlerpc.com  gmgtemp@ghetrial.com

Jeffrey R. Erler

on behalf of Interested Party Michael Arnold jerler@erlerpc.com  gmgtemp@ghetrial.com

Jeffrey R. Erler

on behalf of Interested Party Amicus Curiae Fractional Interest Holders jerler@erlerpc.com  gmgtemp@ghetrial.com

Jeffrey R. Erler

on behalf of Creditor Certain IRA Investors jerler@erlerpc.com  gmgtemp@ghetrial.com

Jeffrey R. Erler

on behalf of Interested Party Ad Hoc Committee of Fractional Insurance Beneficiaries of Life Partners  Inc. jerler@erlerpc.com,
gmgtemp@ghetrial.com

Jeffrey Raymond McCombs

on behalf of Interested Party Sharon Ames cabmandu@sbcglobal.net

Jeffrey Raymond McCombs

on behalf of Intervenor-Plaintiff Sharon Ames cabmandu@sbcglobal.net

Jennifer Rudenick Ecklund

on behalf of Successor Trustee Life Partners Creditors' Trust jecklund@thompsoncoburn.com  lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund

on behalf of Defendant Life Partners  Inc. jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund

on behalf of Plaintiff H Thomas Moran  II jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund

on behalf of Counter-Defendant Asset Services Group  LLC jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund

on behalf of Consolidated debtor Life Partners Financial Services  Inc. jecklund@thompsoncoburn.com,
lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund

on behalf of Plaintiff Alan M. Jacobs jecklund@thompsoncoburn.com  lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund

on behalf of Plaintiff Alan M. Jacobs   As Trustee For The Creditors' Trust jecklund@thompsoncoburn.com,
lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund

District/off: 0539-4

Date Rcvd: Mar 19, 2026

User: admin

Form ID: pdf012

Page 19 of 43

Total Noticed: 1

on behalf of Trustee H. Thomas Moran II jecklund@thompsoncoburn.com  lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund

on behalf of Plaintiff Alan M. Jacobs   As Trustee For The Creditors Trust jecklund@thompsoncoburn.com,
lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund

on behalf of Plaintiff Life Partners Creditors Trust jecklund@thompsoncoburn.com  lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund

on behalf of Debtor Life Partners Holdings  Inc. jecklund@thompsoncoburn.com, lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund

on behalf of Plaintiff Life Partners Creditors' Trust jecklund@thompsoncoburn.com  lcarranza@thompsoncoburn.com

Jennifer Rudenick Ecklund

on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust jecklund@thompsoncoburn.com,
lcarranza@thompsoncoburn.com

Jenny C. Parks

on behalf of Creditor Patricia K. Gibson jennycparksattorney@gmail.com  jennycparkspc@jubileebk.net

Jesse R. Castillo

on behalf of Attorney Jesse R. Castillo jcastillo@casnlaw.com

Jesse R. Castillo

on behalf of Creditor Helio Medina jcastillo@casnlaw.com

Jesse R. Castillo

on behalf of Creditor Mary Alice Medina jcastillo@casnlaw.com

John A. Hixson

on behalf of Intervenor-Plaintiff James McAlister maria@hixsonstringham.com
hlfnotices@gmail.com,lee@hixsonstringham.com,hixsonbkr@hotmail.com

John A. Hixson

on behalf of Intervenor-Plaintiff Thomas L. Kratzer maria@hixsonstringham.com
hlfnotices@gmail.com,lee@hixsonstringham.com,hixsonbkr@hotmail.com

John A. Hixson

on behalf of Intervenor-Plaintiff Connie Allen Kratzer maria@hixsonstringham.com
hlfnotices@gmail.com,lee@hixsonstringham.com,hixsonbkr@hotmail.com

John A. Hixson

on behalf of Intervenor-Plaintiff Alice Ann Farrell maria@hixsonstringham.com
hlfnotices@gmail.com,lee@hixsonstringham.com,hixsonbkr@hotmail.com

John A. Leonard

on behalf of Creditor James R. Mitchell lenbiz@rlklaw.net  lenlaw@rlklaw.net

John A. Leonard

on behalf of Creditor Judy Mitchell lenbiz@rlklaw.net  lenlaw@rlklaw.net

John A. Woodcock

on behalf of Creditor Kenneth M. Nelson jwoodcock@bernsteinshur.com
mlibby@bernsteinshur.com;rlearned@bernsteinshur.com

John Albert Basinger

on behalf of Defendant Lincoln National Life Insurance Company jbasinger@saul.com

John C. Leininger

on behalf of Plaintiff Philip M. Garner jcl@sbbolaw.com  cpoteete@os.law

John C. Leininger

on behalf of Plaintiff Christine Duncan jcl@sbbolaw.com  cpoteete@os.law

John C. Leininger

on behalf of Plaintiff Michael Arnold jcl@sbbolaw.com  cpoteete@os.law

John C. Leininger

on behalf of Creditor Philip M. Garner jcl@os.law  cpoteete@os.law

John C. Leininger

on behalf of Plaintiff John S Ferris jcl@sbbolaw.com  cpoteete@os.law

John C. Leininger

on behalf of Plaintiff John S. Ferris jcl@sbbolaw.com  cpoteete@os.law

John C. Leininger

on behalf of Plaintiff Steve South  as Trustee for and on behalf of The South Living Trust jcl@sbbolaw.com, cpoteete@os.law

John C. Leininger

on behalf of Plaintiff Janet Arnold jcl@sbbolaw.com  cpoteete@os.law

District/off: 0539-4                              User: admin                                    Page 20 of 43

Date Rcvd: Mar 19, 2026                          Form ID: pdf012                                Total Noticed: 1

John C. Leininger

on behalf of Interested Party Amicus Curiae Fractional Interest Holders jcl@os.law cpoteete@os.law

John C. Leininger

on behalf of Creditor Certain IRA Investors jcl@os.law cpoteete@os.law

John C. Leininger

on behalf of Interested Party Ad Hoc Committee of Fractional Insurance Beneficiaries of Life Partners Inc. jcl@os.law, cpoteete@os.law

John C. Leininger

on behalf of Interested Party Langston Law Firm jcl@os.law cpoteete@os.law

John C. Leininger

on behalf of Interested Party Philip Garner jcl@os.law cpoteete@os.law

John C. Leininger

on behalf of Interested Party Michael Arnold jcl@os.law cpoteete@os.law

John C. Leininger

on behalf of Interested Party Langston Law Firm LPI Settlement LLP jcl@os.law, cpoteete@os.law

John C. Leininger

on behalf of Interested Party Janet Arnold jcl@os.law cpoteete@os.law

John C. Leininger

on behalf of Plaintiff Steve South jcl@sbbolaw.com cpoteete@os.law

John D. Fraser

on behalf of Creditor NDivision Inc. jfraser@fbfk.law, kross@fbfk.law

John J. Kane

on behalf of Creditor Baron Aldrine jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane

on behalf of Defendant DeWitt & Dunn LLC jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John J. Kane

on behalf of Defendant Lakeside Equity Partners Inc. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

John L. Green

on behalf of Creditor Caryn Ayers jlgreen488@aol.com

John M. Saltarelli

on behalf of Defendant Don Wilson jmsaltarelli@rmemail.com stsimpson@rmemail.com

John M. Saltarelli

on behalf of Counter-Claimant Don Wilson jmsaltarelli@rmemail.com stsimpson@rmemail.com

John M. Saltarelli

on behalf of Defendant Ray Hughes jmsaltarelli@rmemail.com stsimpson@rmemail.com

John M. Saltarelli

on behalf of Defendant Kevin Jones jmsaltarelli@rmemail.com stsimpson@rmemail.com

John M. Saltarelli

on behalf of Counter-Claimant Kevin Jones jmsaltarelli@rmemail.com stsimpson@rmemail.com

John M. Saltarelli

on behalf of Counter-Claimant Robert H. Watlington jmsaltarelli@rmemail.com stsimpson@rmemail.com

John M. Saltarelli

on behalf of Defendant Vernon Bell jmsaltarelli@rmemail.com stsimpson@rmemail.com

John M. Saltarelli

on behalf of Defendant William V. Mozek Jr. jmsaltarelli@rmemail.com, stsimpson@rmemail.com

John M. Saltarelli

on behalf of Counter-Claimant Vernon Bell jmsaltarelli@rmemail.com stsimpson@rmemail.com

John M. Saltarelli

on behalf of Defendant Robert H. Watlington jmsaltarelli@rmemail.com stsimpson@rmemail.com

John M. Saltarelli

on behalf of Counter-Claimant William V. Mozek Jr. jmsaltarelli@rmemail.com, stsimpson@rmemail.com

John M. Saltarelli

on behalf of Defendant Joe Martinez jmsaltarelli@rmemail.com stsimpson@rmemail.com

John P. Lewis, Jr.

on behalf of Intervenor-Plaintiff Aaron T. Bartel jplewis@haywardfirm.com mholmes@haywardfirm.com

John P. Lewis, Jr.

District/off: 0539-4                           User: admin                                    Page 21 of 43
Date Rcvd: Mar 19, 2026                        Form ID: pdf012                                Total Noticed: 1

on behalf of Creditor James K Beeson jplewis@haywardfirm.com mholmes@haywardfirm.com

John P. Lewis, Jr.

on behalf of Intervenor-Plaintiff James K Beeson jplewis@haywardfirm.com mholmes@haywardfirm.com

John P. Lewis, Jr.

on behalf of Creditor Wanda L. Beeson jplewis@haywardfirm.com mholmes@haywardfirm.com

John P. Lewis, Jr.

on behalf of Intervenor-Plaintiff Francis E Zehr jplewis@haywardfirm.com mholmes@haywardfirm.com

John P. Lewis, Jr.

on behalf of Intervenor-Plaintiff Donna S. Baker jplewis@haywardfirm.com mholmes@haywardfirm.com

John P. Lewis, Jr.

on behalf of Intervenor-Plaintiff Kathryn L Anderson jplewis@haywardfirm.com mholmes@haywardfirm.com

John P. Lewis, Jr.

on behalf of Intervenor-Plaintiff Wanda L. Beeson jplewis@haywardfirm.com mholmes@haywardfirm.com

John P. Lewis, Jr.

on behalf of Creditor Loofburrow Family Revocable Living Trust jplewis@haywardfirm.com mholmes@haywardfirm.com

John Thomas Boyd, Jr.

on behalf of Intervenor-Plaintiff Hector Robert Garcia tom@whblaw.org

John Thomas Boyd, Jr.

on behalf of Intervenor-Plaintiff Thelma Roberta McFall tom@whblaw.org

John Thomas Boyd, Jr.

on behalf of Intervenor-Plaintiff Jack D. Vaughn tom@whblaw.org

John Thomas Boyd, Jr.

on behalf of Creditor Thelma Roberta McFall IRA tom@whblaw.org

John Thomas Boyd, Jr.

on behalf of Intervenor-Plaintiff Charlotte Polvado tom@whblaw.org

John Thomas Boyd, Jr.

on behalf of Creditor Charlotte Polvado tom@whblaw.org

Jonathan Covin

on behalf of Creditor John Gissas jonathan.covin@wickphillips.com brenda.ramirez@wickphillips.com

Jonathan Alexander Gitlin

on behalf of Creditor Mary Frances Gardner jonathan.gitlin@offitkurman.com
jonathan@jgtxlaw.com,jonathan.gitlin@gmail.com,caitlynn.graham@offitkurman.com,michael.coulombe@offitkurman.com

Joseph Acosta

on behalf of Interested Party Jeraldine E Rasco jacosta@condontobin.com jsteele@condontobin.com;jacosta@ecf.courtdrive.com

Joseph E. Sarachek

on behalf of Creditor LPAQ  LLC. joe@saracheklawfirm.com

Joseph F Postnikoff

on behalf of Creditor Etta Dean Musgrave JPostnikoff@romclaw.com mwilson@romclaw.com

Joseph F Postnikoff

on behalf of Creditor Gary T Moulder JPostnikoff@romclaw.com mwilson@romclaw.com

Joseph F Postnikoff

on behalf of Creditor Individual Fractional Interest and IRA Note Holders JPostnikoff@romclaw.com mwilson@romclaw.com

Joseph F Postnikoff

on behalf of Attorney Goodrich Postnikoff & Associates  LLP JPostnikoff@romclaw.com, mwilson@romclaw.com

Joseph J. Wielebinski, Jr.

on behalf of Creditor Official Committee of Unsecured Creditors jwielebinski@munsch.com kknight@winstead.com

Joseph J. Wielebinski, Jr.

on behalf of Attorney Creditors Committee jwielebinski@munsch.com kknight@winstead.com

Joseph M. Coleman

on behalf of Creditor LMS Enterprise  Inc. Pension Plan/Profit Sharing jcoleman@krcl.com,
ecf@krcl.com;jcoleman@ecf.courtdrive.com;srhea@krcl.com

Joseph M. Coleman

on behalf of Creditor My Bee  Inc. Pension Plan/Profit Sharing Plan jcoleman@krcl.com,
ecf@krcl.com;jcoleman@ecf.courtdrive.com;srhea@krcl.com

Josephine Garrett

on behalf of Interested Party Durand Gilbert filing@jgarrettlaw.com

District/off: 0539-4                               User: admin                                    Page 22 of 43
Date Rcvd: Mar 19, 2026                         Form ID: pdf012                               Total Noticed: 1

Josephine Garrett

      on behalf of Creditor Susan M. McKee filing@jgarrettlaw.com

Josephine Garrett

      on behalf of Creditor Brandon Koonsman filing@jgarrettlaw.com

Josephine Garrett

      on behalf of Creditor Rocky Canyon Investments  LP filing@jgarrettlaw.com

Josephine Garrett

      on behalf of Attorney Josephine Garrett PC filing@jgarrettlaw.com

Josephine Garrett

      on behalf of Creditor Deborah Yandle filing@jgarrettlaw.com

Joshua A. Scerbo

      on behalf of Plaintiff Shea Ostreicher jscerbo@cll-law.com

Joshua A. Scerbo

      on behalf of Creditor Shea Ostreicher jscerbo@cll-law.com

Joshua Lee Shepherd

      on behalf of Interested Party Life Partners Position Holder Trust shepherd@imcplaw.com

Joshua Lee Shepherd

      on behalf of Trustee Michael J. Quilling shepherd@imcplaw.com

Joshua Lee Shepherd

      on behalf of Counter-Defendant Michael J. Quilling shepherd@imcplaw.com

Joshua Lee Shepherd

      on behalf of Plaintiff Michael J. Quilling shepherd@imcplaw.com

Joshua P. Searcy

      on behalf of Intervenor-Plaintiff Wade Johnson jpsearcy@gmail.com  ecf@searcyfirm.com

Joshua P. Searcy

      on behalf of Creditor MJL Thomas Investments  LLC jpsearcy@gmail.com, ecf@searcyfirm.com

Joshua P. Searcy

      on behalf of Intervenor-Plaintiff MJL Thomas Investments  LLC jpsearcy@gmail.com, ecf@searcyfirm.com

Joyce W. Lindauer

      on behalf of Creditor Betty Ockwood joyce@joycelindauer.com
      dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer

      on behalf of Creditor Bob Shearn joyce@joycelindauer.com
      dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Julian Preston Vasek

      on behalf of Intervenor-Plaintiff First Viatical Settlements Fund  Ltd. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

      on behalf of Creditor First Viatical Settlement Fund  Ltd. jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek

      on behalf of Trustee Alan M. Jacobs jvasek@munsch.com  CourtMail@munsch.com

Julie Johnston-Ahlen

      on behalf of Creditor Transparency Alliance LLC jja@novackmacey.com

Kalju Nekvasil

      on behalf of Creditor Ronald L. Lipham gnmain@gnfirm.com

Kalju Nekvasil

      on behalf of Creditor Patricia J. Miers gnmain@gnfirm.com

Kalju Nekvasil

      on behalf of Creditor James J. Kramer gnmain@gnfirm.com

Kalju Nekvasil

      on behalf of Creditor Robert E. Little gnmain@gnfirm.com

Kalju Nekvasil

      on behalf of Creditor Paul G. Ringmacher gnmain@gnfirm.com

Kalju Nekvasil

      on behalf of Creditor Frances A. Nick gnmain@gnfirm.com

Kalju Nekvasil

      on behalf of Creditor Cie Ann Scott gnmain@gnfirm.com

Date Rcvd: Mar 19, 2026                          Form ID: pdf012                          Total Noticed: 1

Kalju Nekvasil

on behalf of Creditor Travis G Dunaway gnmain@gnfirm.com

Kalju Nekvasil

on behalf of Creditor Stanley Dennis gnmain@gnfirm.com

Kalju Nekvasil

on behalf of Creditor Jenny L. DeShields gnmain@gnfirm.com

Kalju Nekvasil

on behalf of Creditor Richard T. McEvers gnmain@gnfirm.com

Kalju Nekvasil

on behalf of Creditor Timothy Parker gnmain@gnfirm.com

Kalju Nekvasil

on behalf of Creditor Aaron M. Scott gnmain@gnfirm.com

Kalju Nekvasil

on behalf of Creditor Faye D. Lipham gnmain@gnfirm.com

Kalju Nekvasil

on behalf of Creditor Alford R. DeShields gnmain@gnfirm.com

Kalju Nekvasil

on behalf of Creditor James K. Newton gnmain@gnfirm.com

Kalju Nekvasil

on behalf of Creditor Songul Atay gnmain@gnfirm.com

Kalju Nekvasil

on behalf of Creditor Bob J. Nick gnmain@gnfirm.com

Kalju Nekvasil

on behalf of Creditor Mary R. McEvers gnmain@gnfirm.com

Kalju Nekvasil

on behalf of Creditor Sylvia Ringmacher gnmain@gnfirm.com

Katharine Battaia Clark

on behalf of Debtor Life Partners Holdings  Inc. kclark@thompsoncoburn.com,
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;hfischer@thompsoncob
urn.com;cwermuth@thompsoncoburn.com

Katharine Battaia Clark

on behalf of Debtor LPI Financial Services  Inc. kclark@thompsoncoburn.com,
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;hfischer@thompsoncob
urn.com;cwermuth@thompsoncoburn.com

Katharine Battaia Clark

on behalf of Consolidated debtor Life Partners Financial Services  Inc. kclark@thompsoncoburn.com,
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;hfischer@thompsoncob
urn.com;cwermuth@thompsoncoburn.com

Katharine Battaia Clark

on behalf of Attorney Thompson & Knight LLP kclark@thompsoncoburn.com
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;hfischer@thompsoncob
urn.com;cwermuth@thompsoncoburn.com

Katharine Battaia Clark

on behalf of Debtor Life Partners  Inc. kclark@thompsoncoburn.com,
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;hfischer@thompsoncob
urn.com;cwermuth@thompsoncoburn.com

Katharine Battaia Clark

on behalf of Defendant Life Partners  Inc. kclark@thompsoncoburn.com,
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;hfischer@thompsoncob
urn.com;cwermuth@thompsoncoburn.com

Katharine Battaia Clark

on behalf of Trustee H. Thomas Moran  II kclark@thompsoncoburn.com,
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;hfischer@thompsoncob
urn.com;cwermuth@thompsoncoburn.com

Katharine Battaia Clark

on behalf of Jointly Administered Party/Debtor Life Partners  Inc. kclark@thompsoncoburn.com,
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;hfischer@thompsoncob
urn.com;cwermuth@thompsoncoburn.com

Katharine Battaia Clark

on behalf of Trustee H. Thomas Moran II kclark@thompsoncoburn.com
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;hfischer@thompsoncob
urn.com;cwermuth@thompsoncoburn.com

District/off: 0539-4 User: admin Page 24 of 43

Date Rcvd: Mar 19, 2026 Form ID: pdf012 Total Noticed: 1

Katharine Battaia Clark
on behalf of Jointly Administered Party/Debtor LPI Financial Services Inc. kclark@thompsoncoburn.com,
smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;hfischer@thompsoncoburn.com;cwermuth@thompsoncoburn.com

Katherine T. Hopkins
on behalf of Defendant Rusty Kelley d/b/a Blackridge katherine.hopkins@kellyhart.com

Katherine T. Hopkins
on behalf of Defendant Blackridge katherine.hopkins@kellyhart.com

Katherine T. Hopkins
on behalf of Defendant Clayton Pitts d/b/a Pitts-TRC katherine.hopkins@kellyhart.com

Keith L. Langston
on behalf of Plaintiff Philip M. Garner klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Interested Party John S Ferris klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Interested Party Christine Duncan klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Interested Party Michael Arnold klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Creditor Philip M. Garner klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Interested Party Philip Garner klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Interested Party Steve South klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Interested Party Janet Arnold klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Creditor Certain IRA Investors klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Interested Party Amicus Curiae Fractional Interest Holders klangston@langston-lawfirm.com

Keith L. Langston
on behalf of Interested Party Ad Hoc Committee of Fractional Insurance Beneficiaries of Life Partners Inc.
klangston@langston-lawfirm.com

Kelly J. Curnutt
on behalf of Defendant Faye Bagby kcurnutt@curnutthafer.com dschmidt@curnutthafer.com

Kelly M. Crawford
on behalf of Defendant Ella Oliver kelly.crawford@solidcounsel.com

Kelly M. Crawford
on behalf of Defendant Mark McKay kelly.crawford@solidcounsel.com

Kevin S. Wiley, Jr.
on behalf of Creditor John Thompson kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Creditor Curtis McIntyre kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Interested Party Clint Blackmon kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Creditor Philip M. Garner kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Debtor Life Partners Inc. kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Debtor Life Partners Holdings Inc. kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Interested Party Michael Arnold kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Creditor Certain IRA Investors kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.
on behalf of Interested Party Janet Arnold kevinwiley@lkswjr.com

District/off: 0539-4                                   User: admin                                        Page 25 of 43

Date Rcvd: Mar 19, 2026                            Form ID: pdf012                                    Total Noticed: 1

Kevin S. Wiley, Jr.

on behalf of Interested Party Ad Hoc Committee of Fractional Insurance Beneficiaries of Life Partners  Inc.
kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.

on behalf of Interested Party Amicus Curiae Fractional Interest Holders kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.

on behalf of Interested Party John P Zaccaria kevinwiley@lkswjr.com

Kevin S. Wiley, Jr.

on behalf of Interested Party Kenneth J McGovern kevinwiley@lkswjr.com

Kevin S. Wiley, Sr

on behalf of Jointly Administered Party/Debtor LPI Financial Services  Inc. kwiley@wileylawgroup.com,
cdillingham@wileylawgroup.com

Kevin S. Wiley, Sr

on behalf of Plaintiff Word of God Fellowship  Inc. d/b/a Daystar Television Network kwiley@wileylawgroup.com,
cdillingham@wileylawgroup.com

Kevin S. Wiley, Sr

on behalf of Plaintiff Amicus Curiae Fractional Interest Holders  et al. kwiley@wileylawgroup.com,
cdillingham@wileylawgroup.com

Kevin S. Wiley, Sr

on behalf of Debtor Life Partners Holdings  Inc. kwiley@wileylawgroup.com, cdillingham@wileylawgroup.com

Kevin S. Wiley, Sr

on behalf of Interested Party Amicus Curiae Fractional Interest Holders kwiley@wileylawgroup.com
cdillingham@wileylawgroup.com

Kurt S. Elieson

on behalf of Intervenor-Plaintiff Gudrun Jeffries kurt@eliesonlaw.com

Kurt S. Elieson

on behalf of Intervenor-Plaintiff Gudrun Jeffries IRA kurt@eliesonlaw.com

Kurt S. Elieson

on behalf of Intervenor-Plaintiff Marvin Jeffries IRA kurt@eliesonlaw.com

Kurt S. Elieson

on behalf of Intervenor-Plaintiff Michael L Schwarz IRA kurt@eliesonlaw.com

Kurt S. Elieson

on behalf of Intervenor-Plaintiff Dwayne Lee & Deborah Jo Hopson IRA kurt@eliesonlaw.com

Kurt S. Elieson

on behalf of Intervenor-Plaintiff Deborah Jo Hopson kurt@eliesonlaw.com

Larry Alan Levick

on behalf of Creditor Shamrock Life Settlement  Inc. levick@singerlevick.com,
scotton@singerlevick.com;tguillory@singerlevick.com

Larry Alan Levick

on behalf of Creditor Carteya Limited levick@singerlevick.com  scotton@singerlevick.com;tguillory@singerlevick.com

Larry Alan Levick

on behalf of Creditor Robin Rock Limited levick@singerlevick.com  scotton@singerlevick.com;tguillory@singerlevick.com

Larry Alan Levick

on behalf of Defendant Jim Malanowski levick@singerlevick.com  scotton@singerlevick.com;tguillory@singerlevick.com

Larry Alan Levick

on behalf of Creditor Alexandra Agencies Limited levick@singerlevick.com
scotton@singerlevick.com;tguillory@singerlevick.com

Laura Marie Fontaine

on behalf of Creditor Certain IRA Investors laura@hedrickkring.com
Mckenzie@HedrickKring.com;Robbyn@HedrickKring.com;Diane@HedrickKring.com

Laurie A Spindler

on behalf of Creditor McLennan County Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Tarrant County Laurie.Spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Lawrence Chek

on behalf of Creditor Lawrence Chek lchek@pamlaw.com  mislas@pamlaw.com

Lawrence G. Paladin

District/off: 0539-4 User: admin Page 26 of 43

Date Rcvd: Mar 19, 2026 Form ID: pdf012 Total Noticed: 1

on behalf of Creditor Joseph Stefanelli lpaladin@paladinlawoffices.com

Lee Gordon

on behalf of Creditor City of Waco  Waco ISD lee.gordon@mvbalaw.com,
bankruptcy@mvbalaw.com;tleday@ecf.courtdrive.com;jparsons@ecf.courtdrive.com;jparsons@mvbalaw.com;kalexander@mvba
law.com;tking@mvbalaw.com;juanie.montalvo@mvbalaw.com

Linda S. LaRue

on behalf of Plaintiff Michael J. Quilling llarue@qslwm.com jadams@qslwm.com

Linda S. LaRue

on behalf of Defendant Michael J. Quilling llarue@qslwm.com jadams@qslwm.com

Linda S. LaRue

on behalf of Trustee Michael J. Quilling llarue@qslwm.com jadams@qslwm.com

Lisa L. Lambert

on behalf of U.S. Trustee United States Trustee lisa.l.lambert@usdoj.gov

M. Jermaine Watson

on behalf of Attorney M. J. Watson & Associates  P.C. jermaine.watson@offitkurman.com,
jwhite@canteyhanger.com;gvilla@canteyhanger.com;ecampbell@canteyhanger.com;swells@canteyhanger.com

Mackenzie Simpson Wallace

on behalf of Defendant Life Partners  Inc. Mackenzie.Wallace@tklaw.com

Mackenzie Simpson Wallace

on behalf of Consolidated debtor Life Partners Financial Services  Inc. Mackenzie.Wallace@tklaw.com

Mackenzie Simpson Wallace

on behalf of Trustee H. Thomas Moran II Mackenzie.Wallace@tklaw.com

Mark Frels

on behalf of Interested Party E. Terrell Hodges mfrels@2027law.com

Mark Stromberg

on behalf of Plaintiff Life Partners Creditors Trust mark@strombergstock.com
deanna@strombergstock.com;elise@strombergstock.com

Mark Stromberg

on behalf of Defendant Richard J. Branchuad mark@strombergstock.com
deanna@strombergstock.com;elise@strombergstock.com

Mark Stromberg

on behalf of Defendant Mitchell Edland mark@strombergstock.com deanna@strombergstock.com;elise@strombergstock.com

Mark Stromberg

on behalf of Defendant Lois M. Abbott mark@strombergstock.com deanna@strombergstock.com;elise@strombergstock.com

Mark Stromberg

on behalf of Defendant Growth Partners Intl D-B-A Growth Partners Ins. Agency  LLC mark@strombergstock.com,
deanna@strombergstock.com;elise@strombergstock.com

Mark Stromberg

on behalf of Plaintiff Alan M. Jacobs   As Trustee For The Creditors Trust mark@strombergstock.com,
deanna@strombergstock.com;elise@strombergstock.com

Mark Stromberg

on behalf of Defendant Jackie Lankton mark@strombergstock.com  deanna@strombergstock.com;elise@strombergstock.com

Mark Stromberg

on behalf of Defendant Scott Unclebach mark@strombergstock.com  deanna@strombergstock.com;elise@strombergstock.com

Mark A. Weisbart

on behalf of Creditor D.W. Skelton mweisbart@haywardfirm.com  tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com

Mark B. Collins

on behalf of Intervenor-Plaintiff Brian D. Pardo  as Trustee for the IRA Funded Life Trusts mark@mbcollinslaw.com

Mark B. French

on behalf of Creditor Don Kennon mark@markfrenchlaw.com
ndbcyfilings@markfrenchlaw.com;marksndbcyecf@gmail.com;LawOfficeofMarkBFrenchBedford@jubileebk.net;LawOfficeofM
arkBFrenchTX@jubileebk.net

Mark B. French

on behalf of Creditor Joseph T Dooley mark@markfrenchlaw.com
ndbcyfilings@markfrenchlaw.com;marksndbcyecf@gmail.com;LawOfficeofMarkBFrenchBedford@jubileebk.net;LawOfficeofM
arkBFrenchTX@jubileebk.net

Mark B. French

on behalf of Creditor Marcus Fuller mark@markfrenchlaw.com
ndbcyfilings@markfrenchlaw.com;marksndbcyecf@gmail.com;LawOfficeofMarkBFrenchBedford@jubileebk.net;LawOfficeofM
arkBFrenchTX@jubileebk.net

District/off: 0539-4       User: admin       Page 27 of 43

Date Rcvd: Mar 19, 2026       Form ID: pdf012       Total Noticed: 1

Mark B. French

on behalf of Creditor Lometa Kennon mark@markfrenchlaw.com
ndbcyfilings@markfrenchlaw.com;marksndbcyecf@gmail.com;LawOfficeofMarkBFrenchBedford@jubileebk.net;LawOfficeofMarkBFrenchTX@jubileebk.net

Mark B. French

on behalf of Creditor Elmer Parsons mark@markfrenchlaw.com
ndbcyfilings@markfrenchlaw.com;marksndbcyecf@gmail.com;LawOfficeofMarkBFrenchBedford@jubileebk.net;LawOfficeofMarkBFrenchTX@jubileebk.net

Mark C. Taylor

on behalf of Plaintiff Penumbr4 LLC mtaylor@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com

Mark C. Taylor

on behalf of Plaintiff KLI Investments  LP mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Mark C. Taylor

on behalf of Plaintiff Penumbra Fund III LLC mtaylor@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com

Mark C. Taylor

on behalf of Creditor Penumbra Capital Fund 2012 LLC mtaylor@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com

Mark C. Taylor

on behalf of Plaintiff Penumbra Capital Fund-2012 LLC mtaylor@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com

Mark C. Taylor

on behalf of Plaintiff Penumbra Capital Life Settlement Fund-MMXA LLC mtaylor@krcl.com
ajezisek@krcl.com,tgreenblum@krcl.com

Mark C. Taylor

on behalf of Creditor Penumbra Fund III LLC mtaylor@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com

Mark C. Taylor

on behalf of Creditor Penumbr4 LLC mtaylor@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com

Mark C. Taylor

on behalf of Creditor Penumbra Capital Life Settlement Fund MMXA LLC mtaylor@krcl.com
ajezisek@krcl.com,tgreenblum@krcl.com

Mark C. Taylor

on behalf of Creditor PJC Investments  LLC mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Mark C. Taylor

on behalf of Creditor KLI Investments  LP mtaylor@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Mark E. Shure

on behalf of Interested Party Red Lion Square Holdings LP mshure@em3law.com

Mark E. Shure

on behalf of Interested Party NorthStar Client Services  LLC mshure@em3law.com

Mark Edward Andrews

on behalf of Creditor Peter Abboud mandrews@dykema.com

Mark H Ralston

on behalf of Creditor Roland and Constance Windecker Revocable Trust mralston@fishmanjackson.com
sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com

Mark Joseph Petrocchi

on behalf of Creditor Griffith  Jay & Michel, LLP mpetrocchi@lawgjm.com,
acamarena@lawgjm.com;mpetrocchi@yahoo.com;acamarena@lawgjm.com

Mark K. OBriant

on behalf of Intervenor-Plaintiff Robert Vacendak obriantlaw@aol.com

Mark K. OBriant

on behalf of Creditor Kelly Vacendak obriantlaw@aol.com

Mark K. OBriant

on behalf of Creditor OBriant Mark obriantlaw@aol.com

Mark K. OBriant

on behalf of Intervenor-Plaintiff Kelly Vacendak obriantlaw@aol.com

Mark K. OBriant

on behalf of Creditor Robert Vacendak obriantlaw@aol.com

Mark K. OBriant

on behalf of Creditor Mark OBriant obriantlaw@aol.com

Mark K. OBriant

on behalf of Intervenor-Plaintiff Mark OBriant obriantlaw@aol.com

District/off: 0539-4      User: admin      Page 28 of 43

Date Rcvd: Mar 19, 2026      Form ID: pdf012      Total Noticed: 1

Mark W. Stout

on behalf of Intervenor-Plaintiff Scott and Pamela Jacobs ms@livepad.com

Mark W. Stout

on behalf of Creditor Scott and Pamela Jacobs ms@livepad.com

Matthew David Anderson

on behalf of Intervenor-Plaintiff Kimbrew Robert A. manderson@sgpllc.law, jscanlan@sgpllc.law

Matthew David Anderson

on behalf of Creditor Robert A and N. Rae Kimbrew manderson@sgpllc.law jscanlan@sgpllc.law

Matthew David Anderson

on behalf of Intervenor-Plaintiff N. Rae Kimbrew manderson@sgpllc.law jscanlan@sgpllc.law

Matthew Thomas Taplett

on behalf of Creditor Philip R Wood mtaplett@popehardwicke.com

Matthew Thomas Taplett

on behalf of Creditor Nicholas Martin Living Trust and Nicholas Martin Jr. Family, LLC mtaplett@popehardwicke.com

Mazin A. Sbaiti

on behalf of Intervenor-Plaintiff William S. Fry mas@sbaitilaw.com
krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com

Melanie Pearce Goolsby

on behalf of Attorney Pronske Goolsby & Kathman P.C. mgoolsby@pgkpc.com,
gpronske@pgkpc.com;jkathman@pgkpc.com;lvargas@pgkpc.com;admin@pgkpc.com

Melanie Pearce Goolsby

on behalf of Debtor Life Partners Holdings Inc. mgoolsby@pgkpc.com,
gpronske@pgkpc.com;jkathman@pgkpc.com;lvargas@pgkpc.com;admin@pgkpc.com

Melvin R. McVay, Jr.

on behalf of Jointly Administered Party/Debtor Life Partners Inc. mrmcvay@phillipsmurrah.com,
rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.

on behalf of Debtor Life Partners Holdings Inc. mrmcvay@phillipsmurrah.com, rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.

on behalf of Trustee H. Thomas Moran II mrmcvay@phillipsmurrah.com, rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.

on behalf of Plaintiff Life Partners Inc. mrmcvay@phillipsmurrah.com, rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.

on behalf of Jointly Administered Party/Debtor LPI Financial Services Inc. mrmcvay@phillipsmurrah.com,
rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.

on behalf of Spec. Counsel Phillips Murrah P.C. mrmcvay@phillipsmurrah.com rktownsend@phillipsmurrah.com

Melvin R. McVay, Jr.

on behalf of Plaintiff LPI Financial Services Inc. mrmcvay@phillipsmurrah.com, rktownsend@phillipsmurrah.com

Meritt Crosby

on behalf of Defendant Heritage Financial and Insurance Services Inc. mcrosby@qmclaw.com

Meritt Crosby

on behalf of Interested Party Jerod Mcleish mcrosby@qmclaw.com

Michael A. McConnell

on behalf of Interested Party Purchase Escrow Services LLC michael.mcconnell@khh.com

Michael A. McConnell

on behalf of Creditor Advance Trust & Life Escrow Services LTA michael.mcconnell@khh.com

Michael D. Anderson

on behalf of Plaintiff Word of God Fellowship Inc. d/b/a Daystar Television Network michael.anderson@kellyhart.com,
dana.law@kellyhart.com

Michael D. Warner

on behalf of Defendant Kansas Institute for Money Management N/K/A AE Market Initiatives LLC mwarner@pszjlaw.com,
klabrada@pszjlaw.com

Michael D. Warner

on behalf of Creditor Kansas Institute for Money Management N-K-A AE Market Initiatives LLC mwarner@pszjlaw.com,
klabrada@pszjlaw.com

Michael D. Warner

on behalf of Interested Party Sun Life Assurance Company of Canada mwarner@pszjlaw.com klabrada@pszjlaw.com

District/off: 0539-4                                   User: admin                                          Page 29 of 43
Date Rcvd: Mar 19, 2026                          Form ID: pdf012                                    Total Noticed: 1

Michael E. Gazette

on behalf of Creditor Brent Hooser megazette@suddenlinkmail.com

Michael E. Gazette

on behalf of Creditor Jon Lloyd megazette@suddenlinkmail.com

Michael Isaac Schneider

on behalf of Defendant Life Partners  Inc. Michael.schneider5216@gmail.com

Michael J. Quilling

on behalf of Interested Party Life Partners Position Holder Trust mquilling@qslwm.com  jadams@qslwm.com

Michael V. Blumenthal

on behalf of Defendant Life Partners  Inc. michael.blumenthal@tklaw.com

Morris D. Weiss

on behalf of Creditor KLI Investments  LLC mweiss@krcl.com, ajezisek@krcl.com,tgreenblum@krcl.com

Neal Ralph Jacobson

on behalf of Creditor U.S. Securities and Exchange Commission jacobsonN@sec.gov

Nicole Leigh Williams

on behalf of Trustee H. Thomas Moran  II nwilliams@thompsoncoburn.com,
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Jointly Administered Party/Debtor Life Partners  Inc. nwilliams@thompsoncoburn.com,
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Defendant Life Partners  Inc nwilliams@thompsoncoburn.com,
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Defendant Life Partners  Inc. nwilliams@thompsoncoburn.com,
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Successor Trustee Alan M. Jacobs nwilliams@thompsoncoburn.com
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Plaintiff Alan M. Jacobs nwilliams@thompsoncoburn.com
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Defendant Life Partners Holdings  Inc. nwilliams@thompsoncoburn.com,
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Successor Trustee Life Partners Creditors' Trust nwilliams@thompsoncoburn.com
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Plaintiff Alan M. Jacobs  as Trustee for the Life Partners Creditors' Trust nwilliams@thompsoncoburn.com,
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Creditor Life Partners Creditors' Trust nwilliams@thompsoncoburn.com
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Plaintiff Life Partners Creditors' Trust nwilliams@thompsoncoburn.com
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.Dom;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Jointly Administered Party/Debtor LPI Financial Services  Inc. nwilliams@thompsoncoburn.com,
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzi
e.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Plaintiff Alan M. Jacobs   As Trustee For The Creditors Trust nwilliams@thompsoncoburn.com,

District/off: 0539-4                          User: admin                                    Page 30 of 43

Date Rcvd: Mar 19, 2026                       Form ID: pdf012                                 Total Noticed: 1

linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzie.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Nicole Leigh Williams

on behalf of Plaintiff Life Partners Creditors Trust nwilliams@thompsoncoburn.com
linda.carranza@tklaw.com;janelle.davis@tklaw.com;Mackenzie.Salenger@tklaw.com;Lifepartnerscounsel@tklaw.com;Mackenzie.Wallace@tklaw.com;Ed.Sanchez@tklaw.com;Renee.Hunter@tklaw.com

Noreen Cabrera

on behalf of Defendant John D. Jones nonogrant@yahoo.com  alay@kdvlaw.com;mbanasiuk@kdvlaw.com

Noreen Cabrera

on behalf of Defendant Mark J. Smith nonogrant@yahoo.com  alay@kdvlaw.com;mbanasiuk@kdvlaw.com

Noreen Cabrera

on behalf of Defendant Joel F. Woods nonogrant@yahoo.com  alay@kdvlaw.com;mbanasiuk@kdvlaw.com

Noreen Cabrera

on behalf of Defendant Jack M. Pausman nonogrant@yahoo.com  alay@kdvlaw.com;mbanasiuk@kdvlaw.com

Patric J. Kelly

on behalf of Interested Party Don B. Bergis pjkelly@ahklaw.com

Patric J. Kelly

on behalf of Interested Party Regent Wealth Management pjkelly@ahklaw.com

Patric J. Kelly

on behalf of Interested Party Jared M. Elson pjkelly@ahklaw.com

Patrick David West

on behalf of Intervenor-Plaintiff Leonard Johnson bankruptcyattorney@sbcglobal.net
ecf@pdwlfpc.com;ecf1@pdwlfpc.com;ecf2@pdwlfpc.com;ecf3@pdwlfpc.com;ecf4@pdwlfpc.com

Patrick T. Mulry

on behalf of Defendant Life Settlement Investment Group patrick.mulry@fmglaw.com  pat@mulrylaw.com

Patrick T. Mulry

on behalf of Defendant Joe Martinez patrick.mulry@fmglaw.com  pat@mulrylaw.com

Patrick T. Mulry

on behalf of Interested Party Joe Martinez patrick.mulry@fmglaw.com  pat@mulrylaw.com

Paul F. Corcoran

on behalf of Creditor Blanc & Otus pcorcoran@dglaw.com

Paul F. Corcoran

on behalf of Creditor Hill & Knowlton pcorcoran@dglaw.com

Paul Joseph Vitanza

on behalf of Intervenor-Plaintiff The Miles Foundation  Inc. pvitanza@bgsfirm.com, tvestall@bgsfirm.com

Paul Joseph Vitanza

on behalf of Interested Party The Miles Foundation  Inc. pvitanza@bgsfirm.com, tvestall@bgsfirm.com

Peter C Lewis

on behalf of Defendant Business Legacy  Inc. peter.lewis@solidcounsel.com,
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Sheryl Hanson peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Robert Quick peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Financial Necessities Network  Inc. peter.lewis@solidcounsel.com,
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Tommy Caperton peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant SMR LS Fund II  LLC peter.lewis@solidcounsel.com,
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Victor Johnson peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

District/off: 0539-4                          User: admin                          Page 31 of 43

Date Rcvd: Mar 19, 2026                     Form ID: pdf012                       Total Noticed: 1

on behalf of Defendant Ella Oliver peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Gregory Rains Harper peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Matt Pashby peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant James T. Payton peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Ethan Bonar peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant New Asset Advisors  LLC peter.lewis@solidcounsel.com,
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Peter R. Jones peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant 72 Vest Level Three LLC peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Douglas Hart Cassel peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Timothy Plaster peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Caperton Enterprises  Inc. peter.lewis@solidcounsel.com,
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Ray Hughes peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Alliance Affiliated Equities Corporation peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Curtis M. Cole peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Gary Henderson peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant New Asset Alternatives  LLC peter.lewis@solidcounsel.com,
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Henderson & Henderson  LLC peter.lewis@solidcounsel.com,
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Abio Financial Group  Inc. peter.lewis@solidcounsel.com,
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Resale and Valuation Services  LLC peter.lewis@solidcounsel.com,
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Insured Wealth Management  LLC peter.lewis@solidcounsel.com,
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Adams Life Brokerage  LLC peter.lewis@solidcounsel.com,
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

District/off: 0539-4                         User: admin                              Page 32 of 43

Date Rcvd: Mar 19, 2026                      Form ID: pdf012                          Total Noticed: 1

Peter C Lewis

on behalf of Defendant Steve Ringo peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Mark McKay peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Creditor Transparency Alliance LLC peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Timothy Joyce peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant SMR LS Fund  LLC peter.lewis@solidcounsel.com,
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Anthony Hamilton peter.lewis@solidcounsel.com
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Spectrum Advisors  Inc. peter.lewis@solidcounsel.com,
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C Lewis

on behalf of Defendant Legacy Planning Group  Inc. peter.lewis@solidcounsel.com,
brenda.neuwirt@solidcounsel.com;cynthia.morris@solidcounsel.com

Peter C. DApice

on behalf of Creditor Donald A Erickson dapice@sbep-law.com

Peter J. Harry

on behalf of Defendant John Crooks pete@pjharrylaw.com  julie@pjharrylaw.com

Peter J. Harry

on behalf of Defendant Michael Mishler pete@pjharrylaw.com  julie@pjharrylaw.com

Peter J. Harry

on behalf of Defendant Jeff S. Garrett pete@pjharrylaw.com  julie@pjharrylaw.com

Peter J. Harry

on behalf of Defendant Rebecca Teel pete@pjharrylaw.com  julie@pjharrylaw.com

Peter J. Harry

on behalf of Defendant Ks Marketing  Inc. pete@pjharrylaw.com, julie@pjharrylaw.com

Peter J. Harry

on behalf of Defendant Harry Green pete@pjharrylaw.com  julie@pjharrylaw.com

Peter J. Harry

on behalf of Defendant New Prosperity Investments  Inc. pete@pjharrylaw.com, julie@pjharrylaw.com

Peter J. Harry

on behalf of Defendant Tena Wilson pete@pjharrylaw.com  julie@pjharrylaw.com

Phillip L. Lamberson

on behalf of Creditor Cynthia Olson plamberson@winstead.com

Phillip P Owens, II

on behalf of Defendant James Smith po@owenslawofficepc.com  powens@chrisharperlaw.com

Phillip Russell Perdew

on behalf of Creditor Transparency Alliance LLC RPerdew@lockelord.com

R. Byrn Bass, Jr.

on behalf of Intervenor-Plaintiff Lawrence Gale McPherson bbass@bbasslaw.com

R. Byrn Bass, Jr.

on behalf of Intervenor-Plaintiff DAR-S  Inc. bbass@bbasslaw.com

R. Byrn Bass, Jr.

on behalf of Intervenor-Plaintiff Danny T. Brewer bbass@bbasslaw.com

R. Byrn Bass, Jr.

on behalf of Intervenor-Plaintiff Estate of Juilia Gay McPherson bbass@bbasslaw.com

R. Byrn Bass, Jr.

on behalf of Intervenor-Plaintiff T. Carl and Mildred McMillan bbass@bbasslaw.com

R. Mark Dietz

  on behalf of Interested Party Purchase Escrow Services  LLC rmarkdietz@lawdietz.com, cwilliams@lawdietz.com

R. Mark Dietz

  on behalf of Creditor Advance Trust & Life Escrow Services  LTA rmarkdietz@lawdietz.com, cwilliams@lawdietz.com

Randall Rouse

  on behalf of Defendant CUB Investments rrouse@lcalawfirm.com  Jmuniz@lcalawfirm.com

Randall Rouse

  on behalf of Intervenor-Plaintiff Ronald Huckabee  Jr. et al rrouse@lcalawfirm.com, Jmuniz@lcalawfirm.com

Randall Rouse

  on behalf of Creditor Ronald Huckabee  Jr. et al rrouse@lcalawfirm.com, Jmuniz@lcalawfirm.com

Randall Rouse

  on behalf of Defendant Ronald W. Huckabee  Jr. rrouse@lcalawfirm.com, Jmuniz@lcalawfirm.com

Randall Rouse

  on behalf of Intervenor-Plaintiff The Huckabee Intervenors rrouse@lcalawfirm.com  Jmuniz@lcalawfirm.com

Randall Rouse

  on behalf of Interested Party Randall L. Rouse rrouse@lcalawfirm.com  Jmuniz@lcalawfirm.com

Randall Rouse

  on behalf of Defendant Future Planning  Inc. rrouse@lcalawfirm.com, Jmuniz@lcalawfirm.com

Randall Rouse

  on behalf of Defendant Dub Huckabee rrouse@lcalawfirm.com  Jmuniz@lcalawfirm.com

Richard Bratton Roper, III

  on behalf of Trustee H. Thomas Moran II richard.roper@vkhh.com

Richard Bratton Roper, III

  on behalf of Defendant Life Partners  Inc. richard.roper@vkhh.com

Richard Bratton Roper, III

  on behalf of Defendant Life Partners Holdings  Inc. richard.roper@vkhh.com

Richard Bratton Roper, III

  on behalf of Consolidated debtor Life Partners Financial Services  Inc. richard.roper@vkhh.com

Robert McNiel

  on behalf of Creditor Owen & Elizabeth Barker rmcniel@cbsattorneys.com
  acastillo@cbsattorneys.com,mthomas@cbsattorneys.com

Robert A. Simon

  on behalf of Defendant David R. Debusk rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

  on behalf of Defendant Susan Nieder-Cassel rsimon@whitakerchalk.com
  bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

  on behalf of Defendant James T. Lee rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

  on behalf of Creditor Robert L. Rasner rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

  on behalf of Defendant Geoff Horst rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

  on behalf of Defendant Steven B. Deck rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

  on behalf of Defendant John Russell Gove rsimon@whitakerchalk.com
  bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

  on behalf of Defendant David W. Lynn rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

  on behalf of Defendant John R. Murray rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

  on behalf of Creditor Black Diamond Lifeplan Fund LP rsimon@whitakerchalk.com
  bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

  on behalf of Defendant Geoff B. Horst rsimon@whitakerchalk.com  bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Creditor Shea Ostreicher Individually and as Trustee rsimon@whitakerchalk.com, bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant Steve Brorman rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Creditor James H. Jackson rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant John P. Ley rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant Elizabeth A. Cline rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant Melchor Balazs rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant William M. Tolleson rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant Janet K. Horst rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant Russell J. Cepelak rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant Hollis Steven Hufstetler rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant Robert G. Westrup rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant A.H. Brorman rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant Janet Horst rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant Dorothy Brorman rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant Steven T. Gibson rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant Dean Vagnozzi rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant Ronald Larry Hankins rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant Katherine A. Hufstetler rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Creditor Sarah Kilpatrick rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Defendant Isabel Balazs rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert A. Simon

on behalf of Creditor Robert Payne rsimon@whitakerchalk.com bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Robert Knox Mitchell

on behalf of Defendant Vernon Bell rmitchell@pamlaw.com sshafer@pamlaw.com

Robert Odell Lamb

on behalf of Creditor Jayne Houk rlamb@thompsoncoe.com jbeavers@thompsoncoe.com

Robert Odell Lamb

on behalf of Creditor Richard Houk rlamb@thompsoncoe.com jbeavers@thompsoncoe.com

Robert P. Franke

on behalf of Interested Party Lloyd D. Lowe Sr. bfranke@clarkhill.com, malvarez@clarkhill.com;aedson@clarkhill.com;ahornisher@clarkhill.com

District/off: 0539-4                          User: admin                                    Page 35 of 43

Date Rcvd: Mar 19, 2026                       Form ID: pdf012                                Total Noticed: 1

Robert P. Franke
  on behalf of Interested Party L.D. Lowe Wealth Advisory  Inc. bfranke@clarkhill.com,
  malvarez@clarkhill.com;aedson@clarkhill.com;ahornisher@clarkhill.com

Robert Powers Shepard
  on behalf of Interested Party Greg J. Galier rshepard@phmsw.com

Rod L. Poirot
  on behalf of Interested Party Scott Carlson rpoirot@chfirm.com  chps.ecfnotices@gmail.com

Roger A. Fuller
  on behalf of Intervenor-Plaintiff William T. Foster IRA rfuller@bklaw.us

Roger A. Fuller
  on behalf of Intervenor-Plaintiff Raymond Goode Trust rfuller@bklaw.us

Roland Gary Jones
  on behalf of Defendant American Money Group  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant Steve Feeken pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant Smith & Ballard pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant William Mausen pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant William G. Ball pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant Sandra Knoy pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant The Arbitrage Advisory Group  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant Fei Havenor pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant John Young pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant Inspired Alternative Investments pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant Growth Partners Intl D-B-A Growth Partners Ins. Agency  LLC pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant Paula Izzard Properties  LLC pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant Dan OBrien pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant Charles Clarkson pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant Much Financial Services pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant Annui Corp Services  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant Lois M. Abbott pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant Wesley Davidson pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant BAAPLIFE2-2014  LLC pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant Worth Financial Group  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant IFC Safe Holdings  LLC pacer.rolandjones@gmail.com

Roland Gary Jones
  on behalf of Defendant Alvin L. Lee pacer.rolandjones@gmail.com

Roland Gary Jones

District/off: 0539-4 User: admin Page 36 of 43

Date Rcvd: Mar 19, 2026 Form ID: pdf012 Total Noticed: 1

on behalf of Defendant Pillar I LS Fund LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant John Compton Jr. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Ronnie Knoy pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant John J. Eisz pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Gregory Dailey pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Disciplined Advisor Network Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant JBH Securities pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Robert D. Phillips pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Norman Lorentz pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Kevin Kraemer pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Bruce C. Sandelin pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Joshua Peck pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Lana Borbas pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Crimson Fund-1 LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Scott Scholz pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Jim W. Bell pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Jackie Lankton pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Joseph Borino pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant CPF Health Benefits Insurance Agency Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Golden Eagle Fund 16 LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Frank Benischeck pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Advance Level Solutions LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Salary Savings Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Fanny W. Chan pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant David M. Compton Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant James Billington pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Chartwell Asset Management Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Lanning Financial Inc. pacer.rolandjones@gmail.com

District/off: 0539-4                            User: admin                             Page 37 of 43

Date Rcvd: Mar 19, 2026                 Form ID: pdf012                         Total Noticed: 1

Roland Gary Jones

on behalf of Defendant Randy Martens pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Harry J. Wilson Insurancecenter Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant BAAPLIFE1-2013 LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Harvey Stein pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Nicholas Munds pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Thomas R. Wilson pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant United Senior Advisors Group pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Cody Biggs pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Stonebridge Capital  LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Michael Lloyd pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Brazos Life Settlement Fund pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Jay Heimburger pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Thomas Quinn pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Charter Financial Group  LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Garry Madaline pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Charter Insurance Brokerage  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant WWWF Fund  LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Entrepreneur Choice Fund II  LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Ronald Coleman pacer.rolandjones@gmail.com

Ryan Andrew Starnes

on behalf of Defendant Ethan Bonar rstarnes@dallasbusinesslaw.com  aguarino@libbysparks.com

Ryan J. McNeel

on behalf of Intervenor-Plaintiff John Woodward  II rmcneel@brockettmcneel.net

Ryan J. McNeel

on behalf of Intervenor-Plaintiff Paisley Woodward rmcneel@brockettmcneel.net

Ryan J. McNeel

on behalf of Creditor John Woodward rmcneel@brockettmcneel.net

Ryan J. McNeel

on behalf of Creditor John Woodward  II rmcneel@brockettmcneel.net

Ryan J. McNeel

on behalf of Intervenor-Plaintiff John Woodward rmcneel@brockettmcneel.net

Ryan J. McNeel

on behalf of Creditor Paisley Woodward rmcneel@brockettmcneel.net

S. Gary Werley

on behalf of Intervenor-Plaintiff Barbara C. Andrews sgwerley@werleylaw.com

S. Gary Werley

on behalf of Intervenor-Plaintiff Virginia N. Douglass  Trustee sgwerley@werleylaw.com

District/off: 0539-4 User: admin Page 38 of 43
Date Rcvd: Mar 19, 2026 Form ID: pdf012 Total Noticed: 1

S. Gary Werley
on behalf of Creditor Gus L. Andrews sgwerley@werleylaw.com

S. Gary Werley
on behalf of Intervenor-Plaintiff Gus L. Andrews sgwerley@werleylaw.com

S. Wallace Dunwoody, IV
on behalf of Intervenor-Plaintiff Frederick P Spica wdunwoody@munckwilson.com
plucio@munckwilson.com;dpound@munckwilson.com,rroehr@munckwilson.com

S. Wallace Dunwoody, IV
on behalf of Creditor Paul E. Wild wdunwoody@munckwilson.com
plucio@munckwilson.com;dpound@munckwilson.com,rroehr@munckwilson.com

S. Wallace Dunwoody, IV
on behalf of Intervenor-Plaintiff Paul E. Wild wdunwoody@munckwilson.com
plucio@munckwilson.com;dpound@munckwilson.com,rroehr@munckwilson.com

S. Wallace Dunwoody, IV
on behalf of Intervenor-Plaintiff Janice P Kerr wdunwoody@munckwilson.com
plucio@munckwilson.com;dpound@munckwilson.com,rroehr@munckwilson.com

Saharie L. Reed
on behalf of Creditor Mona Marie Goodpasture sreed@reedlegalgroup.com sahariereed@gmail.com,ms_reed@hotmail.com

Saharie L. Reed
on behalf of Intervenor-Plaintiff Mona Marie Goodpasture sreed@reedlegalgroup.com
sahariereed@gmail.com,ms_reed@hotmail.com

Scott A. Ritcheson
on behalf of Attorney Scott Ritcheson scottr@rllawfirm.net mistyb@rllawfirm.net

Scott Coleman Skelton
on behalf of Interested Party Christine Duncan sskelton@ssbww.law tneal@ssbww.law

Scott Coleman Skelton
on behalf of Interested Party John S Ferris sskelton@ssbww.law tneal@ssbww.law

Scott Coleman Skelton
on behalf of Interested Party Janet Arnold sskelton@ssbww.law tneal@ssbww.law

Scott Coleman Skelton
on behalf of Interested Party Michael Arnold sskelton@ssbww.law tneal@ssbww.law

Scott Coleman Skelton
on behalf of Interested Party Steve South sskelton@ssbww.law tneal@ssbww.law

Scott Craig Borison
on behalf of Creditor Anthony Sansone borison@legglaw.com

Scott P. Drake
on behalf of Intervenor Folio Investments Inc. sdrake@omm.com, scott-drake-6281@ecf.pacerpro.com,nalonso@omm.com

Scott R. Baker
on behalf of Creditor Reverse Engineered Life Investment Company LLC

Shannon A.S. Quadros
on behalf of Defendant Heritage Financial and Insurance Services Inc. SQUADROS@QMCLAW.COM,
squadros@ecf.courtdrive.com

Sharon K. Sherman
on behalf of Intervenor-Plaintiff John A. Grant III sharonk@shermanlawfirm.us;ShermanLawFirmPC@jubileebk.net

Shay Lauryn Powell
on behalf of Plaintiff Alan M. Jacobs as Trustee for the Life Partners Creditors' Trust spowell@munsch.com

Shay Lauryn Powell
on behalf of Plaintiff Alan M. Jacobs As Trustee For The Creditors' Trust spowell@munsch.com

Shay Lauryn Powell
on behalf of Plaintiff Life Partners Creditors' Trust spowell@munsch.com

Sheldon Louis Solow
on behalf of Creditor Dean Vagnozzi ssolow@kayescholer.com

Stephen Krosschell
on behalf of Creditor David Bryn George gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Mary R. McEvers gnmain@gnfirm.com

Stephen Krosschell
on behalf of Creditor Bob J. Nick gnmain@gnfirm.com

District/off: 0539-4                          User: admin                                     Page 39 of 43
Date Rcvd: Mar 19, 2026                       Form ID: pdf012                                 Total Noticed: 1

Stephen Krosschell
                    on behalf of Creditor Sylvia Ringmacher gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor Stanley Dennis gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor Ronald L. Lipham gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor Paul G. Ringmacher gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor Martha K. George gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor Faye D. Lipham gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor Timothy Parker gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor Richard T. McEvers gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor James K. Newton gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor James J. Kramer gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor Robert E. Little gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor Aaron M. Scott gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor Frances A. Nick gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor Songul Atay gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor Jenny L. DeShields gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor Cie Ann Scott gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor Alford R. DeShields gnmain@gnfirm.com

Stephen Krosschell
                    on behalf of Creditor Patricia J. Miers gnmain@gnfirm.com

Stephen Charles Stapleton
                    on behalf of Creditor Sharon McGinnis sstapleton@cowlesthompson.com  mgarcia@cowlesthompson.com

Stephen Charles Stapleton
                    on behalf of Attorney Cowles & Thompson  P.C. sstapleton@cowlesthompson.com, mgarcia@cowlesthompson.com

Stephen J. Humeniuk
                    on behalf of Creditor Transparency Alliance LLC stephen.humeniuk@troutman.com
                    molly.batiste-debose@lockelord.com;pbrowder@lockelord.com;Autodocket@lockelord.com

Stephen J. Siegel
                    on behalf of Creditor Transparency Alliance LLC ssiegel@novackmacey.com

Stephen W. Elliott
                    on behalf of Spec. Counsel Phillips Murrah P.C. swelliott@phillipsmurrah.com  mdmills@phillipsmurrah.com

Stephen W. Elliott
                    on behalf of Plaintiff LPI Financial Services  Inc. swelliott@phillipsmurrah.com, mdmills@phillipsmurrah.com

Stephen W. Elliott
                    on behalf of Plaintiff Life Partners  Inc. swelliott@phillipsmurrah.com, mdmills@phillipsmurrah.com

Stephen W. Sather
                    on behalf of Defendant Cindy Bulloch ssather@bn-lawyers.com
                    Plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;kparsley@bn-lawyers.com;mcalderon@bn-lawyers.com

Steven R. Dunn
                    on behalf of Defendant Todd Shevlin steven@dunnlawfirm.net

District/off: 0539-4                          User: admin                                Page 40 of 43

Date Rcvd: Mar 19, 2026                      Form ID: pdf012                            Total Noticed: 1

Susan B. Hersh
                    on behalf of Creditor Robin Scott-Berry susan@susanbhershpc.com assistant@susanbhershpc.com

Susan B. Hersh
                    on behalf of Creditor David Berry susan@susanbhershpc.com assistant@susanbhershpc.com

Susan B. Hersh
                    on behalf of Creditor Small Individual Investors Group susan@susanbhershpc.com assistant@susanbhershpc.com

Sydne K. Collier
                    on behalf of Plaintiff Life Partners Creditors Trust sydne.collier@hklaw.com tanya.wadsworth@hklaw.com

Sydne K. Collier
                    on behalf of Plaintiff Alan M. Jacobs   As Trustee For The Creditors Trust sydne.collier@hklaw.com,
                    tanya.wadsworth@hklaw.com

Thomas Powers
                    cmecf@dallasch13.com

Thomas Charles Landrigan
                    on behalf of Creditor Shea Ostreicher tlandrigan@cll-law.com

Thomas Charles Landrigan
                    on behalf of Plaintiff Shea Ostreicher tlandrigan@cll-law.com

Thomas Craig Sheils
                    on behalf of Interested Party Thomas T. Conboy craig@sheilswinnubst.com

Thomas Daniel Berghman
                    on behalf of Trustee Alan M. Jacobs tberghman@munsch.com
                    amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas Daniel Berghman
                    on behalf of Creditor Official Committee of Unsecured Creditors tberghman@munsch.com
                    amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

Thomas F. Harkins, Jr.
                    on behalf of Defendant James Alexander tharkins@whitakerchalk.com cprior@whitakerchalk.com

Thomas J. Cunningham
                    on behalf of Creditor Transparency Alliance LLC tcunningham@lockelord.com
                    kmorehouse@lockelord.com;ttill@lockelord.com;chicagodocket@lockelord.com

Thomas P. Jackson
                    on behalf of Creditor David M Griffin tpj@dfwlawyer.com

Thomas Scheie Hoekstra
                    on behalf of Creditor Travis G Dunaway thoekstra@godwinpappas.com

Thomas Scheie Hoekstra
                    on behalf of Intervenor-Plaintiff Travis G Dunaway thoekstra@godwinpappas.com

Thomas W. Choate
                    on behalf of Creditor Musgrave and Musgrave LLP tomchoate@choatelawoffice.com mwchoate@choatelawoffice.com

Thomas W. Choate
                    on behalf of Creditor Lyndle E. Reeves tomchoate@choatelawoffice.com mwchoate@choatelawoffice.com

Thomas W. Choate
                    on behalf of Creditor Estate of Kenneth L. Musgrave  Deceased tomchoate@choatelawoffice.com,
                    mwchoate@choatelawoffice.com

Timothy Andrew York
                    on behalf of Other Professional Edward D. Jones & Co. tyork@qslwm.com nchancellor@qslwm.com

Timothy Deal Kline
                    on behalf of Spec. Counsel Phillips Murrah P.C. tdkline@phillipsmurrah.com

Todd Jeffrey Johnston
                    on behalf of Intervenor-Plaintiff The Third Ad Hoc Committee Intervenors tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston
                    on behalf of Defendant Crossroads Agency tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston
                    on behalf of Interested Party Third Ad Hoc Committee of Fractional Interest Owners of Life Insurance Policies Sold Through Life
                    Partners  Inc. tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston
                    on behalf of Defendant Leslie Rhodes tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston
                    on behalf of Defendant Mark Zouzalik tjohnston@mcjllp.com tlofgren@mcjllp.com

District/off: 0539-4                                     User: admin                                     Page 41 of 43

Date Rcvd: Mar 19, 2026                                 Form ID: pdf012                                 Total Noticed: 1

Todd Jeffrey Johnston
                            on behalf of Creditor Carole K. Boris tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston
                            on behalf of Defendant Christopher Roach tjohnston@mcjllp.com tlofgren@mcjllp.com

Travis Brent Hull
                            on behalf of Intervenor-Plaintiff Kenneth P. Schultz tbhull@travisbrenthulllaw.com

Travis Brent Hull
                            on behalf of Creditor Kenneth P. Schultz tbhull@travisbrenthulllaw.com

Tyler Stephen Sims
                            on behalf of Creditor John C Covey  Sr. ecf@simslawpllc.com, SimsLawPLLC@jubileebk.net,tyler@ecf.courtdrive.com

United States Trustee
                            ustpregion06.da.ecf@usdoj.gov

Vicki Kathleen McCarthy
                            on behalf of Creditor John Harwood vmccar1106@aol.com  vkmbankruptcyecf@aol.com

W. J. Wade, Jr.
                            on behalf of Creditor Kay Thomas dwade@lubbocklawfirm.com  mcalfin@lubbocklawfirm.com

Warren V. Norred
                            on behalf of Intervenor-Plaintiff Julie Ayres warren@norredlaw.com
                            anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred
                            on behalf of Creditor Amanda Sue Toepperwein Trust warren@norredlaw.com
                            anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred
                            on behalf of Intervenor-Plaintiff Amanda Sue Toepperwein Trust warren@norredlaw.com
                            anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred
                            on behalf of Intervenor-Plaintiff Michael Janssen warren@norredlaw.com
                            anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred
                            on behalf of Creditor Karl Mom warren@norredlaw.com
                            anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred
                            on behalf of Intervenor-Plaintiff Jose Arnold Gallo warren@norredlaw.com
                            anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred
                            on behalf of Creditor Steve Knowlton warren@norredlaw.com
                            anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred
                            on behalf of Creditor Karin Campbell warren@norredlaw.com
                            anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred
                            on behalf of Creditor Amanda Allen warren@norredlaw.com
                            anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred
                            on behalf of Creditor Charles Douglas Meador  Jr. warren@norredlaw.com,
                            anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred
                            on behalf of Creditor Rick Campbell warren@norredlaw.com
                            anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred
                            on behalf of Creditor Michael Janssen warren@norredlaw.com
                            anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

District/off: 0539-4                                      User: admin                                               Page 42 of 43

Date Rcvd: Mar 19, 2026                               Form ID: pdf012                                         Total Noticed: 1

Warren V. Norred
                        on behalf of Intervenor-Plaintiff Regina Cohen warren@norredlaw.com
                        anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                        iley@norredlaw.com

Warren V. Norred
                        on behalf of Creditor Jose Arnold Gallo warren@norredlaw.com
                        anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                        iley@norredlaw.com

Warren V. Norred
                        on behalf of Creditor Clarence Parrott warren@norredlaw.com
                        anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                        iley@norredlaw.com

Warren V. Norred
                        on behalf of Intervenor-Plaintiff Karl Mom warren@norredlaw.com
                        anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                        iley@norredlaw.com

Warren V. Norred
                        on behalf of Creditor Julie Ayres warren@norredlaw.com
                        anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                        iley@norredlaw.com

Warren V. Norred
                        on behalf of Intervenor-Plaintiff Stephen Ayres warren@norredlaw.com
                        anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                        iley@norredlaw.com

Warren V. Norred
                        on behalf of Creditor Regina F Cohen warren@norredlaw.com
                        anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                        iley@norredlaw.com

Warren V. Norred
                        on behalf of Intervenor-Plaintiff Richard Wong warren@norredlaw.com
                        anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                        iley@norredlaw.com

Warren V. Norred
                        on behalf of Creditor Brenda Wong warren@norredlaw.com
                        anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                        iley@norredlaw.com

Warren V. Norred
                        on behalf of Creditor Stephen Ayres warren@norredlaw.com
                        anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                        iley@norredlaw.com

Warren V. Norred
                        on behalf of Intervenor-Plaintiff Rick Campbell warren@norredlaw.com
                        anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                        iley@norredlaw.com

Warren V. Norred
                        on behalf of Creditor Richard Wong warren@norredlaw.com
                        anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                        iley@norredlaw.com

Warren V. Norred
                        on behalf of Intervenor-Plaintiff Charles Douglas Meador  Jr. warren@norredlaw.com,
                        anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                        iley@norredlaw.com

Warren V. Norred
                        on behalf of Intervenor-Plaintiff Brenda Wong warren@norredlaw.com
                        anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                        iley@norredlaw.com

Warren V. Norred
                        on behalf of Intervenor-Plaintiff Amanda Allen warren@norredlaw.com
                        anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                        iley@norredlaw.com

Warren V. Norred
                        on behalf of Intervenor-Plaintiff Karin Campbell warren@norredlaw.com
                        anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                        iley@norredlaw.com

Weiting Hsu
                        on behalf of Creditor AFCO Credit Corporation whsu@winstead.com  hsuweiting@alumni.utexas.net

District/off: 0539-4                          User: admin                                        Page 43 of 43

Date Rcvd: Mar 19, 2026                       Form ID: pdf012                                    Total Noticed: 1

William L. Siegel
                        on behalf of Creditor Mary Chapman Pierce bsiegel@cowlesthompson.com
                        brodela@cowlesthompson.com;lvelazquez@cowlesthompson.com

William L. Siegel
                        on behalf of Creditor Jewish Senior Services of Toledo bsiegel@cowlesthompson.com
                        brodela@cowlesthompson.com;lvelazquez@cowlesthompson.com

William L. Siegel
                        on behalf of Attorney Cowles & Thompson  P.C. bsiegel@cowlesthompson.com,
                        brodela@cowlesthompson.com;lvelazquez@cowlesthompson.com

William L. Siegel
                        on behalf of Creditor Cheryl Thompson bsiegel@cowlesthompson.com
                        brodela@cowlesthompson.com;lvelazquez@cowlesthompson.com

William L. Siegel
                        on behalf of Creditor Julio Cesar Mejia bsiegel@cowlesthompson.com
                        brodela@cowlesthompson.com;lvelazquez@cowlesthompson.com


TOTAL: 1038