

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 27, 2026**

_____
**United States Bankruptcy Judge**

_____

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                           §
Life Partners Holdings, Inc.                     §     Case No.:   15–40289–mxm11
                                                 §     Chapter No.:   11
                              Debtor(s)          §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Randie Musico filed an Application for Payment of Unclaimed Funds on 03/25/2026 in the amount of $36,971.51.

The Court, after review of the application, finds:

☐  no funds are on record for the claimant

☐  no documents of proof are provided with the application

☐  insufficient documentation has been provided with the application

☐  required Form AO 213P not provided with the application

☐  the application was not served on the US Attorney

Other: 1) Application, Affidavit, Letter of Direction, Assignment and
Power of Attorney documents are photocopies. Photocopies are not
accepted; original wet ink signed copies are required.
2) Claimant ID must show their signature.
3) State issued ID card is required for Macro Musico.
☑  4) Claimant name on application and Payee name on form AO 213P must
match.
5) Proof that Special Durable Power of Attorney is no longer in effect.
6) Electronically signed documents will not be accepted.
7) Explanation for differing addresses and area codes for Claim Trace is
required.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #